**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 533ML

ASTRO-MED, INC.,

Plaintiff,

v.

KEVIN PLANT,

Defendant.

C.A. No.

Removed from the Kent County Superior Court for the State of Rhode Island, C.A. No. 06-1112

**NOTICE OF REMOVAL FROM STATE COURT**
**(FEDERAL NOTICE)**

Now comes Defendant Kevin Plant in the above-captioned matter and respectfully notifies this Honorable Court as follows:

1. On December 1, 2006, Astro-Med, Inc. commenced an action in the Superior Court of the State of Rhode Island in and for Kent County, entitled *Astro-Med, Inc. v. Kevin Plant*, as C.A. No. 06-1112.

2. The first date upon which defendant Kevin Plant received a copy of Astro-Med, Inc.'s Complaint was when Defendant's current employer, Nihon Kohden, received a copy of the said Complaint and Plaintiff's Motion For Temporary Restraining Order via facsimile on December 1, 2006.

3. Upon information and belief, Plaintiff Astro-Med, Inc. is a Rhode Island corporation with its principal place of business located at 600 East Greenwich Avenue, West Warwick, Rhode Island.

4. Defendant Kevin Plant is a resident of the State of Florida.

5. Certified copies of all pleadings on file with the Kent County Superior Court as of this date, including Plaintiff's Motion for Temporary Restraining Order are attached hereto as Exhibit A.

6. Upon information and belief, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs because the value of the property sought to be protected by Astro-Med, Inc. and/or the cost savings obtained by the anticipated cessation of Kevin Plant's employment with his current employer, Nihon Kohden, or any other competitor of Astro-Med, Inc., exceeds the sum of $75,000.00. Additionally, Astro-Med, Inc. seeks to enjoin Defendant Kevin Plant from working for any Astro-Med, Inc. competitor including his current employer, Nihon Kohden, or any of Nihon Kohden's affiliates or subsidiaries, for a period of one year. Defendant Kevin Plant's compensation, which he will lose if Astro-Med, Inc. prevails, will exceed the sum of $75,000.00 for this period of time.

7. This Court has original jurisdiction over the above-entitled action based upon the diversity of citizenship between Plaintiff and Defendant in accordance with 28 U.S.C. § 1332. Therefore, this action may be removed to this Court by Defendant Kevin Plant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

8. Pursuant to 28 U.S.C. § 1446 (d), Defendant may petition for removal within thirty (30) days following receipt of the initial pleading setting forth the claim for relief upon which such proceeding is based.

WHEREFORE, the action now pending in the Superior Court in the State of Rhode Island and for the County of Kent is properly removed therefrom to this Honorable Court.

KEVIN PLANT

By His Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684) (mag@psh.com)
Lisa M. Martinelli (#6350) (lmm@psh.com)
180 South Main Street
Providence, RI 02903-7120
(401) 861-8200
(401) 861-8210 FAX

DATED: December 7, 2006

Of Counsel:

E.P. Michael Karcis, Esq.
Benjamin L. Kennedy, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF REMOVAL FROM STATE COURT (FEDERAL NOTICE) was mailed, postage prepaid and faxed on this 7th day of December, 2006 to:

Craig M. Scott, Esq.
Robert J. O'Keefe, Esq.
DUFFY, SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

889955_1