UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | **C.A. No. 06-533 ML** Removed from the Kent County Superior Court for the State of Rhode Island, C.A. No. 06-112 |
| KEVIN PLANT, Defendant. | : | |

**AFFIDAVIT OF PROOF OF SERVICE**

I, Robert J. O'Keefe, Esq., being duly sworn, hereby state:

1. I submit this Affidavit of Proof of Service pursuant to Federal Rules of Civil Procedure 4(l).

2. I am not a party to this litigation, and I am over the age of 18.

3. On December 4, 2006, I caused a copy of the Complaint and Summons to be sent to Kevin Plant via Certified Mail Return Receipt, 402 Randon Terrace, Lake Mary, FL 32746-2621. A copy of the Summons and a copy of the Certified Mail Return Receipt are attached hereto.

Robert J. O'Keefe, Esq.

Subscribed and sworn to before me on the 8th day of December, 2006.

Notary Public
My Commission Expires: 4-8-2009

*Astro-Med/Kevin Plant/Pleadings (06-0533)/Affidavit – Proof of Service*