# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [X] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No 06-1112

ASTRO-MED, INC.
Plaintiff

KEVIN PLANT
Defendant

## *Summons*

*To the above-named Defendant:* Kevin Plant, 402 Randon Terrace, Lake Mary, FL 32746-2621

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert J. O'Keefe, Esq. Plaintiff's attorney, whose address is Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: December 1, 2006

(Seal of the Superior Court)

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Plant
402 Randon Terrace
Lake Mary, FL 32746-2621

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Jennifer Plant ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Jennifer Plant

C. Date of Delivery 12-4-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7003 2260 0006 8574 5388

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540