# EXHIBIT C

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Craig M. Scott*
*cscott@duffysweeney.com*

December 1, 2006

***Via Federal Express and***
***Facsimile (949-580-1550)***
Nihon Kohden America, Inc.
President or CEO
90 Icon Street
Foothill Ranch, CA 92610

Re: Kevin Plant

Dear Sir or Madam:

This firm represents Astro-Med, Inc. ("Astro-Med") of West Warwick, Rhode Island. We enclose a copy of a Complaint and an Application for a Temporary Restraining Order we filed against Kevin Plant in the Rhode Island Superior Court. Mr. Plant signed an Employment Agreement with Astro-Med that prohibits him from rendering any service to any corporation, partnership or business that directly or indirectly competes with Astro-Med in North America and Europe. Mr. Plant is also prohibited by that Agreement from disclosing any confidential information he obtained during his employment at Astro-Med. The Agreement is subject to Rhode Island law and is valid and enforceable in Rhode Island, and Florida where Mr. Plant is presently employed. A copy of the Agreement is also enclosed.

Mr. Plant's association with your company in Florida violates his Agreement with Astro-Med. Please advise me as to how you will proceed with respect to Mr. Plant.

Thank you.

Very truly yours,

Craig M. Scott

CMS/sr
Cc: Astro-Med, Inc.

*Astro-Med\Kevin Plant\Letters\Nihon Kohden 12-01-06*