AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Astro-Med, Inc.
V.
Kevin Plant

**EXHIBIT AND WITNESS LIST**

Case Number: CA 06-533ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Craig M. Scott; Robert J. O'Keefe | M. Karcis; L.Martinelli, M. Gamboli |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Preliminary Injunction Hearing 12/27-28/2006 | Karen Wischnowsky | John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| → | | | | | W-1 KEVIN PLANTE |
| 3 | | 12·27·06 | | ✓ | Astro-Med ad |
| 4 | | " | | ✓ | Astro-Med Employment Agreement |
| 5 | | " | | ✓ | Grass Group training course |
| 6 | | " | ✓ | | Astro-Med training documentation |
| 23 | | " | ✓ | | Exit interview form |
| 12 | | " | | ✓ | E-mail from Pizzuti |
| 13 | | " | | ✓ | E-mail from Plant to Pizzuti |
| 24 | | " | ✓ | 12/28/06 | Affidavit of Kevin Plant |
| → | | | | | W-2 MARK PALIOTTA |
| 14 | | 12·27·06 | | ✓ | Twin's Training Schedule |
| 15A | | " | ✓ | ✓ | presentation guideline - Basic Sleep |
| 15B | | " | ✓ | ✓ | presentation - Grass-Telefactor |
| 15C | | " | ✓ | ✓ | presentation - product training |
| 15D | | | ✓ | ✓ | presentation - Comet EEG/TWIN |
| 15E | | | ✓ | ✓ | presentation - TWIN Version 3.8 |
| 15F | | | ✓ | ✓ | presentation - AURA-PSG |
| 15G | | | ✓ | ✓ | presentation - AURA PSG-LITE |
| * 15H | | | ✓ | ✓ | presentation - Advance EKG |
| * 15I | | | ✓ | ✓ | presentation - TWIN Explorer |
| * 15J | | | ✓ | ✓ | presentation - TWIN Editor |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

* UNDER SEAL

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Astro-Med | vs. | Plant | CASE NO. CA 06-533ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15K | | 12.27.06 | ✓ | ✓ | presentation – Sleep Stager |
| 15L | | " | ✓ | ✓ | presentation – Beeline Horizon |
| 15M | | " | ✓ | ✓ | presentation – SleepTrek – screen |
| * 15N | | " | ✓ | ✓ | presentation – LTM + EEG – projects |
| 16 | | " | | ✓ | National Sales Meeting Training |
| * 17 | | " | | ✓ | Competitor Review |
| * 18 | | " | | ✓ | Key Demo Points |
| 7 | | " | | ✓ | 6-mos performance review |
| 8 | | " | | ✓ | 1-yr performance review |
| → | | | | | W-3 MARCO MANCINI |
| * 9 | | 12.27.06 | | ✓ | Customer lead sheet – Florida |
| * 10 | | " | | ✓ | Customer lead sheet – South Carolina |
| * 11 | | " | | ✓ | Customer lead sheet – Georgia |
| 19 | | " | | ✓ | E-mails between Plant + Mancini |
| * 20 | | " | ✓ | ✓ | E-mails between Plant + Mancini |
| ~~21~~ (12/28/06) | | | | | ~~Florida Trended Orders – FY 2006-2007~~ |
| | | | | | Examination of W-3 resumes (MANCINI) |
| → | | | | | W-4 EVERETT V. PIZZUTI |

* UNDER SEAL