UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT,<br>Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), the Plaintiff, Astro-Med, Inc., ("Astro-Med") hereby moves to amend its Complaint to add Nihon Kohden America, Inc. ("Nihon Kohden") as a party defendant.

In support of its motion, Astro-Med submits the accompanying memorandum of law.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Craig M. Scott

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com

Dated: December 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff's Motion for Leave to Amend the Complaint*** was filed through the ECF system on the 28th day of December, 2006, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig M. Scott

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | **C.A. No. 06-533 ML** |
| KEVIN PLANT, Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiff, Astro-Med, Inc. ("Astro-Med"), submits this Memorandum of Law in support of its Motion for Leave to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a). The proposed First Amended Complaint is attached hereto.

Astro-Med brought this action against Defendant Kevin Plant ("Plant") to enforce the non-compete and non-disclosure provisions of an Employee Agreement that Plant signed when he joined Astro-Med. Astro-Med seeks to enjoin Plant from disclosing Astro-Med's trade secrets and other confidential business information to Plant's new employer, Nihon Kohden America ("Nihon Kohden"), which directly competes against Astro-Med. Astro-Med initially filed this action to seek immediate injunctive relief against Plant. The proposed amended complaint further supports the need for relief against Plant, and also adds Nihon Kohden as a party defendant.

**Argument**

Fed.R.Civ.P. 15(a) provides that "leave to amend shall be freely given when justice so requires." A motion to amend should be granted unless it is "apparent" that it would reward undue delay, bad faith, or dilatory motive on the part of the movant. *Ferreira v. City of*

*Pawtucket*, 365 F.Supp.2d 215, 216 (D.R.I. 2004). No delay, bad faith or dilatory motive can be attributed to Astro-Med. Astro-Med filed the initial complaint weeks ago, and has a good faith basis to assert claims against Plant's current employer that facilitated Plant's breach of his non-compete and non-disclosure obligations to Astro-Med. Further, there is no prejudice to the defendant in allowing leave to amend. This matter is in its early stages, discovery has not begun, and his employer appears to have assumed Plant's defense in this case.

**Conclusion**

For all of these reasons, Astro-Med requests that it be granted leave to file the First Amended Complaint in the form attached hereto.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Craig M. Scott

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com

Dated: December 28, 2006

**CERTIFICATE OF SERVICE** **CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff's Memorandum in Support of Motion for Leave to Amend the Complaint*** was filed through the ECF system on the 28th day of December, 2006, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig M. Scott