# EXHIBIT 1

# MD BUYLINE

Home | Contact Us | FAQ | Global Search | Become a Member

THE BEST INFORMATION
ON MEDICAL TECHNOLOGY & INFORMATICS



Intelligence Briefings (January 1, 2007)

Intelligence Briefings By Email ▸

| FDA Recalls | Product News | Industry & Medical News | Legislative News |
|---|---|---|---|

## Member Login

**Email Address:**

**Password:**

LOGIN ▸

Change Password

Forgot Password

## Leveling the Playing Field



MD Buyline maintains the most comprehensive online database on medical technology and informatics products price and performance. Since 1983, we have created a level playing field for hospitals and medical technology vendors, empowering our members to make sound technology and financial decisions.

## Benefits of Membership



- Save time by accessing objective information and Insight
- Select the best vendor by comparing user ratings and trends
- Optimize your operating budget by comparing financial options
- Stretch your capital dollars by using "real numbers" vs. vendor quotes
- Negotiate the best deal by comparing your quotes to the network
- Get answers by talking with our industry and clinical analysts
- Stay competitive with day-to-day coverage of emerging technologies

MD BUYLINE

Home | Contact Us | FAQ | Global Search | Become a Member

THE BEST INFORMATION
ON MEDICAL TECHNOLOGY & INFORMATICS



Intelligence Briefings (January 1, 2007) | Intelligence Briefings By Email ▸

FDA Recalls | Product News | Industry & Medical News | Legislative News

Member Login

Email Address:

Password:

LOGIN ▸

Change Password

Forgot Password

## Frequently Asked Questions (FAQ)

**Question:** How do I become a member?
Can I get some sample reports before I decide whether to join?

**Answer:** We think it's important to "try before you buy". Simply call one of our representatives at 800-928-1000 to set up an appointment, and we'll take you real-time into our database. We'll walk you through a project of your choice - either medical capital or healthcare informatics - and let you see how 3200 other hospitals are already using the MD Buyline data every day.

**Question:** What is the cost? We are a small clinic/physician office/specialty facility. Can we join for a reduced fee?

**Answer:** Our members have told us that the best value is a multi-year membership that allows them to access ALL of the MD Buyline resources. Call us today for a demonstration of the database and we'll work together to create a membership package specifically for your facility.

**Question:** How do you determine what goes in your database?

**Answer:** Our members tell us what is important to them. The technologies we track in our database are based on the level of interest of our members as well as input and research from our team of clinical specialists.

**Question:** I am a vendor. How do I get listed in your database?

**Answer:** Please call Mike Clemens at 800-928-1000, extension 6746 for an appointment.

**Question:** Do you have information on implantable devices / pharmaceuticals / disposables?

**Answer:** Not at this time.

**Question:** Where does your data come from?

**Answer:** Our data comes from over 300 vendor quotations that are submitted to us daily for analysis. It also comes from user satisfaction surveys, interviews, and one-on-one conversations between our Clinical Analysts and the hands-on users of clinical equipment or software applications. Our analysts visit every medical capital and healthcare informatics trade show. We go on site visits to see installed equipment and applications, and observe vendor demonstrations of new products.

**Question:** What is the Net Price Tracker?

**Answer:** Net Price Tracker is a tool that provides a comparison of the *net prices paid* by equipment type. Instead of a standard Quote Analysis, this report displays the net prices of recent quotes submitted by other hospital members for systems generally similar to your own. The first phase of the Net Price Tracker will include most medical and non-medical equipment considered for purchase by your hospital with future phases to encompass even more products. This comparison is provided as a "ballpark" or at-a-glance price for items not found in the current MD Buyline database. The Net Price Tracker Record is a source of information only and it is not intended to specifically recommend a lower price for your equipment /system.

**MD BUYLINE**

Home | Contact Us | FAQ | Global Search | **Become a Member**

THE BEST INFORMATION ON MEDICAL TECHNOLOGY & INFORMATICS



**Intelligence Briefings** (January 1, 2007) — Intelligence Briefings By Email ▸

FDA Recalls | Product News | Industry & Medical News | Legislative News

## Member Login

**Email Address:**

**Password:**

LOGIN ▸

Change Password

Forgot Password

## Benefits of Membership

‹ Return To Home | ‹ Stretch Your Capital Dollars | Get Answers ›

### Negotiate the Best Deal by Comparing Your Quotes to the Network

Get comprehensive analysis of your vendor quotation:

- Compare your quote to our database of all like quotes
- Negotiate both hard dollar savings and best terms & conditions
- Challenge vendors to hit Target Discounts

MD BUYLINE PRICE ANALYSIS

Mammography Systems

SENOGRAPHE 2000D MAMMONGRAPHY SYSTEM

**Components and Market Comparison Detail** (Back To Top)

| Quantity | Description |
|---|---|
| 1 | SENOGRAPHE 2000D MAMMOGRAPHY SYSTEM |
| 1 | WIRE CROSSHAIRS W/ ALPHANUMERIC BIOPSY PADDLE |
| 1 | KODAK DRYVIEW 8610 LASER IMAGER |
| 1 | PACS LINK SETUP FOR 3RD PARTY DICOM 3.0 EQUIPMENT |
| 1 | MAMMO MARKERS SET OF EIGHT |
| 1 | MAMMOGRAPHY SEISMIC ANCHORAGE |
| 1 | TWO DAY ONSITE MM TRAINING |

| List Price | Discount | Quoted Price | Date | Model | Comments |
|---|---|---|---|---|---|
| $477,100 | 26.10% | $352,600 | 7/15/04 | SENOGRAPHE 2000D MAMMOGRAPHY SYSTEM | (1) Senographe 2000D system. No stated reason for discount. |
| $680,570 | 25.45% | $507,390 | 7/24/04 | SENOGRAPHE 2000D MAMMOGRAPHY SYSTEM | (1) Senographe 2000D system. Independent Hospital Network. Fiscal Quarter End. |
| $1,052,400 | 25.04% | $788,840 | 8/03/04 | SENOGRAPHE 2000D MAMMOGRAPHY SYSTEM | (2) Senographe 2000D systems. 0-80-20. |
| $544,350 | 24.17% | $412,788 | 8/19/04 | SENOGRAPHE 2000D MAMMOGRAPHY SYSTEM | (1) Senographe system. No stated reason for discount. |

## The Bottom Line (Back To Top)

MDB Identified Savings -- $176,546.55

| Category | Quoted | MDB Recommended |
|---|---|---|
| Discount | 4.96% | 29.82% |
| List Price | $710,250.00 | $710,250.00 |
| Purchase Price | $675,000.00 | $498,453.45 |
| Terms | 10-70-20 Upon complete installation or first clinical use | 0-80-20 Upon clinical acceptance |
| Freight | FOB Factory | FOB Destination |
| Warranty | 6 Months | 12 Months |

## Discount Analysis (Back To Top)

