# EXHIBIT 2

MD BUYLINE

Home | Contact Us | FAQ | Global Sea




Intelligence Briefings (January 1, 2007) XML Intelligei

FDA Recalls | Product News | Industry & Medical News | Legislative

## Member Login

**Email Address:**

**Password:**

LOGIN

Change Password

Forgot Password

## Vendors Evaluated

Return To Home | |

3M Health Information Systems
3M Healthcare (Medical Division)
A4 Health Systems
Abbott Diagnostics
Abbott Point of Care - i-STAT
ABIOMED
Accuray
ACIST Medical Systems
Advanced Medical Optics
Advanced Sterilization Products, J&J Division
AeroScout
Aesculap, Inc.
Agfa HealthCare
Agility Healthcare Solutions
Alcon
Allscripts
ALOKA
American Biomedical Group, Inc.
American Medical Sales
AmerisourceBergen Corporation, MedSelect
AMICAS
ANEXA Corporation
AngioDynamics
API Software
Applied Biosystems
Arizant Healthcare Inc.
ARJO
Arrendale Associates, Inc.
Arrow International
Aspect Medical Systems
AtStaff, Inc.
Automatic Data Processing, Inc.
Avega Health Systems (a subsidiary of MedAssets, Inc.)
B - K Medical

B. Braun Medical
Bard Access Systems
Bard Biopsy Systems
Bard Electrophysiology
Bausch & Lomb
Baxter - Medication Delivery Division
Baxter Healthcare Corporation - Renal Division
BD Biosciences
BD Diagnostics
Beckman Coulter
Belimed
Berchtold Corporation
BidShift
Biodex Medical Systems
BioGenex
Bio-logic Systems
Bio-Med Devices, Inc.
bioMerieux, Inc.
Bio-Rad Laboratories
Biosense Webster, a Johnson & Johnson Company
Boston Scientific
Boston Scientific
BrainLAB USA
Bunnell
Caduceus Systems
Cadwell Laboratories
Camtronics, an Emageon Company
Canon Medical Systems
Canopy Division, A4 Health Systems
Capintec
Cardiac Science Corporation
Cardinal Health Pyxis Products
Cardinal Health, Alaris Products
CardioDynamics
CardioGenesis
Cardiomedics
CareCentric
Carl Zeiss
Cerner Corp.
CGI-AMS
CHF Solutions, Inc.
Choice Systems - an AmerisourceBergen Company
Clinical Computer Systems, Inc.
CMS
COBE Cardiovascular, A Sorin Group Company
Codman
Codonics, Inc.
CodoniX
Compu-Power, Inc.
Computer Programs and Systems, Inc.
Computrition

Concuity, Incorporated
Confirma
ConMed
ConMed
Convergent Laser Technologies
CryoCath Technologies, Inc.
Custom Ultrasonics
Cytyc Corporation
Dade Behring, Inc.
Dairyland Healthcare Solutions
Dako
Datascope
Decision Critical, Inc.
Del Mar Reynolds Medical
Del Medical Systems Group
Diagnostic Products Corporation, A Siemens Company
Diagnostica Stago, Inc.
Dictaphone (a Division of Nuance)
Digital Voice Inc. (a subsidiary of Medquist)
Diomed
Docusys
Dolbey and Company
Dornier MedTech
DR Systems
Draeger Medical (a Draeger and Siemens Company)
Dynamic Imaging
Eastman Kodak Company
Eclipsys
eko systems
Electronic Healthcare Systems
Elekta
Emageon
EMC Corporation
Emergisoft
EP MedSystems
Epic Systems
EPSi (Enterprise Performance Systems, Inc.)
ERBE USA
eScription
Ethicon Endo-Surgery
E-Z-EM, Inc.
Ferraris Respiratory
Fischer Imaging
Fisher & Paykel Healthcare
Fluoroscan (a Hologic Company)
Fresenius Medical Care North America
Fujifilm Medical Systems USA
Fujinon
Gambro
GE Healthcare
GE Healthcare - Surgical Navigation

GE Healthcare (Datex-Ohmeda)
GE Healthcare (Ohmeda)
GE Healthcare Clinical Systems
GE Healthcare OEC
GE Security
Genesys
Getinge USA
Given Imaging
Grass Technologies, an Astro-Med, Inc. Product Group
GYRUS ACMI
Haemonetics
Hamilton Medical
Headwater Systems, Inc.
Healthcare Insights
Healthcare Management Systems, Inc.
HealthTronics
Heart Imaging Technologies
Heartlab, An AGFA Company
Helena Laboratories
Hill-Rom
Hitachi Medical Systems America
Hologic
Hospira
IBM Corporation
iCAD
idMedTech
IDX Systems (now GE Healthcare)
Imaging Dynamics Company, LTD
Immucor Inc.
IMPAC Medical Systems
Impact Instrumentation, Inc.
Infor / SSA Global
Initiate Systems, Inc.
Insight Healthcare Information Systems
InstruMed
Instrumentation Laboratory
Intact Medical
Integra Radionics
Integra Radionics
Interactive Clinical Systems
International Biomedical
Intuitive Surgical
Invacare
Invivo
IRIDEX Corporation
Iris Diagnostics
Karl Storz Endoscopy
Keane Healthcare Solutions Division
Konica Minolta Medical Imaging
Kreg Information Systems
Kronos

Landacorp
LANDesk, an Avocent Company
Laserscope
Lawson Software
Leica Microsystems (Laboratory)
Leica Microsystems (Surgical)
Life Sensing Instrument Company
LOGICARE
Lumedx
Lumenis
Magview
Mallinckrodt Imaging
MammoBase
Mammography Reporting System
MAQUET
Masimo Corporation
McKesson Cardiology
McKesson Provider Technologies
MEDHOST
Medical Graphics Corporation
MediClick
MediServe Information Systems
Medispec
MEDITECH
Medivators (a division of Minntech)
Mediware Information Systems
MedPlus
MedQuist
MEDRAD
Medtronic Emergency Response Systems
Medtronic Gastroenterology/Urology, a Division of Medtronic, Inc.
Medtronic Navigation
Megadyne
Midas+ (a division of ACS Healthcare Services)
Misys Healthcare Systems - Homecare Systems
Mobile Aspects
Mortara Instrument
Multigon Industries
Natus Medical
Nellcor
NextGen Healthcare Information Systems, Inc.
Nidek
Nihon Kohden America
Nikon Instruments, Inc.
NOMOS
Nonin Medical, Inc.
Nova Biomedical
Nucletron
Numara Software
Odin Medical Technologies
O'Leary & Associates, Inc.

Olympus
Omnicell
Oracle
Ormed Information Systems
Ortho-Clinical Diagnostics, Inc.
OSI
PanGo Networks
Parks Medical Electronics
Patient Care Technologies, Inc.
PenRad
Pentax Medical Company
Perimed
Perry Baromedical
Per-Se Technologies
Philips Medical Systems
Picis
Picis
PLC Medical Systems
Possis Medical
Precision Dynamics Corporation
Preferred Medical Marketing Corporation (PMMC)
Premise
Prosec Protection Systems Inc.
Provox Technologies Corporation
Puritan Bennett
Puritan Bennett ( Sandman )
QuadraMed Corporation
Quantum Medical Imaging
R2 Technology
Radianse
Radiometer America
RadPro
Rauland-Borg
Respironics
Res-Q Healthcare Systems
RF Technologies
Richard-Allan Scientific
RITA Medical Systems
Riverain Medical
Roche Diagnostics Corporation
Rozinn Electronics
Sage Software (Formerly Emdeon)
Sakura Finetek
Sandhill Scientific, Inc.
SAP America, Inc.
SCC Soft Computer
Schaerer Mayfield
SciImage
ScottCare
Sebia
Sechrist Industries

SenoRX
Shimadzu Medical Systems
Siemens Medical Solutions Diagnostics
Siemens Medical Solutions USA, Inc.
SIGMA International
SimplexGrinnell
Skytron
Smith & Nephew
Smiths Medical
Smiths Medical (Deltec)
Smiths Medical (Medex)
SoftMed Systems
SonaMed Corp.
SonoSite
Spacelabs Healthcare
Spectranetics
St. Jude Medical
Stay Staffed
Stellate
Stereotaxis
STERIS
StorageTek
Streamline Health
Stryker Communications
Stryker Endoscopy
Stryker Instruments
Stryker Medical
Stryker Navigation
Sun Microsystems
Surgical Information Systems
SurgRx, Inc.
Suros Surgical Systems
Swissray International
Sysmex America
Tele-Tracking Technologies
Terumo Cardiovascular Systems
The CBORD Group, Inc.
The Cirius Group, Inc
The SSI Group, Inc.
Thermo Scientific
Thomson Medstat
Thoratec Corporation
TomoTherapy Inc.
Toshiba Medical Systems
TOSOH Bioscience, Inc.
TriPath Imaging
TRUMPF Medical Systems
Unetixs Incorporated Vascular
Valleylab
Varian Medical Systems
Vasomedical, Inc.

Ventana Medical Systems, Inc.
Verathon Inc. ( Formerly Diagnostic Ultrasound)
VeriChip
Verichip Corporation
VIASYS Healthcare
VIASYS Healthcare ( Bird & Bear )
VIASYS Healthcare ( Grason-Stadler )
VIASYS Healthcare ( Jaeger )
VIASYS Healthcare ( Nicolet Biomedical )
VIASYS Healthcare ( Pulmonetic Systems )
VIASYS Healthcare ( SensorMedics )
VIASYS Healthcare ( TECA )
Vision Software Technologies
Visual Advance Systems Technology, Inc. (VasTech )
VNUS Medical Technologies, Inc.
Vocera Communications
Voice Products Inc.
Volcano
Welch Allyn Protocol
Wellsoft
West-Call
WinScribe
Workbrain
XactiMed
XLTEK
Ziehm Imaging
Zimmer
ZOLL Medical Corporation
Zonare Medical Systems