# EXHIBIT 3

# MD BUYLINE FULL INTELLIGENCE REPORT

## Sleep Assessment

1/2/2007

## TABLE OF CONTENTS


**The Market** ____ **3**

**Market Segmentation: Vendors, Prices and Winning Combination** ____ **5**

- Single Modality ____ 5
- Multi-Modality ____ 6

**MDB Vendor Ranking** ____ **7**

**Vendor Directory** ____ **8**

**Product Lines** ____ **9**

- Grass-Technologies ____ 9

**User Satisfaction Trends** ____ **10**

- User Ratings Recap ____ 10
- Composite Ratings Trends ____ 10
- System Performance Trends ____ 11
- System Reliability Trends ____ 11
- Installation / Implementation Trends ____ 11
- Applications Training Trends ____ 12
- Service Response Time Trends ____ 12
- Service Repair Quality Trends ____ 12

**Technical Specifications** ____ **14**

**Model By Model Comparisons** ____ **15**

**Model Configurations** ____ **17**

**Service and Training** ____ **18**

**Break Even Analysis** ____ **19**



© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

**Cost Of Ownership Analysis** ____ **20**

**Yearly Depreciation Analysis** ____ **21**

**Questions?** ____ **22**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## The Market

**Growth Factors**
Today's sleep industry has been one of the fastest growing portions of the neurodiagnostics market. Reimbursement has been fairly high with very little overhead. Most hospitals are finding it valuable to purchase multimodality neurodiagnostic equipment to quickly recover capital cost.

With the growth of sleep assessment and the price of hardware declining, many vendors have entered the market. This growth trend is expected to continue.

**Market Segments**

- Single modality. Systems with the capabilities of sleep data collection only.
- Multimodality. Systems with the capabilities of data collection of two or more neurodiagnostic modalities, i.e., EEG/sleep

**Competing and/or Associated Technology**
Associated technologies include:

- Electroencephalograph
- Long-term monitoring
- EMG/EP

**Financial/Business Considerations**
Multimodality systems increase cost-effectiveness through greater utilization and a higher number of reimbursable procedures performed by one unit. Revenue for a system increases with additional testing capabilities. Additional considerations include:

- Systems that show increased staff productivity and efficiency
- Flexible, expandable system
- Low cost maintenance and service or systems that can be maintained by in-house staff
- Ease of use to allow all clinicians to use the system effectively while decreasing operator error
- Low cost consumables, sensors, etc.

Accuracy and reliability are required from any system. Customers are also adamant about receiving good customer service. The true value is derived not only from the system sale but also from company follow-through for as long as the hospital owns the equipment.

**Reimbursements**
There are several reimbursement codes associated with sleep assessment with a range of values. Overall, reimbursement remains high.

**Vendors in the Market**
Vendors tracked by MD Buyline:

- Bio-Logic Systems
- Cadwell Laboratories
- Nellcor/ Puritian Bennett
- Nihon Koden
- Respironics
- Stellate
- VIASYS Healthcare (Nicolet Biomedical)
- VIASYS Healthcare (Sensormedics)


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

Vendors not tracked by MD Buyline:

- XLTek: This vendor is currently tracked for its EEG/sleep systems under the EEG product line.
- Compumedics Ltd.: This vendor has headquarters in Melbourne, Australia. Its sleep and neurology products are sold worldwide. It has a growing presence in the U.S. primarily for sleep.
- Embla: Started in Iceland, this vendor is part of the Flaga Group. Its sleep products received FDA clearance in the U.S. in 1997. There was an alliance with ResMed and a later acquisition of Medcare Diagnostic. Reorganization has changed the company's name from Medcare to Embla. Corporate headquarters have relocated from Iceland to Denver, CO. Known for the Rembrandt and Somnologica products, the company's presence in the U.S. market is expanding.

**Future**

- Systems that offer superior collection, analysis and archiving in a very compact, automated unit will be the requirement for sleep assessment systems.
- The evolution of sophisticated hardware and software will continue.
- A single unit offering multiple neurodiagnostic modalities is the future of this technology.
- Testing will continue to expand through the development of workstation technology. Sleep study workstations that integrate cardiac, pulmonary, neurological, and pharmacological testing into one diagnostic session will be a reality in the future.
- Automated sleep staging and scoring will be expanded into a differential diagnosis for sleep disorder evaluation. Advanced workstations will include synchronized video analysis.


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Market Segmentation: Vendors, Prices and Winning Combination

Data presented was seen in quotations sent to MD Buyline between January 1, 2006 and January 2, 2007.

## Single Modality

Systems with the capabilities of sleep data collection only.

**Deals Seen Between 1/1/06 and 1/2/07**




**Average Street Price**




### Winning Combination

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Bio-Logic Systems | $25,255 | 8.7 | 9% |
| Grass-Technologies | $23,970 | 8.1 | 4% |
| Nihon Kohden | $26,782 | 7.8 | 12% |
| Puritan Bennett | $29,853 | 7.9 | 33% |
| Respironics | $20,136 | 7.9 | 18% |
| Stellate | $27,955 | 7.6 | 1% |
| VIASYS(SensorMedics) | $20,559 | 7.9 | 22% |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Multi-Modality

System with the capabilities of data collection of two or more neurodiagnostic modalities. i.e. EEG/Sleep

**Deals Seen Between 1/1/06 and 1/2/07**




**Average Street Price**




### Winning Combination

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Cadwell Labs | $22,980 | 9.0 | 29% |
| Grass-Technologies | $17,729 | 8.1 | 29% |
| Nihon Kohden | $45,589 | 7.8 | 0% |
| Stellate | $32,405 | 7.6 | 43% |
| VIASYS (Nicolet Bio) | $32,950 | 8.3 | 0% |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## MDB Vendor Ranking




MD Buyline places a strong focus on the opinion of those who use the product everyday. The vendor rankings are based on the User Satisfaction Composite Ratings.


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Vendor Directory

| | **Grass Technologies, an Astro-Med, Inc. Product Group** |
|---|---|
| **Telephone Access:** | (401) 828-4000<br>(877) 472-7779 |
| **Websites:** | http://www.grasstechnologies.com |
| **Key Contacts:** | Mr. Everett Pizzuti<br>President, COO<br><br>Mr. Albert Ondis<br>Chief Executive Officer<br><br>Mr. Marco Mancini<br>National Sales Manager |
| **Fiscal Year End:** | January 31st |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Product Lines

### Grass-Technologies

Grass/Telefactor's line of neurodiagnostic products includes the Comet PSG and Aurora systems to meet the wide variety of sleep lab needs. The SleepTrek portable sleep screener and the AURA wireless/ambulatory screener are also available.

**Aurora**
The Aurora system is designed for use in a neurodiagnostic center that provides both sleep disorder testing and EEG. It can be used as a combination or stand-alone sleep diagnostic system.

**Comet Series PSG**
The Comet portable and Comet XL lab-based systems are designed to provide both sleep disorder and EEG testing. The Comet is a fully integrated digital system for use in a hospital or private labs.


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## User Satisfaction Trends

| | System Performance | System Reliability | Installation / Implementation | Applications Training | Service Response Time | Service Repair Quality | Con |
|---|---|---|---|---|---|---|---|
| Bio-Logic Systems | 8.3 | 8.6 | 8.9 | 8.8 | 8.6 | 8.8 | 8.7 |
| Cadwell Labs | 8.5 ✓ | 9.0 ✓ | 9.4 ✓ | 9.0 ✓ | 9.3 ✓ | 9.0 ✓ | 9.0 ✓ |
| Grass-Technologies | 8.3 | 8.4 | 8.0 | 7.6 | 7.8 | 8.8 | 8.1 |
| Nihon Kohden | 8.4 | 8.1 | 7.5 | 7.3 × | 7.5 | 8.4 | 7.8 |
| Puritan Bennett | 7.7 | 8.1 | 7.9 | 7.6 | 7.9 | 8.1 | 7.9 |
| Respironics | 7.6 | 8.3 | 7.8 | 7.5 | 8.4 | 8.0 | 7.9 |
| Stellate | 6.7 × | 7.5 × | 7.4 × | 7.4 | 8.3 | 8.3 | 7.6 × |
| VIASYS (Nicolet Bio) | 8.2 | 8.7 | 8.9 | 8.2 | 7.4 | 8.6 | 8.3 |
| VIASYS(SensorMedics) | 8.3 | 7.9 | 8.1 | 7.9 | 7.3 × | 7.9 × | 7.9 |

Highest ratings in a category are represented by green check (✓).
Lowest ratings in a category are represented in red 'x' (×).

### User Ratings Recap

**Grass-Technologies**




### Composite Ratings Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com




## System Performance Trends

**Grass-Technologies**




## System Reliability Trends

**Grass-Technologies**




## Installation / Implementation Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com




## Applications Training Trends

**Grass-Technologies**




## Service Response Time Trends

**Grass-Technologies**




## Service Repair Quality Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com





© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Technical Specifications

| | Grass-Technologies | Grass-Technologies |
|---|---|---|
| | **Aurora 32-Channel Digital PSG Recording & Review** | **Comet XL Lab Based 35 Ch. Digital PSG Record & Rev** |
| *Amplifier Channels* | 32 Channels<br>10 DC Channels | 40 Channels<br>10 DC Channels |
| *Archival Devices* | CD-RW<br>DVD+/-R/RW | CD-R/RW<br>DVD+/-RW |
| *Modality/Multi-Modality* | EEG<br>Sleep | EEG<br>Sleep/EEG, Holter EKG |
| *Monitor Display* | 18" Flat Panel Display<br>CRT options | 18" Flat Panel Display<br>CRT Optional |
| *Network* | Standard Ethernet TCP/IP protocl | Standard Ethernet TCP/IP protocol |
| *Digital Video* | YES | Optional |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Model By Model Comparisons

| Vendor | Grass-Technologies | Grass-Technologies | Grass-Technologies |
|---|---|---|---|
| Model | Comet 35-Channel Digital PSG Recording and Review System | Aurora 32-Channel Digital PSG Recording & Review | Comet XL Lab Based 35 Ch. Digital PSG Record & Rev |
| Type | Single Modality | Multi-Modality | Multi-Modality |
| List Price | $23,970 | $33,875 | $36,325 |
| Average Purchase Price | $23,970 | $33,875 | $17,729 |
| Service Cost Per Year | $2,397 | $3,388 | $3,633 |
| Residual Value | $2,397 | $3,388 | $1,773 |
| Life Expectancy | 7.0 | 7.0 | 7.0 |
| Procedures Per Year | 260 | 260 | 260 |
| Reimbursement | $935.00 | $935.00 | $935.00 |
| Consumable Cost Per Procedure | $10.00 | $10.00 | $10.00 |
| Labor Cost Per Procedure | $192.00 | $192.00 | $192.00 |
| Warranty In Years | 1.0 | 1.0 | 1.0 |
| Break Even Point | 52 Procedures | 74 Procedures | 54 Procedures |
| Total Cost of Ownership | $405,992.00 | $421,840.00 | $407,163.86 |
| Total Cost of Ownership Per Year | $57,998.86 | $60,262.86 | $58,166.27 |
| Depreciation | $3,081.86 | $4,355.36 | $2,279.42 |
| Discount Range (1/1/06 thru 1/2/07) | No Deals Seen | No Deals Seen | 44.17% to 46.84% |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

| | | | |
|---|---|---|---|
| **Comments** | Single PSG/EEG (optional) system with 40AC channels and 20DC channels. The system includes headbox, amplifiers, review workstation and software. Customer provides the computer components. This system is positioned for a full service EEG/PSG neurodiagnostics lab. | 32CH PSG Recording & Review System, Network, Review Station, CD-R/RW Archiver, Ink-Jet Printer, Digital Video and Cameras and Install/Training (2 Days). Used For Routine Sleep Diagnostics. | Single PSG/EEG (optional) system with 40AC channels and 20DC channels. The system includes headbox, amplifers, software and computer system completely configured. This system is positioned for a full service EEG/PSG neurodiagnostics lab looking for a turn key system. |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Model Configurations

| Grass-Technologies | Grass-Technologies |
|---|---|
| **Comet 35-Channel Digital PSG Recording and Review System** | **Aurora 32-Channel Digital PSG Recording & Review** |
| Single Modality | Multi-Modality |
| **Components:**<br><br>Comet 35-Channel Digital PSG Recording and Review System<br>MOBILE RACK CART WITH DRAWER FOR KEYBOARD<br>TWIN DIGITAL EEG/VIDEO REVIEW WORKSTATION | **Components:**<br><br>Aurora 32-Channel Digital PSG Recording & Review<br>PANORAMA DIGITAL VIDEO/AUDIO RECORDING<br>Netwok Hub<br>INFRARED ILLUMINATOR WITH MOUNTING BRACKET<br>DIGITAL PSG REVIEW WORKSTATION<br>Portable Black & White Camera |

| Grass-Technologies |
|---|
| **Comet XL Lab Based 35 Ch. Digital PSG Record & Rev** |
| Multi-Modality |
| **Components:**<br><br>PANORAMA DIGITAL VIDEO/AUDIO RECORDING<br>Comet XL Lab Based 35 Ch. Digital PSG Record & Rev<br>CUSTOM PSG REPORT<br>DVD-R/RW. CD-R/RW ARCHIVER, INTERNAL DVD-R/RW<br>EEGSIM<br>MOBILE RACK CART WITH DRAWER FOR KEYBOARD<br>REMOVABLE HARD DRIVE KIT<br>TWIN EEG REVIEW SOFTWARE<br>ONLINE SEIZURE/SPIKE ANALYSIS SOFTWARE ADD-ON<br>PORTABLE VIDEO CAMERA |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Service and Training

## Overview

For sleep assessment units, the most important service aspect is 24-hour telephone technical support to help the sleep technologist during testing. Consider coverage with a parts, labor, and travel agreement or if trained BME staff is available, you can select BME first call with replacement parts and/or depot repair with an available loaner unit included.

Maintenance Calculator

Maintenance Calculator Tutorial

| | Grass-Technologies |
|---|---|
| **Reliability Rating** | 8.4 |
| **Service Response** | 7.8 |
| **Quality of Repairs** | 8.8 |
| **Applications Training** | No information available. |
| **Service Training** | No information available. |

## Grass-Technologies Maintenance Plans

| Plan | Comments | Cost |
|---|---|---|
| EXTENDED SERVICE CONTRACT | N/A | N/A |
| ROUTINE SERVICE CONTRACT | N/A | N/A |
| BASIC SERVICE CONTRACT | N/A | N/A |
| Total Support Plan 1 | Field Service visits for repairs or adjustments. Two service visits within 48 hours of request. Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 15% of equipment price. | N/A |
| Total Support Plan 2 | Field Service visits for repairs or adjustments. Two service visits within 5 Days of request. Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 12% of equipment price. | N/A |
| Total Support Plan 3 | Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 10% of equipment price. | N/A |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Break Even Analysis

## Grass-Technologies

High: Aurora 32-Channel Digital PSG Recording & Review at 74 procedures
Low: Comet 35-Channel Digital PSG Recording and Review System at 52 procedures




| # | Model | Type | Break Even Point (# Procedures) |
|---|---|---|---|
| 1 | Grass-Technologies Comet 35-Channel Digital PSG Recording and Review System | Single Modality | 52 |
| 2 | Grass-Technologies Aurora 32-Channel Digital PSG Recording & Review | Multi-Modality | 74 |
| 3 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | 54 |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Cost Of Ownership Analysis

### Grass-Technologies

High: Aurora 32-Channel Digital PSG Recording & Review at $421,840.00
Low: Comet 35-Channel Digital PSG Recording and Review System at $405,992.00




| # | Model | Type | Cost Of Ownership ($) |
|---|---|---|---|
| 1 | Grass-Technologies Comet 35-Channel Digital PSG Recording and Review System | Single Modality | $405,992.00 |
| 2 | Grass-Technologies Aurora 32-Channel Digital PSG Recording & Review | Multi-Modality | $421,840.00 |
| 3 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | $407,163.86 |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Yearly Depreciation Analysis

## Grass-Technologies

High: Aurora 32-Channel Digital PSG Recording & Review at $4,355.36
Low: Comet XL Lab Based 35 Ch. Digital PSG Record & Rev at $2,279.42




| # | Model | Type | Depreciation ($) |
|---|---|---|---|
| 1 | Grass-Technologies Comet 35-Channel Digital PSG Recording and Review System | Single Modality | $3,081.86 |
| 2 | Grass-Technologies Aurora 32-Channel Digital PSG Recording & Review | Multi-Modality | $4,355.36 |
| 3 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | $2,279.42 |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Questions?

Clinical Analyst: Gary Williams
Telephone: 1-800-928-1000, extension 6693
E-mail: Gary.Williams@mdbuyline.com

For International customers, please contact MD Buyline using the e-mail address indicated above.

© All Rights Reserved. MD Buyline, Inc. 2007


© All Rights Reserved. MD Buyline, Inc. 2007

# MD BUYLINE FULL INTELLIGENCE REPORT

## Long Term Epilepsy Monitoring

1/2/2007

## TABLE OF CONTENTS


**The Market** ____ **3**

**Market Segmentation: Vendors, Prices and Winning Combination** ____ **5**

- 32 CH System ____ 5
- 64 CH System ____ 6
- 65 or More CH System ____ 7

**MDB Vendor Ranking** ____ **8**

**Vendor Directory** ____ **9**

**Product Lines** ____ **10**

- Grass-Technologies ____ 10

**User Satisfaction Trends** ____ **11**

- User Ratings Recap ____ 11
- Composite Ratings Trends ____ 11
- System Performance Trends ____ 12
- System Reliability Trends ____ 12
- Installation / Implementation Trends ____ 12
- Applications Training Trends ____ 13
- Service Response Time Trends ____ 13
- Service Repair Quality Trends ____ 13

**Technical Specifications** ____ **15**

**Model By Model Comparisons** ____ **16**

**Model Configurations** ____ **19**

**Service and Training** ____ **20**



© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

**Break Even Analysis** ______ 21

**Cost Of Ownership Analysis** ______ 22

**Fee Per Procedure Analysis** ______ 23

**Questions?** ______ 24


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## The Market

**Growth Factors**
Long-term epilepsy monitoring has become a standard form of testing for patients with hard to detect epilepsy. These patients are monitored for epileptic activity over a period of 24 to 168 hours. A hospital with a large number of epilepsy patients may find this to be profitable. However, each one of these patients will occupy a hospital room, thus increasing in-house hospital costs.

One growth area is long term monitoring with 24-hour EEG/video monitoring in a dedicated unit.

Growth is also seen in the ambulatory market. This offers extended EEG recording in the home and during the patient's daily routine. There is an increased demand for this type of monitoring for patients not requiring video monitoring because of the lower total cost.

**Market Segments**
Long term monitoring systems are now offering multiple configurations and options with an expanding number of channels. As products evolve, market segments are changing.

Current market segments include:

- 32-channel systems. Systems that involve no more than 32 channels
- 64-channel systems. Systems that involve no more than 64 channels
- 65-channel systems. Systems that involve more than 65 channels

**Competing and/or Associated Technology**
MRI, CT and PET are complementary technologies that offer neurodiagnostic images while long term monitoring offers electrical impulse detection.

Associated technologies include:

- Electroencephalograph
- EMG/EP

**Financial/Business Considerations**
Multimodality systems increase cost-effectiveness through greater utilization and a higher number of reimbursable procedures performed by one unit. Revenue for a system increases with additional testing capabilities. Additional considerations include:

- Systems that show increased staff productivity and efficiency.
- Flexible, expandable systems.
- Low cost maintenance and service or systems that can be maintained by in-house staff.
- Ease of use to allow all clinicians to use the system effectively while decreasing operator error.
- Low cost consumables, sensors, etc.

Accuracy and reliability are required from any system. Customers are also adamant about receiving good customer service. The true value is derived not only from the system sale but also from company follow-through for as long as the hospital owns the equipment.

**Reimbursement**
There are numerous reimbursement codes with a range of values. Overall, reimbursement is stable. Rates change depending on whether video is used, on the number of channels monitored, etc.

**Vendors in the Market**
Vendors tracked by MD Buyline:


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

- Bio-Logic Systems
- Cadwell Laboratories
- Nihon Koden
- Stellate
- VIASYS Healthcare (Nicolet Biomedical)
- XLTek

**Future**

- Systems that offer superior collection, evaluation and archiving in a very compact, automated unit with high quality video, will be the requirement for long term monitoring.

- The evolution of sophisticated hardware and software for precise detection will continue.

- A single miniaturized unit offering multiple neurodiagnostic modalities is the future of this technology.

- In the future, long term monitoring devices will have a higher channel capacity. They will be more rugged and less susceptible to artifacts. The availability of high quality home video cameras will allow outpatient video monitoring.


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Market Segmentation: Vendors, Prices and Winning Combination

Data presented was seen in quotations sent to MD Buyline between January 1, 2006 and January 2, 2007.

### 32 CH System

Systems that involve no more than 32 channels of acquisition

**Deals Seen Between 1/1/06 and 1/2/07**




**Average Street Price**




**Winning Combination**

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Bio-Logic Systems | $33,300 | 7.9 | 0% |
| Grass-Technologies | $51,780 | 8.2 | 0% |
| Stellate | $32,358 | 8.1 | 50% |
| VIASYS (Nicolet Bio) | $76,000 | 7.9 | 50% |
| XLTEK | $34,690 | 7.5 | 0% |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## 64 CH System

Systems that involve no more than 64 channels of acquisition

### Deals Seen Between 1/1/06 and 1/2/07




### Average Street Price




### Winning Combination

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Bio-Logic Systems | $52,300 | 7.9 | 0% |
| Grass-Technologies | $42,378 | 8.2 | 25% |
| Nihon Kohden | $40,400 | 7.9 | 25% |
| Stellate | $61,400 | 8.1 | 25% |
| VIASYS (Nicolet Bio) | $57,950 | 7.9 | 0% |
| XLTEK | $35,305 | 7.5 | 25% |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## 65 or More CH System

Systems that involve more than 64 channels of acquisition

### Deals Seen Between 1/1/06 and 1/2/07




### Average Street Price




### Winning Combination

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Bio-Logic Systems | $49,532 | 7.9 | 33% |
| Grass-Technologies | $68,890 | 8.2 | 17% |
| Nihon Kohden | $51,950 | 7.9 | 0% |
| Stellate | $94,700 | 8.1 | 0% |
| VIASYS (Nicolet Bio) | $63,022 | 7.9 | 33% |
| XLTEK | $44,995 | 7.5 | 17% |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## MDB Vendor Ranking




MD Buyline places a strong focus on the opinion of those who use the product everyday. The vendor rankings are based on the User Satisfaction Composite Ratings.


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Vendor Directory

| | **Grass Technologies, an Astro-Med, Inc. Product Group** |
|---|---|
| **Telephone Access:** | (401) 828-4000<br>(877) 472-7779 |
| **Websites:** | http://www.grasstechnologies.com |
| **Key Contacts:** | Mr. Everett Pizzuti<br>President, COO<br><br>Mr. Albert Ondis<br>Chief Executive Officer<br><br>Mr. Marco Mancini<br>National Sales Manager |
| **Fiscal Year End:** | January 31st |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com