# Product Lines

## Grass-Technologies

The Beehive Horizon and Beehive Millennium line can be configured for epilepsy centers in need of 32-, 64- or 128-channel epilepsy monitoring systems. Both systems offer data acquisition, recording and review capabilities with the SzAC Spike and Seizure Analysis software package and Panorama Digital Video/Audio recording system.

**Beehive Millennium**
The Beehive Millennium uses the compact, modular CTE amplifier for 32, 64 or 128 channels of epilepsy monitoring.

**Beehive Horizon**
The Beehive Horizon uses the 32-channel patient-worn AURA amplifier system with tethered base station and eight input DC module. An additional feature is a built-in battery pack and flashcard memory, which allows continuous recording while the patient is unplugged from the base system. A larger battery and memory card can be added to utilize the system as a 24 hour ambulatory device. The Horizon can be upgraded to 64, 96 or 128 channels with the AURA LTM 64 amplifier.

The high 3200 Hz sample rate allows for recording, viewing and measuring high frequency signals. It is possible to link two amplifiers for 128-channel recordings from scalp or invasive electrodes. Built-in electrode impedance measurements-indicators light up for electrodes out-of-range; auxiliary input connector for direct connect of electrode arrays or an external jackbox is included.


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## User Satisfaction Trends

| | System Performance | System Reliability | Installation / Implementation | Applications Training | Service Response Time | Service Repair Quality | **Composite** |
|---|---|---|---|---|---|---|---|
| Bio-Logic Systems | 7.9 | 8.1 | 7.8 ✖ | 7.4 ✖ | 8.0 | 8.1 | 7.9 |
| Grass-Technologies | 8.6 ✓ | 8.4 ✓ | 8.8 ✓ | 8.0 | 7.4 | 8.3 | 8.2 ✓ |
| Nihon Kohden | 8.0 | 8.3 | 8.0 | 7.6 | 7.4 | 8.4 ✓ | 7.9 |
| Stellate | 7.8 ✖ | 7.9 | 7.9 | 8.0 | 8.8 ✓ | 8.2 | 8.1 |
| VIASYS (Nicolet Bio) | 8.4 | 8.4 ✓ | 8.8 ✓ | 8.1 ✓ | 6.9 | 7.2 ✖ | 7.9 |
| XLTEK | 7.8 ✖ | 7.6 ✖ | 7.8 ✖ | 7.8 | 6.8 ✖ | 7.4 | 7.5 ✖ |

Highest ratings in a category are represented by green check (✓).
Lowest ratings in a category are represented in red 'x' (✖).

**User Ratings Recap**

**Grass-Technologies**




1 - System Performance
2 - System Reliability
3 - Installation / Implementation
4 - Applications Training
5 - Service Response Time
6 - Service Repair Quality
7 - Composite Rating

**Composite Ratings Trends**

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com




## System Performance Trends

**Grass-Technologies**




## System Reliability Trends

**Grass-Technologies**




## Installation / Implementation Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com




## Applications Training Trends

**Grass-Technologies**




## Service Response Time Trends

**Grass-Technologies**




## Service Repair Quality Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com





© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Technical Specifications

| | Grass-Technologies<br>BEEHIVE HORIZON | Grass-Technologies<br>BEEHIVE MILLENNIUM |
|---|---|---|
| *Amplifier Channels* | 32-128 AC channels, 8 DC channels, internal battery for untethered recording. Optional high frequency LTM64 amp w/ 3200 Hz sample rate | 32 Channels<br>Includes 8-input DC module. Upgradeable to 64, 96 or 128 AC Channels |
| *Clinical Applications* | EEG<br>LTM | EEG<br>LTM |
| *Monitor Display* | Many monitor options available.<br>Dual monitor review | Many monitor options available.<br>Dual monitor review |
| *Network* | Standard Ethernet<br>TCP/IP Protocol | Standard Ethernet<br>TCP/IP Protocol |
| *Archival Devices* | CD-R/RW<br>DVD+/-R/RW<br>80 Gbyte removable hard drive | CD-R/RW<br>DVD+/-R/RW<br>80 Gbyte removable hard drive |
| *Storage* | CD-R/RW<br>DVD+/-R/RW<br>80 Gbyte removable hard drive | CD-R/RW<br>DVD+/-R/RW<br>80 Gbyte removable hard drive |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Model By Model Comparisons

| Vendor | Grass-Technologies | Grass-Technologies | Grass-Technologies |
|---|---|---|---|
| Model | BEEHIVE HORIZON | BEEHIVE MILLENNIUM | BEEHIVE MILLENNIUM-64-CHANNEL RECORDING |
| Type | 32 CH System | 32 CH System | 64 CH System |
| List Price | $49,920 | $53,640 | $47,990 |
| Average Purchase Price | $49,920 | $53,640 | $47,990 |
| Service Cost Per Year | $4,992 | $5,364 | $4,799 |
| Residual Value | $4,992 | $5,364 | $4,799 |
| Life Expectancy | 5.0 | 5.0 | 5.0 |
| Procedures Per Year | 200 | 200 | 200 |
| Reimbursement | $602.00 | $602.00 | $602.00 |
| Consumable Cost Per Procedure | $25.00 | $25.00 | $25.00 |
| Labor Cost Per Procedure | $168.00 | $168.00 | $168.00 |
| Warranty In Years | 1.0 | 1.0 | 1.0 |
| Break Even Point | 171 Procedures | 184 Procedures | 164 Procedures |
| Total Cost of Ownership | $262,888.00 | $268,096.00 | $260,186.00 |
| Total Cost of Ownership Per Year | $52,577.60 | $53,619.20 | $52,037.20 |
| Fee Per Procedure | $257.90 | $262.73 | $255.39 |
| Discount Range (1/1/06 thru 1/2/07) | No Deals Seen | No Deals Seen | No Deals Seen |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

| | | | |
|---|---|---|---|
| **Comments** | This configuration for the Beehive Horizon includes the TWin LTM review workstation, 20" FP monitor, and portable video camera. | Single 32CH Beehive Long Term Monitoring system with digital video, 19" SVGA Monitor, SzAC seizure analysis software, CD/RW and camera system. This configuration includes TWin digital EEG/Video review workstation, DVD archiver, photic stimulator. | Single 64 CH Long Term Monitoring system with 19" SVGA monitor, SzAC seizure analysis software, black/white camera, network hub and stand. This system is designed for a clinically based epilepsy center. |

| **Vendor** | **Grass-Technologies** |
|---|---|
| **Model** | **BEEHIVE MILLENNIUM-128-CHANNEL RECORDING** |
| **Type** | 65 or More CH System |
| **List Price** | $68,890 |
| **Average Purchase Price** | $68,890 |
| **Service Cost Per Year** | $6,889 |
| **Residual Value** | $6,889 |
| **Life Expectancy** | 5.0 |
| **Procedures Per Year** | 200 |
| **Reimbursement** | $602.00 |
| **Consumable Cost Per Procedure** | $25.00 |
| **Labor Cost Per Procedure** | $168.00 |
| **Warranty In Years** | 1.0 |
| **Break Even Point** | **236 Procedures** |
| **Total Cost of Ownership** | **$289,446.00** |
| **Total Cost of Ownership Per Year** | **$57,889.20** |
| **Fee Per Procedure** | **$282.56** |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

| Discount Range (1/1/06 thru 1/2/07) | No Deals Seen |
|---|---|
| Comments | Single128CH Beehive Long Term Monitoring system with digital video, 19" SVGA Monitor, SzAC seizure analysis software, CD/RW and camera system. This system is designed for a high level epilepsy/research clinic. |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Model Configurations

| Grass-Technologies | Grass-Technologies |
|---|---|
| **BEEHIVE HORIZON** | **BEEHIVE MILLENNIUM** |
| 32 CH System | 32 CH System |
| **Components:**<br><br>BEEHIVE HORIZON<br>20" Flat-Panel/LCD Monitor, 1600X1200 Resolution<br>Netwok Hub<br>INFRARED ILLUMINATOR WITH BRACKET<br>Twin LTM Review Workstation<br>PORTABLE VIDEO CAMERA | **Components:**<br><br>ADJUSTABLE ARM FOR HOLDING FLASH LAMP<br>BEEHIVE MILLENNIUM<br>DVD-R/RW. CD-R/RW ARCHIVER, INTERNAL DVD-R/RW<br>Netwok Hub<br>PHOTIC STIMULATOR, W/FLASH LAMP AND CABLES<br>REMOVABLE HARD DRIVE KIT<br>TWIN DIGITAL EEG/VIDEO REVIEW WORKSTATION<br>BLACK AND WHITE CEILING MOUNT CAMERA W/PAN, TILT, |
| **Grass-Technologies** | **Grass-Technologies** |
| **BEEHIVE MILLENNIUM-64-CHANNEL RECORDING** | **BEEHIVE MILLENNIUM-128-CHANNEL RECORDING** |
| 64 CH System | 65 or More CH System |
| **Components:**<br><br>BEEHIVE MILLENNIUM-64-CHANNEL RECORDING<br>Netwok Hub<br>BLACK AND WHITE CEILING MOUNT CAMERA W/PAN, TILT, | **Components:**<br><br>BEEHIVE MILLENNIUM-128-CHANNEL RECORDING<br>Netwok Hub<br>BLACK AND WHITE CEILING MOUNT CAMERA W/PAN, TILT, |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Service and Training

## Overview

These devices are driven by standard off-the-shelf computer components (PC), with the exception of the amplifiers and sensors. Because of this, they are typically serviced in-house if trained BME staff is available. Utilizing the hospital's IS department to help service the computer components will save significant dollars. If these options are not available, a parts, labor, and travel service contract is recommended.

Maintenance Calculator

Maintenance Calculator Tutorial

| | Grass-Technologies |
|---|---|
| Reliability Rating | 8.4 |
| Service Response | 7.4 |
| Quality of Repairs | 8.3 |
| Applications Training | No information available. |
| Service Training | No information available. |

## Grass-Technologies Maintenance Plans

| Plan | Comments | Cost |
|---|---|---|
| Total Support Plan 1 | Field Service visits for repairs or adjustments. Two service visits within 48 hours of request. Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 15% of equipment price. | N/A |
| Total Support Plan 2 | Field Service visits for repairs or adjustments. Two service visits within 5 Days of request. Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 12% of equipment price. | N/A |
| Total Support Plan 3 | Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 10% of equipment price. | N/A |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Break Even Analysis

### Grass-Technologies

High: BEEHIVE MILLENNIUM-128-CHANNEL RECORDING at 236 procedures
Low: BEEHIVE MILLENNIUM-64-CHANNEL RECORDING at 164 procedures




| # | Model | Type | Break Even Point (# Procedures) |
|---|---|---|---|
| 1 | Grass-Technologies BEEHIVE HORIZON | 32 CH System | 171 |
| 2 | Grass-Technologies BEEHIVE MILLENNIUM | 32 CH System | 184 |
| 3 | Grass-Technologies BEEHIVE MILLENNIUM-64-CHANNEL RECORDING | 64 CH System | 164 |
| 4 | Grass-Technologies BEEHIVE MILLENNIUM-128-CHANNEL RECORDING | 65 or More CH System | 236 |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Cost Of Ownership Analysis

### Grass-Technologies

High: BEEHIVE MILLENNIUM-128-CHANNEL RECORDING at $289,446.00
Low: BEEHIVE MILLENNIUM-64-CHANNEL RECORDING at $260,186.00




| # | Model | Type | Cost Of Ownership ($) |
|---|---|---|---|
| 1 | Grass-Technologies BEEHIVE HORIZON | 32 CH System | $262,888.00 |
| 2 | Grass-Technologies BEEHIVE MILLENNIUM | 32 CH System | $268,096.00 |
| 3 | Grass-Technologies BEEHIVE MILLENNIUM-64-CHANNEL RECORDING | 64 CH System | $260,186.00 |
| 4 | Grass-Technologies BEEHIVE MILLENNIUM-128-CHANNEL RECORDING | 65 or More CH System | $289,446.00 |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Fee Per Procedure Analysis

## Grass-Technologies

High: BEEHIVE MILLENNIUM-128-CHANNEL RECORDING at $282.56
Low: BEEHIVE MILLENNIUM-64-CHANNEL RECORDING at $255.39




| # | Model | Type | Fee For Procedure ($) |
|---|---|---|---|
| 1 | Grass-Technologies BEEHIVE HORIZON | 32 CH System | $257.90 |
| 2 | Grass-Technologies BEEHIVE MILLENNIUM | 32 CH System | $262.73 |
| 3 | Grass-Technologies BEEHIVE MILLENNIUM-64-CHANNEL RECORDING | 64 CH System | $255.39 |
| 4 | Grass-Technologies BEEHIVE MILLENNIUM-128-CHANNEL RECORDING | 65 or More CH System | $282.56 |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Questions?

Clinical Analyst: Gary Williams
Telephone: 1-800-928-1000, extension 6693
E-mail: Gary.Williams@mdbuyline.com

For International customers, please contact MD Buyline using the e-mail address indicated above.

© All Rights Reserved. MD Buyline, Inc. 2007

# MD BUYLINE FULL INTELLIGENCE REPORT

**Electroencephalograph** 1/2/2007

## TABLE OF CONTENTS


**The Market** 3

**Market Segmentation: Vendors, Prices and Winning Combination** 5

Single Modality 5

Multi-Modality 6

**MDB Vendor Ranking** 7

**Vendor Directory** 8

**Product Lines** 9

Grass-Technologies 9

**User Satisfaction Trends** 10

User Ratings Recap 10

Composite Ratings Trends 10

System Performance Trends 11

System Reliability Trends 11

Installation / Implementation Trends 11

Applications Training Trends 12

Service Response Time Trends 12

Service Repair Quality Trends 12

**Technical Specifications** 14

**Model By Model Comparisons** 15

**Model Configurations** 18

**Service and Training** 19

**Break Even Analysis** 20



© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

**Cost Of Ownership Analysis** ____ 21

**Fee Per Procedure Analysis** ____ 22

**Yearly Depreciation Analysis** ____ 23

**Questions?** ____ 24


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# The Market

**Growth Factors**
Electroencephalograph (EEG) technology is a flat replacement market. There are a large number of vendors in this market because of the constant demand for EEG products within the hospital setting. This technology is used for a variety of neurological testing applications.

As the digital era progresses, systems offer more capabilities with improved software programs that are time and cost effective. Digital technology provides a more efficient platform for data flow and integration. Information can be accessed and transferred quickly and analyzed more effectively.

Vendors are using EEG units as a foundation and are adding electromyograph/evoked potential (EMG/EP) and sleep analysis software to produce a more flexible, multi-function diagnostic instrument. Hospitals are demanding these more cost-effective multimodality units.

An area of growth is the introduction of new products for continuous EEG (CEEG) monitoring in the ICU. Additional growth areas for the EEG market include ambulatory products and remote monitoring.

**Market Segments**

- Single modality. Equipment that has the ability to acquire only electroencephalographs.
- Multiple modality. System with the capabilities of data collection of two or more neurodiagnostic modalities, i.e., EEG/sleep.

**Competing and/or Associated Technology**
MRI and CT are competing and complementary technologies with clinical EEG equipment. There is no comparison to EEG equipment when considering the cost and space requirements of these technologies. MRI and CT offer neurodiagnostic imaging compared to EEG, which is used for the detection of electrical activity of the brain.

Associated technologies:

- Sleep assessment systems
- Long term monitoring
- Electromyograph/evoked potential
- Intraoperative monitoring

**Financial/Business Considerations**
Multimodality systems increase cost effectiveness through greater utilization and a higher number of reimbursable procedures performed by one unit. While a single modality unit can do a single testing procedure throughout the day, a multimodality unit can do EEGs by day and sleep assessment studies by night. Therefore, revenue for that system increases with the additional testing capabilities. Additional considerations include:

- Systems that show increased staff productivity and efficiency.
- Low cost maintenance and service or systems that can be maintained by in-house staff.
- Ease of use to allow all clinicians to use the system effectively while decreasing operator error.
- Low cost consumables, sensors, etc.

Accuracy and reliability are required from any system. Customers are also adamant about receiving good customer service. The true value is derived not only from the system sale but also from company follow through for as long as the hospital owns the equipment.

**Reimbursement**
There are numerous reimbursement codes with a wide range of values. Overall, reimbursement is stable. The following are examples:


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

Codes 95812-95824:

- 95812 - Electroencephalogram - extended monitoring 41 to 60 minutes
- 95813 - greater than one hour
- 95816 - EEG including recording awake and drowsy
- 95822 - recording in coma or sleep only
- 95824 - cerebral death evaluation

**Vendors in the Market**
Vendors tracked by MD Buyline:

- Bio-Logic Systems
- Cadwell Laboratories
- Grass/Telefactor
- Nihon Koden
- Stellate
- VIASYS Healthcare (Nicolet Biomedical)
- XLTek

Vendors not tracked by MD Buyline:

- Electrical Geodesics, Inc.: Offers dense-array systems used for advanced mapping of brain wave activity with a focus in scientific research.
- Compumedics, Ltd.: Headquarters in Melbourne, Australia. Sleep and neurology products are sold worldwide. Growing presence in the U.S. primarily for sleep. Neuroscan division offers brain research instruments including EEG/EP with neuroimaging integration.

**Future**

- Equipment that offers a broad range of applications in a very compact, automated unit is the system of the future. These systems will offer advanced integration and data management.

- The future of EEG will be seen with the combination of digital signal analysis and image processing. These sophisticated computerized EEG systems will continue to evolve.

- Researchers are using EEG technology with advanced software to detect high risk for diseases such as Alzheimer's, years before first symptoms appear.


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Market Segmentation: Vendors, Prices and Winning Combination

Data presented was seen in quotations sent to MD Buyline between December 1, 2005 and December 31, 2006.

### Single Modality

Equipment that has the ability to acquire only electroencephalographs.

**Deals Seen Between 12/1/05 and 12/31/06**




**Average Street Price**




**Winning Combination**

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Bio-Logic Systems | $23,382 | 7.7 | 20% |
| Cadwell Labs | $17,485 | 9.2 | 11% |
| Grass-Technologies | $24,274 | 8.4 | 8% |
| Nihon Kohden | $22,139 | 8.7 | 29% |
| Stellate | $22,842 | 7.7 | 3% |
| VIASYS (Nicolet Bio) | $26,325 | 8.5 | 21% |
| XLTEK | $17,395 | 7.5 | 8% |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Multi-Modality

System with the capabilities of data collection of two or more neurodiagnostic modalities. i.e. EEG/Sleep

**Deals Seen Between 12/1/05 and 12/31/06**




**Average Street Price**




### Winning Combination

The Winning Combination chart displays each vendor's relative place in the market based on average street price and user satisfaction ratings from the MD Buyline database.

- PA % = Percentage of Purchase requests for the year.

| | |
|---|---|
| **Top Left Quadrant** | Higher price / Below average satisfaction rating* |
| **Bottom Left Quadrant** | Lower price / Below average satisfaction rating* |
| **Top Right Quadrant** | Higher price / Above average satisfaction rating |
| **Bottom Right Quadrant** | Lower price / Above average satisfaction rating |

Below average does not imply poor quality. It indicates the satisfaction rating is below the market's average.




| Vendors | Street Price | Satisfaction Rating | PA% |
|---|---|---|---|
| Bio-Logic Systems | $33,322 | 7.7 | 19% |
| Grass-Technologies | $35,405 | 8.4 | 5% |
| Nihon Kohden | $41,639 | 8.7 | 0% |
| Stellate | $36,160 | 7.7 | 5% |
| XLTEK | $23,558 | 7.5 | 71% |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## MDB Vendor Ranking




MD Buyline places a strong focus on the opinion of those who use the product everyday. The vendor rankings are based on the User Satisfaction Composite Ratings.


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Vendor Directory

| | **Grass Technologies, an Astro-Med, Inc. Product Group** |
|---|---|
| **Telephone Access:** | (401) 828-4000<br>(877) 472-7779 |
| **Websites:** | http://www.grasstechnologies.com |
| **Key Contacts:** | Mr. Everett Pizzuti<br>President, COO<br><br>Mr. Albert Ondis<br>Chief Executive Officer<br><br>Mr. Marco Mancini<br>National Sales Manager |
| **Fiscal Year End:** | January 31st |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Product Lines

## Grass-Technologies

The Grass Technologies line of electroencephalography products includes the Comet Portable, Comet XL and AURA24 ambulatory system.

**Comet Series EEG**
The Comet Portable and Comet XL lab-based systems are designed to acquire brain wave activity for neurodiagnostic abnormalities. The Comet series is a fully integrated digital unit for use in hospitals, clinic-based EEG labs, or in portable situations. The system can be configured with sleep diagnostic software to operate as a combination system.

**AURA24 28-Channel**
The AURA24 (Ambulatory Universal Recording Amplifier) is a portable, 28-channel system. With a rechargeable battery pack, this system offers recording up to 24 hours. Data is recorded to the CompactFlash memory card. The AURA24 can be used with a host PC for in-house recordings.


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## User Satisfaction Trends

| | System Performance | System Reliability | Installation / Implementation | Applications Training | Service Response Time | Service Repair Quality | **Composite** |
|---|---|---|---|---|---|---|---|
| Bio-Logic Systems | 7.6 × | 7.8 | 7.5 × | 7.7 | 7.5 | 8.0 | 7.7 |
| Cadwell Labs | 9.1 ✓ | 9.2 ✓ | 9.3 ✓ | 9.1 ✓ | 9.3 ✓ | 9.4 ✓ | 9.2 ✓ |
| Grass-Technologies | 8.6 | 8.6 | 8.5 | 8.1 | 7.9 | 8.7 | 8.4 |
| Nihon Kohden | 9.0 | 8.3 | 8.3 | 8.2 | 9.0 | 9.2 | 8.7 |
| Stellate | 7.6 × | 7.7 | 7.8 | 7.3 × | 8.0 | 7.9 | 7.7 |
| VIASYS (Nicolet Bio) | 8.3 | 8.9 | 8.4 | 8.7 | 8.3 | 8.5 | 8.5 |
| XLTEK | 7.8 | 7.5 × | 7.6 | 8.0 | 7.0 × | 7.0 × | 7.5 × |
| Highest ratings in a category are represented by green check (✓). Lowest ratings in a category are represented in red 'x' (×). | | | | | | | |

### User Ratings Recap

**Grass-Technologies**




### Composite Ratings Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com




## System Performance Trends

**Grass-Technologies**




## System Reliability Trends

**Grass-Technologies**




## Installation / Implementation Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com




## Applications Training Trends

**Grass-Technologies**




## Service Response Time Trends

**Grass-Technologies**




## Service Repair Quality Trends

**Grass-Technologies**


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com





© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Technical Specifications

| | Grass-Technologies<br>Aura24 28-Channel | Grass-Technologies<br>Comet Portable EEG System | Grass-Technologies<br>Comet XL Lab Based 35 Ch. Digital PSG Record & Rev |
|---|---|---|---|
| *Amplifier Channels* | 28 AC Channels | 40 AC, 10 DC | 40 AC, 10 DC Channels |
| *Archival Devices* | CD-R/RW<br>DVD+/-RW | CD-R/RW<br>DVD+/-RW | CD-R/RW<br>DVD+/-RW |
| *Modality/Multi-Modality* | EEG<br>LTM | EEG<br>Sleep | EEG<br>Sleep |
| *Monitor Display* | NA | 19" Flat Panel Display<br>20" Flat Panel Display<br>19" CRT<br>21" CRT | 19" Flat Panel Display<br>20" Flat Panel Display<br>19" CRT<br>21" CRT |
| *Network* | Standard Ethernet TCP/IP Protocol | Standard Ethernet TCP/IP Protocol | Standard Ethernet TCP/IP Protocol |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Model By Model Comparisons

| Vendor | Grass-Technologies | Grass-Technologies | Grass-Technologies |
|---|---|---|---|
| Model | Aura24 28-Channel | Comet Portable EEG System | Comet XL Recording and Review System |
| Type | Single Modality | Single Modality | Single Modality |
| List Price | $25,600 | $17,859 | $34,350 |
| Average Purchase Price | $25,600 | $17,859 | $26,586 |
| Service Cost Per Year | $2,560 | $1,786 | $3,435 |
| Residual Value | $2,560 | $1,786 | $2,659 |
| Life Expectancy | 7.0 | 7.0 | 7.0 |
| Procedures Per Year | 780 | 780 | 780 |
| Reimbursement | $191.00 | $191.00 | $191.00 |
| Consumable Cost Per Procedure | $7.00 | $7.00 | $7.00 |
| Labor Cost Per Procedure | $20.00 | $20.00 | $20.00 |
| Warranty In Years | 1.0 | 1.0 | 1.0 |
| Break Even Point | 250 Procedures | 174 Procedures | 288 Procedures |
| Total Cost of Ownership | $188,380.00 | $175,994.40 | $194,616.24 |
| Total Cost of Ownership Per Year | $26,911.43 | $25,142.06 | $27,802.32 |
| Fee Per Procedure | $34.03 | $31.91 | $35.16 |
| Depreciation | $3,291.43 | $2,296.16 | $3,418.23 |
| Discount Range (12/1/05 thru 12/31/06) | No Deals Seen | 27.43% | 21.33% to 43.09% |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

| | | | |
|---|---|---|---|
| **Comments** | AURA24 (Ambulatory Universal Recording Amplifier) 28-channel ambulatory system. This configuration is the basic system. Photic stimulation, pulse oximetry, additional DC channels are optional. | Portable EEG system. This configuration includes cart, isolated power system, photic stimulator, adjustable arm, cables, video capture card. | Single EEG/PSG (optional) system with 40AC channels and 20DC channels. The system includes workstation, headbox, amplifers, software and computer system completely configured. This system is positioned for a full service EEG/PSG neurodiagnostics la b looking for a turnkey system. |

| **Vendor** | **Grass-Technologies** |
|---|---|
| **Model** | **Comet XL Lab Based 35 Ch. Digital PSG Record & Rev** |
| **Type** | Multi-Modality |
| **List Price** | $35,405 |
| **Average Purchase Price** | $35,405 |
| **Service Cost Per Year** | $3,541 |
| **Residual Value** | $3,541 |
| **Life Expectancy** | 7.0 |
| **Procedures Per Year** | 780 |
| **Reimbursement** | $191.00 |
| **Consumable Cost Per Procedure** | $7.00 |
| **Labor Cost Per Procedure** | $20.00 |
| **Warranty In Years** | 1.0 |
| **Break Even Point** | **345 Procedures** |
| **Total Cost of Ownership** | **$204,068.00** |
| **Total Cost of Ownership Per Year** | **$29,152.57** |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

| | |
|---|---|
| **Fee Per Procedure** | **$36.73** |
| **Depreciation** | **$4,552.07** |
| **Discount Range** (12/1/05 thru 12/31/06) | **No Deals Seen** |
| **Comments** | Single EEG/PSG (optional) system with 40AC channels and 20DC channels. The system includes headbox, amplifers, software and computer system completely configured. This system is positioned for a full service EEG/PSG neurodiagnostics lab looking for a turnkey system. |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Model Configurations

| Grass-Technologies | Grass-Technologies |
|---|---|
| **Aura24 28-Channel** | **Comet Portable EEG System** |
| Single Modality | Single Modality |
| **Components:**<br><br>Aura24 28-Channel Ambulatory Recorder<br>Aura24 28-Channel<br>TWIN EEG SOFTWARE, UPM-1 UNIVERSAL PERSONALITY MOD | **Components:**<br><br>VIDEO CAPTURE CARDS<br>ADJUSTABLE ARM FOR MOUNTING THE AS40 ON A MOBILE C<br>ADJUSTABLE ARM FOR HOLDING FLASH LAMP<br>AS40 BASE UNIT WALL MOUNT BRACKET<br>EVENT BUTTON TO AS40 ADAPTOR<br>PATIENT PUSHBUTTON, 10' CABLE LENGTH<br>Comet Portable EEG System<br>ISOLATED POWER SYSTEM<br>MOBILE RACK CART WITH DRAWER FOR KEYBOARD<br>20-BUTTON KEYPAD FOR NOTATION ENTRY AND SYSTEM<br>AC CORF SET 6' CABLE, FROM IPS 115/230<br>PHOTIC STIMULATOR, W/FLASH LAMP AND CABLES |
| **Grass-Technologies** | **Grass-Technologies** |
| **Comet XL Recording and Review System** | **Comet XL Lab Based 35 Ch. Digital PSG Record & Rev** |
| Single Modality | Multi-Modality |
| **Components:**<br><br>IN-SERVICE/TRAINING ON-SITE, PER DAY (2 DAY MIN)<br>Comet XL Recording and Review System<br>20" Flat-Panel/LCD Monitor, 1600X1200 Resolution<br>MOBILE RACK CART WITH DRAWER FOR KEYBOARD<br>REMOVABLE HARD DRIVE KIT<br>Twin Workstation<br>TWIN EEG REVIEW SOFTWARE | **Components:**<br><br>In-Service/Training on-site, per day (3 Day min)<br>Comet XL Lab Based 35 Ch. Digital PSG Record & Rev<br>TWIN EEG SOFTWARE, UPM-1 UNIVERSAL PERSONALITY MOD<br>20" Flat-Panel/LCD Monitor, 1600X1200 Resolution<br>MOBILE RACK CART WITH DRAWER FOR KEYBOARD<br>TWIN DIGITAL EEG/VIDEO REVIEW WORKSTATION |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Service and Training

## Overview

These devices are driven by standard off-the-shelf computer components (PC), with the exception of the amplifiers and sensors. Because of this, they are typically serviced in-house if trained BME staff is available. Utilizing the hospital's IS department to help service the computer components will save significant dollars. If these options are not available, a parts, labor, and travel service contract is recommended.

Maintenance Calculator

Maintenance Calculator Tutorial

| | Grass-Technologies |
|---|---|
| **Reliability Rating** | 8.6 |
| **Service Response** | 7.9 |
| **Quality of Repairs** | 8.7 |
| **Applications Training** | No information available. |
| **Service Training** | No information available. |

## Grass-Technologies Maintenance Plans

| Plan | Comments | Cost |
|---|---|---|
| Total Support Plan 1 | Field Service visits for repairs or adjustments. Two service visits within 48 hours of request. Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 15% of equipment price. | N/A |
| Total Support Plan 2 | Field Service visits for repairs or adjustments. Two service visits within 5 Days of request. Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 12% of equipment price. | N/A |
| Total Support Plan 3 | Emergency phone support 24/7. Hotline after business hours. Modem support with software upgrades. No-charge for in-house labor and materials for repair or replacement. Cost/year = 10% of equipment price. | N/A |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Break Even Analysis

## Grass-Technologies

High: Comet XL Lab Based 35 Ch. Digital PSG Record & Rev at 345 procedures
Low: Comet Portable EEG System at 174 procedures




| # | Model | Type | Break Even Point (# Procedures) |
|---|---|---|---|
| 1 | Grass-Technologies Aura24 28-Channel | Single Modality | 250 |
| 2 | Grass-Technologies Comet Portable EEG System | Single Modality | 174 |
| 3 | Grass-Technologies Comet XL Recording and Review System | Single Modality | 288 |
| 4 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | 345 |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Cost Of Ownership Analysis

## Grass-Technologies

High: Comet XL Lab Based 35 Ch. Digital PSG Record & Rev at $204,068.00
Low: Comet Portable EEG System at $175,994.40




| # | Model | Type | Cost Of Ownership ($) |
|---|---|---|---|
| 1 | Grass-Technologies Aura24 28-Channel | Single Modality | $188,380.00 |
| 2 | Grass-Technologies Comet Portable EEG System | Single Modality | $175,994.40 |
| 3 | Grass-Technologies Comet XL Recording and Review System | Single Modality | $194,616.24 |
| 4 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | $204,068.00 |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Fee Per Procedure Analysis

### Grass-Technologies

High: Comet XL Lab Based 35 Ch. Digital PSG Record & Rev at $36.73
Low: Comet Portable EEG System at $31.91




| # | Model | Type | Fee For Procedure ($) |
|---|---|---|---|
| 1 | Grass-Technologies Aura24 28-Channel | Single Modality | $34.03 |
| 2 | Grass-Technologies Comet Portable EEG System | Single Modality | $31.91 |
| 3 | Grass-Technologies Comet XL Recording and Review System | Single Modality | $35.16 |
| 4 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | $36.73 |


© All Rights Reserved. MD Buyline, Inc. 2007
Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

# Yearly Depreciation Analysis

## Grass-Technologies

High: Comet XL Lab Based 35 Ch. Digital PSG Record & Rev at $4,552.07
Low: Comet Portable EEG System at $2,296.16




| # | Model | Type | Depreciation ($) |
|---|---|---|---|
| 1 | Grass-Technologies Aura24 28-Channel | Single Modality | $3,291.43 |
| 2 | Grass-Technologies Comet Portable EEG System | Single Modality | $2,296.16 |
| 3 | Grass-Technologies Comet XL Recording and Review System | Single Modality | $3,418.23 |
| 4 | Grass-Technologies Comet XL Lab Based 35 Ch. Digital PSG Record & Rev | Multi-Modality | $4,552.07 |


© All Rights Reserved. MD Buyline, Inc. 2007

Gary Williams
1-800-928-1000, extension 6693
Gary.Williams@mdbuyline.com

## Questions?

Clinical Analyst: Gary Williams
Telephone: 1-800-928-1000, extension 6693
E-mail: Gary.Williams@mdbuyline.com

For International customers, please contact MD Buyline using the e-mail address indicated above.

© All Rights Reserved. MD Buyline, Inc. 2007


© All Rights Reserved. MD Buyline, Inc. 2007