# EXHIBIT 4

# AFFIDAVIT OF E.P. MICHAEL KARCIS

I, E.P. Michael Karcis, declare as follows:

1. I am an attorney at law, licensed to practice before all courts in Massachusetts and California, and am admitted Pro Hoc Vice in this matter. I am an attorney with the firm of McLean & McLean LLP, counsel of record for Defendant Kevin Plant. The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. Upon learning the basis for Plaintiff Astro-Med, Inc.'s claims to the confidential nature of its "pricing strategies" for the first time at the December 27 and 28, 2006 evidentiary hearings in this action, I began researching whether or not the price quotes for medical devices are accessible to the general public.

3. I found a website named MD Buyline, www.mdbuyline.com. This website maintains an online database on "medical technology and informatics products," price and performance. MD Buyline also provides a service whereby an individual may compare vendor quotes to other quotes listed on MD Buyline's network. Attached hereto as Exhibit "1" is a true and correct copy of selected pages printed from MD Buyline's website, including the "Homepage," the "Frequently Asked Questions" page, and the "Benefits of Membership" page.

4. Upon reviewing MD Buyline's website, I learned that, of the hundreds of medical technology vendors listed and evaluated by MD Buyline, the MD Buyline website provides product pricing information about "Grass Technologies, an Astro-Med, Inc. Product Group." Attached hereto as Exhibit "2" is a true and correct copy of

the "Vendors Evaluated" page printed from MD Buyline's website. ("Grass Technologies, an Astro-Med, Inc. Product Group" appears on page 3.)

5. As part of my research, I learned about Astro-Med, Inc.'s electroencephalograph (EEG), polysomnograph (PSG), and long-term monitoring for epilepsy (LTM) equipment, including information on price quotes. Attached hereto as Exhibit "3" are true and correct copies of analysis reports from MD Buyline's website regarding Astro-Med, Inc.'s EEG, PSG, and LTM devices.

6. Mr. Plant's current employer does not have sales positions in Florida in which Mr. Plant could sell products other than EEG, PSG, and LTM equipment. The Court's December 28, 2006 Interim Injunction Order, therefore, prohibits Mr. Plant from working for his current employer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of January in Norton, Massachusetts.

E.P. Michael Karcis, Affiant

NOTARY:
Subscribed and sworn to before me this 5th day of January, 2007.

Janice Mouin
My Commission Expires: 10/23/2009

EP Michael Karcis personally appeared before me, and proved his/her identification through satisfactory evidence, which were MA Drivers License and acknowledged he/she signed the foregoing instrument voluntarily for its stated purpose on this 5th day of Jan., 2007.
Notary Signature Janice Mouin