# EXHIBIT 5

**AFFIDAVIT OF KEVIN PLANT**

I, Kevin Plant, declare as follows:

1. I am a citizen of the State of Florida over the age of eighteen. The matters set forth herein are based upon my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.
2. Since commencing my employment with Nihon Kohden America, Inc. on October 1, 2006, I have earned $4,000.00 per month in salary plus a $2,000.00 per month "draw against commissions." (A "draw against commissions" is akin to an advance on future earnings). Attached hereto as Exhibit "A" are true and correct copies of my most recent paychecks from Nihon Kohden American, Inc., dated December 22, 2006.
3. In addition to salary and commissions, I receive medical and dental insurance benefits for myself, my wife, my three-year-old son, and my newborn baby girl. Both my employer and I make contributions towards the insurance premiums. I estimate that the value of the medical and dental insurance benefits my family and I receive is approximately $1,000.00 per month. Attached hereto as Exhibit "B" is a true and correct copy of Nihon Kohden America, Inc.'s Medical/Dental Premium Contribution chart.
4. Since I began my employment, Nihon Kohden America, Inc has provided me with a Kia van, Sedona model, for which it pays the automobile insurance

premiums, reimburses my fuel costs, and makes all lease payments. I estimate these vehicle-related costs that are part of my wages to be approximately $500.00 per month.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of January, 2007 in Lake Mary, Florida.

Kevin Plant, Affiant

NOTARY:
Subscribed and sworn to before me this 4th day of January, 2007.

NOTARY PUBLIC-STATE OF FLORIDA
Rebecca A. Casselman
Commission # DD449214
Expires: JULY 10, 2009
Bonded Thru Atlantic Bonding Co., Inc.

My Commission Expires: July 10, 2009
County of Seminole
State of Florida

# EXHIBIT A

**PERSONAL AND CHECK INFORMATION**

KEVIN PLANT
402 RANDON TR
LAKE MARY, FL 32746

Soc Sec #: XXX-XX-XXXX Employee ID: 66925
Hire Date: 10/01/06
Status:
Filing Status:
Federal: Married, 1
State: FL, Married, 1
Dept: 431

Pay Period: 12/11/06 to 12/24/06
Check Date: 12/22/06 Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

| DESCRIPTION | UNITS | |
|---|---|---|
| PERSONAL - Available | 0.000 | DAYS |
| SICK TIME - Available | 11.100 | HOURS |
| VACATION - Available | 18.480 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 2339 | 1548.81 | 14700.41 |
| Net Pay | 1548.81 | 14700.41 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 2000.00 | | 12000.00 |
| COMMISSION | | | | | 6000.00 |
| GTL | | | | | 0.48 |
| 125BLUE3 | | | -119.00 | | -476.00 |
| GROSS | | | 1881.00 | | 17524.48 |
| TRUE GROSS | | | 2000.00 | | 18000.48 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GROUP TERM LIFE | | 0.48 |
| TOTAL | 0.00 | 0.48 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 188.30 | 1482.99 |
| OASDI | 116.62 | 1086.51 |
| MEDICARE | 27.27 | 254.09 |
| TOTAL | 332.19 | 2823.59 |

**>>> MESSAGES <<<**

Please verify all information on your paystub for accuracy and report any errors to the payroll department.

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1548.81 | 14700.41 |

*Payrolls by Paychex, Inc.*
6460-2446 NIHON KOHDEN AMERICA INC ▪ 90 ICON STREET ▪ FOOTHILL RANCH, CA 92610 ▪

**PERSONAL AND CHECK INFORMATION**

KEVIN PLANT
402 RANDON TR
LAKE MARY, FL 32746

Soc Sec #: XXX-XX-XXXX Employee ID: 56925
Hire Date: 10/01/06
Status:
Filing Status:
Federal: Married, 1
State: FL, Married, 1
Dept: 431

Pay Period: 12/11/06 to 12/24/06
Check Date: 12/22/06 Check #: Direct Deposit

**TIME OFF** *(Based On Policy Year)*

| DESCRIPTION | UNITS | |
|---|---|---|
| PERSONAL - Available | 0.000 | DAYS |
| SICK TIME - Available | 11.100 | HOURS |
| VACATION - Available | 18.460 | HOURS |

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 2339 | 1741.17 | 14700.41 |
| Net Pay | 1741.17 | 14700.41 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | | | 2000.00 | | 12000.00 |
| COMMISSION | | | | | 6000.00 |
| GTL | | | | | 0.48 |
| 125BLUES | | | | | -476.00 |
| GROSS | | | 2000.00 | | 17524.48 |
| TRUE GROSS | | | 2000.00 | | 18000.48 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| GROUP TERM LIFE | | 0.48 |
| TOTAL | 0.00 | 0.48 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 105.83 | 1482.99 |
| OASDI | 124.00 | 1086.51 |
| MEDICARE | 29.00 | 254.09 |
| TOTAL | 258.83 | 2823.59 |

>>> **MESSAGES** <<<

Please verify all information on your paystub for accuracy and report any errors to the payroll department.

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1741.17 | 14700.41 |

*Payrolls by Paychex, Inc.*
0486-2448 NIHON KOHDEN AMERICA INC ▪ 90 ICON STREET ▪ FOOTHILL RANCH, CA 92610

# EXHIBIT B

# NIHON KOHDEN AMERICA, INC.
# MEDICAL / DENTAL PREMIUM CONTRIBUTION

**Effective April 14, 2006 Payroll**

**Medical HMO / Dental HMO** **(available only to California employees)**

| | |
|---|---|
| **Employee** | **$ 18.00** |
| **Employee + 1** | **$ 45.00** |
| **Family** | **$ 65.00** |

**Medical HMO / Dental PPO** **(available only to California employees)**

| | |
|---|---|
| **Employee** | **$ 20.00** |
| **Employee + 1** | **$ 49.00** |
| **Family** | **$ 70.00** |

**Medical PPO / Dental PPO**

| | |
|---|---|
| **Employee** | **$ 38.00** |
| **Employee + 1** | **$ 80.00** |
| K. Platt → **Family** | **$119.00** |

Premium will be deducted from each biweekly payroll. Any changes to employee coverage can only be made during open enrollment week at the end of March, unless employee has had a qualifying event.

**Critchlow, Tracey L.**

**From:** Kuznitz, Robin M.

**Sent:** Thursday, January 04, 2007 4:31 PM

**To:** All Users

**Subject:** New Copier Information

Three new Canon copiers have been delivered this week. The new machines will be installed on the second and third floors in Providence and in the SouthCoast office. The new copiers are not only faster and offer more features, but we now have the ability to make color copies. The new machines will be placed in service later this afternoon, after training has been completed. The new copiers will by default make black and white copies, however, if you need to use the color function, simply select "Auto Color Select" from the touch panel. Please keep in mind that color copies are very costly and we will be closely monitoring color copy counts on these machines.

These new copiers also offer three different PDF capabilities: PDF, PDF Compact and PDF OCR. In addition, PDF's will now be created in color if there is color in the original. The first format option is **PDF**, which creates an image of the document (it's simply a snapshot of the page being copied). This is what we did in the past and we will generally no longer need to send PDF's using the PDF format since it creates a very large file which slows down delivery of the document and uses a great deal of memory which is now unnecessary.

The second format is **PDF Compact**. This sends the document as an image, but does so using a much smaller file size, which speeds up delivery of your document. This format is useful for any PDF you're sending to clients that do not need to be edited. (You'll need to change the option on the touch panel to send a document as a **PDF Compact** since the third format below, **PDF OCR** is now the default setting for the new machines.)

The third format is **PDF OCR ,** which will be our new default. This option also sends the document in a much smaller file size, but by sending it in an OCR format, the document CAN BE EDITED by the recipient. This is extremely useful for internal document scanning if you need to cut and paste the information into a Word document. It may also be useful for sending documents outside the firm to a collaborator who also needs the ability to cut and paste from the document. However, if you DO NOT want to given an outside party the ability to edit the document - DO NOT use this format.

Our new copiers also have the ability to encrypt a PDF (it requires a password to open or print). We do not anticipate much need for this option , but this feature is available. Further instructions on encryption will be available when the need for this feature arises.

If you have any questions about the new machines or need help with any of the new features, please feel free to contact me or John.

Robin