# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, Defendant. | : | |

**PRELIMINARY INJUCTION ORDER**

This matter came before the Court, Chief Judge Lisi presiding, on Plaintiff, Astro-Med, Inc.'s, Motion for a Preliminary Injunction. After an evidentiary hearing thereon conducted on December 27 and 28, 2006, and further briefing by the parties, it is hereby **ORDERED:**

1. Defendant, Kevin Plant, is enjoined and restrained from engaging in any sales activity on behalf of Nihon Kohden America, Inc., and all its affiliates and those in concert with it, with respect to the offering for sale or selling electroencephalograph (EEG), polysomnograph (PSG), or long-term monitoring for epilepsy (LTM) equipment and related products.

2. Pursuant to his Employment Agreement dated October 16, 2002, defendant may not disclose any proprietary or confidential information acquired during his employment at Astro-Med, Inc., including research and development information, customer and prospect lists and pricing strategies.

3. This Order shall be in effect until further order of the Court.

ENTERED as an Order of this Court this ____ day of January, 2007.

ENTERED: PER ORDER:

_______________________ C.J.

_______________________ Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

______________________________

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile