AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

**ASTRO-MED, INC.**

**VS.**

**KEVIN PLANT and NIHON KOHDEN AMERICA, INC.**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-533-ML

TO: (Name and address of Defendant)

Nihon Kohden America, Inc.
President or CEO
90 Icon Street
Foothill Ranch, CA 92610

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Scott, Esq.
Robert J. O'Keefe, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK Chief Deputy Clerk

January 26, 2007

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the First Amended Summons and complaint was made by me[1] | DATE 1/30/2007 |
| NAME OF SERVER *(PRINT)* Fredy Escobar | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): By Serving Youko Asawa, Human Resource Manager, Authorized to accept. Service was completed at 90 Icon Street, Foothill Ranch, CA 92610

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/1/2007
Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.