# EXHIBIT A

# AFFIDAVIT OF MICHAEL OHSAWA

I, MICHAEL OHSAWA, hereby declare as follows:

1. I am the Director of Operations for Nihon Kohden America, Inc. I have personal knowledge of the matters stated herein and if called upon as a witness, I could and would testify competently thereto.

2. Nihon Kohden America, Inc., is a California corporation with its principal place of business in Foothill Ranch, California. Nihon Kohden America, Inc., is engaged in the business of distributing neurology, monitoring and cardiology machines.

3. Nihon Kohden America, Inc., is not incorporated in Rhode Island; nor has it ever qualified, or sought to be qualified, to do business within Rhode Island. Nihon Kohden America, Inc., has no subsidiaries incorporated or qualified to do business in Rhode Island.

4. None of Nihon Kohden America, Inc.'s officers or directors resides in or is domiciled in Rhode Island.

5. Nihon Kohden America, Inc. has no employees who reside in or are domiciled in Rhode Island; nor has it contracted with persons residing in Rhode Island to act on its behalf to market, distribute, or service any of Nihon Kohden America, Inc.'s its goods or products.

6. Nihon Kohden America, Inc. maintains no branch office or facilities in Rhode Island, and has no Rhode Island telephone listings or Rhode Island mailing addresses.

7. Nihon Kohden America, Inc. has no bank accounts or other tangible personal or real property located in Rhode Island.

8. Nihon Kohden America, Inc. does not direct any of its advertising specifically toward Rhode Island or Rhode Island residents or Rhode Island businesses, nor does Nihon Kohden America, Inc. advertise in any publications that are directed primarily toward Rhode Island residents or Rhode Island businesses.

9. Nihon Kohden America, Inc. maintains a website at www.nkusa.com, which provides information accessible to computer users, but the website does not permit the purchase of merchandise from Nihon Kohden America, Inc.

10. No Nihon Kohden America, Inc. board of directors' or shareholders' meetings have been held in Rhode Island; and none of its officers or directors have attended business conferences, sales conferences, trade shows or similar business functions within Rhode Island.

11. It would be unreasonable to require Nihon Kohden America, Inc. to defend this action in courts located within Rhode Island for the reasons set forth below:

a. The burden that would be imposed upon Nihon Kohden America, Inc., to defend itself in litigation in Rhode Island would be substantial. Employees and representatives of Nihon Kohden America, Inc. would be required to travel to Rhode Island from California, or Florida and likely would have to be made available in Rhode Island. Additionally, these individuals would be unable to work during the significant travel time required, which will harm Nihon Kohden America, Inc. due to losses in employee productivity;

b. A vast majority, if not all, documents, books, tangible evidence, and records that might be subject to discovery are located in California or in Florida;

c. Both California and Florida provide alternative forums and alternative legal remedies to adjudicate Plaintiff's claims; and

d. Nihon Kohden America, Inc., is willing to submit to the jurisdiction of either the United States District Court for the Middle District of Florida or the United States District Court for the Central District of California.

12. In late-September 2006, Gary Reasoner, Nihon Kohden America, Inc.'s Director of the Neurology Business Unit, and I conducted in-person interviews of Kevin Plant at Nihon Kohden America, Inc.'s offices in Foothill Ranch, California. Following this in-person meeting with Mr. Plant in California, Mr. Reasoner and I, while we were both located in California, decided to extend an offer of employment, on behalf of Nihon Kohden America, Inc., to Kevin Plant. Soon thereafter, I sent Mr. Plant, via e-mail and via U.S. Mail to his home address in Lake Mary, Florida, a Nihon Kohden America, Inc. "new hire" package, including an offer letter. I sent this package to Mr. Plant from Nihon Kohden America, Inc.'s offices in Foothill Ranch, California.

13. On or about January 30, 2007, Nihon Kohden America, Inc. received from Astro-Med, Inc. a copy of a "Summons In A Civil Case" and "First Amended Complaint." These documents appeared to have been sent via Federal Express and were addressed to Nihon Kohden America, Inc.'s "President or CEO."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of February, 2007, at Foothill Ranch, California.

Michael Ohsawa, Declarant

State of California, County of Orange
Subscribed and sworn to (or affirmed) before me
on this 16 day of Feb, 2007
by Michael Ohsawa
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: 

TEJAL MUNSIF
Commission # 1519917
Notary Public - California
Orange County
My Comm. Expires Oct 17, 2008