# EXHIBIT B

**AFFIDAVIT OF GARY REASONER**

I, GARY REASONER, hereby declare as follows:

1. I am the Director of the Neurology Business Unit for Nihon Kohden America, Inc. ("Nihon Kohden"). I have personal knowledge of the matters stated herein and if called upon as a witness, I could and would testify competently thereto.

2. As part of my duties as Nihon Kohden's Director of the Neurology Business Unit, I supervise all of Nihon Kohden's sales representatives throughout the United States and interview all potential candidates.

3. On or about July 21, 2006, I received an e-mail from Nihon Kohden's former Florida sales representative, Bryan Kehoe, who informed me that he had met a potential candidate for his sales territory (which Mr. Kehoe was about to leave) at a trade show. Mr. Kehoe informed me that the candidates' name was Kevin Plant and that he lived in the Orlando, Florida area.

4. In September 2006, I received a resume from Kevin Plant. Soon thereafter, I had several preliminary telephone interviews with Mr. Plant, that I conducted from my office in Foothill Ranch, California. These telephone interviews led to my extending to Mr. Plant an invitation to travel to California for a final round of interviews at Nihon Kohden. During this time, I also exchanged, from my office in California, several e-mails with Mr. Plant.

5. In late-September 2006, Michael Ohsawa, the Director of Operations for Nihon Kohden, and I conducted our final interviews with Kevin Plant at Nihon Kohden's

Foothill Ranch, California offices. Following these in-person meetings in California, Mr. Ohsawa and I, while we were both in California, decided to extend an offer of employment on behalf of Nihon Kohden to Kevin Plant. Mr. Ohsawa and I made this decision to offer Kevin Plant employment at Nihon Kohden while we, Mr. Ohsawa and I, were in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of February, 2007, at Foothill Ranch, California.

Gary Reasoner, Declarant

State of California, County of Orange
Subscribed and sworn to (or affirmed) before me
on this 16 day of Feb, 2007.
by GARY CLARK REASONER
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: Annette Bielitz

ANNETTE BIELITZ
Comm. #1460626
NOTARY PUBLIC-CALIFORNIA
Orange County
My Comm. Expires Jan. 6, 2008