UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, NIHON KOHDEN AMERICA, Inc. Defendants. | : | |

**PLAINTIFF'S MOTION ENLARGEMENT OF TIME TO RESPOND TO NIHON KOHDEN'S MOTION TO DISMISS, TO DEFER RULING AND TO PERMIT JURISDICTIONAL DISCOVERY**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves for an enlargement of time to respond to Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience ("Motion"), to permit Astro-Med to conduct limited jurisdictional discovery as to the business activities of Nihon Kohden and its agents in Rhode Island. Astro-Med requests that the time for response be enlarged sixty (60) days, to May 9, 2007, so that it may conduct jurisdictional discovery into Nihon Kohden's contacts with Rhode Island. Astro-Med conferred with counsel for Nihon Kohden in an attempt to resolve this issue through stipulation, but was unable to reach an agreement.

In support of this Motion, Astro-Med relies on the accompanying Memorandum.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Craig Scott

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: March 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff's Motion for Enlargement of Time*** was filed through the ECF system on the 5th day of March, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

and was sent, via First Class mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig Scott

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, NIHON KOHDEN AMERICA, Inc. Defendants. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION ENLARGEMENT OF TIME TO RESPOND TO NIHON KOHDEN'S MOTION TO DISMISS, TO DEFER RULING AND TO PERMIT JURISDICTIONAL DISCOVERY**

Plaintiff Astro-Med, Inc. ("Astro-Med") submits this memorandum in support of its motion for an enlargement of time to respond to Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience ("Motion"), to permit Astro-Med to conduct limited jurisdictional discovery as to the business activities of Nihon Kohden and its agents and customers in Rhode Island.

I. Introduction

Astro-Med added Nihon Kohden as a party in this action through its January 23, 2007 First Amended Complaint. On February 19, 2007, Nihon Kohden filed the Motion. Nihon Kohden claims that it does not direct any advertising or marketing activity to anyone in Rhode Island, and has only made limited unsolicited sales to Rhode Island customers. Upon preliminary inquiry, Astro-Med has learned that Nihon Kohden has made sales in Rhode Island, has sent mailings to Rhode Island, has attended a trade show in Rhode Island, and sells

its products in Rhode Island through an agent who makes frequent visits to Rhode Island for sales and service of Nihon Kohden products. These are areas that require further exploration through jurisdictional discovery.

Astro-Med attempted to negotiate a stipulation by which Astro-Med's time to respond to the Motion would be enlarged so that Astro-Med could conduct discovery into Nihon Kohden's sales and marketing activities in Rhode Island. Counsel for Nihon Kohden did not agree to the stipulation.

## II. Argument

A diligent plaintiff who sues an out-of-state corporation and who makes out a colorable case for personal jurisdiction may be entitled to jurisdictional discovery. *See Sunview Condominium Assoc. v. Flexel International Ltd.*, 116 F.3d 962, 964 (1st Cir. 1997); *Surpitski v. Hughes-Keenan Corp.*, 362 F.2d 254, 255-256 (1st Cir. 1966). Jurisdictional discovery facilitates the resolution of issues as to *in personam* jurisdiction before the Court addresses the substantive merits of the claim. *See Cytotherapeutics, Inc. v. Neurospheres Ltd.*, 1997 WL 33547301, *3 (D.R.I. March 13, 1997).

Nihon Kohden alleges that it does not have sufficient minimum contacts with Rhode Island to subject it to general or specific personal jurisdiction. Astro-Med has identified Rhode Island customers of Nihon Kohden, as well as a sales agent for Nihon Kohden whose territory includes Rhode Island and who made several visits to the area for sales and service. Astro-Med has also identified a 2006 conference in Rhode Island that was attended by a Nihon Kohden representative. Through jurisdictional discovery, Astro-Med can establish that Nihon Kohden has sufficient contacts with Rhode Island to subject it to personal jurisdiction here.

Astro-Med could not have sought this discovery any earlier than now because Nihon Kohden was not a party to this action until the First Amended Complaint was filed in January. Astro-Med acted quickly to investigate Nihon Kohden's contacts with Rhode Island and to attempt to stipulate to discovery with Nihon Kohden.

## III. Conclusion

Astro-Med respectfully requests that the time for responding to Nihon Kohden's Motion be enlarged by sixty (60) days to May 7, 2007, that the Court defer decision on Nihon Kohden's motion, and that Astro-Med be permitted to conduct jurisdictional discovery as to Nihon Kohden's contacts with Rhode Island.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Craig Scott

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: March 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Memorandum in Support of Motion for Enlargement*** was filed through the ECF system on the 5th day of March, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

and was sent, via First Class mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig Scott