UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of **Domenic Chillemi** pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Monday, March 26, 2007 at 10:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **The Best Western Nyack on Hudson, 26 Route, 59, Nyack, New York, 10960.** The deponent is requested to produce the documents listed on Exhibit A attached hereto. The deposition will continue from day to day until completed, unless counsel for the parties agrees otherwise.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Craig M. Scott
Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com

Dated: March 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Notice of Deposition*** was filed through the ECF system on the 6th day of March, 2007, and will be sent electronically to the below-named counsel who is a registered participant identified on the Notice of Electronic Filing:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig M. Scott

**Exhibit A**

1. All documents relating to the sale of any Nihon Kohden products in Rhode Island.

2. All documents relating to any communications with purchasers or prospective purchasers of Nihon Kohden products in Rhode Island.

3. All documents relating to any sales presentations made or trade shows attended in Rhode Island or any other visits to Rhode Island to promote or sell Nihon Kohden products.

4. All documents relating to all Nihon Kohden customers or prospective customers in Rhode Island.

5. All documents relating to any Nihon Kohden advertisements or marketing directed to customers or prospective customers in Rhode Island.

6. All documents relating to any agreements between you or Med-Tek Solutions, and Nihon Kohden for the sale of Nihon Kohden products in Rhode Island.