# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff, | |
| v. | C.A. No. 06-533-ML |
| KEVIN PLANT, Defendant. | |

## WITHDRAWAL OF APPEARANCE

Now comes Michael A. Gamboli and withdraws his appearance on behalf of Defendant. Lisa Martinelli of Partridge Snow & Hahn LLP and pro hac vice counsel Michael Karcis will continue to represent Defendant.

/s/ Michael A. Gamboli

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
mag@psh.com

DATED: March 6, 2007

Of Counsel:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing WITHDRAWAL OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 7TH day of March, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

| | |
|---|---|
| Robert J. O'Keefe, Esq. | Craig M. Scott, Esq. |
| rokeefe@duffysweeney.com | cscott@duffysweeney.com |

/s/ Michael A. Gamboli