UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT, NIHON KOHDEN AMERICA, INC.<br>Defendants. | : | C.A. No. 06-533 ML |

**STIPULATION**

Plaintiff, Astro-Med, Inc. ("Astro-Med"), and Defendants, Kevin Plant and Nihon Kohden America, Inc. ('Nihon Kohden"), through their respective counsel, stipulate and agree pending further order of the Court, that Astro-Med shall have an enlargement of time of twenty-one (21) days, to March 29, 2007, to respond to Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience.

Submitted and Agreed to:

ASTRO-MED, INC.

/s/ Craig Scott

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

/s/ Lisa Martinelli

Lisa M. Martinelli (#6350)
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200-telephone
(401) 861-8210-facsimile

Of counsel:

/s/ E.P. Michael Karcis

______________________________

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

ENTERED as an Order of this Court this _______ day of March, 2007.

ENTERED: PER ORDER:

______________________________ C.J.

______________________________ Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Stipulation*** was filed through the ECF system on the 7th day of March, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

and was sent, via First Class mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig Scott