UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and<br>NIHON KOHDEN AMERICA, INC.,<br>Defendants | : | |

**NOTICE OF APPEARANCE**

Bruce W. Gladstone and the law firm of Cameron & Mittleman LLP hereby enter their appearance on behalf of the Defendants, Kevin Plant and Nihon Kohden America, Inc., in the above-entitled matter.

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

By Their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: March 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2007, a true copy of the within was sent, as indicated below, to the following:

VIA ELECTRONIC TRANSMISSION

Michael A. Gamboli, Esq.
Lisa M. Martinelli, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

VIA ELECTRONIC TRANSMISSION

Craig M. Scott, Esq.
Robert J. O'Keefe, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

VIA FIRST-CLASS MAIL, POSTAGE PREPAID

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Bruce W. Gladstone

G:\pec\Plant, Kevin\pldgs\noticeofappearance.doc