**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,

Plaintiff,

v.

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

Defendants.

C.A. No. 06-533-ML

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Now comes Lisa M. Martinelli and withdraws her appearance on behalf of Defendants.

/s/ Lisa M. Martinelli
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
lmm@psh.com

DATED: March 14, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was filed with the Clerk of the United States District Court for the District of Rhode Island this 14th day of March, 2007 and is available for viewing and downloading to the following ECF registered counsel of record:

Robert J. O'Keefe, Esq.
rokeefe@duffysweeney.com

Craig M. Scott, Esq.
cscott@duffysweeney.com

Bruce W. Gladstone, Esq.
bgladstone@cm-law.com

and was sent by prepaid first class mail addressed to:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Lisa M. Martinelli

906200_1/5866-2