UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

STIPULATION

In the above-captioned matter, by agreement of the parties, the following entry shall be made:

1) The Plaintiff, Astro-Med, Inc., shall have up to and including April 5, 2007 to respond to Nihon Kohden America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience.

2) The Defendants, Kevin Plant and Nihon Kohden America, Inc., shall have up to and including April 5, 2007 to respond to Astro-Med, Inc.'s Motion for Enlargement of Time to Respond to Nihon Kohden's Motion to Dismiss, to Defer Ruling and to Permit Jurisdictional Discovery.

ASTRO-MED, INC.
By their Attorneys,

/s/ Robert J. O'Keefe

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Robert J. O'Keefe, Esq. (#6750)
rokeefe@duffysweeney.com
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903
455-0700
Fax 455-0701

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.
By Their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Of Counsel:

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
Benjamin L. Kennedy, Esq.
ben@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
310-450-9353
Fax 310-581-8006

ENTERED as an Order of this Court this ______ day of March, 2007.

ENTERED: PER ORDER

___________________________________ ___________________________________
Clerk

G:\pec\Plant, Kevin\Pleadings\Stipulation.doc

# CERTIFICATION

The undersigned hereby certifies that on the 22nd day of March, 2007, a copy of the foregoing Stipulation was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Craig M. Scott, Esq.
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert J. O'Keefe, Esq.
rokeefe@duffysweeney.com
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Benjamin L. Kennedy, Esq.
ben@mcleanfirm.com
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Bruce W. Gladstone