**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

**DEFENDANT KEVIN PLANT'S NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF FEBRUARY 16 ORDER**

Defendant, Kevin Plant, will and hereby does move for clarification of this Court's Modified Preliminary Injunction Order, entered on February 16, 2007 (the "2/16 Order").

This motion is based on this Notice of Motion and Motion, the Memorandum of Law attached hereto, the Affidavits of Kevin Plant and E.P. Michael Karcis concurrently filed herewith, and upon the papers, records and pleadings filed herein, as well as any evidence or argument that may be presented at the hearing on this motion.

KEVIN PLANT
By His Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
bgladstone@cm-law.com

Date: March 27, 2007

Of Counsel:
E.P. Michael Karcis, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX
michael@mcleanfirm.com

CERTIFICATION

The undersigned hereby certifies that on the 27th day of March, 2007, a copy of the foregoing Notice of Motion was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| Craig M. Scott, Esq.<br>cscott@duffysweeney.com<br>Duffy Sweeney & Scott, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 | Robert J. O'Keefe, Esq.<br>rokeefe@duffysweeney.com<br>Duffy, Sweeney & Scott, Ltd.<br>One Turks Head Building, Suite 1200<br>Providence, RI 02903 |
| | |

/s/ Bruce W. Gladstone