UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC., :
Plaintiff :
:
v. : C.A. No. 06-533ML
:
KEVIN PLANT and :
NIHON KOHDEN AMERICA, INC., :
Defendants :

**AFFIDAVIT OF KEVIN PLANT IN SUPPORT OF DEFENDANT, KEVIN PLANT'S MOTION FOR CLARIFICATION OF ORDER**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

## AFFIDAVIT OF KEVIN PLANT IN SUPPORT OF DEFENDANT'S MOTION FOR CLARIFICATION OF ORDER

I, Kevin Plant, declare as follows:

1. I am a citizen of the State of Florida over the age of eighteen. The matters set forth herein are based upon my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. I received a copy of plaintiff Astro-Med, Inc.'s ("Astro-Med") Customer List, which Astro-Med purportedly produced pursuant to this Court's February 16, 2007 Modified Preliminary Injunction Order (the "Order"). I was surprised to see that nearly 350 businesses were named on Plaintiff's list. While employed as Plaintiff's sales representative from July 2005 to September 29, 2007, I called on and/or sold to approximately 35 of the businesses named on Plaintiff's list. Additionally, approximately 20 of the companies named on Plaintiff's purchase

their EEG, PSG and LTM equipment solely from my current employer, Nihon Kohden America, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of March, 2007 in Lake Mary, Florida.

Kevin Plant, Affiant

STATE: FLORIDA COUNTY: SEMINOLE
NOTARY:
Subscribed and sworn to before me this 27TH day of March, 2007 in the State of Florida. BY KEVIN PLANT WHO PROVIDED A FLORIDA DRIVERS LICENSE AS IDENTIFICATION.

NOTARY PUBLIC-STATE OF FLORIDA
Patrick C. Halpenny
Commission # DD472356
Expires: NOV 03, 2009
Bonded Thru Atlantic Bonding Co., Inc.

PATRICK C. HALPENNY
My Commission Expires: 11/3/2009