UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

**AFFIDAVIT OF E.P. MICHAEL KARCIS IN SUPPORT OF DEFENDANT, KEVIN PLANT'S, MOTION FOR CLARIFICATION OF ORDER FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER ENTERED ON 12/27/06 AS DOCKET ENTRY #10**