UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and<br>NIHON KOHDEN AMERICA, INC.,<br>Defendants | : | |

**EXHIBIT B**

**TO THE MEMORANDUM OF THE DEFENDANT, KEVIN PLANT BEING FILED IN SUPPORT OF DEFENDANT'S MOTION FOR CLARIFICATION OF ORDER BEING FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER ENTERED ON 12/27/06 AS DOCKET ENTRY #10**