# EXHIBIT 1

February 27, 2007

Mr. Robert O'Keefe
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Re Astro-Med vs. Kevin Plant and Nihon Kohden

Dear Mr. O'Keefe,

Yesterday afternoon I was served with a subpoena from you, for business records pertaining to Nihon Kohden, with a due date of this morning, February 27, 2007, at 10:00 am. This deadline of **less than 24 hours** from the time I received your subpoena is completely unreasonable and is extremely burdensome for me to comply with, particularly since it was sent to me in New York. I am located in Valley Cottage, New York, which is nearly 200 miles from Providence, Rhode Island, and at this point, I don't know whether your subpoena is even valid. Your subpoena provides me with a completely inadequate time frame to review your request and look for any documents in my files.

Among other things, I will need to determine whether any of the documents you have asked for contain private, confidential, or trade secret information. I also believe that your subpoena should be more specific and more limited in scope.

Please be informed that I object to your subpoena and therefore will not be providing you with any documents today.

Sincerely,

Dominic Chillemi
Med-Tek Solutions