# EXHIBIT 3

McLEAN & McLEAN LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3001 2ND STREET, SUITE F
SANTA MONICA, CALIFORNIA 90405

TELEPHONE 310.450.9353
FACSIMILE 310.581.8006

March 2, 2007

**VIA FACSIMILE TO 401-455-0701**
**& U.S. MAIL**
Robert O'Keefe, Esq.
DUFFY SWEENEY & SCOTT LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

**Re** **Astro-Med, Inc. v. Kevin Plant**
**U. S. District Court, R.I. Case No. 06-CV-00533-ML**

Dear Attorney O'Keefe:

We received the generic stipulation regarding the discovery on Nihon Kohden's Motion to Dismiss. Unfortunately, the proposed stipulation fails to address even one of our concerns pertaining to the scope and extent of discovery requested. The proposed stipulation also fails to reference our specific concern about the subpoena your office sent to Domenic Chillemi, which was improperly served. (This also raises the question about why you did not serve a copy of the subpoena on my office or that of local counsel.)

Accordingly, we request that you please prepare a stipulation that includes the scope of discovery you are requesting. Agreeing on the scope of discovery at this point will allow the parties to avoid (i) any confusion about the scope of discovery; (ii) the need to bring discovery disputes before the court; and (iii) unnecessary expenses. Moreover, the proposed stipulation, as I stated in my last letter, should make specific reference to Chillemi subpoena being improperly served.

If you wish to discuss this matter, please feel free to contact me at (508) 212-2142.

Sincerely yours,

E.P. Michael Karcis
of McLean & McLean LLP

cc: Lisa M. Martinelli, Esq.