# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, NIHON KOHDEN<br>AMERICA, INC.<br>Defendants. | : | |

**CONSENT ORDER**

This matter having come before the Court on Plaintiff, Astro-Med, Inc.'s ("Astro-Med"), Motion for Enlargement of Time to Respond to Nihon Kohden America, Inc.'s Motion to Dismiss and to Conduct Jurisdictional Discovery, and Astro-Med and Defendants, Kevin Plant and Nihon Kohden, having agreed on entry of this Consent Order, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Astro-Med's Motion for Enlargement of Time is granted, and Astro-Med shall have an enlargement of time of sixty (60) days, to May 8, 2007, to respond to Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience, for the purposes of conducting limited jurisdictional discovery as to any sales, marketing, advertising, servicing or purchasing of any Nihon Kohden products in Rhode Island; or any other contacts with Rhode Island by Nihon Kohden or anyone acting on its behalf.

2. The proposed jurisdictional discovery will consist of: subpoenas duces tecum to and the depositions of Domenic Chillemi and certain journals and trade magazines; interrogatories, requests for production of documents and requests for admission to Nihon

Kohden; and depositions of Nihon Kohden personnel.

3. Astro-Med may conduct further jurisdictional discovery by agreement or by order of this Court if the parties are unable to reach an agreement.; and

4. Asto-Med and Nihon Kohden will stipulate to a protective order governing the use of confidential information.

ENTERED as an Order of this Court this _______ day of March, 2007.

ENTERED: PER ORDER:

_________________________________ C.J.

_________________________________ Clerk

Submitted and Agreed to:

ASTRO-MED, INC.

______________________________

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

______________________________

Bruce Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700-telephone
(401) 331-5787-facsimile

______________________________

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Consent Order*** was filed through the ECF system on the _____ day of March, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

______________________________