# EXHIBIT 6

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW LITIGATION

REC'D MAR 22 2007

*Robert J. O'Keefe*
*rokeefe@duffysweeney.com*

March 19, 2007

***VIA FACSIMILE and***
***FIRST CLASS MAIL***

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Re: Astro-Med, Inc. v. Kevin Plant
USDC RI C.A. No. 06-533

Dear Counsel:

Enclosed please find the following:

1. Plaintiff's First Set of Interrogatories to Nihon Kohden America, Inc.; and
2. Plaintiff's First Request for Production of Documents to Nihon Kohden America, Inc.

As discussed with Attorney Karcis these requests relate solely to jurisdictional issues. I am also awaiting your response as to the proposed consent order for the enlargement of time to conduct jurisdictional discovery.

If you have any questions, do not hesitate to contact me.

Sincerely,

Robert J. O'Keefe

RJO/rmb
Enclosure
Cc: Craig Scott, Esq. *(w/o enclosures)*