# EXHIBIT 11

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

***Robert J. O'Keefe***
*rokeefe@duffysweeney.com*

March 22, 2007

***VIA FACSIMILE and***
***FIRST CLASS MAIL***

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Re: *Astro-Med, Inc. v. Kevin Plant, Nihon Kohden America, Inc.*
USDC RI C.A. No. 06-533

Dear Counsel:

The deposition of Domenic Chillemi was noticed for Monday, March 26, 2007 at 10:00 a.m. in New York. We originally served Mr. Chillemi with a subpoena dated February 22, 2007, but because of a technical defect we agreed to reissue the subpoena at your request.

We are now informed that Mr. Chillemi is avoiding service of the subpoena. Please advise, no later than 3:00 p.m. (EDT) on Friday, March 23, 2007, as to whether Mr. Chillemi will be produced on Monday as noticed.

If Mr. Chillemi is not produced or continues to avoid service, we will seek intervention by the court.

Sincerely,

Robert J. O'Keefe

RJO/rmb
Enclosure
Cc: Craig Scott, Esq. *(w/o enclosures)*

*H:\Clients\Astro Med\Plant, Kevin\Letters\Opposing Counsel 3-22-07 rjo.doc*