# EXHIBIT 13

McLEAN & McLEAN LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3001 2ND STREET, SUITE E
SANTA MONICA, CALIFORNIA 90405

TELEPHONE 310.450.9253
FACSIMILE 310.581.8006

March 26, 2007

**VIA FACSIMILE 401-455-0701**
**& U.S. MAIL**

Robert O'Keefe, Esq.
DUFFY SWEENEY & SCOTT LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

**Re** **Astro-Med, Inc. v. Kevin Plant, *et al.***
**U. S. District Court, R.I. Case No. 06-CV-00533-ML**

Dear Attorney O'Keefe:

This will confirm today's telephone conversation your secretary, Rene Beaumier, had with my secretary, Jackie Hernandez, wherein she informed our office that the depositions scheduled for tomorrow, March 27, 2007, in Santa Monica, California, and the deposition scheduled for March 28, 2007, in Overland Park, Kansas, will not be going forward. Because Astro-Med's subpoenas indicated that publishers of "Sleep Diagnostics and Therapy," "Sleep Review," and "American Society of Electroneurodiagnostic Technologists" could produce documents in lieu of personal appearance, I must assume your office has received the records requested. Accordingly, please send me copies of all such documents.

Additionally, I am troubled to learn of the "American Society of Electroneurodiagnostic Technologists" deposition for the first time upon notice of its cancellation. Our office received insufficient notice of the March 28, 2007 deposition in Overland, Kansas -- served by regular mail on March 21, 2007 -- received this morning, March 26, 2007, after receiving notice of the cancellation. See In re Stratosphere Corp. Sec. Litig., 183 F.R.D. 684, 687 (D. Nev. 1999), (six days' notice to nonparty deponent and five days' notice to defendant of deposition of nonparty witness was unreasonably short). This is at least the second time your firm has attempted to

obtain discovery without proper notice to our office, or that of our local counsel. Should you desire to continue with your bad faith litigation tactics, we will be forced to seek a protective order.

Sincerely yours,

E.P. Michael Karcis
McLean & McLean LLP

EPMK/jh

cc: Bruce W. Gladstone, Esq.