# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

vs. C.A. No. 06-533 ML

KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,

Defendants.

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of the **Keeper of Records, American Society of Electroneurodiagnostic Technologists** pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Wednesday, March 28, 2007 at 10:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **Jay E. Suddreth & Associates, Inc., 10104 W. 105th Street, Suite 100, Overland Park, Kansas**. The deponent is requested to produce the documents listed on Exhibit A attached hereto. The deposition will continue from day to day until completed, unless counsel for the parties agrees otherwise.

Respectfully submitted,

ASTRO-MED, INC.

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com

Dated: March 21, 2007

RECEIVED
MAR 2 2 2007
By

51

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Notice of Deposition*** was served via First Class Mail on the 21st day of March, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Esquire Deposition Services
99 Summer Street, Suite 804
Boston, MA 02110

[signature]
______________________

**Exhibit A**

1. A list of all Rhode Island addresses that you mail your publication(s) to.
2. A list of all advertisements that Nihon Kohden placed in your publication(s) in the last three years.
3. Copies of any advertisements placed in your publication(s) by Nihon Kohden in the last three years.