UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, NIHON KOHDEN AMERICA, Inc.<br>Defendants. | : | |

**PLAINTIFF'S MOTION ENLARGEMENT OF TIME TO RESPOND TO NIHON KOHDEN'S MOTION TO DISMISS, TO DEFER RULING AND TO PERMIT JURISDICTIONAL DISCOVERY**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves for an enlargement of time to respond to Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience ("Motion"), to permit Astro-Med to conduct limited jurisdictional discovery as to the business activities of Nihon Kohden and its agents in Rhode Island. Astro-Med requests that the time for response be enlarged sixty (60) days, to May 9, 2007, so that it may conduct jurisdictional discovery into Nihon Kohden's contacts with Rhode Island. Astro-Med conferred with counsel for Nihon Kohden in an attempt to resolve this issue through stipulation, but was unable to reach an agreement.

In support of this Motion, Astro-Med relies on the accompanying Memorandum.

Granted.
Mary M. Lisi
USDJ 4/3/07

Respectfully submitted,

ASTRO-MED, INC.

/s/ Craig Scott

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: March 5, 2007