UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

**MOTION TO VACATE COURT ORDER, *I.E.*, DOCUMENT NO. 46, GRANTING PLAINTIFF'S DOCKET NO. 34 MOTION FOR EXTENSION OF TIME TO MAY 9, 2007 TO RESPOND TO DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS FOR WANT OF JURISDICTION**

Now comes Defendant Nihon Kohden America, Inc. and hereby files this Motion to Vacate Court Order, *i.e.*, Document No. 46, Granting Plaintiff's Docket No. 34 Motion for Extension of Time to May 9, 2007 to respond to Defendant Nihon Kohden America, Inc.'s Motion to Dismiss for Want of Jurisdiction and, as grounds for this Motion to Vacate, Defendant Nihon Kohden America, Inc. states as follows:

Docket Entry No. 40, *i.e.*, a "Stipulation filed by Kevin Plant" (the "Stipulation"), was "so Ordered by Judge Mary M. Lisi on March 26, 2007" as a "Text Order." The Stipulation under Section 2 thereof did provide as follows:

> The Defendants, Kevin Plant and Nihon Kohden America, Inc., shall have up and including April 5, 2007 to respond to Astro-Med, Inc.'s Motion for Enlargement of Time to Respond to Nihon Kohden's Motion to Dismiss, to Defer Ruling and to Permit Jurisdictional Discovery.

The Defendants have on April 5, 2007 filed a timely Objection to the Plaintiff's Motion for Extension of Time to Respond to Defendant Nihon Kohden America, Inc.'s Motion to Dismiss, to Defer Ruling and to Permit Jurisdictional Discovery, as the time constraints for jurisdictional discovery are unrealistic and should be considered together

with Defendants Kevin Plant's and Nihon Kohden America, Inc.'s Notice of Motion and Motion for Protective Order or, in the Alternative, a Case Management Order Requiring Plaintiff to Provide Reasonable Notice of all Depositions and For an Enlargement of Time for Non-parties to Respond to Plaintiff's Subpoenas and other related Motions which are being filed.

Therefore, as the Defendants did by Stipulation and Court Order have until April 5, 2007 to respond to the Plaintiff's Docket No. 34 Motion for Enlargement of Time to Respond to Nihon Kohden America, Inc.'s Motion to Dismiss, to Defer Ruling and to Permit Jurisdictional Discovery (the "Motion"), this Honorable Court's granting of the Plaintiff's Motion by Order dated April 3, 2007, *i.e.*, two days before the running of the Objection period, would appear to be in error.

WHEREFORE, the Defendants respectfully move that the April 3, 2007 Order of this Honorable Court granting the Motion be vacated, in order to allow the Defendants the opportunity to be heard on their Objection to the Motion.

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

By Their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: April 5, 2007

Of Counsel:
E.P. Michael Karcis, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX
michael@mcleanfirm.com

CERTIFICATION

The undersigned hereby certifies that on the 5th day of April, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\movacate.doc