# EXHIBIT 1

FILE COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff,

vs.

KEVIN PLANT, NIHON KOHDEN AMERICA, INC.
Defendants.

C.A. No. 06-533 ML

## STIPULATION

Plaintiff, Astro-Med, Inc. ("Astro-Med"), and Defendants, Kevin Plant and Nihon Kohden America, Inc. ("Nihon Kohden"), through their respective counsel, stipulate and agree pending further order of the Court, that Astro-Med shall have an enlargement of time of sixty (60) days, to May 8, 2007, to respond to Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative to Dismiss for Improper Venue; or in the Alternative to Transfer for Improper Venue; or in the Alternative to Transfer for Convenience, for the purposes of conducting limited jurisdictional discovery as to any sales, marketing, advertising, servicing or purchasing of any Nihon Kohden products in Rhode Island; or any other contacts with Rhode Island by Nihon Kohden or anyone acting on its behalf.

Submitted and Agreed to:

ASTRO-MED, INC.

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.

Michael A. Gamboli (#4684)
Lisa M. Martinelli (#6350)
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200-telephone
(401) 861-8210-facsimile

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

ENTERED as an Order of this Court this _______ day of March, 2007.

ENTERED:

_____________________ C.J.

PER ORDER:

_____________________
Clerk