# EXHIBIT 4

McLEAN & McLEAN LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3001 2ND STREET, SUITE E
SANTA MONICA, CALIFORNIA 90405

TELEPHONE 310.450.9353
FACSIMILE 310.581.8006

March 5, 2007

**VIA FACSIMILE TO 401-455-0701**
**& U.S. MAIL**

Robert O'Keefe, Esq.
DUFFY SWEENEY & SCOTT LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

**Re** **Astro-Med, Inc. v. Kevin Plant *et al.***
**U. S. District Court, R.I. Case No. 06-CV-00533-ML**

Dear Attorney O'Keefe:

This will confirm our receipt of your revised proposed stipulation regarding your request for discovery on Nihon Kohden's Motion to Dismiss. Once again, your proposed stipulation failed to address the issues identified in our prior correspondence and in our recent conversations. In order to avoid any ambiguity, please address with specificity the *scope* and *extent* of Astro-Med's requested discovery in any further revised stipulation you would like us to consider, including:

(1) Your proposed definition of "limited jurisdictional discovery;"

(2) A description of any proposed written discovery, such as interrogatories or requests for admissions;

(3) The number of interrogatories/requests for admissions, if any, you wish to serve;

(4) The entities from whom will you seek documents, if any;

(5) The proposed terms of a protective order, if any;

(6) The names or a description of requested deponents (and the location of any proposed depositions)?

Your revised proposed stipulation failed to reference the improper service of a subpoena upon Domenic Chillemi, and also failed to explain why you did not serve a copy of that subpoena on my office and that of Defendants' local counsel. Our agreement to any joint stipulation to limited jurisdictional discovery is dependent upon your acknowledgement and stipulation that the service of the subpoena on Mr. Chillemi was improper.

As always, should you wish to discuss this matter or need any further clarification, please feel free to contact me at (508) 212-2142.

Sincerely yours,

Michael Karcis

E.P. Michael Karcis
of McLean & McLean LLP

cc: Lisa M. Martinelli, Esq.