# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br><br>Defendants. | C.A. No. 06-533 ML |

**AFFIDAVIT OF GORDON BENTLEY**

I, Gordon Bentley, upon oath depose and state as follows:

1. I am the Director of Information and Technology ("IT") at Astro-Med, Inc. in West Warwick, Rhode Island.

2. I have personal knowledge of the facts set forth herein.

3. I was personally responsible for preparing the customer summary submitted by Astro-Med in connection with the Modified Interim Injunction Order entered by the Court. I obtained that information from Astro-Med's electronic records. Each of the customers listed on the summary of customers are identified in Astro-Med's electronic records as Florida purchasers of Astro-Med's Grass Technologies products.

Executed this 3rd day of April, 2007.

Gordon Bentley
Gordon Bentley

STATE OF
COUNTY OF

Subscribed and sworn to before me this 3rd day of April, 2007.

Lorraine A. D'Cipriano

Notary Public

My commission expires on June 23, 2009