# EXHIBIT B

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Robert M. Duffy, Esq.*
*rduffy@duffysweeney.com*

April 2, 2007

***Via Facsimile and First Class Mail***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America - C.A. No. 06-533-ML

Dear Mike:

I enclose a revised Proposed Consent Order extending the date by which Astro-Med's Opposition to Defendant Nihon Kohden's Motion to Dismiss is due. Given the short discovery window in this case, it does not make sense to split jurisdictional and fact discovery. Accordingly, the discovery to be taken in the extended period is not limited solely to jurisdictional discovery. Please let me know your comments to the revised Consent Order at your first convenience.

Very truly yours,

Robert M. Duffy

RMD/jmc

cc: Bruce W. Gladstone, Esq. (*via facsimile and U.S. Mail*)
Craig M. Scott, Esq.

*Astro-Med\Plant, Kevin\Letters\Karcis-Martinelli03-09-07 RJO.doc*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, NIHON KOHDEN AMERICA, INC. Defendants. | : | |

**CONSENT ORDER**

This matter having come before the Court on Plaintiff, Astro-Med, Inc.'s ("Astro-Med"), Motion for Enlargement of Time to Respond to Nihon Kohden America, Inc.'s Motion to Dismiss and to Conduct Jurisdictional Discovery, and Astro-Med and Defendants, Kevin Plant and Nihon Kohden, having agreed on entry of this Consent Order, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Astro-Med's Motion for Enlargement of Time is granted. Astro-Med shall have an enlargement of time up to and including April 27, 2007, to respond to Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction for the purposes of conducting jurisdictional discovery.

2. Astro-Med agrees that during this period its deposition discovery will be limited to (a) outstanding requests pursuant to Rule 33 and 34 (b) subpoenas duces tecum to and the depositions of Domenic Chillemi and certain journals and trade magazines, and (c) depositions of Nihon Kohden by the person(s) with the most knowledge of Nihon Kohden's contacts with Rhode Island, including sales, service marketing and advertising, and up to two fact witnesses with personal knowledge of the facts at issue in this litigation.

3. Astro-Med may conduct further discovery by agreement or by order of this Court

if the parties are unable to reach an agreement.

4. Nihon Kohden will sign the December 27, 2006 protective order entered in this case governing the use of confidential information.

5. Nihon Kohden's stipulation to discovery herein shall not be interpreted in any manner (by the parties or any other entity or person) as a waiver of or limit on Nihon Kohden's: (i) right to object to any discovery (on other than jurisdictional grounds related to Nihon Kohden's motion to dismiss) or (ii) to jurisdiction and venue as set forth in its Motion to Dismiss.

ENTERED as an Order of this Court this _______ day of April, 2007.

| | |
|---|---|
| ENTERED: | PER ORDER: |
| ______________________________ C.J. | ______________________________ Clerk |

Submitted and Agreed to:

ASTRO-MED, INC.

______________________________

Robert M. Duffy, Esq.
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

______________________________

Bruce Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700-telephone
(401) 331-5787-facsimile

______________________________

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Consent Order*** was filed through the ECF system on the _____ day of April, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

______________________________