# EXHIBIT D

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Robert M. Duffy*
*rduffy@duffysweeney.com*

April 6, 2007

***Via Facsimile and Via U.S. Mail***

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Re: Astro-Med, Inc. v. Kevin Plant, et. al.
USDC RI C.A. No. 06-533ML

Dear Bruce:

We have received affidavits from Ascend Media and ASET. We will be providing you copies of the affidavits and attachments next week. Given the compliance with the subpoenas, the depositions presently scheduled for Friday, April 13, 2007 in Kansas City are cancelled.

Very truly yours,

Robert M. Duffy

RMD/jmc

cc: E.P. Michael Karcis, Esq. (via facsimile)
Craig M. Scott, Esq.

h:\clients\astro-med\plant, kevin\letters\Gladstone 4-6-07.doc