UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S OBJECTION TO EMERGENCY MOTION TO SHORTEN TIME FOR OBJECTION TO AND HEARING OR OTHER DISPOSITION ON DEFENDANTS' PENDING MOTIONS FOR PROTECTIVE ORDERS AND FOR STAY**

Plaintiff Astro-Med, Inc., ("Astro-Med") hereby objects to Defendants Kevin Plant and Nihon Kohden America, Inc.'s Emergency Motion to Shorten Time for Objection to and Hearing or Other Disposition on Defendants' Pending Motions for Protective Orders, or in the Alternative, a Case Management Order Requiring Plaintiff to Provide Reasonable Notice of all Depositions and for an Enlargement of Time for Non-Parties to Respond to Plaintiff's Subpoenas and to Supplementary Motions Seeking Restrictions and/or Directions From This Honorable Court Re: Limitations to be Imposed on Plaintiff Re: The Scope of Jurisdictional Discovery and for Stay. Said motion is moot, as all objections have been filed and this Court had scheduled a hearing on these matters for April 16, 2007, and should be denied.

Astro-Med submits herewith its Memorandum in Opposition to Defendant's Emergency Motion to Shorten Time for Objection to and Hearing or Other Disposition on Defendants'

Pending Motions for Protective Orders and for Stay.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Robert M. Duffy

Robert M. Duffy (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com

April 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the within Plaintiff Astro-Med, Inc.'s Objection to Emergency Motion to Shorten Time for Objection to and Hearing or Other Disposition on Defendants' Pending Motions for Protective Orders and for Stay was filed through the ECF system on the 13th day of April, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO EMERGENCY MOTION TO SHORTEN TIME FOR OBJECTION TO AND HEARING OR OTHER DISPOSITION ON DEFENDANTS' PENDING MOTIONS FOR PROTECTIVE ORDER**

Plaintiff Astro-Med, Inc., ("Astro-Med") submits this Memorandum in Opposition to Defendants Kevin Plant ("Plant") and Nihon Kohden America, Inc.'s ("Nihon Kohden") Emergency Request to Shorten Time for Objection to and Hearing or Otherwise Disposition on Defendants' Pending Motions for Protective Order, or in the Alternative, a Case Management Order. Said Motion is moot as all objections have been filed and this Court has scheduled a hearing on these matters for April 16, 2007. Accordingly, this Court should deny Defendants' Emergency Motion to Shorten Time for Objection to and Hearing or Other Disposition on Defendants' Pending Motions for Protective Order.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Robert M. Duffy

Robert M. Duffy (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com

April 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within **Plaintiff Astro-Med, Inc.'s Objection to Emergency Motion to Shorten Time for Objection to and Hearing or Other Disposition on Defendants' Pending Motions For Protective Orders and For Stay** was filed through the ECF system on the 13th day of April, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.