UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

I, Robert J. O'Keefe, hereby withdraw my appearance as counsel on behalf of plaintiff, Astro-Med, Inc., in the above-entitled matter. Craig M. Scott, Robert M. Duffy and the firm of Duffy Sweeney & Scott, Ltd. will continue to represent plaintiff in connection with this matter.

/s/ Robert J. O'Keefe

Robert J. O'Keefe (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: April 19, 2007

**CERTIFICATION**

The undersigned hereby certifies that on the 19th day of April, 2007, a copy of the foregoing was filed through the ECF system, and was served electronically to the recipients identified as registered participants on the Notice of Electronic Filing (NEF) or as specified below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
***Via Electronic Filing***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
***Via First Class Mail***

/s/ Robert M. Duffy