E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**STATEMENT OF ELAINE DUNNE**

I, Elaine Dunne, upon oath depose and state as follows:

1. I am employed at Sleep Diagnosis and Therapy which publishes the periodical Sleep Diagnosis & Therapy. Sleep Diagnosis & Therapy has been published since 2005. I have personal knowledge of the facts herein

2. Attached hereto as Exhibit A are full and accurate copies of Nihon Kohden advertisements appearing in Sleep Diagnosis & Therapy Magazine. These are maintained in the ordinary course of business.

4. Sleep Diagnosis & Therapy is circulated throughout the United States, including Rhode Island.

5. Attached hereto as Exhibit B is a true and accurate list of Sleep Diagnosis &

Therapy subscribers in Rhode Island. Sleep Diagnosis & Therapy Magazine is mailed to these subscribers when issued. This list is maintained in the ordinary course of business.

Executed this 29th day of March, 2007.

Elaine Dunne

STATE OF CALIFORNIA
COUNTY OF ORANGE

Subscribed and sworn to before me this 29st day of March, 2007.

SUSAN L. CAINE
Commission # 1595755
Notary Public - California
Orange County
My Comm. Expires Aug 6, 2009

Notary Public

My commission expires on 8-6-09

EXHIBIT B

Sleep Diagnosis and Therapy Mail List

| FACILITY | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Our Lady of Fatima Hospital | P O Box 858 | Chepachet | RI | 02814 |
| Coastal Medical Sleep Disorders Center | 450 Veterans Memorial Center Boulevard | East Providence | RI | 02914 |
| Roger Williams Medical Center: Sleep Disorders Center | 1539 Atwood Avenue, Suite 302 | Johnston | RI | 02919 |
| Rhode Island Sleep Center | 91 Point Judith Rd | Narragansett | RI | 02882-3468 |
| Sleep Disorders Center of Lifespan Hospitals-I Newport Hos | 11 Friendship Street | Newport | RI | 02840 |
| Newport Hospital | 11 Friendship Street | Newport | RI | 02840-2299 |
| Our Lady of Fatima Hospital | 200 High Service Ave. | North Providence | RI | 02904 |
| Rhode Island Sleep Center | 1660 Mineral Spring Ave | North Providence | RI | 02904-4002 |
| Memorial Hospital of Rhode Island | 111 Brewster Street | Pawtucket | RI | 02860-4499 |
| Sleep Disorders Center of Lifespan Hospitals Rhode Islanc | 593 Eddy Street | Providence | RI | 02903 |
| Sleep Disorders Center of Lifespan Hospitals-Rhode Island | 70 Catamore Blvd. | Providence | RI | 02914 |
| Our Lady of Fatima Hospital | 200 High Service Ave | Providence | RI | 02904 |
| Sleep Disorders Center of Lifespan Hospitals Miriam Hospi | 164 Summit Avenue | Providence | RI | 02906 |
| St. Joseph Health Services | 200 Hight Service Avenue | Providence | RI | 02904 |
| Rhode Island Hospital | 593 Eddy Street | Providence | RI | 02903-4900 |
| Miriam Hospital | 164 Summit Avenue | Providence | RI | 02906-2895 |
| Veterans Affairs Medical Ctr | 830 Chalkstone Avenue | Providence | RI | 02908-4799 |
| Lifespan: Community Health Services | 593 Eddy St # 238 | Providence | RI | 02903 |
| Rhode Island Sleep Center | 55 Dorrance St | Providence | RI | 02903-2221 |
| Butler Hospital Sleep Lab | 45 Blackstone Boulevard | Providence | RI | 02906 |
| E.P. Bradley Hospital Sleep Research Laboratory | 1011 Veterans Memorial Parkway | Riverside | RI | 02915-5061 |
| South County Hospital | 100 Kenyon Avenue | Wakefield | RI | 02879-4299 |
| Kent County Memorial Hospital | 455 Tollgate Road | Warwick | RI | 02886-2770 |
| Rhode Island Sleep Institute Sleep Disorder Centers | 315 Commonwealth Ave | Warwick | RI | 02886 |
| Westerly Hospital | 25 Wells Street | Westerly | RI | 02891-2934 |
| Landmark Medical Center | 115 Cass Avenue | Woonsocket | RI | 02895-4731 |
| Rhode Island Sleep Center | 1551 Diamond Hill Rd | Woonsocket | RI | 02895-1510 |
| | 175 Nate Whipple Highway, Suite 108 | Cumberland | RI | 02864 |
| | 34 Sargent Ave. | Providence | RI | 02906 |