UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**AFFIDAVIT OF LOU GAZZANIGO**

I, Lou Gazzanigo, upon oath depose and state as follows:

1. I am employed by Astro-Med, Inc., as a Regional Sales Manager. My territory includes the State of Rhode Island.

2. I have personal knowledge of the facts set forth herein.

3. During my sales activities in the State of Rhode Island, I have personally observed Nihon Kohden America, Inc., ("NK") products that compete with Astro-Med products installed at Kent Count Hospital, Warwick, Rhode Island.

4. I was present at the Northeast Sleep Society Conference ("NESS") held at the Crowne Plaza Hotel in Warwick, Rhode Island on March 17 and March 18, 2006. There were many exhibitors at the NESS. One of those exhibitors was NK, which had a booth manned by Mr. Domenic Chillemi. The Nihon Kohden booth was supplied with instrumentation to show there Sleep products, literature and promotional Nihon Kohden pens. They also had a drawing for 3 teddy bears.

Executed this 3rd day of April, 2007.

[signature]
Lou Gazzanigo

Astro-Med/Plant//Pleadings/Affidavit of L. Gazzigino

STATE OF
COUNTY OF

Subscribed and sworn to before me this 3rd day of April, 2007.

Notary Public

My commission expires on 1-31-08

JAMES N. CAPPUZZO JR.
NOTARY PUBLIC, NEW JERSEY
COMMISSION EXPIRES JANUARY 30, 2008