EXHIBIT G

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**STATEMENT OF**

I, Cameron Bishop [Ascend Media Employee], upon oath depose and state as follows:

1. I am employed at Ascend Media, LLC which publishes the magazine *Sleep Review*. *Sleep Review* has been published since 1999. I have personal knowledge of the facts herein.

2. Attached hereto as Exhibit A are full and accurate copies of Nihon Kohden advertisements appearing in *Sleep Review* magazine since January 1, 2004. These are maintained in the ordinary course of business.

4. Sleep Review is circulated throughout the United States, including Rhode Island.

5. Attached hereto as Exhibit B is a true and accurate list of Sleep Review magazine subscribers in Rhode Island. Sleep Review Magazine is mailed to these subscribers when issued. This list is maintained in the ordinary course of business.

Executed this 3rd day of April, 2007.

[signature]
[name[

STATE OF KANSAS
COUNTY OF

Subscribed and sworn to before me this 4 day of April, 2007.

JENNIFER HATCHER
Notary Public
State of Kansas
My Commission Expires 06/27/2010

Notary Public

My commission expires on 06/27/2010

BPA WORLDWIDE[SM] BUSINESS

# BUSINESS PUBLICATION CIRCULATION STATEMENT FOR THE 6 MONTH PERIOD ENDED DECEMBER 2006

No attempt has been made to rank the information contained in this report in order of importance, since BPA Worldwide believes this is a judgment, which must be made by the user of the report.

No. 999/12-06

Two Corporate Drive, Ninth Floor
Shelton, CT 06484-6259
Phone: +1 203.447.2800
Fax: +1 203.447.2900
www.bpaww.com

A not-for-profit organization since 1931, BPA Worldwide is governed by a tripartite board comprising media owners, advertising agencies and advertisers. Spanning 25 countries, BPA serves more than 2,000 B-to-B publications and 500 consumer magazines, plus newspapers, events, Web sites, email newsletters, databases, wireless and other advertiser-supported media—as well as more than 2,600 advertiser and agency members.

**Visit www.bpaww.com for the latest audit reports, membership information and publishing and advertising industry news.**

## Sleep Review
THE JOURNAL FOR SLEEP SPECIALISTS

Ascend Media, LLC
6100 Center Drive, Suite 1000
Los Angeles, CA 90045
Tel. No.: (310) 642-4400
FAX No.: (310) 641-0790
www.sleepreviewmag.com

Official Publication of: None
Established: 2000
Issues per year: 8

### FIELD SERVED
SLEEP REVIEW serves sleep medicine specialists who practice in an AASM-accredited sleep disorders center, sleep laboratory, hospital/acute care, home care/postacute, private practice, physician's office, educational institution and other facilities.

### DEFINITION OF RECIPIENT QUALIFICATION
Qualified recipients include sleep physicians (MD, DO, Boarded Fellow ABSM), sleep directors/supervisors/managers, pulmonologists, neurologists, registered polysomnographic technologists (RPSGT), sleep technicians (BRPT-eligible), respiratory care practitioners/directors/supervisors/managers, RRTs/CRTs, presidents/CEOs/owners/vice presidents, administrators/directors/managers, R.EEGT/R.EPT/R.EDT, certified in neurophysiologic interoperative monitoring (CNIM), dentists (DDS/DMD), sleep educators, home care sleep providers, clinical/sleep lab coordinators, certified pulmonology technologists (CPT), and ENTs.

**AVERAGE NON-QUALIFIED CIRCULATION**

| NON-QUALIFIED Not Included Elsewhere | Copies |
|---|---|
| Other Paid Circulation | - |
| Advertiser and Agency | 554 |
| Rotated or Occasional | - |
| Allocated for Trade Shows and Conventions | 280 |
| All Other | 486 |
| TOTAL | 1,320 |

**1. AVERAGE QUALIFIED CIRCULATION BREAKOUT FOR PERIOD**

| QUALIFIED CIRCULATION | Total Qualified | | Qualified Non-Paid | | Qualified Paid | |
|---|---|---|---|---|---|---|
| | Copies | Percent | Copies | Percent | Copies | Percent |
| Individual | 20,500 | 100.0 | 20,500 | 100.0 | - | - |
| Sponsored Individually Addressed | - | - | - | - | - | - |
| Membership Benefit | - | - | - | - | - | - |
| Multi-Copy Same Addressee | - | - | - | - | - | - |
| Single Copy Sales | - | - | - | - | - | - |
| TOTAL QUALIFIED CIRCULATION | 20,500 | 100.0 | 20,500 | 100.0 | - | - |

**2. QUALIFIED CIRCULATION BY ISSUES WITH REMOVALS AND ADDITIONS FOR PERIOD**

| 2006 Issue | Number Removed | Number Added | Qualified Non-Paid | Qualified Paid | Total Qualified |
|---|---|---|---|---|---|
| July/August | 181 | 181 | | | 20,500 |
| September | 310 | 310 | | | 20,500 |
| October | 1,069 | 1,069 | | | 20,500 |
| November | 353 | 353 | | | 20,500 |
| December | 216 | 216 | | | 20,500 |
| TOTAL | 2,129 | 2,129 | | | |

**3a. BUSINESS/OCCUPATIONAL BREAKOUT OF QUALIFIED CIRCULATION FOR ISSUE OF NOVEMBER 2006**
**This issue is equal to the average of the other 4 issues reported in Paragraph two.**

| OCCUPATION/TITLE | TOTAL QUALIFIED | PERCENT OF TOTAL |
|---|---|---|
| Sleep Physician (MD, DO, Boarded Fellow ABSM) | 2,494 | 12.2 |
| Sleep Director/Supervisor/Manager | 1,609 | 7.8 |
| Pulmonologist | 4,632 | 22.6 |
| Neurologist | 1,490 | 7.3 |
| Reg Polysomnographic Technologist (RPSGT) | 1,449 | 7.1 |
| Sleep Technician (BRPT-eligible) | 1,382 | 6.7 |
| Respiratory Care Practitioner/Director/Supervisor/Manager | 2,016 | 9.8 |
| RRT/CRT | 2,115 | 10.3 |
| President/CEO/Owner/Vice President | 831 | 4.1 |
| Administrator/Director/Manager | 969 | 4.7 |
| R.EEGT/R.EPT/R.EDT, Certified In Neurophysiologic Interoperative Monitoring (CNIM), Dentist (DDS/DMD), Sleep Educator, Home Care Sleep Provider, Clinical/Sleep Lab Coordinator, Certified Pulmonology Technologist (CPT), and ENT | 1,513 | 7.4 |
| **TOTAL QUALIFIED CIRCULATION** | **20,500** | **100.0** |

**3b. QUALIFICATION SOURCE BREAKOUT OF QUALIFIED CIRCULATION FOR ISSUE OF NOVEMBER 2006**

| QUALIFICATION SOURCE | Qualified Within 1 year | 2 years | 3 years | Qualified Non-Paid | Qualified Paid | Total Qualified | Percent |
|---|---|---|---|---|---|---|---|
| I. TOTAL – Personal direct request from the recipient: | **11,650** | **3,913** | - | | | **15,563** | **76.0** |
| a. Written | 2,810 | 1,396 | - | | | 4,206 | 20.6 |
| b. Telecommunication | 4,592 | 1,926 | - | | | 6,518 | 31.8 |
| c. Electronic | 4,248 | 591 | - | | | 4,839 | 23.6 |
| II. TOTAL – Request from recipient's company: | **150** | **180** | - | | | **330** | **1.6** |
| a. Written | 149 | 179 | - | | | 328 | 1.6 |
| b. Telecommunication | - | 1 | - | | | 1 | - |
| c. Electronic | 1 | - | - | | | 1 | - |
| III. TOTAL – Membership Benefit: | - | - | - | | | - | - |
| a. Individual | - | - | - | | | - | - |
| b. Organizational | - | - | - | | | - | - |
| IV. TOTAL – Communication from recipient or recipient's company (other than request): | - | - | - | | | - | - |
| a. Written | - | - | - | | | - | - |
| b. Telecommunication | - | - | - | | | - | - |
| c. Electronic | - | - | - | | | - | - |
| V. TOTAL – Sources other than above (listed alphabetically): | **4,607** | - | - | | | **4,607** | **22.4** |
| *Association rosters and directories | 1,047 | - | - | | | 1,047 | 5.1 |
| *Business directories | 2,341 | - | - | | | 2,341 | 11.4 |
| Independent field reports | - | - | - | | | - | - |
| Licensees – National, State or Local Government | - | - | - | | | - | - |
| Manufacturer's, distributor's and wholesaler's lists | - | - | - | | | - | - |
| *Other sources | 1,219 | - | - | | | 1,219 | 5.9 |
| VI. TOTAL – Single Copy Sales: | - | - | - | | | - | - |
| TOTAL QUALIFIED CIRCULATION | **16,407** | **4,093** | - | | | **20,500** | **100.0** |
| *See Paragraph 11 — PERCENT | **80.0** | **20.0** | - | | | **100.0** | - |

**Paid Source Information can be reported at the option of the publisher.**

**3c. MAILING ADDRESS BREAKOUT OF QUALIFIED CIRCULATION FOR ISSUE OF NOVEMBER 2006**

| MAILING ADDRESS | Qualified Non-Paid | Qualified Paid | Total Qualified | Percent |
|---|---|---|---|---|
| Individuals by name and title and/or function | | | 20,481 | 99.9 |
| Individuals by name only | | | - | - |
| Titles or functions only | | | 17 | 0.1 |
| Company names only | | | 2 | - |
| Multi-Copy Same Addressee copies | | | - | - |
| Single Copy Sales | | | - | - |
| TOTAL QUALIFIED CIRCULATION | | | **20,500** | **100.0** |

**4. GEOGRAPHICAL BREAKOUT OF QUALIFIED CIRCULATION FOR ISSUE OF NOVEMBER 2006**

| State & Zip Code | Qualified Non-Paid | Qualified Paid | Total Qualified | Percent |
|---|---|---|---|---|
| 039-049 Maine | | | 128 | |
| 030-038 New Hampshire | | | 114 | |
| 050-059 Vermont | | | 41 | |
| 010-027 Massachusetts | | | 619 | |
| 028-029 Rhode Island | | | 104 | |
| 060-069 Connecticut | | | 345 | |
| NEW ENGLAND | | | 1,351 | 6.6 |
| 100-149 New York | | | 1,493 | |
| 070-089 New Jersey | | | 711 | |
| 150-196 Pennsylvania | | | 1,339 | |
| MIDDLE ATLANTIC | | | 3,543 | 17.3 |
| 430-459 Ohio | | | 1,024 | |
| 460-479 Indiana | | | 549 | |
| 600-629 Illinois | | | 845 | |
| 480-499 Michigan | | | 728 | |
| 530-549 Wisconsin | | | 346 | |
| EAST NO. CENTRAL | | | 3,492 | 17.0 |
| 550-567 Minnesota | | | 325 | |
| 500-528 Iowa | | | 226 | |
| 630-658 Missouri | | | 443 | |
| 580-588 North Dakota | | | 75 | |
| 570-577 South Dakota | | | 98 | |
| 680-693 Nebraska | | | 169 | |
| 660-679 Kansas | | | 262 | |
| WEST NO. CENTRAL | | | 1,598 | 7.8 |
| 197-199 Delaware | | | 43 | |
| 206-219 Maryland | | | 375 | |
| 200-205 Washington, DC | | | 59 | |
| 220-246 Virginia | | | 489 | |
| 247-268 West Virginia | | | 137 | |
| 270-289 North Carolina | | | 661 | |
| 290-299 South Carolina | | | 350 | |
| 300-319 Georgia | | | 654 | |
| 320-349 Florida | | | 1,226 | |
| SOUTH ATLANTIC | | | 3,994 | 19.5 |

| State & Zip Code | Qualified Non-Paid | Qualified Paid | Total Qualified | Percent |
|---|---|---|---|---|
| 400-427 Kentucky | | | 348 | |
| 370-385 Tennessee | | | 609 | |
| 350-369 Alabama | | | 311 | |
| 386-397 Mississippi | | | 159 | |
| EAST SO. CENTRAL | | | 1,427 | 7.0 |
| 716-729 Arkansas | | | 169 | |
| 700-714 Louisiana | | | 242 | |
| 730-749 Oklahoma | | | 181 | |
| 750-799 Texas | | | 1,170 | |
| WEST SO. CENTRAL | | | 1,762 | 8.6 |
| 590-599 Montana | | | 97 | |
| 832-838 Idaho | | | 111 | |
| 820-831 Wyoming | | | 47 | |
| 800-816 Colorado | | | 262 | |
| 870-884 New Mexico | | | 108 | |
| 850-865 Arizona | | | 271 | |
| 840-847 Utah | | | 139 | |
| 889-898 Nevada | | | 87 | |
| MOUNTAIN | | | 1,122 | 5.5 |
| 995-999 Alaska | | | 34 | |
| 980-994 Washington | | | 350 | |
| 970-979 Oregon | | | 213 | |
| 900-961 California | | | 1,344 | |
| 967-968 Hawaii | | | 37 | |
| PACIFIC | | | 1,978 | 9.6 |
| UNITED STATES | | | 20,267 | 98.9 |
| 969 & 004-009 U.S. Territories | | | 64 | |
| Canada | | | 166 | |
| Mexico | | | - | |
| Other International | | | - | |
| APO/FPO | | | 3 | |
| TOTAL QUALIFIED CIRCULATION | | | **20,500** | **100.0** |

**9. FIVE CALENDAR YEAR ANALYSIS: AVERAGE ANNUAL AUDITED QUALIFIED CIRCULATION AND CURRENT UNAUDITED CIRCULATION STATEMENTS**

| | Audited Data 2003 | Audited Data 2004 | Audited Data 2005 | Circulation Claim *2006 |
|---|---|---|---|---|
| Total Audit Average Qualified: | 20,000 | 20,450 | 20,475 | 20,500 |
| Qualified Non-Paid: | 20,000 | 20,450 | 20,475 | 20,500 |
| Qualified Paid: | - | - | - | - |
| Post Expire Copies included in Paid Circulation: | **NC | **NC | **NC | **NC |
| Average Annual Order Price: | **NC | **NC | **NC | **NC |

***NOTE: The audited average qualified circulation for January-June 2006 = 20,500. The unaudited average qualified circulation for July-December 2006 = 20,500. Yielding an average qualified circulation of 20,500. With each succesive year, new data will be added until five years of data is displayed.**
**NC = None Claimed.

**10. PAID CIRCULATION DATA**

| | |
|---|---|
| **NC | Average Annual Subscription Order Price for the Period Required (includes promotional incentive value, if any) |
| 8 | Issues Per Year |
| **NC | All Single Copy Sales Prices for the Period |
| **NC | Renewal Rate of Paid Subscribers (Optional) |

**11. ADDITIONAL DATA**

**PARAGRAPH 3b:**

Association rosters and directories include 1 source of circulation for a quantity of 1,047 copies or 5.1%.

Business directories include 1 source of circulation for a quantity of 2,341 copies or 11.4%, including American Medical Information.

Other sources include 1 source of circulation for a quantity of 1,219 copies or 5.9%.

**PARAGRAPHS 5 THROUGH 8 ARE NOT REQUIRED.**

**PUBLISHER'S AFFIDAVIT**

We hereby make oath and say that all data set forth in this statement are true.

Dennis Triola, President, Allied Healthcare Division

Sofia Renteria, Circulation Manager

(At least one of the above signatures must be that of an officer of the publishing company or its authorized representative.)

**IMPORTANT NOTE:**

This unaudited circulation statement has been checked against the previous audit report. It will be included in the annual audit made by BPA International.

| | |
|---|---|
| Date signed | January 10, 2007 |
| State | California |
| County | Los Angeles |
| Received by BPA Worldwide | January 10, 2007 |
| Type | PJ |
| ID Number | S361P0D6 |



Copyright © 2006 BPA Worldwide. All rights reserved.

Recycled Paper

*If your browser is Explorer, you can type ctrl/A and then copy and paste into an Excel sheet. If your browser is not Explorer, you can click File|Save from the browser menu and click File|Open from Excel to import the report.*

*State*

| State/Country | TOTAL | PERCENT |
|---|---|---|
| ME | 117 | 0.6% |
| NH | 108 | 0.5% |
| VT | 42 | 0.2% |
| MA | 576 | 2.8% |
| RI | 92 | 0.5% |
| CT | 303 | 1.5% |
| NY | 1,376 | 6.7% |
| NJ | 708 | 3.5% |
| PA | 1,244 | 6.1% |
| OH | 993 | 4.9% |
| IN | 531 | 2.6% |
| IL | 835 | 4.1% |
| MI | 737 | 3.6% |
| WI | 343 | 1.7% |
| MN | 321 | 1.6% |
| IA | 227 | 1.1% |
| MO | 452 | 2.2% |
| ND | 73 | 0.4% |
| SD | 99 | 0.5% |
| NE | 169 | 0.8% |
| KS | 259 | 1.3% |
| DE | 47 | 0.2% |
| MD | 342 | 1.7% |
| DC | 48 | 0.2% |
| VA | 482 | 2.4% |
| WV | 145 | 0.7% |
| NC | 673 | 3.3% |
| SC | 308 | 1.5% |
| GA | 654 | 3.2% |
| FL | 1,167 | 5.7% |
| KY | 331 | 1.6% |
| TN | 585 | 2.9% |
| AL | 316 | 1.5% |
| MS | 166 | 0.8% |
| AR | 181 | 0.9% |
| LA | 248 | 1.2% |
| | | |

| | | |
|---|---|---|
| OK | 204 | 1.0% |
| TX | 1,289 | 6.3% |
| MT | 85 | 0.4% |
| ID | 103 | 0.5% |
| WY | 43 | 0.2% |
| CO | 308 | 1.5% |
| NM | 112 | 0.5% |
| AZ | 298 | 1.5% |
| UT | 163 | 0.8% |
| NV | 101 | 0.5% |
| AK | 37 | 0.2% |
| WA | 396 | 1.9% |
| OR | 241 | 1.2% |
| CA | 1,479 | 7.2% |
| HI | 49 | 0.2% |
| AA | 0 | 0.0% |
| AE | 1 | 0.0% |
| AP | 1 | 0.0% |
| AS | 0 | 0.0% |
| CM | 0 | 0.0% |
| GU | 1 | 0.0% |
| MH | 0 | 0.0% |
| MP | 1 | 0.0% |
| PR | 67 | 0.3% |
| TT | 0 | 0.0% |
| VI | 6 | 0.0% |
| NF | 0 | 0.0% |
| NS | 4 | 0.0% |
| PE | 0 | 0.0% |
| NB | 1 | 0.0% |
| QC | 7 | 0.0% |
| ON | 104 | 0.5% |
| MB | 6 | 0.0% |
| SK | 2 | 0.0% |
| AB | 16 | 0.1% |
| BC | 10 | 0.0% |
| NT | 0 | 0.0% |
| YT | 0 | 0.0% |
| NU | 0 | 0.0% |
| NL | 1 | 0.0% |
| | | |

| | | |
|---|---|---|
| FO FO - Foreign | 0 | 0.0% |
| NO ANSWER | 0 | 0.0% |
| INVALID ANSWER | 0 | 0.0% |
| TOTAL | 20,434 | 100.0% |

Close

04/02/2007 03:25:12PM
Requested by: Delivia Berry
Account: ASCEND Port:13
Report: MSG_25

ASCEND MEDIA, LLC
Advertiser Report



SORT: advertiser, publication, issue
Financial Period: 2004-01 - 2007-12
Status Code(s): RU,EX,RE,AC,PP,CH,DE,KI,PR,CA,SP,Q1,Q2,Q3,CR,AT
Publication Id:
Advertiser Id: 63441
Issue Code:
Amounts are including production charges.
Amounts shown in foreign currency

Advertiser 63441 NIHON KOHDEN AMERICA

| Publication | | Issue | | Brand | Agency | Order | Size | Lines | Pages | Base Cost | Gross Cost | Net Cost | Status | Curr Char |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 247 | 24X7 | 030107 | 03/01/2007 NK | NIHON KOHDEN | None | 130 | FULL PAGE | 420 | 1.000 | 3050.00 | 3,745.00 | 3,183.25 | EX | $ |
| RT | RESPIRATORY THERAPY | 060104 | 06/01/2004 NK | NIHON KOHDEN | None | 67 | 1-PAGE | 420 | 1.000 | 3200.00 | 4,050.00 | 3,442.50 | EX | $ |
| | | 110104 | 11/01/2004 NK | NIHON KOHDEN | None | 69 | 1-PAGE | 420 | 1.000 | 3100.00 | 3,950.00 | 3,357.50 | EX | $ |
| | | 060105 | 06/01/2005 NK | NIHON KOHDEN | None | 86 | 1 PG | 420 | 1.000 | 2738.23 | 3,588.23 | 3,050.00 | EX | $ |
| | | 090105 | 09/01/2005 NK | NIHON KOHDEN | None | 92 | 1 PG | 420 | 1.000 | 2738.23 | 3,588.23 | 3,050.00 | EX | $ |
| | | 110105 | 11/01/2005 NK | NIHON KOHDEN | None | 87 | 1 PG | 420 | -1.000 | -2738.23 | -3,588.23 | -3,050.00 | DE | $ |
| | | 110105 | 11/01/2005 NK | NIHON KOHDEN | None | 90 | 1 PG | 420 | 1.000 | 2738.23 | 3,588.23 | 3,050.00 | EX | $ |
| | | 040106 | 04/01/2006 NK | NIHON KOHDEN | None | 109 | 1-PAGE | 420 | 1.000 | 3195.00 | 3,705.88 | 3,150.00 | EX | $ |
| | | 060106 | 06/01/2006 NK | NIHON KOHDEN | None | 110 | 1-PAGE | 420 | 1.000 | 3195.00 | 3,705.88 | 3,150.00 | EX | $ |
| | | 090106 | 09/01/2006 NK | NIHON KOHDEN | None | 111 | 1-PAGE | 420 | 1.000 | 3195.00 | 3,705.88 | 3,150.00 | EX | $ |
| | | 110106 | 11/01/2006 NK | NIHON KOHDEN | None | 112 | 1-PAGE | 420 | -1.000 | -3195.00 | -3,705.88 | -3,150.00 | DE | $ |
| | | 110106 | 11/01/2006 NK | NIHON KOHDEN | None | 113 | FULL PAGE | 420 | 1.000 | 2855.88 | 3,705.88 | 3,150.00 | EX | $ |
| | | 121506 | 12/15/2006 NK | NIHON KOHDEN | None | 116 | FULL PAGE | 420 | 1.000 | 2352.94 | 2,352.94 | 2,000.00 | EX | $ |
| | | 040107 | 04/01/2007 NK | NIHON KOHDEN | None | 126 | FULL PAGE | 420 | 1.000 | 4130.00 | 3,647.06 | 3,100.00 | RU | $ |
| | | 060107 | 06/01/2007 NK | NIHON KOHDEN | None | 127 | FULL PAGE | 420 | 1.000 | 4130.00 | 3,647.06 | 3,100.00 | RU | $ |
| | | 090107 | 09/01/2007 NK | NIHON KOHDEN | None | 128 | FULL PAGE | 420 | 1.000 | 4130.00 | 3,647.06 | 3,100.00 | RU | $ |
| | | 120107 | 12/01/2007 NK | NIHON KOHDEN | None | 129 | FULL PAGE | 420 | 1.000 | 4130.00 | 3,647.06 | 3,100.00 | RU | $ |
| SR | SLEEP REVIEW | 010104 | 01/01/2004 NK | NIHON KOHDEN | None | 50 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 030104 | 03/01/2004 NK | NIHON KOHDEN | None | 51 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 030104 | 03/01/2004 NK | NIHON KOHDEN | None | 60 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 050104 | 05/01/2004 NK | NIHON KOHDEN | None | 52 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 050104 | 05/01/2004 NK | NIHON KOHDEN | None | 61 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 070104 | 07/01/2004 NK | NIHON KOHDEN | None | 53 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 070104 | 07/01/2004 NK | NIHON KOHDEN | None | 62 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 090104 | 09/01/2004 NK | NIHON KOHDEN | None | 54 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 090104 | 09/01/2004 NK | NIHON KOHDEN | None | 63 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 100104 | 10/01/2004 NK | NIHON KOHDEN | None | 55 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 100104 | 10/01/2004 NK | NIHON KOHDEN | None | 64 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 110104 | 11/01/2004 NK | NIHON KOHDEN | None | 56 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 110104 | 11/01/2004 NK | NIHON KOHDEN | None | 65 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 120104 | 12/01/2004 NK | NIHON KOHDEN | None | 57 | 1 PG | 420 | -1.000 | -3145.00 | -3,945.00 | -3,353.25 | DE | $ |
| | | 120104 | 12/01/2004 NK | NIHON KOHDEN | None | 66 | 1 PG | 420 | 1.000 | 3145.00 | 3,945.00 | 3,353.25 | EX | $ |
| | | 121504 | 12/15/2004 NK | NIHON KOHDEN | None | 58 | 1-PAGE | 420 | -1.000 | -4000.00 | -4,000.00 | -3,400.00 | DE | $ |
| | | 121504 | 12/15/2004 NK | NIHON KOHDEN | None | 68 | 1-PAGE | 420 | 1.000 | 3267.65 | 4,117.65 | 3,500.00 | EX | $ |
| | | 010105 | 01/01/2005 NK | NIHON KOHDEN | None | 70 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 030105 | 03/01/2005 NK | NIHON KOHDEN | None | 71 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 030105 | 03/01/2005 NK | NIHON KOHDEN | None | 78 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 050105 | 05/01/2005 NK | NIHON KOHDEN | None | 72 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 050105 | 05/01/2005 NK | NIHON KOHDEN | None | 79 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 070105 | 07/01/2005 NK | NIHON KOHDEN | None | 73 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 070105 | 07/01/2005 NK | NIHON KOHDEN | None | 80 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 090105 | 09/01/2005 NK | NIHON KOHDEN | None | 74 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 090105 | 09/01/2005 NK | NIHON KOHDEN | None | 81 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |

04/02/2007 03:25:12PM
Requested by: Delivia Berry
Account: ASCEND Port:13
Report: MSG_25

ASCEND MEDIA, LLC
Advertiser Report



| Publication | | Issue | | Brand | | Agency | Order | Size | Lines | Pages | Base Cost | Gross Cost | Net Cost | Status | Char |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SR | SLEEP REVIEW | 100105 | 10/01/2005 | NK | NIHON KOHDEN | None | 75 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 100105 | 10/01/2005 | NK | NIHON KOHDEN | None | 82 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 110105 | 11/01/2005 | NK | NIHON KOHDEN | None | 76 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 110105 | 11/01/2005 | NK | NIHON KOHDEN | None | 83 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 120105 | 12/01/2005 | NK | NIHON KOHDEN | None | 77 | 1-PAGE | 420 | -1.000 | -3290.00 | -4,140.00 | -3,519.00 | DE | $ |
| | | 120105 | 12/01/2005 | NK | NIHON KOHDEN | None | 84 | 1-PAGE | 420 | 1.000 | 3290.00 | 4,140.00 | 3,519.00 | EX | $ |
| | | 121505 | 12/15/2005 | NK | NIHON KOHDEN | None | 85 | 1-PAGE | 420 | 1.000 | 4117.65 | 4,117.65 | 3,500.00 | EX | $ |
| | | 010106 | 01/01/2006 | NK | NIHON KOHDEN | None | 93 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 030106 | 03/01/2006 | NK | NIHON KOHDEN | None | 102 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 030106 | 03/01/2006 | NK | NIHON KOHDEN | None | 94 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 050106 | 05/01/2006 | NK | NIHON KOHDEN | None | 103 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 050106 | 05/01/2006 | NK | NIHON KOHDEN | None | 95 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 070106 | 07/01/2006 | NK | NIHON KOHDEN | None | 104 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 070106 | 07/01/2006 | NK | NIHON KOHDEN | None | 96 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 090106 | 09/01/2006 | NK | NIHON KOHDEN | None | 105 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 090106 | 09/01/2006 | NK | NIHON KOHDEN | None | 97 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 100106 | 10/01/2006 | NK | NIHON KOHDEN | None | 106 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 100106 | 10/01/2006 | NK | NIHON KOHDEN | None | 114 | FULL PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 100106 | 10/01/2006 | NK | NIHON KOHDEN | None | 98 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 110106 | 11/01/2006 | NK | NIHON KOHDEN | None | 107 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 110106 | 11/01/2006 | NK | NIHON KOHDEN | None | 99 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 120106 | 12/01/2006 | NK | NIHON KOHDEN | None | 100 | 1-PAGE | 420 | -1.000 | -3390.00 | -4,240.00 | -3,604.00 | DE | $ |
| | | 120106 | 12/01/2006 | NK | NIHON KOHDEN | None | 108 | 1-PAGE | 420 | 1.000 | 3390.00 | 4,240.00 | 3,604.00 | EX | $ |
| | | 121506 | 12/15/2006 | NK | NIHON KOHDEN | None | 101 | 1-PAGE | 420 | -1.000 | -4117.65 | -4,117.65 | -3,500.00 | DE | $ |
| | | 121506 | 12/15/2006 | NK | NIHON KOHDEN | None | 115 | FULL PAGE | 420 | 1.000 | 4117.65 | 4,117.65 | 3,500.00 | EX | $ |
| | | 010107 | 01/01/2007 | NK | NIHON KOHDEN | None | 117 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | EX | $ |
| | | 030107 | 03/01/2007 | NK | NIHON KOHDEN | None | 118 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | EX | $ |
| | | 050107 | 05/01/2007 | NK | NIHON KOHDEN | None | 119 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| | | 060107 | 06/01/2007 | NK | NIHON KOHDEN | None | 120 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| | | 070107 | 07/01/2007 | NK | NIHON KOHDEN | None | 121 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| | | 090107 | 09/01/2007 | NK | NIHON KOHDEN | None | 122 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| | | 100107 | 10/01/2007 | NK | NIHON KOHDEN | None | 123 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| | | 110107 | 11/01/2007 | NK | NIHON KOHDEN | None | 124 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| | | 120107 | 12/01/2007 | NK | NIHON KOHDEN | None | 125 | FULL PAGE | 420 | 1.000 | 4130.00 | 4,342.00 | 3,690.70 | RU | $ |
| *Totals for ALL Publications for Advertiser 63441 | | | | | NIHON KOHDEN AMERICA | | | | 32340 | 25.000 | 89,935.58 | 98,378.58 | 83,621.80 | | |
| *GRAND TOTALS | | | | | | | | | 32340 | 25.000 | 89,935.58 | 98,378.58 | 83,621.80 | | |