EXHIBIT H

H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, NIHON KOHDEN AMERICA, INC.,<br>Defendants. | : | |

**AFFIDAVIT OF HENRY NECHEMIAS**

1. I have personal knowledge of the facts set forth herein.

2. I am the Treasurer of the North East Sleep Society ("NESS"). The NESS is a non-profit educational organization founded in 1987. The organization's mission is to run an annual, professional meeting fostering regional networking and offering an opportunity for participants to present the latest innovations in the study of sleep disorders.

3. I organized the 20th Annual Meeting of the NESS, which took place on March 17-18, 2006 at the Crowne Plaza Hotel in Warwick, Rhode Island.

4. Attached as Exhibit A is a true and accurate list of the exhibitors at the NESS 2006 conference.

5. Nihon Kohden was an exhibitor at NESS 2006, as indicated in Exhibit A.

Executed this 21 day of March, 2007.

[signature]

Henry Nechemias

# Exhibit A

## List of Exhibitors at NESS 2006:

Ambulatory Monitoring
American Home Products
Braebon
BRPT
Cadwell
Cephalon
CleveMed
Compumedics
DeVilbiss/Sunrise
Dymedix
Elsevier
Fisher & Paykel
Grass-Telefactor
Great Lakes Orthodontics
Home Care New England
IM Systems
Itamar Medical
Jazz Pharmaceuticals
Landauer Metropolitan
Lifespan Home Medical
Mini Mitter
MVAP Medical
Narcolepsy Network
Natus/Bio-logic
Nihon Kohden
North Atlantic Medical
Pro-Tech
Puritan Bennett
Reliable Efficient Mgmt.
Resmed
Respironics
Respitech
Restore Medical
Sleep Care Centers
Sleep Health Centers
Sleep Scoring Services
Sleep Services of Amer.
Sleepmate
SLP, Inc
Syntech Solutions
Tiara Medical
Viasys NeuroCare
Viasys Respiratory
Weaver & Company
XLTEK

STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

Subscribed and sworn to before me this 21st day of March, 2007.

Faith P. Spratlin
Notary Public

My Commission Expires: 11-21-2016