EXHIBIT 3

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Robert M. Duffy, Esq.*
*rduffye@duffysweeney.com*

April 25, 2007

***Via Facsimile and First Class Mail***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America - C.A. No. 06-533-ML

Dear Attorney Karcis:

This letter is sent pursuant to Fed.R.Civ.P. 37 and 26. Consider it a good faith effort to confer to secure proper responses to the outstanding document requests short of Court intervention. In response to the document requests Nihon Kohden produced only eight documents and has failed to produce categories of documents requested. These include:

> Document Request No. 1 – Nihon Kohden is required to produce a listing of its Rhode Island customers and prospective customers. It has failed to do so. Please provide this documentation.
>
> Document Request No. 2 – Nihon Kohden is required to produce all documents relating to the marketing or sales of Nihon Kohden products in Rhode Island to Rhode Island customers or prospective customers over the past five years. Nihon Kohden has produced no documents responsive to this request. Please confirm in writing that Nihon Kohden has neither marketed nor sold Nihon Kohden product in Rhode Island or to Rhode Island customers or prospective customers within the past five years.
>
> Document Request No. 3 – Please confirm that Nihon Kohden has no documents in its possession, custody or control which relate to any visit to Rhode Island for sales, promotion or service of Nihon Kohden products by Nihon Kohden or any agent thereof.
>
> Document Request No. 4 – Nihon Kohden is required to produce copies of mailings sent to any address in Rhode Island within the past five years not simply "direct solicitation advertisements" as you improperly limit the request. Please produce all mailings as requested.

Document Request No. 6 – Nihon Kohden improperly limits its response to sales of "medical equipment" as Nihon Kohden defines that term in its response to the document request. Please produce all documents responsive to this request relating to Nihon Kohden or its representatives, and not simply to "medical equipment."

Document Request No. 7 – For the same reasons as set forth above regarding Document Request No. 6, Nihon Kohden is required to produce all price quotations for any Nihon Kohden product made to any Rhode Island customer or prospective customer, not simply quotations relating to "medical equipment" as Nihon Kohden defines that term in response to the document request.

Document Request No. 9 – Nihon Kohden has failed to produce any documents responsive to Request No. 9. Please produce all responsive documents.

Document Request No. 10 – Nihon Kohden has failed to produce any documents responsive to Request No. 10. Please produce all response documents.

Please produce the requested documents on or before May 1, 2007 or you leave us no choice but to seek Court intervention.

Very truly yours,

Robert M. Duffy

RMD/jmc

cc: Bruce W. Gladstone, Esq. *(via facsimile and U.S. Mail)*