**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN
AMERICA, INC.

Defendants.

**DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTIONS TO PLAINTIFF ASTRO-MED, INC.'S NOTICE OF DEPOSITION**

Defendant Nihon Kohden America, Inc. ("Nihon Kohden") hereby objects to Plaintiff Astro-Med, Inc.'s ("Astro-Med") Notice of Deposition of its employee Gary Reasoner, which Plaintiff noticed for June 11, 2007, at the offices of Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California (the "Deposition Notice"), on the grounds that Plaintiff improperly set Mr. Reasoner's deposition after the Court-ordered jurisdictional discovery deadline.

Nihon Kohden further objects on the grounds that the Deposition Notice fails to notice the deposition in Orange County, California, the county where the deponent resides or in the division in which the deponent resides, the Southern Division, Santa Ana Federal Courthouse, United States District Court for the Central District of California. In addition, Nihon Kohden objects to Plaintiff's late and improperly noticed deposition notice on the grounds that both Nihon Kohden and its employees were previously made available to Plaintiff for deposition in this action, on April 25 and May 11, 2007, and that Plaintiff, by canceling, postponing, and delaying the depositions of Nihon Kohden and Mr. Reasoner, is the cause of its failure to take the requested jurisdictional discovery within the timeframe ordered by the Court.

Nihon Kohden America, Inc.
By Its Attorneys

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
(310) 450-9353
FAX (310) 581-8006

Date: June 7, 2007

# CERTIFICATION

The undersigned hereby certifies that on the 7th day of June, 2007, a copy of the foregoing Objection was filed through the ECF system, and was served **electronically and by hand delivery** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone