UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

**DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION FOR A PROTECTIVE ORDER TO PLAINTIFF ASTRO-MED, INC.'S NOTICE OF DEPOSITION**

Defendant, Nihon Kohden America, Inc. ("Nihon Kohden") pursuant to Federal Rule of Civil Procedure 26(c), hereby seeks a protective order from this Honorable Court, ordering the Plaintiff not to proceed with the taking of the 30(b)(6) deposition of Nihon Kohden America, Inc., which Plaintiff noticed for June 11, 2007, at the offices of Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California (the "Deposition Notice"). In support of this Motion for a Protective Order, the Defendant, Nihon Kohden, does file the accompanying Memorandum of Support, setting forth the grounds upon which this Protective Order is sought.

The said Defendant, Nihon Kohden America, Inc. does hereby certify that it has in good faith attempted to confer with other affected parties in an effort to resolve the dispute without Court action, as per the correspondence and Objection delivered to Plaintiff's attorneys, attached hereto and made a part hereof as **Exhibit A**, and those efforts have been unsuccessful, thus requiring the filing of this Motion for a Protective Order.

Nihon Kohden America, Inc.
By Its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
(310) 450-9353
FAX (310) 581-8006

Date: June 8, 2007

G:\pec\PLANT, KEVIN\Pleadings\Mtn prot ord 30(b)(6).doc

CERTIFICATION

The undersigned hereby certifies that on the ____ day of June, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

# EXHIBIT 'A'

CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

Richard S. Mittleman
E. Colby Cameron*
Bruce W. Gladstone*
Justin T. Shay
Joseph F. Whinery, Jr.
Robert A. Migliaccio
Karen G. DelPonte*
John W. Wolfe
Charles S. Beal*†
Joseph A. Anesta
Cynthia J. Warren*
Lynn E. Riley*
Catherine T. Schneider

*Of Counsel*
Barry G. Hittner*††

**Also admitted in Massachusetts*
*†Also admitted in New York*
*†† Also admitted in Florida*

June 7, 2007

***By Messenger and Facsimile (455-0701)***

Robert M. Duffy, Esquire
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Re: Astro-Med, Inc. vs. Kevin Plant, et al
U.S.D.C. RI Civil Action No.: 06-533 ML

Dear Bob and Craig:

I enclose herewith my client, Nihon Kohden America, Inc.'s three (3) Objections to Plaintiff, Astro-Med, Inc.'s Notice of Deposition regarding the depositions which you have scheduled for June 11, 2007 of Nihon Kohden America, Inc. as a 30(b)(6) deposition, the deposition of Michael Osawa and the deposition of Gary Reasoner. Please note that I have also filed these Objections electronically with the Court.

My client, Nihon Kohden, is filing and serving these Objections in furtherance of Nihon Kohden's good faith effort to resolve this discovery dispute in accordance with the positions taken by Nihon Kohden as set forth in the attached Objections.

If you do not contact either the undersigned or my co-counsel, E.P. Michael Karcis, Esq. by the close of business on this date, *i.e.*, 5:00 o'clock p.m. on this Thursday, June 7, 2007, notifying Defendants that you are canceling the subject depositions scheduled for June 11, 2007, my client will be filing motions for protective orders, which motions will seek the issuance of protective orders based on the same positions taken in the attached Objections.

(401) 331-5700 *fax* (401) 331-5787 56 Exchange Terrace Providence Rhode Island 02903 www.cm-law.com

CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

I am providing you with these Objections, allowing you to avoid the inconvenience and expense of a wasted trip to California for the taking of the subject depositions. It is, of course, understood that your canceling of the subject depositions based on the enclosed Objections would be without prejudice to any motions to compel which you may wish to file, of course, noting my clients' objection thereto.

Very truly yours,

Bruce W. Gladstone

BWG/pc
Enclosures

cc (with enclosures):
E.P. Michael Karcis, Esq. (by email)

G:\pec\PLANT, KEVIN\Letters\Duffy and Scott ltr 6-7.doc

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

## DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTIONS TO PLAINTIFF ASTRO-MED, INC.'S NOTICE OF DEPOSITION

Defendant Nihon Kohden America, Inc. ("Nihon Kohden") hereby objects to Plaintiff Astro-Med, Inc.'s ("Astro-Med") Notice of Deposition of Nihon Kohden, which Plaintiff noticed for June 11, 2007, at the offices of Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California (the "Deposition Notice"), on the grounds that Plaintiff improperly set the deposition after the Court-ordered jurisdictional discovery deadline.

Nihon Kohden further objects on the grounds that the Deposition Notice fails to notice the deposition in Orange County, California, the county where the deponent resides or in the division in which the deponent resides, the Southern Division, Santa Ana Federal Courthouse, United States District Court for the Central District of California. In addition, Nihon Kohden objects to Plaintiff's late and improperly noticed deposition notice on the grounds that Nihon Kohden was previously made available to Plaintiff for deposition in this action, on April 25 and May 11, 2007, and that Plaintiff, by canceling, postponing, and delaying the deposition of Nihon Kohden, is the cause of its failure to take the requested jurisdictional discovery within the timeframe ordered by the Court. Nihon Kohden also objects to the Deposition Notice on the grounds that the subject for

inquiry set forth in No. 1(c), (d) and (e) of Exhibit A to the Deposition Notice are not reasonably calculated to lead to the discovery of admissible evidence and exceed the scope of jurisdictional discovery.

Nihon Kohden America, Inc.
By Its Attorneys

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
(310) 450-9353
FAX (310) 581-8006

Date: June 7, 2007

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of June, 2007, a copy of the foregoing Objection was filed through the ECF system, and was served **electronically and by hand delivery** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| Robert M. Duffy, Esq.<br>rduffy@duffysweeney.com<br>Duffy Sweeney & Scott, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 | Craig M. Scott, Esq.<br>cscott@duffysweeney.com<br>Duffy, Sweeney & Scott, Ltd.<br>One Turks Head Building, Suite 1200<br>Providence, RI 02903 |
| | |

/s/ Bruce W. Gladstone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff<br><br>v.<br><br>KEVIN PLANT and<br>NIHON KOHDEN AMERICA, INC.,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-533ML |

**MEMORANDUM IN SUPPORT OF NIHON KOHDEN AMERICA, INC.'S MOTION FOR A PROTECTIVE ORDER**

Now comes Nihon Kohden America, Inc. and does hereby file this Memorandum in Support of its Motion for a Protective Order filed pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Rule 26(c) does provide as follows:

> "Upon motion by a party or by the person from whom discovery is sought, accompanied by a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action, and for good cause shown the court in which the action is pending . . . . may make any order which justice requires to protect a party or person, from annoyance, embarrassment, oppression or undue burden or expense, including one or more of the following:
>
> (1) that the disclosure or discovery not be had.
>
> (2) that the disclosure or discovery may be had only on specified terms and conditions, including a designation of the time or place; . . . .
>
> (4) that certain matters not be inquired into, or that the scope of the disclosure or discovery be limited to certain matters;"

The Defendant, Nihon Kohden America, Inc., does aver, pursuant to the provisions of Federal Rule of Civil Procedure 26(c), it is entitled to the requested Protective Order on the grounds that Plaintiff improperly set the deposition after the court-ordered jurisdictional discovery deadline.

Nihon Kohden further objects on the grounds that the Deposition Notice fails to notice the deposition in Orange County, California, the county where the deponent resides or in the division in which the deponent resides, the Southern Division, Santa Ana Federal Courthouse, United States District Court for the Central District of California. In addition, Nihon Kohden objects to Plaintiff's late and improperly noticed deposition notice on the grounds that Nihon Kohden was previously made available to Plaintiff for deposition in this action, on April 25 and May 11, 2007, and that Plaintiff, by canceling, postponing, and delaying the deposition of Nihon Kohden, is the cause of its failure to take the requested jurisdictional discovery within the timeframe ordered by the Court.

Nihon Kohden also objects to the Deposition Notice on the grounds that the subject for inquiry set forth in No. 1(c), (d) and (e) of Exhibit A to the Deposition Notice are not reasonably calculated to lead to the discovery of admissible evidence and exceed the scope of jurisdictional discovery.

Nihon Kohden America, Inc.
By Its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
(310) 450-9353
FAX (310) 581-8006

Date: June 8, 2007

G:\pec\PLANT, KEVIN\Pleadings\Memo prot ord 30(b)(6).doc