UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S**
**EMERGENCY MOTION TO COMPEL APPEARANCE AT DEPOSITIONS**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves pursuant to Fed.R.Civ.P. 26 and 37 to compel the depositions of Defendant Nihon Kohden America, Inc. noticed for June 11, 2007. The Notices of Deposition are attached hereto as Exhibit A. In support of this Motion, Astro-Med submits herewith its Memorandum in Support of Emergency Motion to Compel.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

Dated: June 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Emergency Motion to Compel Appearance at Depositions*** was filed through the ECF system on the 8th day of June, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Robert M. Duffy,
Robert M. Duffy, Esq.