# EXHIBIT E

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Craig M. Scott*
*cscott@duffysweeney.com*

May 29, 2007

***Via Facsimile and First Class Mail***
Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Re: Astro-Med, Inc. v. Kevin Plant, et. al.
USDC RI C.A. No. 06-533ML

Dear Bruce:

As you know, last week I called to discuss your letter of May 24, 2007 and to discuss the rescheduling of the three depositions in California. I proposed June 11th for the rescheduled depositions. As that date is quickly approaching and I have not heard back from you, I attach re-notices of depositions for that date.

With respect to your request to propound in excess of 25 Interrogatories, I requested that you forward the proposed Interrogatories for my consideration. I have not received those and am unclear whether that request by your client has been withdrawn.

Please call us if you have any questions. Thank you.

Very truly yours,

Craig M. Scott

CMS/emh
Enclosures
cc: Robert M. Duffy, Esq.

astro-med\plant, kevin\letters\Gladstone 5-29-07.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**SECOND NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Nihon Kohden America, Inc. pursuant to Rule 30(b)(6) by the person or persons most knowledgeable to testify on its behalf to the subjects set forth in Exhibit A attached hereto on **Monday, June 11, at 9:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA** and the examination will continue as the taking thereof from time to time may be adjourned.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Second Notice of Deposition*** was served via First Class Mail on the 29th day of May, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

[signature]

**EXHIBIT A**

The Deponent is requested to produce the person or persons with the most knowledge of the subjects set forth below pursuant to Fed.R.Civ.P. 30(b)(6):

1. The person or persons with the most knowledge of:

   (a) Nihon Kohden's sales and marketing activities in and/or directed to Rhode Island from January 1, 2003 to the present.

   (b) Nihon Kohden's service to and/or on behalf of purchasers of Nihon Kohden equipment in Rhode Island from January 1, 2003 to the present.

   (c) Nihon Kohden's sales and marketing in Florida, Georgia and Alabama from January 1, 2006 to the present.

   (d) The hiring of Kevin Plant and his tenure at Nihon Koden.

   (e) The Employee Agreement between Astro-Med, Inc. and Kevin Plant.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC., :
Plaintiff, :
vs. : C.A. No. 06-533 ML
KEVIN PLANT and NIHON KOHDEN AMERICA, INC., :
Defendants. :

**SECOND NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Gary Reasoner of Defendant Nihon Kohden America, Inc. pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Monday, June 11, 2007, at 11:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA.** The deposition will continue from day to day until completed, unless counsel for the parties agree otherwise.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Second Notice of Deposition*** was served via First Class Mail on the 29th day of May, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**SECOND NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Michael Osawa of Defendant Nihon Kohden America, Inc. pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Monday, June 11, at 2:00 p.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA.** The deposition will continue from day to day until completed, unless counsel for the parties agree otherwise.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Second Notice of Deposition*** was served via First Class Mail on the 29th day of May, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Elia Hanson

## Craig Scott

**From:** Craig Scott
**Sent:** Wednesday, June 06, 2007 10:17 AM
**To:** Bruce W. Gladstone; Michael Karcis
**Cc:** Robert Duffy
**Subject:** Astro-Med v. Plant

Bruce and Mike,

Notwithstanding Astro-Med's pending motions to compel and your client's objection, if there are documents or information that you are willing to produce, I request that you do so in advance of Monday's depositions.

Thanks.

Craig.

Craig M. Scott, Esq.

DUFFY SWEENEY & SCOTT, LTD.

One Turks Head Place, Suite 1200

Providence, Rhode Island 02903

(401) 455-0700 x233

(401) 455-0701 (*Facsimile*)

cscott@duffysweeney.com (*E-mail*)

http://www.duffysweeney.com (*Web*)

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@duffysweeney.com.*