UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

vs.

KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,

Defendants.

C.A. No. 06-533 ML

**ORDER**

Plaintiff Astro-Med, Inc.'s Emergency Motion to Compel Appearances at Deposition (Document 74) having come before this Court, Martin J., it is hereby ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's Emergency Motion to Compel Appearances at Deposition is **GRANTED.** Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") (Rule 30(b)(6) Witness), and its employees Gary Reasoner and Michael Ohsawa shall appear for deposition as noticed on June 11, 2007.

2. Astro-Med's counsel shall make its best efforts to move the situs of the June 11, 2007 Nihon Kohden depositions to the Orange County office of Greenberg, Traurig. If that cannot be done for June 11, 2007, the depositions will take place as noticed in Santa Monica, California on June 11, 2007.

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

Martin, J., M.J.

PER ORDER:

Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq,. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405