UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**ORDER**

Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion for Protective Order (Document 72) in connection with the taking of the deposition of Gary Reasoner, an employee of Nihon Kohden, having come before this Court and after hearing thereon, it is ORDERED, ADJUDGED AND DECREED, ON JUNE 8, 2007:

1. Nihon Kohden's Motion for Protective Order is hereby **DENIED.**

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L. Martin
Martin, J., M.J.

PER ORDER:

[signature]
Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

# CERTIFICATE OF SERVICE

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405