UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**ORDER**

Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion for Protective Order (Document 73) in connection with the taking of the deposition of Michael Ohsawa, an employee of Nihon Kohden, having coming before this Court, Martin J., and after hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED, ON JUNE 8, 2007

1. Defendant Nihon Kohden's Motion for Protective Order is hereby **DENIED.**

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L. Martin

Martin, J., M.J.

PER ORDER:

[signature]

Clerk

Astro-Med/Plant/Pleadings/Order Osawa Protective Order

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

________________________