UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

vs.

KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,

Defendants.

C.A. No. 06-533 ML

**ORDER**

Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion for Protective Order (Document 71) in connection with the taking of the 30(b)(6) deposition of Nihon Kohden, having coming before this Court, Martin J., and after hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED, ON JUNE 8, 2007.

1. Nihon Kohden's Motion for Protective Order is **DENIED**.

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L. Martin
Martin, J., M.J.

PER ORDER:

Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405