# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**SECOND NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Nihon Kohden America, Inc. pursuant to Rule 30(b)(6) by the person or persons most knowledgeable to testify on its behalf to the subjects set forth in Exhibit A attached hereto on **Monday, June 11, at 9:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA** and the examination will continue as the taking thereof from time to time may be adjourned.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Second Notice of Deposition*** was served via First Class Mail on the 29th day of May, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

________________________

**EXHIBIT A**

The Deponent is requested to produce the person or persons with the most knowledge of the subjects set forth below pursuant to Fed.R.Civ.P. 30(b)(6):

1. The person or persons with the most knowledge of:

   (a) Nihon Kohden's sales and marketing activities in and/or directed to Rhode Island from January 1, 2003 to the present.

   (b) Nihon Kohden's service to and/or on behalf of purchasers of Nihon Kohden equipment in Rhode Island from January 1, 2003 to the present.

   (c) Nihon Kohden's sales and marketing in Florida, Georgia and Alabama from January 1, 2006 to the present.

   (d) The hiring of Kevin Plant and his tenure at Nihon Koden.

   (e) The Employee Agreement between Astro-Med, Inc. and Kevin Plant.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**SECOND NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Michael Osawa of Defendant Nihon Kohden America, Inc. pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Monday, June 11, at 2:00 p.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA.** The deposition will continue from day to day until completed, unless counsel for the parties agree otherwise.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

Dated: May 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Second Notice of Deposition*** was served via First Class Mail on the 29th day of May, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Elia Hanson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**SECOND NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Gary Reasoner of Defendant Nihon Kohden America, Inc. pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Monday, June 11, 2007, at 11:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA.** The deposition will continue from day to day until completed, unless counsel for the parties agree otherwise.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

Dated: May 29, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Second Notice of Deposition*** was served via First Class Mail on the 29th day of May, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

______________________________