# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**AFFIDAVIT OF ROBERT M. DUFFY ESQ.**

I, Robert M. Duffy, Esq., upon oath, depose and state as follows:

1. I am a partner with the law firm Duffy, Sweeney & Scott, Ltd and one of the attorneys representing Plaintiff Astro-Med, Inc. ("Astro-Med") in the above-captioned litigation.

2. I have personal knowledge of the facts set forth herein.

3. Following an April 16, 2007 hearing before Chief Judge Lisi, I conferred with Nihon Kohden's counsel, Mr. Karcis, regarding the subject of the testimony requested of Nihon Kohden pursuant to the notice of deposition served on March 30, 2007 with a deposition date of April 25, 2007. I discussed with Mr. Karcis the subjects of Nihon Kohden's deposition testimony and the expected length of the deposition. During that conversation Mr. Karcis made no objection to the deposition taking place as noticed in Santa Monica, California on April 25, 2007, or to the form of the deposition notice.

4. On April 20, 2007, Mr. Karcis' served an objection to the Nihon Kohden deposition (by email but never filed) three business days before the deposition was to take place. I immediately postponed the California deposition because, inter alia, I was concerned about flying to California to take the deposition with an outstanding objection, even though no

protective order had been sought or issued. I so advised Defendants on April 20, 2007 by letter. As a result of that objection, I also issued new notices of deposition on April 20, 2007 of Nihon Kohden and the depositions of its senior employees Michael Ohsawa and Gary Reasoner for May 17, 2007. Unfortunately, I suffered a medical emergency and on May 14, 2007 I was forced to postpone those depositions because I could not travel by plane to California. The May 14, 2007 letter is attached hereto as Exhibit 1. I underwent back surgery shortly thereafter.

5. On June 8, 2007, after the Court issued four Orders requiring Nihon Kohden, Gary Reasoner and Michael Ohsawa to appear for deposition on June 11, I left the office of Duffy Sweeney & Scott, Ltd. at approximately 5:30 p.m. On Monday morning, June 11, 2007, at approximately 8:30 a.m., I discovered for the first time that Mr. Karcis faxed a letter at 7:11 p.m. to my office baldly stating that he would produce no Nihon Kohden witness for deposition on June 11. I immediately telephoned Mr. Scott in California and advised him that Mr. Karcis did not intend to produce Defendants for deposition despite this Court's Order compelling their appearance.

Robert M. Duffy, Esq.

STATE OF RHODE ISLAND
CITY OF PROVIDENCE

Subscribed and sworn to before me this 19th of June, 2007.

______________________

# EXHIBIT 1

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Robert M. Duffy, Esq.*
*rduffye@duffysweeney.com*

May 14, 2007

***Via Facsimile and First Class Mail***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America - C.A. No. 06-533-ML

Dear Attorney Karcis:

Due to a medical emergency, we need to postpone the depositions scheduled for Thursday, May 17, 2007 in Santa Monica, CA. I left a lengthy message for Bruce Gladstone on his voice mail. You may call him for the details. I will be issuing new deposition notices this week for sometime in June 2007.

Very truly yours,

Robert M. Duffy

RMD/jmc

cc: Bruce W. Gladstone, Esq.

One Turks Head Place, Suite 1200 Providence, RI 02903 401 455-0700 fax 401 455-0701
265 Franklin Street Boston, MA 02110 617 261-9606 fax 617 261-9605
www.duffysweeney.com

Astro-Med/Plant/Letters/Karcis 4-26-07 #1