# EXHIBIT D

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Robert M. Duffy, Esq.*
*rduffe@duffysweeney.com*

April 20, 2007

***Via Facsimile and First Class Mail***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America - C.A. No. 06-533-ML

Dear Attorney Karcis:

I received the Objection to Plaintiff's Notice of Nihon Kohden's Deposition last night. I was quite surprised to receive the Objection given that Judge Lisi asked you Monday, April 16, 2007 in court whether there were any other discovery issues that needed to be discussed and you said there were none. At no time did you raise any issue regarding the deposition notice and only yesterday did you ask me to try to move it to Orange County. Given the Objection combined with Defendants' request for an extension of time to produce documents, we are obligated to move the April 25, 2007 deposition date and today we will be issuing an Amended Notice of Deposition for Nihon Kohden and specific deposition notices for two fact witnesses we believe have information pertaining to this case for **May 17, 2007**. I am not amenable to flying to Los Angeles to take depositions next week without documents and with an outstanding objection given the significant investment of time and money in that trip.

You and I discussed the Nihon Kohden deposition witnesses that we expected to be produced pursuant to the Notice of Deposition both in court on Monday, April 16, 2007 and over the telephone earlier this week. You did not display any lack of understanding as to the witnesses we expected to be produced. I certainly question the timing of your Objection and request for extension, both of which have greatly disrupted my scheduling.

With regard to the place of deposition, Rule 30 does not require that the deposition of a party take place at the party's actual place of business. It requires that the deposition take place within the forum of the corporate party defendant as opposed to the forum where the suit is pending. Plaintiff is traveling over 3,000 miles to conduct this deposition, which is noticed for a law office in Santa Monica, California which you told me was only an hour or so from your client's business location. In our view, this is well within the requirements of both Rule 30 and 45. I am moving the depositions to May 17, 2007 which is the date I told you earlier this week was the first date available for me when you asked me to move the deposition date from April

25, 2007 earlier this week. Because you have caused the date of this deposition to move, we expect that you will consent to an extension of time to respond to the Motion to Dismiss to May 24, 2007. If you do not, we will file a motion with the Court requesting the extension and reciting our efforts to resolve this matter short of Court intervention.

I look forward to hearing from you.

Very truly yours,

Robert M. Duffy

RMD/jmc

cc: Bruce W. Gladstone, Esq.