# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**ORDER**

Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion for Protective Order (Document 71) in connection with the taking of the 30(b)(6) deposition of Nihon Kohden, having coming before this Court, Martin J., and after hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED, ON JUNE 8, 2007.

1. Nihon Kohden's Motion for Protective Order is **DENIED**.

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L Martin
Martin, J., M.J.

PER ORDER:

[signature]
Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

[signature]

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 3:57 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:** 79

**Docket Text:**
ORDER denying [71] Motion for Protective Order . So Ordered by Magistrate Judge David L. Martin on 6/11/07. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=6/11/2007] [FileNumber=163877-0] [7d602014b297bc6f2e90d58adfc746852722af2775626bca205bdaf98a01c8dc952f ab5bbba5e79a30a3d122cb524ad08c9bb926f96d6af296a72d1eeec9e239]]

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**ORDER**

Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion for Protective Order (Document 73) in connection with the taking of the deposition of Michael Ohsawa, an employee of Nihon Kohden, having coming before this Court, Martin J., and after hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED, ON JUNE 8, 2007

1. Defendant Nihon Kohden's Motion for Protective Order is hereby **DENIED.**

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L. Martin
Martin, J., M.J.

PER ORDER:

[signature]
Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

[signature]

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 3:50 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:** 78

**Docket Text:**
ORDER denying [73] Motion for Protective Order . So Ordered by Magistrate Judge David L. Martin on 6/11/07. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=6/11/2007] [FileNumber=163870-0] [1341d8a9723240a209cd3a33f2c67838a463489ffb8d89115e46b994fa1bfb481ea6 f63a951a5793fb0fff4d2f94970267a1db1b1fc88854360dd857fd7eac61]]

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**ORDER**

Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion for Protective Order (Document 72) in connection with the taking of the deposition of Gary Reasoner, an employee of Nihon Kohden, having come before this Court and after hearing thereon, it is ORDERED, ADJUDGED AND DECREED, ON JUNE 8, 2007:

1. Nihon Kohden's Motion for Protective Order is hereby **DENIED.**

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L Martin
Martin, J., M.J.

PER ORDER:

Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

________________________

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 3:43 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:** 77

**Docket Text:**
ORDER denying [72] Motion for Protective Order . So Ordered by Magistrate Judge David L. Martin on 6/11/07. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=6/11/2007] [FileNumber=163864-0] [2c7f9d3fd0e673cb882da9ec8c7605900cd8efc5c35ec795bcea315b34f31054f745 2cd2cbe01be46eca44da9e5150ef8d2cf03b23192eda0324bed1acf5929d]]

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br><br>Defendants. | : | C.A. No. 06-533 ML |

**ORDER**

Plaintiff Astro-Med, Inc.'s Emergency Motion to Compel Appearances at Deposition (Document 74) having come before this Court, Martin J., it is hereby ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's Emergency Motion to Compel Appearances at Deposition is **GRANTED.** Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") (Rule 30(b)(6) Witness), and its employees Gary Reasoner and Michael Ohsawa shall appear for deposition as noticed on June 11, 2007.

2. Astro-Med's counsel shall make its best efforts to move the situs of the June 11, 2007 Nihon Kohden depositions to the Orange County office of Greenberg, Traurig. If that cannot be done for June 11, 2007, the depositions will take place as noticed in Santa Monica, California on June 11, 2007.

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L. Martin
Martin, J., M.J.

PER ORDER:

[signature]
Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq,. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

________________________

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 1:16 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:** 76

**Docket Text:**
ORDER granting [74] Plaintiff's Emergency Motion to Compel Appearances at Deposition. So Ordered by Magistrate Judge David L. Martin on 6/11/07. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=6/11/2007] [FileNumber=163811-0]
[0281b5b8776bc3b09c65bc4c7aa144bfb3bfc8628e54c832c78f48e65a3f726edcb2
6844f75671045ab398fae53cbdbf61c7be61f501bbc4a8ffddb9d5f37915]]

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 1:07 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge David L. Martin : Motion Hearing held on 6/11/2007 re [73] MOTION for Protective Order *to Plaintiff's Notice of Deposition of Michael Osawa* filed by Nihon Kohden America, Inc, [72] MOTION for Protective Order *to Plaintiff's Notice of Deposition of Gary Reasoner* filed by Nihon Kohden America, Inc, [74] Emergency MOTION to Compel Appearance at Depositions filed by Astro-Med, Inc, [71] MOTION for Protective Order *to Plaintiff's Notice of 30(b)(6) Deposition* filed by Nihon Kohden America, Inc. (Scott, Duffy, Gladstone, Karcis) Attys argue; Court denies Motions for Protective Order; Court grants Motion to Compel; Orders to follow by Atty Duffy (Courtroom B at 2:06 pm.) (Noel, Jeannine)

The following document(s) are associated with this transaction:

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405