# EXHIBIT K

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 1:13 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge David L. Martin : Motion Hearing held on 6/11/2007 re [64] First MOTION to Compel Production of Documents & Answers to Interrogatories filed by Astro-Med, Inc. (Duffy, Gladstone, Karcis) Attys argue; Motion granted; Depo to be held on either 6/18 or 6/19/07 in Providence; Documents to be produced by 6/15/07; Order by the Court to follow (Courtroom B at 10:11 am.) (Noel, Jeannine)

The following document(s) are associated with this transaction:

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405