# EXHIBIT N

0001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
- - -

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff, | C.A. No. 06-533 ML |
| vs. | |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | Affidavit of Failure of Witness to Appear For Deposition |

I, Frances Sandoval, CSR No. 7539, do hereby declare as follows:

At the request of Craig M. Scott, Esq., attorney representing the Plaintiff in the above-entitled action, I appeared at the law offices of Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California, on Monday, June 11, 2007, at 9:00 a.m., for the purpose of placing under oath and reporting the deposition of Michael Oshawa, pursuant Deposition Notice;

The reporter was informed the aforementioned Michael Oshawa would not appear for the purpose of having their deposition taken, at which time the following statement was put on the record:

MR. SCOTT: My name is Craig Scott. I

0002

represent Plaintiff Astro-Med, Inc., in a case pending in the District of Rhode Island against Kevin Plant and Nihon Kohden America, Inc.

I'm in the law offices of Greenberg Traurig, Santa Monica, California pursuant to a second Notice of Deposition of Michael Oshawa.

The deposition is scheduled for today, June 11th, at two p.m. On Friday, June 8th, 2007, in the late morning Mr. Oshawa filed a motion for a protective order to prevent the deposition from going forward.

My client, Astro-Med, Inc., filed a cross-motion to compel Mr. Oshawa's deposition in California on June 11th.

Magistrate Judge Martin heard argument from both sides on an expedited basis on June 8th and made the following ruling: He ordered Mr. Oshawa to appear at deposition in California on June 11th as reflected in the second Notice of Deposition.

He denied Mr. Oshawa's motion for a protective order to prevent the deposition from going forward. He granted Astro-Med's motion to compel Mr. Oshawa's deposition as reflected in the second Notice of Deposition.

After business hours, Mr. Oshawa, through counsel, indicated that he would not be appearing at

0003

deposition this morning, a position that he reaffirmed during a hearing this morning before Magistrate Judge Martin.

It is my understanding that Magistrate Judge Martin ordered Mr. Oshawa to appear at deposition at my office in Providence, Rhode Island on Monday or Tuesday of the following week.

I attach as Exhibit 1 to this transcript the second Notice of Deposition of Mr. Oshawa.

(Plaintiff's Exhibit 1 was marked for identification and is attached hereto.)

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Woodland Hills, California, this June 11th day of JUNE, 2007.

______________________________
FRANCES SANDOVAL, CSR NO. 7539

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
- - -

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff, | C.A. No. 06-533 ML |
| vs. | |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | Affidavit of Failure of Witness to Appear For Deposition |

I, Frances Sandoval, CSR No. 7539, do hereby declare as follows:

At the request of Craig M. Scott, Esq., attorney representing the Plaintiff in the above-entitled action, I appeared at the law offices of Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California, on Monday, June 11, 2007, at 9:00 a.m., for the purpose of placing under oath and reporting the deposition of the Person Most Knowledgeable of Nihon Kohden America, Inc., pursuant Deposition Notice;

The reporter was informed the aforementioned Person Most Knowledgeable of Nihon Kohden America, Inc., would not appear for the purpose of having their deposition taken, at which time the following statement was put on the record:

MR. SCOTT: My name is Craig Scott. I represent the Plaintiff Astro-Med, Inc. in a case pending in the District of Rhode Island against Kevin Plant and Nihon Kohden America, Inc.

I am in Santa Monica, California at the law offices of Greenberg Traurig pursuant to a second Notice of Deposition on Nihon Kohden America, Inc., as has been scheduled pursuant to Rule 30(b)(6) of the rules of Civil Procedure.

On Friday, June 8th, 2007, in the late morning, Nihon Kohden America, Inc., filed a motion for a protective order to prevent this deposition from going forward.

This deposition was duly noticed on May 29th, 2007. Astro-Med, Inc., filed a cross-motion to compel the attendance of Nihon Kohden America, Inc., on June 11th in California.

Magistrate Judge Martin entertained argument from both sides on these motions and made the following ruling: Magistrate Judge Martin denied Nihon Kohden America's motion for a protective order and granted Astro-Med, Inc.'s motion to compel Nihon Kohden America to appear at deposition in Santa Monica, California on June 11th at nine a.m.

I flew out on Sunday from Providence to appear at this deposition. I learned this morning around 5:30 a.m. local time that Nihon Kohden counsel's

refused to produce a witness or witnesses pursuant to Rule 30(b)(6) this morning.

I understand that this matter was brought to the attention of Magistrate Judge Martin this morning and he ordered Nihon Kohden America, Inc., to appear for a Rule 30(b)(6) deposition at my office in Providence, Rhode Island next Monday or Tuesday.

I attach to this transcript as Plaintiff's Exhibit 1 the Second Notice of Deposition of Nihon Kohden America, Inc.

(Plaintiff's Exhibit 1 was marked for identification and is attached hereto.)

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Woodland Hills, California, this June 11th day of JUNE, 2007.

FRANCES SANDOVAL, CSR NO. 7539

0001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
- - -

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | C.A. No. 06-533 ML<br>Affidavit of Failure of Witness to Appear For Deposition |

I, Frances Sandoval, CSR No. 7539, do hereby declare as follows:

At the request of Craig M. Scott, Esq., attorney representing the Plaintiff in the above-entitled action, I appeared at the law offices of Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California, on Monday, June 11, 2007, at 9:00 a.m., for the purpose of placing under oath and reporting the deposition of Gary Reasoner, pursuant Deposition Notice;

The reporter was informed the aforementioned Gary Reasoner would not appear for the purpose of having their deposition taken, at which time the following statement was put on the record:

MR. SCOTT: My name is Craig Scott. I

0002

represent the Plaintiff Astro-Med, Inc. We're here at the law offices of Greenberg Traurig in Santa Monica, California with respect to the second Notice of Deposition of Gary Reasoner, an employee of Defendant Nihon Kohden America, Inc.

This second Notice of Deposition was duly issued on May 29th, 2007 and was scheduled to begin today, June 11th, at 11 a.m.

On Friday, June 8th, 2007, Mr. Reasoner filed a motion for a protective order to prevent this deposition from going forward. Also, on Friday, June 8th, 2007, Astro-Med, Inc., filed a cross-motion to compel Mr. Reasoner's attendance at deposition.

Magistrate Judge Martin took both motions on an expedited basis. After a hearing on the motions, Magistrate Judge Martin granted Astro-Med, Inc.'s motion compel Mr. Reasoner's attendance at deposition today in Santa Monica, California. He also denied Mr. Reasoner's motion for a protective order to prevent this deposition from going forward.

In Rhode Island this morning there was a hearing on a pending motion to compel brought by Astro-Med, Inc. At that hearing, counsel for Mr. Reasoner and Nihon Kohden America represented that Mr. Reasoner would not be appearing for deposition

0003

in California today as noticed by Astro-Med, Inc., and ordered by the court.

The court made rulings compelling

Mr. Reasoner to appear in Rhode Island next week for deposition as well as other relief.

I attach to this deposition Exhibit 1, which is the second Notice of Deposition on Mr. Reasoner.

(Plaintiff's Exhibit 1 was marked for identification and is attached hereto.)

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Woodland Hills, California, this June 11th day of JUNE, 2007.

FRANCES SANDOVAL, CSR NO. 7539