# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff,

v. C.A. No. 06-533-ML

KEVIN PLANT,
NIHON KOHDEN AMERICA, INC.
Defendants.

**ORDER**

This matter is before the Court on Plaintiff Astro-Med, Inc.'s Motion for Permission to Supplement the Record (Docket # 60). Plaintiff requests permission to supplement its Response in Opposition (Docket # 63) to Defendant Nihon Kohden's Motion to Dismiss for Lack of Jurisdiction (Docket # 33). Defendant Nihon Kohden has filed an objection (Docket # 65) to Plaintiff's request. After reviewing the parties' filings concerning this request, it is hereby ORDERED:

1.) Plaintiff Astro-Med has up to and including May 24, 2007, to file a supplemental memorandum in support of Plaintiff's objection to Defendant Nihon Kohden's Motion to Dismiss for Lack of Jurisdiction.

Mary M. Lisi
Chief United States District Judge
May 17, 2007