# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff | : | |
| VS. | : | C.A. NO. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br>Defendant | : | |

Deposition of GARY REASONER, a 30(b)(6) witness designated by Nihon Kohden America, Inc., taken on behalf of the Plaintiff, on TUESDAY, JUNE 19, 2007, 10:05 A.M., at the offices of DUFFY SWEENEY & SCOTT, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island, before Vivian S. Dafoulas, Registered Merit Reporter/Certified Realtime Reporter.

Vivian S. Dafoulas, RMR-CRR
50 Fieldstone Drive
East Greenwich, RI 02818-2064
(401) 885-0992

2

APPEARANCES:

on to assert his objection was specifically denied by the Federal Court in Providence, Rhode Island?

MR. KARCIS: Same objection.

A. No. I haven't paid much attention.

Q. So you are not aware one way or the other whether that's a basis for the objection or not?

MR. KARCIS: Same objection.

A. I'm not -- I'm not aware.

Q. Are you aware that on Friday, June 8th, 2007, the Court compelled your attendance at deposition on Monday, June 11th, in Santa Monica, California?

MR. KARCIS: Same objection.

A. No.

Q. Were you ever advised of the deposition scheduled for Monday, June 11th, 2007, in Santa Monica, California?

MR. KARCIS: Same objection.

A. I don't recall.

Q. So as you sit here today testifying under oath, you don't know whether you were ever scheduled to appear at a deposition on June 11, 2007?

A. I don't.

MR. KARCIS: Same objection.

Q. Have you ever spoken to Mr. Gladstone



before today?

THE WITNESS: Gladstone?

MR. SCOTT: Yes.

A. Not that I know of.

MR. SCOTT: That's the gentleman sitting to your right. We'll mark this as the first exhibit.

(Whereupon, Plaintiff's Exhibit No. 1 was marked.)

BY MR. SCOTT:

Q. Let me show you what's been marked as Exhibit 1. Could you review that document and tell me if you recognize it?

MR. SCOTT: Would you identify yourself, please?

MR. OHSAWA: Michael Ohsawa.

MR. SCOTT: The record will reflect that Mr. Oshawa entered the conference room.

(Witness perusing document.)

A. I don't recall ever seeing the document.

Q. I'm sorry?

A. I don't recall ever seeing that document.

Q. When was the first time you learned that you've been requested to appear at a deposition in this case?



MR. KARCIS: Same objection.

A. Friday. Actually Saturday.

Q. Saturday?

A. Saturday this weekend.

Q. That's Saturday, June 16th, 2007?

A. If that was the 16th.

Q. And previous to Saturday, June 16th, 2005,