# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**ORDER**

Plaintiff Astro-Med, Inc.'s Emergency Motion to Compel Appearances at Deposition (Document 74) having come before this Court, Martin J., it is hereby ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's Emergency Motion to Compel Appearances at Deposition is **GRANTED.** Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") (Rule 30(b)(6) Witness), and its employees Gary Reasoner and Michael Ohsawa shall appear for deposition as noticed on June 11, 2007.

2. Astro-Med's counsel shall make its best efforts to move the situs of the June 11, 2007 Nihon Kohden depositions to the Orange County office of Greenberg, Traurig. If that cannot be done for June 11, 2007, the depositions will take place as noticed in Santa Monica, California on June 11, 2007.

ENTERED as an Order of this Court this 11th day of June, 2007.

ENTERED:

David L Martin
Martin, J., M.J.

PER ORDER:

[signature]
Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Robert M. Duffy, Esq,. (#4428)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Order*** was sent via facsimile and First Class Mail this 11th day of June, 2007 to the following counsel of record:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Rhode Island**

Notice of Electronic Filing

The following transaction was received from Noel, Jeannine entered on 6/11/2007 at 1:16 PM EDT and filed on 6/11/2007

**Case Name:** Astro-Med, Inc. v. Plant
**Case Number:** 1:06-cv-533
**Filer:**
**Document Number:** 76

**Docket Text:**
ORDER granting [74] Plaintiff's Emergency Motion to Compel Appearances at Deposition. So Ordered by Magistrate Judge David L. Martin on 6/11/07. (Noel, Jeannine)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=6/11/2007] [FileNumber=163811-0] [0281b5b8776bc3b09c65bc4c7aa144bfb3bfc8628e54c832c78f48e65a3f726edcb2 6844f75671045ab398fae53cbdbf61c7be61f501bbc4a8ffddb9d5f37915]]

**1:06-cv-533 Notice will be electronically mailed to:**

Robert M. Duffy rduffy@duffysweeney.com, jcastro@duffysweeney.com

Bruce W. Gladstone bgladstone@cm-law.com

Craig M. Scott cscott@duffysweeney.com, ehanson@duffysweeney.com; lspink@duffysweeney.com

**1:06-cv-533 Notice will be delivered by other means to:**

E.P. Michael Karcis
McLean & McLean LLP
3001 2nd Street
Suite E
Santa Monica, CA 90405