# EXHIBIT I

RECEIVED
JUN 18 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

**DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTIONS FOR EVIDENTARY PURPOSES AND SUPPLEMENTAL RESPONSES TO PLAINTIFF ASTRO-MED, INC.'S FIRST SET OF INTERROGAORIES**

In compliance with the Court Order entered after hearing on June 11, 2007, Defendant Nihon Kohden supplements its answers and objects for evidentiary purposes to plaintiff Astro-Med, Inc.'s First Set of Interrogatories as follows:

Nihon Kohden's responses are made without waiving or intending to waive any objections as to relevancy, privilege, or admissibility of any information provided in response to plaintiff's interrogatories in any subsequent proceeding or at the trial of this or any other action, on any ground. A partial answer to any interrogatory that has been objected to, in whole or in part, is not intended to be a waiver of the objection.

**GENERAL OBJECTIONS**

GENERAL OBJECTION NO. 1: Defendant objects to the extensive, burdensome, and irrelevant "identification" requirements for documents in the manner specified by plaintiff in paragraph (d) of the "Definitions" to the First Set of Interrogatories.

In lieu of that form of "identification," defendant has or will voluntarily disclose and produce relevant responsive documents that are free of the general or specific

ambiguous, unduly broad, burdensome, not relevant to the claim or defense of any party, and not reasonably calculated to lead to the discovery of admissible evidence.

GENERAL OBJECTION NO. 7: Defendant also objects to those interrogatories that exceed the scope of jurisdictional discovery.

## INTERROGATORIES

### INTERROGATORY NO. 2

Identify all customers and prospective customers of Nihon Kohden in Rhode Island.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2

Nihon Kohden objects to this interrogatory on the grounds that it is overly broad as to time, vague as to the term "prospective customers," and vague as to the term "Nihon Kohden equipment." Nihon Kohden also objects to this interrogatory on the grounds that it calls for speculation. Moreover, the response contained herein is subject to the Order. Notwithstanding the foregoing objections, subject to a time frame of five years preceding the date of this response and defining "prospective customers" as businesses or individuals that have expressed an interest in purchasing Nihon Kohden products, Nihon Kohden responds as follows: Office of Jeffery Wishik, M.D., Gus Stratton, M.D., Joseph Centofanti, M.D., Gerald Exil, M.D., Rhode Island Hospital, Roger Williams, Physician Resources, Kent County Hospital, Landmark Medical, Karen Kerman, Pediatric Neurology, Carlos Nieto, M.D., Medical Group, Arshal Iqbul, Advanced Clinical, Elizabeth Tegan, Neuro Development, and Neil Hetherington.

### INTERROGATORY NO. 3

Identify all sales made to customers in Rhode Island within the past five years.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

Nihon Kohden objects to this interrogatory on the grounds that it is overly broad. The response contained herein is subject to the Order. Notwithstanding the foregoing objections, Nihon Kohden responds as follows: Nihon Kohden made sales to: Joseph Centofanti, M.D., and Gerald Exil, M.D. (copies of documents related to these sales were produce (and marked as Exhibit 4) at the deposition of Dominic Chillemi. In addition, minor transactions occurred with Rhode Island Hospital, Roger Williams, Physician Resources, Kent County Hospital, Landmark Medical, Karen Kerman, Pediatric Neurology, Carlos Nieto, M.D., Medical Group, Arshal Iqbul, Advanced Clinical, Elizabeth Tegan, Neuro Development, and Neil Hetherington.

**INTERROGATORY NO. 4**

Identify all mailing sent to Rhode Island customers, prospective customers or potential customers within the past five years.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4**

Nihon Kohden objects to this interrogatory on the grounds that it is overly broad. Nihon Kohden further objects to this interrogatory as well as vague and ambiguous as to the terms "mailings," "prospective customers," and "potential customers." Nihon Kohden objects to this interrogatory on the grounds that it calls for speculation. Moreover, the response contained herein is subject to the Order. Notwithstanding the foregoing objections, and identifying "prospective customers" and "potential customers" as those businesses or individuals that have expressed an interest in purchasing Nihon Kohden products, Nihon Kohden responds as follows: Nihon Kohden does not have information

evidence. Without waiving the objections and responding as to non-privileged communications, Nihon Kohden responds as follows: Gary Reasoner of Nihon Kohden had several telephone conversations with Kevin Plant about Mr. Plant working for Nihon Kohden during the summer of 2006, as well as an in-person interview that occurred in Foothill Ranch, California in or about September 2006. Michael Ohsawa of Nihon Kohden also interviewed Mr. Plant when he was in Foothill Ranch California in or about September 2006, and informed Mr. Plant of Nihon Kohden's decision to offer Mr. Plant employment with Nihon Kohden on or about September 18, 2006.

Nihon Kohden America, Inc.
By Its Attorneys

DATED: June 15, 2007

EPMK

Of Counsel:
E.P. Michael Karcis, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX
michael@mcleanfirm.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff

v.                                                    C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

VERIFICATION

The undersigned Michael Ohsawa, hereby states under the pains and penalties of perjury that my answers to those certain interrogatories served upon me, with a certification date of June 15, 2007, are true and accurate to the best of my information and belief.

SHARON K. CURRERI
Commission # 1624132
Notary Public - California
Orange County
My Comm. Expires Nov 22, 2009

Michael Ohsawa
Director of Operations
Nihon Kohden America, Inc.

STATE OF CALIFORNIA
COUNTY OF ORANGE

Subscribed and sworn to before me this 15th day of JUNE, 2007.

Sharon K. Curreri
Notary Public
My commission expires: 11/22/09

G:\pec\PLANT, KEVIN\Pleadings\Verification.doc