UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**ASTRO-MED, INC.'S MOTION TO SHORTEN TIME FOR RESPONSE TO ASTRO-MED, INC.'S MOTION TO MODIFY ORDER TO EXTEND DATE TO SUPPLEMENT THE RECORD ON DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS UP TO AND INCLUDING JUNE 22, 2007**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves to shorten the time within which Defendant Nihon Kohden America, Inc. ("Nihon Kohden") must respond or object to Astro-Med's Motion to Modify Order to Extend Date to Supplement the Record on Defendant Nihon Kohden America, Inc.'s Motion to Dismiss up to and Including June 22, 2007. The hearing on Nihon Kohden's Motion to Dismiss is scheduled for June 28, 2007 and Defendant Nihon Kohden is not required under the Rules to respond to Astro-Med's Motion to Modify Order prior to that date. Astro-Med did not have the necessary information to supplement the record on Nihon Kohden's Motion to Dismiss until it received transcripts from the depositions conducted on June 19, 2007 and it has diligently prepared and filed its Motion to Supplement following receipt of that information. Accordingly, Astro-Med respectfully requests that this Court shorten the time within which Nihon Kohden is required to file an objection or response to Astro-Med's motion to modify order and set **June 27, 2007** as the date by which any such response or objection must be filed.

Astro-Med submits herewith its Memorandum in Support of Motion to Shorten Time Within Which Nihon Kohden America, Inc. must Respond or Object to Astro-Med's motion to modify order.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

**CERTIFICATE OF SERVICE**

I hereby certify that the within **ASTRO-MED, INC.'S MOTION TO SHORTEN TIME FOR RESPONSE TO ASTRO-MED, INC.'S MOTION TO MODIFY ORDER TO EXTEND DATE TO SUPPLEMENT THE RECORD ON DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS UP TO AND INCLUDING JUNE 22, 2007** was filed through the ECF system on the 22nd day of June, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC., :
Plaintiff, :
vs. : C.A. No. 06-533 ML
:
KEVIN PLANT and NIHON KOHDEN :
AMERICA, INC., :
Defendants.

**ASTRO-MED, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO SHORTEN TIME FOR RESPONSE TO ASTRO-MED, INC.'S MOTION TO MODIFY ORDER TO EXTEND DATE TO SUPPLEMENT THE RECORD ON DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS UP TO AND INCLUDING JUNE 22, 2007**

Plaintiff Astro-Med, Inc. ("Astro-Med") submits this Memorandum in Support of its Motion to Shorten time for Response to Astro-Med, Inc.'s Motion to Modify Order to Extend Date to Supplement the Record on Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion to Dismiss up to and Including June 22, 2007. The hearing on Nihon Kohden's Motion to Dismiss is scheduled for June 28, 2007 and Defendant Nihon Kohden is not required under the Rules to respond to Astro-Med's Motion to Modify Order prior to that date. Astro-Med did not have the necessary information to supplement the record on Nihon Kohden's Motion to Dismiss until it received transcripts from the depositions conducted on June 19, 2007 and it has diligently prepared and filed its Motion to Supplement following receipt of that information. Accordingly, Astro-Med respectfully requests that this Court shorten the time within which Nihon Kohden is required to file an objection or response to Astro-Med's motion to modify order and set June 27, 2007 as the date by which any such response or objection must be filed.

**CONCLUSION**

For all the foregoing reasons, Astro-Med respectfully requests that this Court grant its Motion to Shorten Time for Response to Astro-Med Motion to Modify Order by requiring Nihon

Kohden to Respond or Object to Astro-Med's Motion to Modify Order on or before June 27, 2007.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com
cscott@duffysweeney.com

## CERTIFICATE OF SERVICE

I hereby certify that the within **ASTRO-MED, INC.'S MOTION TO SHORTEN TIME FOR RESPONSE TO ASTRO-MED, INC.'S MOTION TO MODIFY ORDER TO EXTEND DATE TO SUPPLEMENT THE RECORD ON DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS UP TO AND INCLUDING JUNE 22, 2007** was filed through the ECF system on the 22nd day of June, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.