UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MOTION TO STRIKE DEFENDANT NIHON KOHDEN AMERICA, INC.'S REPLY MEMORANDUM IN RESPONSE TO ASTRO-MED, INC.'S OPPOSITION TO NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves pursuant to Local Rule Cv 7(b)(2) to strike Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Reply Memorandum to Astro-Med's Memorandum in Opposition to Nihon Kohden's Motion to Dismiss (Document No. 83). Nihon Kohden filed and served its Reply Memorandum on June 21, 2007, forty-three (43) days after Astro-Med served upon Nihon Kohden its Memorandum in Opposition to Nihon Kohden's Motion to Dismiss. Local Rule Cv 7(b)(2) specifically provides that a Reply Memorandum may be filed and served "not later than ten (10) days after the service of the Objection." Nihon Kohden's Reply Memorandum has been filed more than one month beyond the deadline for such a filing. Accordingly, Astro-Med respectfully requests that this Court strike Nihon Kohden's Reply Memorandum. Astro-Med submits herewith its Memorandum in

Support of its Motion to Strike Nihon Kohden Reply Memorandum.

Respectfully submitted,

ASTRO-MED, INC.

/s/Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: June 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the within **PLAINTIFF ASTRO-MED, INC.'S MOTION TO STRIKE DEFENDANT NIHON KOHDEN AMERICA, INC.'S REPLY MEMORANDUM IN RESPONSE TO ASTRO-MED, INC.'S OPPOSITION TO NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS** was filed through the ECF system on the 22nd day of June, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE DEFENDANT NIHON KOHDEN AMERICA, INC.'S REPLY MEMORANDUM IN RESPONSE TO ASTRO-MED, INC.'S OPPOSITION TO NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS**

Plaintiff Astro-Med, Inc. ("Astro-Med") submits this Memorandum in Support of Its Motion to Strike Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Reply Memorandum in Response to Astro-Med, Inc.'s Opposition to Nihon Kohden, Inc.'s Motion to Dismiss. Nihon Kohden filed and served its Reply Memorandum on June 21, 2007, forty-three (43) days after Astro-Med served upon Nihon Kohden its Memorandum in Opposition to Nihon Kohden's Motion to Dismiss. Local Rule Cv 7(b)(2) specifically provides that a Reply Memorandum may be filed and served "not later than ten (10) days after the service of the Objection." Nihon Kohden's Reply Memorandum has been filed more than one month beyond the deadline for such a filing. Accordingly, Astro-Med respectfully requests that this Court strike Nihon Kohden's Reply Memorandum.

**CONCLUSION**

For all the foregoing reasons, Astro-Med respectfully requests this Court grants its Motion to Strike Defendant Nihon Kohden America, Inc.'s Reply Memorandum in Response to Astro-Med, Inc.'s Opposition to Nihon Kohden America, Inc.'s Motion to Dismiss.

Respectfully submitted,

ASTRO-MED, INC.

/s/Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: June 22, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within **PLAINTIFF ASTRO-MED, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DEFENDANT NIHON KOHDEN AMERICA, INC.'S REPLY MEMORANDUM IN RESPONSE TO ASTRO-MED, INC.'S OPPOSITION TO NIHON KOHDEN AMERICA, INC.'S MOTION TO DISMISS** was filed through the ECF system on the 22nd day of June, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.