# EXHIBIT B

RECEIVED
JUN 18 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v. C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

**DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTIONS FOR EVIDENTIARY PURPOSES AND SUPPLEMENTAL RESPONSES TO PLAINTIFF ASTRO-MED, INC.'S FIRST SET OF INTERROGAORIES**

In compliance with the Court Order entered after hearing on June 11, 2007, Defendant Nihon Kohden supplements its answers and objects for evidentiary purposes to plaintiff Astro-Med, Inc.'s First Set of Interrogatories as follows:

Nihon Kohden's responses are made without waiving or intending to waive any objections as to relevancy, privilege, or admissibility of any information provided in response to plaintiff's interrogatories in any subsequent proceeding or at the trial of this or any other action, on any ground. A partial answer to any interrogatory that has been objected to, in whole or in part, is not intended to be a waiver of the objection.

**GENERAL OBJECTIONS**

GENERAL OBJECTION NO. 1: Defendant objects to the extensive, burdensome, and irrelevant "identification" requirements for documents in the manner specified by plaintiff in paragraph (d) of the "Definitions" to the First Set of Interrogatories.

In lieu of that form of "identification," defendant has or will voluntarily disclose and produce relevant responsive documents that are free of the general or specific

ambiguous, unduly broad, burdensome, not relevant to the claim or defense of any party, and not reasonably calculated to lead to the discovery of admissible evidence.

GENERAL OBJECTION NO. 7: Defendant also objects to those interrogatories that exceed the scope of jurisdictional discovery.

## INTERROGATORIES

### INTERROGATORY NO. 2

Identify all customers and prospective customers of Nihon Kohden in Rhode Island.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2

Nihon Kohden objects to this interrogatory on the grounds that it is overly broad as to time, vague as to the term "prospective customers," and vague as to the term "Nihon Kohden equipment." Nihon Kohden also objects to this interrogatory on the grounds that it calls for speculation. Moreover, the response contained herein is subject to the Order. Notwithstanding the foregoing objections, subject to a time frame of five years preceding the date of this response and defining "prospective customers" as businesses or individuals that have expressed an interest in purchasing Nihon Kohden products, Nihon Kohden responds as follows: Office of Jeffery Wishik, M.D., Gus Stratton, M.D., Joseph Centofanti, M.D., Gerald Exil, M.D., Rhode Island Hospital, Roger Williams, Physician Resources, Kent County Hospital, Landmark Medical, Karen Kerman, Pediatric Neurology, Carlos Nieto, M.D., Medical Group, Arshal Iqbul, Advanced Clinical, Elizabeth Tegan, Neuro Development, and Neil Hetherington.

### INTERROGATORY NO. 3

Identify all sales made to customers in Rhode Island within the past five years.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3**

Nihon Kohden objects to this interrogatory on the grounds that it is overly broad. The response contained herein is subject to the Order. Notwithstanding the foregoing objections, Nihon Kohden responds as follows: Nihon Kohden made sales to: Joseph Centofanti, M.D., and Gerald Exil, M.D. (copies of documents related to these sales were produce (and marked as Exhibit 4) at the deposition of Dominic Chillemi. In addition, minor transactions occurred with Rhode Island Hospital, Roger Williams, Physician Resources, Kent County Hospital, Landmark Medical, Karen Kerman, Pediatric Neurology, Carlos Nieto, M.D., Medical Group, Arshal Iqbul, Advanced Clinical, Elizabeth Tegan, Neuro Development, and Neil Hetherington.

**INTERROGATORY NO. 4**

Identify all mailing sent to Rhode Island customers, prospective customers or potential customers within the past five years.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4**

Nihon Kohden objects to this interrogatory on the grounds that it is overly broad. Nihon Kohden further objects to this interrogatory as well as vague and ambiguous as to the terms "mailings," "prospective customers," and "potential customers." Nihon Kohden objects to this interrogatory on the grounds that it calls for speculation. Moreover, the response contained herein is subject to the Order. Notwithstanding the foregoing objections, and identifying "prospective customers" and "potential customers" as those businesses or individuals that have expressed an interest in purchasing Nihon Kohden products, Nihon Kohden responds as follows: Nihon Kohden does not have information