UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 06-533ML |
| | : | |
| KEVIN PLANT and<br>NIHON KOHDEN AMERICA, INC.,<br>Defendants | : | |

**OBJECTION OF NIHON KOHDEN AMERICA, INC. TO MOTION OF THE PLAINTIFF TO STRIKE DOCKET ENTRY 83, WHICH IS THE REPLY OF NIHON KOHDEN TO PLAINTIFF'S RESPONSE IN OPPOSITION TO NIHON KOHDEN'S MOTION TO DISMISS**

Now comes the Defendant, Nihon Kohden America, Inc. and objects to the Motion of the Plaintiff to strike docket entry 83, which is the Reply of Nihon Kohden to the Plaintiff's Response in opposition to Nihon Kohden's Motion to Dismiss. In support of this Objection, Nihon Kohden avers that the Plaintiff is attempting to misconstrue the application of Local Rule 7 and Plaintiff's motion is disingenuous and does not take into account several key factors which are material to the timing for the filing of Nihon Kohden's reply, all as set forth and expanded upon in the accompanying Memorandum of Law, which is attached hereto and is made a part hereof.

NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: June 27 2007

G:\pec\PLANT, KEVIN\Pleadings\Obj to Mtn Str Doc. 83.doc

# CERTIFICATION

The undersigned hereby certifies that on the 27h day of June, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

**MEMORANDUM IN SUPPORT OF OBJECTION OF NIHON KOHDEN AMERICA, INC. TO MOTION OF THE PLAINTIFF TO STRIKE DOCKET ENTRY 83, WHICH IS THE REPLY OF NIHON KOHDEN TO THE PLAINTIFF'S RESPONSE IN OPPOSITION TO NIHON KOHDEN'S MOTION TO DISMISS**

Now comes the Defendant, Nihon Kohden America, Inc. and hereby files this Memorandum in Support of its Objection to the Motion of the Plaintiff to strike docket entry 83, which is the Reply of Nihon Kohden to the Plaintiff's Response in opposition to Nihon Kohden's Motion to Dismiss.

In the matter at bar, the Plaintiff has been given three extensions to file an objection and/or a supplementary objection to Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction. The Motion to Dismiss filed by Nihon Kohden was electronically filed with this Honorable Court on February 19, 2007 and the Plaintiff's response was due on March 8, 2007. the Plaintiff was then given an extension to object until May 9, 2007. The Plaintiff did then file its Objection on May 9, 2007. The Plaintiff was then given a further extension to supplement its Objection until May 24, 2007. May 24, 2007 passed without the Plaintiff supplementing its Objection to Defendant's Motion to Dismiss. The Plaintiff then, on June 22, 2007, well after the passage of the May 24, 2007 deadline for filing or supplementing its Objection, did file a motion seeking to supplement its Objection, which was granted by this Honorable Court three days later on June 25, 2007, and on which date the Plaintiff did file a Supplemental Memorandum to its Objection.

The Defendant, Nihon Kohden, did file its Reply Memorandum to Plaintiff's Objection as now supplemented by the Plaintiff with an additional Memorandum on June 25, 2007, on June 21, 2007 with a corrective entry on June 22, 2007. The Defendant, Nihon Kohden, has in fact

filed its Reply to Plaintiff's Objection as supplemented in advance of the June 25, 2007 supplemental filing by the Plaintiff. Therefore, technically, under Local Rule 7, the reply of Nihon Kohden to the Objection to Nihon Kohden's Motion to Dismiss filed by the Plaintiff, as now supplemented on June 25, 2007, is not due until July 12, 2007.

In addition, certain depositions of representatives of Nihon Kohden, a material part of which depositions concerned jurisdictional discovery, related to the subject Motion to Dismiss, were conducted on June 19, 2007, and it was following the taking of these depositions that the Defendant, Nihon Kohden, did file its reply to the Plaintiff's Objection as now supplemented, and it was following the taking of these depositions that the Plaintiff did file a Memorandum Supplementing its Objection. As the Plaintiff was clearly awaiting the taking of the June 19, 2007 depositions to supplement its Memorandum in Support of its Objection to the Defendant, Nihon Kohden's Motion to Dismiss, it is clearly disingenuous for the Plaintiff to simultaneously with its filing, be seeking to strike the Reply to Plaintiff's now supplemented Objection filed by the Defendant, Nihon Kohden, which was filed four days before the Plaintiff intended to and did, in fact, file its Supplemental Memorandum in Support of its Objection to Nihon Kohden's Motion to Dismiss.

WHEREFORE, the Defendant, Nihon Kohden, respectfully requests that the Plaintiff's Motion to Strike the Defendant, Nihon Kohden's June 21, 2007 Reply to Plaintiff's Objection, which Objection was just supplemented on June 25, 2007, be denied.

NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: June 27 2007

G:\pec\PLANT, KEVIN\Pleadings\Memo Supp of Obj to Mtn to Strike Doc 83.doc

CERTIFICATION

The undersigned hereby certifies that on the 27h day of June, 2007, a copy of the foregoing Memorandum In Support was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone