UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S OBJECTION TO DEFENDANT NIHON KOHDEN'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S MAY 17 ORDER**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby objects to Defendant Nihon Kohden's ("Nihon Kohden") Notice of Emergency Motion and Emergency Motion for Clarification of the Court's May 17 Order. By that Motion, Defendant Nihon Kohden asked this Court to "clarify to all parties and the Magistrate that its May 17 Order ended Plaintiff's right to pursue jurisdictional discovery on Nihon Kohden on May 24, 2007." Of course, the May 17 Order (Document No. 66) did no such thing; it simply allowed Astro-Med up to May 24, 2007 to file a supplemental memorandum in connection with Nihon Kohden's Motion to Dismiss. In any event, Defendant Nihon Kohden's Motion should be denied as moot. On June 28, 2007, this Court denied Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction and on June 25, 2007 granted Astro-Med's Motion to Modify Order to Extend Date to Supplement the Record on Defendant Nihon Kohden America, Inc.'s Motion to Dismiss Accordingly, there is no issue before this Court relating to jurisdictional discovery. In support of this Objection, Astro-Med submits

herewith its Memorandum in Support of its Objection to Defendant Nihon Kohden's Notice of Emergency Motion and Emergency Motion for Clarification of the Court's May 17 Order.

Respectfully submitted,

ASTRO-MED, INC.

/s/Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: June 29, 2007

# CERTIFICATE OF SERVICE

I hereby certify that the within **PLAINTIFF ASTRO-MED, INC.'S OBJECTION TO DEFENDANT NIHON KOHDEN'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S MAY 17 ORDER** was filed through the ECF system on the 29th day of June, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT NIHON KOHDEN'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S MAY 17 ORDER**

Plaintiff Astro-Med, Inc. ("Astro-Med") submits this Memorandum in Support of its Objection to Defendant Nihon Kohden's ("Nihon Kohden") Notice of Emergency Motion and Emergency Motion for Clarification of the Court's May 17 Order. By that Motion, Defendant Nihon Kohden asked this Court to "clarify to all parties and the Magistrate that its May 17 Order ended Plaintiff's right to pursue jurisdictional discovery on Nihon Kohden on May 24, 2007." Of course, the May 17 Order (Document No. 66) did no such thing; it simply allowed Astro-Med up to May 24, 2007 to file a supplemental memorandum in connection with Nihon Kohden's Motion to Dismiss. In any event, Defendant Nihon Kohden's Motion should be denied as moot. On June 28, 2007, this Court denied Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction and on June 25, 2007 granted Astro-Med's Motion to Modify Order to Extend Date to Supplement the Record on Defendant Nihon Kohden America, Inc.'s Motion to Dismiss Accordingly, there is no issue before this Court relating to jurisdictional discovery.

**CONCLUSION**

For all the foregoing reasons, Defendant Nihon Kohden's Notice of Emergency Motion and Emergency Motion for Clarification of the Court's May 17 Order should be denied.

Respectfully submitted,

ASTRO-MED, INC.

/s/Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: June 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the within **PLAINTIFF ASTRO-MED, INC.'S MEMORANDUM IN SUPPORT OF OBJECTION TO DEFENDANT NIHON KOHDEN'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR CLARIFICATION OF THE COURT'S MAY 17 ORDER** was filed through the ECF system on the 29th day of June, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.