UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED JUN 29 2007 Clerk, U.S. District Court District of Rhode Island

ASTRO-MED, INC.,

Plaintiff,

vs. C.A. No. 06-533 ML

KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,

Defendants.

**ORDER**

Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Motion to Dismiss for Lack of Personal Jurisdiction (Document 33) having coming before this Court on June 28, 2007, Lisi, M. (Chief Judge), and after hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED.

1. Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction is **DENIED**.

ENTERED as an Order of this Court this 2nd day of ~~June~~ July, 2007.

ENTERED:

Lisi, M., Judge.
USDJ

PER ORDER:

Deputy Clerk

Astro-Med/Plant/PleadingsOrderNK Protective Order Denied