# EXHIBIT 'A'

CM
CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

Richard S. Mittleman
E. Colby Cameron*
Bruce W. Gladstone*
Justin T. Shay
Joseph F. Whinery, Jr.
Robert A. Migliaccio
Karen G. DelPonte*
John W. Wolfe
Charles S. Beal*†
Joseph A. Anesta
Cynthia J. Warren*
Lynn E. Riley*
Catherine T. Schneider

*Of Counsel*
Barry G. Hittner*††

**Also admitted in Massachusetts*
*†Also admitted in New York*
*†† Also admitted in Florida*

June 28, 2007

***By Regular Mail and facsimile (455-0701)***

Robert M. Duffy, Esquire
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America, Inc.

Dear Mr. Duffy:

As a follow-up to our conversation in court following the Court's disposition on the jurisdictional motion to dismiss filed by the Defendant, Nihon Kohden, I again request, on behalf of my client, Nihon Kohden, that in the interest of fairness we enter into a stipulation, subject to Court approval, extending the discovery deadline in this matter from July 5, 2007 for a period of approximately sixty (60) days to September 3, 2007. As you are aware, this case was only filed, *i.e.*, the complaint in this case was only filed on December 7, 2006 and therefore this case has been pending for less than a seven-month period. The requested brief continuance in the discovery period will not have the effect of delaying a trial in this matter.

As you are further aware, while Kevin Plant, in light of the disposition of this matter, as determined by Judge Lisi at the hearing on preliminary injunction, which disposition of this matter has been re-affirmed by Judge Lisi on several occasions during subsequent hearings in this matter, has not undertaken any material discovery, post-preliminary injunction hearing, Nihon Kohden is in a far different position. It would be unfair to expect Nihon Kohden to have spent significant sums of money and resources in this litigation, prior to the Court's disposition on this date, denying Nihon Kohden's motion to be dismissed from this action based on lack of *in personam* jurisdiction. Obviously, if the Court had granted Nihon Kohden's motion to be dismissed from this litigation, no discovery by Nihon Kohden would have been necessary. Therefore, the undertaking of non-jurisdictional discovery by Nihon Kohden in advance of today's hearing, wherein neither Nihon Kohden nor Plaintiff could have known the outcome of today's hearing in advance, would have been unfair to both the Plaintiff and the Defendant Nihon Kohden, as it could have resulted in the taking of unnecessary discovery by Nihon Kohden if the Court had allowed Nihon Kohden to be dismissed from this litigation.

CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

Based on the Court's denial of Nihon Kohden's motion to dismiss, Nihon Kohden now wishes to engage in reasonable discovery in defense of Plaintiff's substantive claims in this action.

Of course, the foregoing request for an extension re: the discovery deadline, by agreement, subject to Court approval, is without prejudice to any and all rights of Nihon Kohden for appellate review of the Court's denial of Nihon Kohden's motion to dismiss.

Please communicate with the undersigned by noontime tomorrow, Friday June 29th, as to Astro-Med's willingness to agree to an extension, subject to Court approval, as otherwise an appropriate motion will be filed.

Very truly yours,

Bruce W. Gladstone

BWG/pc
cc: E.P. Michael Karcis, Esq. (by email and regular mail)
Benjamin Kennedy, Esq. (by email and regular mail)

G:\pec\PLANT, KEVIN\Letters to Duffy-Sweeney\Duffy letter 6-28.doc

CAMERON & MITTLEMAN LLP
*Attorneys-at-Law*

Richard S. Mittleman
E. Colby Cameron*
Bruce W. Gladstone*
Justin T. Shay
Joseph F. Whinery, Jr.
Robert A. Migliaccio
Karen G. DelPonte*
John W. Wolfe
Charles S. Beal*†
Joseph A. Anesta
Cynthia J. Warren*
Lynn E. Riley*
Catherine T. Schneider

*Of Counsel*
Barry G. Hittner*††

**Also admitted in Massachusetts*
*†Also admitted in New York*
*†† Also admitted in Florida*

June 29, 2007

***By Email*** (rduffy@duffysweeney.com)
***and facsimile (455-0701)***

Robert M. Duffy, Esquire
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America, Inc.

Dear Bob:

As a follow-up to my correspondence to you of yesterday, please advise as to your client's position re: an extension on discovery in this matter subject to Court approval. If we do not receive a response from you on this date, we will interpret that as a "no" and we will file a motion for extension of discovery promptly.

Very truly yours,

Bruce W. Gladstone

BWG/pc
cc: E.P. Michael Karcis, Esq. (by email and regular mail)
Benjamin Kennedy, Esq. (by email and regular mail)

G:\pec\PLANT, KEVIN\Letters to Duffy-Sweeney\Duffy letter 6-29.doc