# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that plaintiff, through counsel, will take the deposition of Nihon Kohden pursuant to Rule 30 of the Federal Rules of Civil Procedure on **Wednesday, April 25, 2007 at 9:00 a.m.** before a notary public or other officer authorized to administer oaths by law, at **Greenberg Traurig, 2450 Colorado Avenue, Ste 400E, Santa Monica, CA.** The deposition will continue from day to day until completed, unless counsel for the parties agrees otherwise.

Respectfully submitted,

ASTRO-MED, INC.

Robert M. Duffy (by ACS)

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com

Dated: March 30, 2007

RECEIVED
APR 2 2007
By

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Notice of Deposition*** was served via First Class Mail on the 30th day of March, 2007 to the following parties listed below:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Robert M. Duffy (by RRS)
Robert M. Duffy, Esq.