**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

**DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTIONS TO PLAINTIFF ASTRO-MED, INC.'S NOTICE OF DEPOSITION**

Defendant Nihon Kohden America, Inc. ("Nihon Kohden") objects to Plaintiff Astro-Med, Inc.'s ("Astro-Med") notice of deposition of Nihon Kohden noticed for April 25, 2007 at Greenberg Traurig, 2450 Colorado Avenue, Suite 400E, Santa Monica, California (the "Deposition Notice") on the grounds that Astro-Med failed to comply with Federal Rule of Civil Procedure 30(b)(6). Specifically, the Deposition Notice fails to describe with reasonable particularity the matters on which examination is requested. The Deposition Notice further violates Federal Rule of Civil Procedure 30(b)(6) by failing to designate one or more individuals to testify on Nihon Kohden's behalf and, for each person designated, the matters on which the person will be asked to testify. Nihon Kohden further objects to the Deposition Notice because it fails to notice the deposition in the county where the deponent resides, Orange County, California, or the division in which the deponent resides, Southern Division - Santa Ana Federal Courthouse, United States District Court for the Central District of California. In addition, Nihon Kohden objects to the Deposition Notice on the grounds that it fails to notice the deposition at the corporate deponent's principal place of business, 90 Ikon Street, Foothill Ranch,



4-19

California 92610. *See* Moore v. Pyrotech Corp., 137 FRD 356, 357 (D. KS 1991) (holding that depositions taken pursuant to Fed. R. Civ. Proc. 30(b)(6) must be taken at the corporation's principal place of business unless the interests of justice require otherwise).

Nihon Kohden's principal place of business has been made available to plaintiff Astro-Med, but was rejected by counsel for Astro-Med. Notwithstanding, but without waiving the foregoing objections, Nihon Kohden will designate and produce properly identified personnel to testify about matters that Astro-Med describes with reasonable particularity for the April 25, 2007 deposition, from 9:00 a.m. until 4:00 p.m., subject to the following conditions:

(1) That Astro-Med re-notice the deposition for Nihon Kohden's principal place of business, 90 Ikon Street, Foothill Ranch, California 92610;

(2) That Astro-Med comply with Federal Rule of Civil Procedure 30(b)(6) by describing with reasonable particularity the matters on which examination is requested;

(3) That Astro-Med cure the above-referenced defects in its deposition notice by the end of business on **Friday, April 20, 2007**.

Nihon Kohden America, Inc.
By Its Attorneys

DATED: April 19, 2007

Of Counsel:
E.P. Michael Karcis, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX
michael@mcleanfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant Nihon Kohden America, Inc.'s OBJECTIONS TO PLAINTIFF ASTRO-MED, INC.'S NOTICE OF DEPOSITION was served via First Class Mail on the 19th day of April, 2007 to the following parties listed below:

| | |
|---|---|
| Robert M. Duffy, Esq.<br>rokeefe@duffysweeney.com<br><br>Craig M. Scott<br>cscott@duffysweeney.com | |

E.P. Michael Karcis, Esq.