# EXHIBIT E

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Robert M. Duffy, Esq.*
*rduffye@duffysweeney.com*

May 14, 2007

***Via Facsimile and First Class Mail***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America - C.A. No. 06-533-ML

Dear Attorney Karcis:

Due to a medical emergency, we need to postpone the depositions scheduled for Thursday, May 17, 2007 in Santa Monica, CA. I left a lengthy message for Bruce Gladstone on his voice mail. You may call him for the details. I will be issuing new deposition notices this week for sometime in June 2007.

Very truly yours,

Robert M. Duffy

RMD/jmc

cc: Bruce W. Gladstone, Esq.

RECEIVED
MAY 16 2007
By________

One Turks Head Place, Suite 1200 Providence, RI 02903 401 455-0700 fax 401 455-0701
265 Franklin Street Boston, MA 02110 617 261-9606 fax 617 261-9605
www.duffysweeney.com