# **EXHIBIT G**

McLEAN & McLEAN LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3001 2ND STREET, SUITE E
SANTA MONICA, CALIFORNIA 90405

TELEPHONE 310.450.9353
FACSIMILE 310.581.8006

June 8, 2007

**<u>VIA FACSIMILE 401-455-0701</u>**
**<u>& U.S. MAIL</u>**

Robert M. Duffy, Esq.
Craig Scott, Esq.
DUFFY SWEENEY & SCOTT LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

**Re** **<u>Astro-Med, Inc. v. Kevin Plant, *et al.*</u>**
**U. S. District Court, R.I. Case No. 06-CV-00533-ML**

Dear Attorneys Duffy and Scott:

As stated in the earlier letter of Bruce Gladstone, the deponents you designated for deposition on June 11 are not available. As you know (and as I just learned), they are currently attending the 21st Annual Meeting of the Associated Professional Sleep Societies in Minnesota. The deponents will be available for deposition June 13-15. This minor delay will allow you sufficient time to locate an available conference room in Orange County.

If you have any questions regarding this matter, please call feel free to contact me at (310) 450-9353, ext. 4, or at (508) 212-2142.

Sincerely yours,

E.P. Michael Karcis
of McLean & McLean LLP

EPMK/jh

cc: Bruce W. Gladstone, Esq.