UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**PLAINTIFF ASTRO-MED, INC.'S REPLY TO DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby submits its Reply to Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Objection to Plaintiff's Motion for Sanctions. In a last ditch effort to avoid the sanctions this Court should rightfully levy against it and its attorneys, Nihon Kohden falsely recites in its Memorandum in Support of Objection to Plaintiff's Motion for Sanctions the events which occurred on Friday, June 8, 2007 and Saturday, June 9, 2007. Astro-Med now has the transcript from the depositions of Michael Ohsawa and Gary Reasoner, the Nihon Kohden employees who failed to show up for depositions on June 11, 2007. The testimony of Messrs. Ohsawa and Reasoner confirms that (a) both witnesses were in California on June 8, 9 and 10, 2007, (b) Mr. Reasoner was not told by Nihon Kohden's counsel that his deposition was scheduled for June 11, 2007, (c) neither Mr. Reasoner nor Mr. Ohsawa were told by Nihon Kohden's counsel that their attendance was compelled by this Court on June 8, 2007, and (d) Mr. Ohsawa was told by Nihon Kohden's counsel on June 9, 2007 that his deposition on June 11 "had been cancelled." Nihon Kohden did not produce witnesses on June 11, 2007, despite this Court's Order that it do so, simply because it and/or its lawyers

determined, at their peril, to cavalierly flout this Court's authority. For these reasons, and the reasons set forth below, Astro-Med's Motion for Sanctions should be granted.

1. Messrs. Ohsawa and Reasoner Were Not in Transit to or at a National Trade Show in Minnesota but Were in California When This Court Compelled Their Attendance at Deposition.

Nihon Kohden states at p. 4 of their Memorandum in Support of Objection that counsel for Nihon Kohden "attempted to confirm that Messrs. Ohsawa and Reasoner would appear for deposition on June 11. However, Nihon Kohden's counsel learned that Messrs. Ohsawa and Reasoner were in transit to or at a national trade show in Minnesota." (Memorandum in Support of Objection, p. 4). That is patently false. Reasoner was in Orange County, California on Friday, June 8, 2007 when this Court denied Nihon Kohden's Motion to Protective Order and granted Astro-Med's Motion to Compel Reasoner's attendance at deposition as well as the full date of Saturday, June 9, 2007. Deposition of Gary Reasoner, pp. 14-17 (Exhibit A, pp. 14-17). In fact, Reasoner left for Minnesota on Sunday, June 10, 2007 to attend the trade show, two days after the Order entered. (Exhibit A, pp. 13-17). Neither Nihon Kohden nor Nihon Kohden's counsel contacted Reasoner regarding the June 11, 2007 deposition. (Exhibit A, pp. 17-18). Mr. Reasoner testified that he was never told that his attendance was compelled to appear for deposition on June 11, 2007. (Exhibit A, p. 8). In fact, he never knew that he was scheduled to appear for deposition on June 11, 2007 in California. Id.

Remarkably, despite two prior notices of deposition, Reasoner first became aware that his deposition was noticed in this case on Saturday, June 16, 2007. Only then did he get an e-mail from Nihon Kohden's counsel regarding the deposition in Rhode Island. (Exhibit A, pp. 9-10). However, he was not told of the Court Order requiring Nihon Kohden to produce additional documents prior to his deposition on June 18, 2007. (Exhibit A, pp. 193-194).

Similarly, Ohsawa did not leave for the trade show in Minnesota until Sunday night, June 10, 2007. Deposition of Michael Ohsawa, p. 60 (attached here to as Exhibit B). Ohsawa admitted he attends "hardly any trade shows" each year for Nihon Kohden. Nonetheless, Ohsawa left California Sunday night, June 10, 2007 for Minnesota and returned Tuesday, June 12, 2007. Id. Moreover, despite the fact that Ohsawa is Director of Operations for Nihon Kohden responsible for finance, human resources, inventory and purchasing and reports directly to the President of Nihon Kohden (Exhibit B, p. 18), the first time he was told of his June 11, 2007 deposition was Friday, June 8, 2007. (Exhibit B., p. 11-12). Only one day later Nihon Kohden's counsel Mr. Kennedy told Ohsawa that his deposition "had been cancelled" despite the Order entered by this Court. Mr. Ohsawa was in California at the time. (Exhibit B, pp. 10-11). He was never told that Magistrate Judge Martin had denied Nihon Kohden's Motion for Protective Order and had granted Astro-Med's Motion to Compel his attendance at deposition on June 11, 2007. (Exhibit B, p. 12). The above testimony establishes that Nihon Kohden and its counsel have falsely stated to this Court that Messrs. Ohsawa and Reasoner were in transit to or at a national trade show in Minnesota and that counsel attempted to confirm their availability for appearance on deposition.

Similarly, Mr. Karcis, counsel for Nihon Kohden, falsely stated in his letter of June 8, 2007 to counsel for Astro-Med that the deponents "designated for deposition on June 11, 2007 are not available" and that "they are currently attending the 21st Annual Meeting of the Associated Professional Sleep Society's in Minnesota." (Exhibit G to Memorandum in Support of Objection). At the time this letter was written, both deponents were in California, they were not currently attending a trade show and were available for deposition in California

on June 11, 2007. Nihon Kohden and its counsel chose to ignore this Court's Order and the deponents flew to Minnesota on June 10, 2007 in direct defiance of this Court's Authority.

2. Nihon Kohden's and its Counsel's Actions Amount to Much More Than an "Innocent Miscommunication."

At p. 6 of its Memorandum in Support of its Objection Nihon Kohden and its counsel label its actions as no more than an "innocent miscommunication." There was nothing innocent about Nihon Kohden's and its counsel's communications regarding this issue. They falsely represented to Astro-Med on June 8, 2007 that the deponents were not in California but were attending a trade show in Minnesota. They falsely informed this Court that the deponents were at or traveling to the trade show on June 8, 2007. They falsely told this Court that they informed Nihon Kohden of the Order compelling attendance at depositions (Kennedy Affidavit, ¶4) which both Ohsawa and Reasoner deny. (Exhibit A, p. 8; Exhibit B, p. 12-13). Indeed, Ohsawa very clearly testified that he was told by his attorney on June 9, 2007 that the depositions had been cancelled. (Exhibit B, pp. 10-11).

## CONCLUSION

Nihon Kohden has obstructed discovery in this case from its inception. Depositions of its witnesses were noticed for April 25, May 17 and June 11, 2007 but the witnesses were never informed of the April 25 and May 17 depositions and only Mr. Ohsawa was informed (on June 8) of the June 11, 2007 deposition. He was told the next day it was cancelled despite the Court's Order requiring the depositions to go forward. Nihon Kohden apparently never intended to produce witnesses at deposition in this case. Only Astro-Med's counsel's compliance with the Order by traveling to California for the depositions on June 11, 2007 exposed Nihon Kohden's duplicity. Nihon Kohden and its counsel are not a bit repentant about their actions which caused Astro-Med's counsel to leave his family on a Sunday in June to comply with an Order of this

Court and lose three days to travel which cost Astro-Med thousands of dollars. On the contrary, the false statements set forth in their Memorandum in Support of Objection continue the pattern of unsavory conduct that has marred this case from the outset.

For all these reasons and the reasons set forth in its Memorandum in Support of Motion for Sanctions, Astro-Med respectfully requests that this Court grants its Motion.

Respectfully submitted,

ASTRO-MED, INC.

/s/Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
cscott@duffysweeney.com
rduffy@duffysweeney.com

Dated: July 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within **PLAINTIFF ASTRO-MED, INC.'S REPLY TO DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS** was filed through the ECF system on the 11th day of July, 2007, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/Robert M. Duffy
Robert M. Duffy, Esq.