UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

**MOTION OF DEFENDANT NIHON KOHDEN AMERICA, INC. PURSUANT TO LOCAL RULE 7(b)(3) FOR LEAVE OF COURT TO FILE A REPLY TO THE PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Now comes Defendant Nihon Kohden America, Inc. and respectfully requests that it be granted leave of this Honorable Court under Local Rule 7(b)(3) to file a reply to the Plaintiff's Reply Memorandum to Defendant Nihon Kohden America, Inc.'s ("Nihon Kohden") Objection to Plaintiff's Motion for Sanctions and, in support of this Motion, Defendant, Nihon Kohden references the attached Memorandum, which is made a part hereof.

WHEREFORE, Defendant Nihon Kohden America, Inc. respectfully requests leave of this Honorable Court to file, on or before Tuesday, July 17, 2007, a Reply Memorandum with possible additional accompanying Affidavits from certain employees of Defendant Nihon Kohden America, Inc. in direct reply to the Plaintiff's Reply to Defendant Nihon Kohden America, Inc.'s Objection to Plaintiff's Motion for Sanctions.

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

By Their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: July 12, 2007

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX
michael@mcleanfirm.com

Date: July 12, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2007, a copy of the foregoing was filed through the ECF system and was served electronically on the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esq.
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esq.
cscott@duffysweeney.com
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\moleave.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff | : | |
| v. | : | C.A. No. 06-533ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : | |

**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANT NIHON KOHDEN AMERICA, INC. PURSUANT TO LOCAL RULE 7(b)(3) FOR LEAVE OF COURT TO FILE A REPLY TO THE PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANT NIHON KOHDEN AMERICA, INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Local Rule 7(b)(3) of the Local Rules of the Federal District for the Judicial District of Rhode Island does state as follows:

> No memorandum other than a memorandum in support of a motion, a memorandum in opposition, and a reply memorandum may be filed without prior leave of court.

Based on the foregoing Local Rule, leave of court is hereby being requested by Defendant Nihon Kohden America, Inc. to file a Reply to Plaintiff's Reply on or before Tuesday, July 17, 2007. The Motion for Sanctions at bar makes serious allegations concerning the activities of both Defendant Nihon Kohden America, Inc. and its attorneys. In light of the serious nature of these allegations in the subject Motion for Sanctions filed by Plaintiff, it is essential that this Honorable Court be presented with a full opportunity to review the correct facts as to what took place with respect to the subject depositions, notice issues, and the series of communications.

The Plaintiff, in its Reply to Defendant Nihon Kohden America, Inc.'s Objection, is both twisting the facts, making selective use of facts in a manner which mischaracterizes the facts, and otherwise mischaracterizing certain statements made by the deponents. Therefore,

Defendant Nihon Kohden America, Inc. is seeking an opportunity to reply directly to the averments set forth in Plaintiff's Reply, in advance of a hearing before Your Honor on the subject Motion for Sanctions. In addition to a short Reply Memorandum not to exceed five pages, Defendant Nihon Kohden America, Inc. intends to provide additional Affidavits from employees of Nihon Kohden America, Inc. and possibly from others directly involved in the relevant communications, correctly clarifying the relevant facts, in response to the averments contained in Plaintiff's Reply to Defendant's Objection.

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

By Their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

Date: July 12, 2007

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
McLEAN & McLEAN LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405
(310) 450-9353
(310) 581-8006 FAX
michael@mcleanfirm.com

Date: July 12, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of July, 2007, a copy of the foregoing was filed through the ECF system and was served electronically on the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esq.
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esq.
cscott@duffysweeney.com
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\memomoleave.doc