# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

## DEFENDANT NIHON KOHDEN AMERICA, INC.'S REPLY TO PLAINTIFF'S REPLY ON PLAINTIFF'S MOTION FOR SANCTIONS

Defendant Nihon Kohden America, Inc. ("Nihon Kohden"), by and through its counsel, hereby submits the following Memorandum in Support of its reply to Plaintiff's reply on Plaintiff's Motion for Sanctions.

## I. STATEMENT OF FACTS

Nihon Kohden requested an opportunity to reply to Plaintiff's reply on Plaintiff's Motion for Sanctions, because Plaintiff's reply materially misstates and misconstrues the facts before this Court.

Despite Plaintiff's protestations regarding the fact that both deponents were, unbeknownst to Nihon Kohden's counsel, in California until June 10th, the relevant facts are: (i) Nihon Kohden's counsel was informed on June 8th that the deponents were unavailable and, specifically, at the Minnesota trade show; (ii) Nihon Kohden's counsel, relying on the foregoing information, informed Plaintiff's counsel on June 8th that the deponents were unavailable (*see e.g.*, Nihon Kohden's counsel's June 8, 2007 letter attached as **Exhibit A**) and offered to accommodate Plaintiff's counsel with alternative dates; (iii) even when Nihon Kohden's counsel finally reached Mr. Ohsawa, they understood that the depositions had been canceled because of

the June 8th letter (**Exhibit A**) and Mr. Gladstone's June 8th conversation with Plaintiff's counsel; and (iv) even after speaking with Mr. Ohsawa, Nihon Kohden's counsel was unaware that Mr. Reasoner had not yet left California.

## II. CONCLUSION

When Nihon Kohden's counsel was informed that Messrs. Ohsawa and Reasoner were unavailable for deposition on June 11th, they immediately notified Plaintiff's counsel. Plaintiff's counsel chose to ignore this fact and travel to California (whether that travel was related to this case or another case). Nihon Kohden took all reasonable steps to resolve this matter, including the production of the deponents for deposition in Rhode Island.

Based on the foregoing and concurrently filed affidavits, it is respectfully requested that this Court deny Plaintiff's Motion for Sanctions.

NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: July 17, 2007

G:\pec\PLANT, KEVIN\NK Reply to Astro Reply on MTN for sanctions.doc

CERTIFICATION

The undersigned hereby certifies that on the 17th day of July, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

| | |
|---|---|
| Robert M. Duffy, Esquire<br>rduffy@duffysweeney.com<br>Duffy Sweeney & Scott, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 | Craig M. Scott, Esquire<br>cscott@duffysweeney.com<br>Duffy Sweeney & Scott, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 |
| | |

/s/ Bruce W. Gladstone