# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

**AFFIDAVIT OF BENJAMIN L. KENNEDY IN SUPPORT OF DEFENDANT NIHON KOHDEN'S REPLY TO PLAINTIFF'S REPLY ON PLAINTIFF'S MOTION FOR SANCTIONS**

I, Benjamin L. Kennedy, declare as follows:

1. I am an attorney at law, licensed to practice before all courts in California. I am an attorney with the law firm of McLean & McLean LLP, counsel of record for defendant Kevin Plant and defendant Nihon Kohden America, Inc., in this action. The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.
2. My only contact with Nihon Kohden America, Inc. ("Nihon Kohden") is through Michael Ohsawa. Thus, on Friday, June 8, 2007, I immediately called Mr. Ohsawa when I learned that this Court's denied Nihon Kohden's motion for protective order and ordered the depositions of two Nihon Kohden employees to take place on Monday, June 11, 2007.

3. Not relying solely on Mr. Ohsawa's voicemail message stating that he was "out of the office" from Thursday, June 7, 2007 through Tuesday, June 12, 2007, I called his assistant, Sharon. After I learned from Sharon that both Mr. Ohsawa and Mr. Reasoner were out of town attending a national trade show in Minnesota, I immediately informed Michael Karcis and Bruce Gladstone.

4. I spoke with Mr. Ohsawa on Saturday, June 9, 2007, but at that time Bruce Gladstone had already cancelled the depositions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of July in Santa Monica, California.

Benjamin L. Kennedy, Affiant

NOTARY:
Subscribed and sworn to before me this 17th day of July, 2007 in Santa Monica, California.

My Commission Expires: Sept 19, 2009

# JURAT

STATE OF California )
) ss.
COUNTY OF Los Angeles )

Subscribed and sworn to before me on this 17th day of July, 2007 by Benjamin L Kennedy. Personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

DUSTIN B. SOWERS
COMMISSION 1607912
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Sept. 19, 2009

Signature ______________________
Notary Public

(Seal)

This certificate must be attached to:

Title or type of document: Affidavit
Number of pages: 2 (two) +attachment
Date of document: 07/17/2007
Signer(s) other than named above: N/A