# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

**AFFIDAVIT OF MICHAEL OHSAWA IN SUPPORT OF DEFENDANT NIHON KOHDEN'S REPLY TO PLAINTIFF'S REPLY ON PLAINTIFF'S MOTION FOR SANCTIONS**

I, Michael Ohsawa, declare as follows:

1. I am the Director of Operations for Nihon Kohden America, Inc. ("Nihon Kohden"). The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.
2. I am counsel's only contact with Nihon Kohden regarding the above-captioned matter. In this regard, if documents or information are requested, or a deposition is required, counsel contacts me and I make the arrangements to respond or for further contact with other individuals at Nihon Kohden.
3. On Friday, June 8, 2007, I was not in the office. I instructed my assistant, Sharon, to inform any callers that I would not return to the office until June 12, following the national trade show in Minnesota.

4. On June 8, I received a call from my assistant and was told to call Benjamin Kennedy, an attorney for Nihon Kohden.

5. I recall speaking to Mr. Kennedy twice. I informed him that I believed that Mr. Gary Reasoner was already at or in transit to the national trade show. I understood that the June 11 depositions had been or would be rescheduled because of my being in San Francisco and Mr. Reasoner being in Minnesota.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of July in Foothill Ranch, California.

Michael Ohsawa, Affiant

NOTARY:
Subscribed and sworn to before me this 17th day of July, 2007 in Santa Monica, California.

SHARON K. CURRERI
Commission # 1624132
Notary Public - California
Orange County
My Comm. Expires Nov 22, 2009

Sharon K. Curreri

My Commission Expires: Nov. 22ND, 2009