UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff-Appellee, | : | File Number: 06-533-ML |
| v. | : | Notice of Appeal |
| NIHON KOHDEN AMERICA, INC.,<br>Defendant-Appellant | : | |
| IN RE: NIHON KOHDEN AMERICA, INC.<br>Petition for Issuance of a Writ of Certiorari and/or Writ of Mandamus | : | |

Notice is hereby given that Nihon Kohden America, Inc., Defendants in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from an order denying Defendant's motion to dismiss entered in this action on the 2nd day of July, 2007 as per Exhibit A.

**The Exhibits attached to Exhibit A have been hand-filed with the Clerk's Office as the number of pages exceeds the ECF limit.**

NIHON KODEN AMERICA, INC.,
By its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone, Esq. (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
bgladstone@cm-law.com
Phone: (401) 331-5700
Fax: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

G:\pec\Plant, Kevin [Appeal]\Notice of Appeal.doc

CERTIFICATION

The undersigned hereby certifies that on the 1st day of August, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone