UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

File Number: 06-533-ML

| | |
|---|---|
| ASTRO-MED, INC.,<br>Plaintiff-Appellee,<br><br>v.<br><br>NIHON KOHDEN AMERICA, INC.,<br>Defendant-Appellant<br><br>IN RE: NIHON KOHDEN<br>AMERICA, INC.<br>Petition for Issuance of a Writ of<br>Certiorari and/or Writ of Mandamus | Notice of Related Proceeding |

Notice is hereby given that Nihon Kohden America, Inc., Defendants in the above named case, pursuant to Rule 9.1 of the Local Rules of the U.S. District Court for the District of Rhode Island, hereby filed a related proceeding in the United States Court of Appeals for the First Circuit from an order denying Defendant's motion to dismiss entered in this action on the 2nd day of July, 2007 as per Exhibit A.

**The Exhibits attached to Exhibit A have been hand-filed with the Clerk's Office as the number of pages exceeds the ECF limit.**

NIHON KODEN AMERICA, INC.,
By its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone, Esq. (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
bgladstone@cm-law.com
Phone: (401) 331-5700
Fax: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd St. Suite E
Santa Monica, CA 90405
michael@mcleanfirm.com
Phone: (310)450-9353
Fax: (310) 581-8006

CERTIFICATION

The undersigned hereby certifies that on the 1st day of August, 2007, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone