UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 2, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

**CA 06-533ML** **CCA # ____________**

CASE NAME:
Astro-Med, Inc. V. Nihon Kohden America, Inc.

Dear Clerk of Court:

Enclosed herewith you will find a Notice of (Interlocutory) Appeal and copies of relevant documents. A certified copy of the docket entries is also attached.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By__________________
John Duhamel
Deputy Clerk