# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

## EMERGENCY MOTION TO SHORTEN TIME FOR OBJECTION AND HEARING ON MOTION FOR STAY

Now comes the named Corporate Defendant, Nihon Kohden America, Inc., and hereby moves on an emergency basis to shorten the time for objection and hearing on Defendant, Nihon Kohden America, Inc.'s Motion for Stay, seeking an Order requiring a response to be filed to said Motion, on or before **August 8, 2007**. In support of this Motion, Nihon Kohden submits the accompanying Memorandum of Law attached hereto.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: August 3, 2007

CERTIFICATION

The undersigned hereby certifies that on the 3rd day of August, 2007, a copy of the foregoing Motion was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\Emerg Mtn to Shorten Time for Obj.doc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

**MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO SHORTEN TIME FOR OBJECTION AND HEARING ON MOTION FOR STAY**

Now comes the named Corporate Defendant, Nihon Kohden America, Inc., ("Nihon Kohden") and hereby submits this Memorandum of Law in support of its Emergency Motion to Shorten Time for Objection and Hearing to Motion for Stay.

Rule 6 of the Federal Rules of Civil Procedure does empower this Honorable Court to shorten the time for a response to a Motion by Court Order. In the case at bar, the Defendant, Nihon Kohden continues to contest the issue of personal jurisdiction. Nihon Kohden has now petitioned the First Circuit Court of Appeals to review this Honorable Court's ruling, wherein this Court did hold that there are sufficient indirect minimum contacts and/or direct contacts with the State of Rhode Island by Nihon Kohden to allow this Court to assert personal jurisdiction over Nihon Kohden. Nihon Kohden America, Inc. respectfully asserts that this Court has acted in contravention of well-established First Circuit law in finding that it has personal jurisdiction over Nihon Kohden. Each day that Nihon Kohden remains a defendant in this matter in contravention of well-established First Circuit law, it is being irreparably harmed by continuing and mounting legal fees and time and energy being spent in defending this matter. Therefore, Nihon Kohden files this Emergency Motion to Shorten Time in an effort to achieve an accelerated hearing on its Motion for Stay of any further proceedings in this matter pending a final decision by the First Circuit Court of Appeals on Nihon Kohden America, Inc.'s appeal, request for the issuance of a Writ of Mandamus and/or Certiorari pending in the First Circuit Court of Appeals from this Court's Order denying

Nihon Kohden's Motion to Dismiss for Lack of Personal Jurisdiction, or in the alternative to dismiss for improper venue, or in the alternative to transfer for Improper Venue or in the alternative transfer for convenience.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: August 3, 2007

CERTIFICATION

The undersigned hereby certifies that on the 3rd day of August, 2007, a copy of the foregoing Memorandum was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\Emerg Mtn to Shorten Time for Obj.doc