**EXHIBIT B**

# North East Sleep Society

**Home**

Conference Details

Conference Registration

Submit an Abstract

Information for Vendors and Exhibitors

Contact Us

## Welcome

**North East Sleep Society (NESS)** is a non-profit educational organization originally founded in 1987. The organization's mission is to run an annual, professional meeting fostering regional networking and offering an opportunity for participants to present the latest innovations in the study of sleep disorders in a relaxed, less formal setting than the national Association of Professional Sleep Societies (APSS) meeting.

The 2007 meeting has reached maximum capacity. Registration is closed.

- **Dates:** March 9 and 10, 2007 in Worcester, MA
- **Location:** DCU Convention Center
- **Theme:** Sleep: Making the Connections
- Click here for full details on the conference
- Click here to register for the conference
- **New:** 2007 conference brochure

The UMass Memorial Sleep Disorders Center will sponsor this meeting.

We look forward to seeing you at our next meeting!

For more information about the Association of Professional Sleep Societies (APSS), please visit their website.