Oli
Attached

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN
AMERICA, INC.
Defendants.

**DEFENDANT NIHON KOHDEN AMERICA, INC.'S MOTION FOR STAY**

Defendant Nihon Kohden America, Inc. ("Nihon Kohden"), through its counsel, hereby submits this Motion for Stay pursuant to Federal Rules of Civil Procedure 8, on the grounds that this Court's July 2, 2007 Order constitutes an improper exercise of personal jurisdiction over Nihon Kohden and, thus, constitutes irreparable injury as a matter of law – a violation of Nihon Kohden's Due Process rights. To protect its rights, Nihon Kohden filed an appeal of and writ petitions regarding the July 2, 2007 Order.

In support of its Motion, Nihon Kohden submits the accompanying memorandum of law attached hereto, and upon the papers, records and pleading files herein, as well as any evidence presented at the hearing on this motion.

NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 8/21/07

DATE: August 3, 2007