UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 06-533 ML |
| | : | |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Stacey P. Nakasian, Esq., of Duffy Sweeney & Scott, LTD hereby enters her appearance on behalf of Plaintiff, Astro-Med, Inc., in the above-referenced matter.

ASTRO-MED, INC.
By Its Attorneys

/s/ Stacey P. Nakasian, Esq.
Stacey P. Nakasian, Esq. (#5069)
Robert M. Duffy, Esq. (#5069)
Craig M. Scott, Esq. (#4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: October 17, 2007

**CERTIFICATION**

The undersigned hereby certifies that on the 17th day of October, 2007, a copy of the foregoing was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian