UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff, | |
| vs. | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | |

**PLAINTIFF ASTRO-MED, INC.'S**
**MOTION TO ADJUDGE KEVIN PLANT IN CONTEMPT**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves to adjudge Defendant Kevin Plant in contempt for his failure to comply with this Court's Amended Modified Interim Injunction Order dated May, 8 2007. Astro-Med submits herewith its Memorandum in Support of Motion to Adjudge Kevin Plant in Contempt.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Stacey P. Nakasian, Esq. (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com

Dated: November 5, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Motion to Adjudge Kevin Plant in Contempt*** was filed through the ECF system on the 5th day of November, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Motion to Adjudge Contempt 11-05-07