# EXHIBIT B

**Nicole Green**

**From:** Stacey Nakasian

**Sent:** Friday, October 26, 2007 3:13 PM

**To:** Michael@mcleanfirm.com

**Subject:** Astro-Med v. Plant

ichael,

s you know, the Amended Modified Interim Injunction Order requires Plant to provide a monthly affidavit to us confirming that he as not contacted any individual or entity on Astro-Med's Customer List (as that term is used in the Order). I don't see that we ave received any affidavit since August, 2007. Please provide me with a current affidavit on or before 10/30.

tacey

*tacey P. Nakasian, Esq.*
*uffy Sweeney & Scott, LTD.*
*ne Turks Head Place, Suite 1200*
*rovidence, RI 02903*
*el: (401) 455-0700*
*ax: (401) 455-0701*
*nakasian@duffysweeney.com*
*ww.duffysweeney.com*
*he information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the erson(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or uplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and estroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@duffysweeney.com*