UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 06-533 ML |
| | : | |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDA**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby requests a one-week extension (to November 13, 2007) of the deadline for the parties to file pre-trial memoranda pursuant to the Pretrial Order entered February 5, 2007. Defendants' counsel has informed Astro-Med's counsel that the Defendants consent to this request. Astro-Med respectfully refers the Court to the accompanying Memorandum in support of this motion.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (# 4237)
cscott@duffysweeney.com
Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: November 6, 2007

# CERTIFICATE OF SERVICE

I hereby certify that the within ***Plaintiff Astro-Med, Inc.'s Motion to Extend Deadline for Filing Pre-Trial Memoranda*** was filed through the ECF system on the 6th day of November, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via facsimile and First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.