UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF ASTRO-MED, INC.'S MOTION TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDA**

Plaintiff Astro-Med, Inc. ("Astro-Med") requests a one-week extension (to November 13, 2007) of the deadline for the parties to file pre-trial memoranda pursuant to the Pretrial Order entered February 5, 2007. In support of its motion, Astro-Med states that in the last week, its counsel has had to prepare and file two other motions in this case – one to compel relevant discovery and one to adjudge Defendant Kevin Plant in contempt of the Interim Injunction Order. In addition, the attorney working on Plaintiff's Pre-Trial Memorandum only recently entered the case and is still getting up to speed. Plaintiff seeks only a one-week extension, which will allow Plaintiff the extra time it needs without significantly delaying the progress of this case to trial. Plaintiff's counsel informed Defendants' counsel of this request. Defendants' counsel represents that his clients consent to a one-week extension.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (# 4237)
cscott@duffysweeney.com
Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: November 6, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Memorandum in Support of Astro-Med, Inc's Motion to Extend Deadline for Filing Pre-Trial Memoranda*** was filed through the ECF system on the 6th day of November, 2007, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via facsimile and First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.