**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff, v. KEVIN PLANT; NIHON KOHDEN AMERICA, INC. Defendants. | C.A. No. 06-533-ML |

**AFFIDAVIT OF KEVIN PLANT SUBMITTED IN COMPLIANCE WITH FEBRUARY 16, 2007 MODIFIED PRELIMINARY INJUNCTION ORDER**

I, Kevin Plant, declare as follows:

1. I am a citizen of the State of Florida over the age of eighteen. The matters set forth herein are based upon my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.
2. Even though I have objected to the extent of Plaintiff's Customer List (which Plaintiff served on or about February 23, 2007), I have not contacted any individual or entity listed on Plaintiff's Customer List.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of May, 2007 in Lake Mary, Florida.

Kevin Plant, Affiant

NOTARY:
Subscribed and sworn to before me this 10th day of May, 2007 in the State of Florida.

My Commission Expires: ________

NOTARY PUBLIC - STATE OF FLORIDA
S. Lockhart
Commission # DD652485
Expires: MAR. 19, 2011
BONDED THRU ATLANTIC BONDING CO., INC.