# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

## AFFIDAVIT OF KEVIN PLANT SUBMITTED IN COMPLIANCE WITH FEBRUARY 16, 2007 MODIFIED PRELIMINARY INJUNCTION ORDER

I, Kevin Plant, declare as follows:

1. I am a citizen of the State of Florida over the age of eighteen. The matters set forth herein are based upon my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. Even though I have objected to the extent of Plaintiff's Customer List (which Plaintiff served on or about February 23, 2007), I have not contacted any individual or entity listed on Plaintiff's Customer List.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of October, 2007 in Lake Mary, Florida.

Kevin Plant (signature)

Kevin Plant, Affiant

NOTARY:
Subscribed and sworn to before me this 18 day of October, 2007 in the State of Florida.

Patricia Diaz (signature)

NOTARY PUBLIC
PATRICIA DIAZ
Notary Public, State of Florida
My comm. expires May 15, 2008
No. DD 318007

My Commission Expires: 5/15/2008

Produced FL - drivers license