# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

## AFFIDAVIT OF BRUCE W. GLADSTONE, ESQUIRE IN SUPPORT OF OBJECTION TO DOCKET ENTRY #114, PLAINTIFF'S MOTION TO ADJUDGE THE DEFENDANT, KEVIN PLANT, IN CONTEMPT

Now comes Bruce W. Gladstone, Esquire and makes oath as follows:

1. That one in an ongoing series of Affidavits of Kevin Plant Submitted in Compliance with the February 16, 2007 Modified Preliminary Injunction Order was delivered to Kevin Plant by one of his counsel in this matter, *i.e.*, E. P. Michael Karcis, Esquire, on October 15, 2007 for review and execution by Mr. Plant before a Notary Public.
2. That the prior Affidavits filed by Kevin Plant through counsel covered the period from February 16, 2007 through August 6, 2007.
3. That upon receipt of the October Affidavit, which covered the period from August 6, 2007, through its execution by Mr. Plant before a Notary Public on October 18, 2007, Mr. Plant did, in fact, execute same and did return the October Affidavit having been notarized, to the Affiant's attorney, Bruce W. Gladstone, Esquire by facsimile on October 18 or October 19, 2007.
4. That your Affiant, Bruce W. Gladstone, was then awaiting receipt of the original Affidavit from Kevin Plant for delivery to opposing counsel.
5. That the original Affidavit from Mr. Plant was delivered to your Affiant, Bruce W. Gladstone, by mail carrier approximately five to seven days later, *i.e.*, on or about October 23 – October 25, 2007.

6. That your Affiant, Bruce W. Gladstone, then had that original October 18, 2007 Affidavit having been received from Mr. Plant on or about October 23-25, on my desk for approximately eleven (11) to thirteen (13) days, prior to my delivering it to Plaintiff's counsel, Attorney Scott, on November 5, 2007 by facsimile and regular mail, postage prepaid.

7. That delay in delivery of the original October 18, 2007 Affidavit to Attorney Scott was caused solely by the back-log on the Affiant's desk, due to heavy workload, and not by any lack of diligence on the part of the Defendant, Kevin Plant.

Bruce W. Gladstone, Esquire

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me this 20th day of November, 2007.

Notary Public
My Commission Expires:

Christina M. Cappalli
Notary Public
My Commission expires: 6/2/2009

G:\pec\PLANT, KEVIN\Pleadings\Affidavit of BWG in Support of Contempt Obj.doc