# EXHIBIT G

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

## AFFIDAVIT OF E.P. MICHAEL KARCIS IN SUPPORT OF DEFENDANT KEVIN PLANT'S OBJECTION TO PLAINTIFF'S MOTION TO ADJUDGE KEVIN PLANT IN CONTEMPT

I, E.P. Michael Karcis, declare as follows:

1. I am an attorney at law, licensed to practice before all courts in Massachusetts and California, and am admitted Pro Hoc Vice in this matter. I am an attorney with the firm of McLean & McLean LLP, counsel of record for Defendant Kevin Plant. The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.
2. On October 26, 2007, I spoke with Plaintiff's counsel, Attorney Stacey Nakasian of Duffy, Sweeney & Scott, Ltd., regarding Mr. Plant's October 2007 affidavit. I informed her that the affidavit was already in the possession of Attorney Bruce Gladstone of Cameron & Mittleman LLP, Mr. Plant's co-counsel in this action. However, as stated in his affidavit, Attorney Gladstone inadvertently and

erroneously failed to serve a copy of that affidavit on Plaintiff's counsel until November 5, 2007, at which time Attorney Gladstone served Plaintiff's counsel with Mr. Plant's October 18 affidavit.

3. After my October 26 conversation with Attorney Nakasian and prior to the filing the motion for contempt, Attorney Nakasian did not contact me regarding Mr. Plant's October 18 affidavit. After receiving the motion, I sent Attorney Nakasian a letter dated November 6, 2007 (Exhibit E to Defendant Kevin Plant's Objection to Plaintiff's Motion to Adjudge Kevin Plant in Contempt) requesting that Attorney Nakasian withdraw her motion in light of the fact that the failure to serve Mr. Plant's October 18 affidavit prior to November 5 was due solely to an inadvertent mistake by Attorney Gladstone that, upon realizing his mistake, was immediately rectified. However, Attorney Nakasian never responded to my November 6 letter.

4. Everett Pizzuti (Plaintiff's President and COO), Marcus Mancini (Plaintiff's National Sales Director), and Marc Paliotta (Plaintiff's Clinical Product Manager) each testified in their depositions that Plaintiff has no evidence to support its claims against Mr. Plant and Nihon Kohden, and even if any liability could be established, Astro-Med has suffered no damages.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of November in Providence, Rhode Island.

[signature]

E.P. Michael Karcis, Affiant

Subscribed and sworn to before me this 21st day of November, 2007 in Providence, Rhode Island.

[signature]

Notary Public: Bruce W Gladstone
My Commission Expires: 2/6/2011