# EXHIBIT C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

## REPLY OF KEVIN PLANT TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes Kevin Plant, through his attorneys, Bruce W. Gladstone of Cameron & Mittleman LLP, 56 Exchange Terrace, Providence, RI 02903 and E.P. Michael Karcis, McLean & McLean LLP, 3001 2nd Street, Suite H, Santa Monica, CA 90405, and hereby replies to Plaintiff's First Request for Production of Documents as follows:

REQUEST NO. 1

All documents which refer, relate or pertain to Astro-Med, Inc.

RESPONSE

Plaintiff objects to this request on the grounds that it is overly broad, burdensome and oppressive. For example, the request would require the production of every document filed with the court in this action. Moreover, the request as phrased would require the production of all correspondence between Defendant and his attorneys. Without waiving the objections, Defendant responds as follows: The documents in his possession, custody and control that are not protected by the attorney-client privilege are attached hereto and are made part hereof as **Exhibit A**.

REQUEST NO. 2

All documents and communications (including e-mails) which refer, relate or pertain to your hiring by and terms of employment with Nihon Kohden America, Inc.

RESPONSE

See response to Request No. 1.

REQUEST NO. 3

All documents which refer, relate or pertain to the claims, defenses and/or subject matter of this litigation, *Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America, Inc.*, C.A. No. 06-533 ML.

RESPONSE

Plaintiff objects to this request on the grounds that it is overly broad, burdensome and oppressive. For example, the request would require the production of every document filed with the Court in this action.

REQUEST NO. 4

All documents which refer, relate or pertain to your sale of Electroencephalographs ("EEG"), Polysomnographs ("PSG") and Long-Term Monitoring for Epilepsy (LTM) Equipment from October 1, 2006 to the present within the State of Florida.

RESPONSE

Defendant objects to this request on the grounds that it requests information that is confidential and not reasonably calculated to lead to the discovery of admissible evidence. Without waiving the objection, Defendant responds as follows: Defendant has not sold any equipment to any business on the customer list Plaintiff submitted in connection with the existing

preliminary injunction order, as per the Affidavit of Kevin Plant attached hereto and made a part hereof as **Exhibit B**.

KEVIN PLANT
By his Attorneys,

Bruce W. Gladstone (pec)

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: August 17, 2007

G:\pec\PLANT, KEVIN\Pleadings\Plant's Resp to RPD.doc

CERTIFICATION

The undersigned hereby certifies that on the 17th day of August, 2007, a copy of the foregoing Response to Request for Production of Documents was sent by facsimile and regular mail to the following attorneys of record:

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Patricia E. Carrier

# EXHIBIT A

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Monday, July 24, 2006 6:32 AM
**Subject:** RE: recent meeting with Bryan Kehoe

Good Morning Kevin,

Thank you for taking the time to meet with me on Friday. It was a pleasure to meet you.

I traded voice mails with Gary on Friday. He indicated that he may be in Gainesville, FL this Thursday. Would you be available to be in the Gainesville area on Thursday?

Thank you,

Bryan Kehoe

---

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Friday, July 21, 2006 2:01 PM
**To:** gary_reasoner@nkusa.com
**Cc:** bryan_kehoe@nkusa.com
**Subject:** recent meeting with Bryan Kehoe

Good afternoon Gary.
I spent some time with Bryan Kehoe this morning and we had a great discussion about the opportunity here in Florida with Nihon Kohden.
I would very much like to discuss with you further, the details about the position when your time permits.
Coming from the industry and one of the competitors in the filed, I believe it would make a great transition.

I am located outside of Orlando and can be reached via this personal email account or via my cell phone at the following number:
321-439-9052

Thank you again for your time.

Kevin M. Plant

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** <Gary_Reasoner@nkusa.com>
**Cc:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Monday, July 24, 2006 12:05 PM
**Subject:** FW: recent meeting with Bryan Kehoe

Gary,

It does not appear that Kevin will be available while you are in Gainesville. Please contact Kevin directly on his cell (321) 439-9052.

Kevin, feel free to contact Gary Reasoner by calling (800) 325-0283 ext.3387.

I hope you two can get together either by phone or in person soon.

Thanks,
Bryan Kehoe

---

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, July 24, 2006 10:50 AM
**To:** Bryan Kehoe
**Subject:** Re: recent meeting with Bryan Kehoe

Thank you Bryan, the pleasure was all mine.
I appreciate the time we spent discussing the opportunity at NK.
Sorry Bryan, I have a meeting/demo in Miami on Wednesday through Friday morning.
However, I have tomorrow available if Gary is in the vicinity.

Kevin

> ----- Original Message -----
> **From:** Bryan Kehoe
> **To:** 'Kevin & Jen Plant'
> **Sent:** Monday, July 24, 2006 6:32 AM
> **Subject:** RE: recent meeting with Bryan Kehoe
>
> Good Morning Kevin,
>
> Thank you for taking the time to meet with me on Friday. It was a pleasure to meet you.
>
> I traded voice mails with Gary on Friday. He indicated that he may be in Gainesville, FL this Thursday. Would you be available to be in the Gainesville area on Thursday?
>
> Thank you,
>
> Bryan Kehoe
>
> ---
>
> **From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
> **Sent:** Friday, July 21, 2006 2:01 PM
> **To:** gary_reasoner@nkusa.com
> **Cc:** bryan_kehoe@nkusa.com
> **Subject:** recent meeting with Bryan Kehoe

Good afternoon Gary.
I spent some time with Bryan Kehoe this morning and we had a great discussion about the opportunity here in Florida with Nihon Kohden.
I would very much like to discuss with you further, the details about the position when your time permits.
Coming from the industry and one of the competitors in the filed, I believe it would make a great transition.

I am located outside of Orlando and can be reached via this personal email account or via my cell phone at the following number:
321-439-9052

Thank you again for your time.

Kevin M. Plant

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Tuesday, August 15, 2006 1:34 PM
**Subject:** RE: availability

Kevin

I'm having my assistant check airfares for this be back with you shortly.

[Gary Reasoner]

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Wednesday, August 09, 2006 10:35 AM
**To:** Gary Reasoner
**Subject:** availability

Gary-

Per our conversation from last night, I have looked over my schedule for this week and next. The best dates to meet are next Thursday and Friday.
I could fly out of Orlando on Thursday morning and return on Friday.
When you have a moment, please let me know if this could work into your schedule and then we can plan from there.

Thanks again,
Kevin

**Sent:** Tuesday, August 15, 2006 2:05 PM
**To:** Gary Reasoner
**Subject:** Re: availability

Great.

I can head out there Tuesday and return to Florida on Wednesday.

Kevin

> ----- Original Message -----
> **From:** Gary Reasoner
> **To:** Kevin & Jen Plant
> **Sent:** Tuesday, August 15, 2006 4:55 PM
> **Subject:** RE: availability
>
> OK how about out on tuesday return on wednesday?
>
> -----Original Message-----
> **From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
> **Sent:** Tuesday, August 15, 2006 1:53 PM
> **To:** Gary Reasoner
> **Subject:** Re: availability
>
> Gary-
>
> Next week may be better.
> I would say either Tuesday or Wednesday.
> Right now this week is filling up quickly. If your assistant would like to make the travel arrangements, it will be easier than having to get reimbursed for the cost.
>
> Kevin
>
> > ----- Original Message -----
> > **From:** Gary Reasoner
> > **To:** plant0656@bellsouth.net
> > **Sent:** Tuesday, August 15, 2006 2:15 PM
> > **Subject:** FW: availability
> >
> > Kevin
> >
> > Let me know if you want me to book travel for you or if you want to book or if next week is better.
> >
> > Gary

-----Original Message-----
**From:** Gary Reasoner
**Sent:** Tuesday, August 15, 2006 2:12 PM
**To:** Deidra Miltimore
**Subject:** FW: availability

Can you please arrange for Kevin Plant to come out here next week from Orlando to SNA Tuesday and back on Wednesday afternoon/evening.

Thanks

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, August 15, 2006 2:05 PM
**To:** Gary Reasoner
**Subject:** Re: availability

Great.

I can head out there Tuesday and return to Florida on Wednesday.

Kevin

> ----- Original Message -----
> **From:** Gary Reasoner
> **To:** Kevin & Jen Plant
> **Sent:** Tuesday, August 15, 2006 4:55 PM
> **Subject:** RE: availability
>
> OK how about out on tuesday return on wednesday?
>
> -----Original Message-----
> **From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
> **Sent:** Tuesday, August 15, 2006 1:53 PM
> **To:** Gary Reasoner
> **Subject:** Re: availability
>
> Gary-
>
> Next week may be better.
> I would say either Tuesday or Wednesday.
> Right now this week is filling up quickly. If your assistant would like to make the travel arrangements, it will be easier than having to get reimbursed for the cost.
>
> Kevin
>
> > ----- Original Message -----
> > **From:** Gary Reasoner
> > **To:** plant0656@bellsouth.net
> > **Sent:** Tuesday, August 15, 2006 2:15 PM
> > **Subject:** FW: availability

Kevin

Let me know if you want me to book travel for you or if you want to book or if next week is better.

Gary

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, August 15, 2006 5:49 PM
**To:** Deidra Miltimore
**Subject:** Re: visit to Nihon Kohden

Deidra-

Please see below. It looks like these may be the best two flights to take.
Option 2 for the outbound and return Option 2 as well.

Can you also fill me in on the hotels in the area and either a rental car or taxi service.

Thank you for your assistance.

Kevin

> ----- Original Message -----
> **From:** Deidra Miltimore
> **To:** plant0656@bellsouth.net
> **Cc:** Gary Reasoner
> **Sent:** Tuesday, August 15, 2006 7:03 PM
> **Subject:** visit to Nihon Kohden
>
> Hi Kevin
>
> Gary Reasoner has asked me to help arrange your flight out to Foothill Ranch. He is thinking perhaps you can meet together on Tuesday and fly back Wednesday morning, since you will be losing the three hours on your trip home.
>
> I have listed a few different flight options. Please let me know what works best for you.
>
> Outbound Options
>
> Option #2
> Tuesday, August 22nd
> Departing from Orlando, FL: 7:40am
> Arriving in Orange County, CA: 11:54am
> American Airlines - 1 hour, 10 minute layover in Phoenix, AZ
>
> Return Options
>
> Option #2
> Wednesday, August 23rd
> Departing from Orange County, CA: 9:45am
> Arriving in Orlando, FL: 7:22pm
> American Airlines - 1 hour layover in Dallas, TX
>
> Thank you!!
>
> Deidra J. Miltimore
> Marketing Administrator, Nihon Kohden America
> Ph: (949) 580-1555 ext. 3330
> Fax: (949) 580-1550

**To:** plant0656@bellsouth.net
**Sent:** Tuesday, August 15, 2006 2:15 PM
**Subject:** FW: availability

Kevin

Let me know if you want me to book travel for you or if you want to book or if next week is better.

Gary

-----Original Message-----
**From:** Deidra Miltimore
**Sent:** Tuesday, August 15, 2006 11:07 AM
**To:** Gary Reasoner
**Subject:** RE: availability

Hi Gary

American Airlines has the cheapest options at $432 total. There are 10 or 12 different schedule choices. I didn't see any nonstop flights though.

-Deidra

-----Original Message-----
**From:** Gary Reasoner
**Sent:** Tuesday, August 15, 2006 10:35 AM
**To:** Deidra Miltimore
**Subject:** FW: availability
**Importance:** High

Can you please check to see how much it would cost to fly this person from Orlando to SNA this week.

Gary

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Wednesday, August 09, 2006 10:35 AM
**To:** Gary Reasoner
**Subject:** availability

Gary-

Per our conversation from last night, I have looked over my schedule for this week and next. The best dates to meet are next Thursday and Friday.
I could fly out of Orlando on Thursday morning and return on Friday.
When you have a moment, please let me know if this could work into your schedule and then we can plan from there.

Thanks again,
Kevin

**Kevin & Jen Plant**

**From:** "Deidra Miltimore" <Deidra_Miltimore@nkusa.com>
**To:** <plant0656@bellsouth.net>
**Cc:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**Sent:** Tuesday, August 15, 2006 7:03 PM
**Subject:** visit to Nihon Kohden

Hi Kevin

Gary Reasoner has asked me to help arrange your flight out to Foothill Ranch. He is thinking perhaps you can meet together on Tuesday and fly back Wednesday morning, since you will be losing the three hours on your trip home.

I have listed a few different flight options. Please let me know what works best for you.

Outbound Options

Option #1
Tuesday, August 22nd
Departing from Orlando, FL: 6:55am
Arriving in Orange County, CA: 10:43am
American Airlines - 1 hour layover in Houston, TX

Option #2
Tuesday, August 22nd
Departing from Orlando, FL: 7:40am
Arriving in Orange County, CA: 11:54am
American Airlines - 1 hour, 10 minute layover in Phoenix, AZ

Option #3
Tuesday, August 22nd
Departing from Orlando, FL: 8:55am
Arriving in Orange County, CA: 12:27pm
American Airlines - 50 minute layover in Dallas, TX

Return Options

Option #1
Wednesday, August 23rd
Departing from Orange County, CA: 7:30am
Arriving in Orlando, FL: 5:00pm
American Airlines - 45 minute layover in Dallas, TX

Option #2
Wednesday, August 23rd
Departing from Orange County, CA: 9:45am
Arriving in Orlando, FL: 7:22pm
American Airlines - 1 hour layover in Dallas, TX

Thank you!!

Deidra J. Miltimore
Marketing Administrator, Nihon Kohden America
Ph: (949) 580-1555 ext. 3330
Fax: (949) 580-1550

**Kevin & Jen Plant**

**From:** "Deidra Miltimore" <Deidra_Miltimore@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Wednesday, August 16, 2006 6:43 PM
**Attach:** plant flight conf.txt
**Subject:** RE: visit to Nihon Kohden

HI Kevin

I have attached your flight confirmation. The flight options that I originally sent you were with America West, rather than American Airlines and my travel agent suggested that you don't fly America West across country because of they are notorious for delays. So we booked you on very similar flights through Delta Airlines.

I have also booked you a room at the Hampton Inn about a mile from our office. Please see the information below:

Hampton Inn South Orange County
27102 Towne Centre Drive
Foothill Ranch, CA 92610
Ph: 949-597-8700
website: www.hamptoninn.com

Check-in: Tues., August 22, 2006
Check-out: Wed., August 23, 2006
Confirmation #: 85308516
The bill for room charges and tax will be sent to Nihon Kohden.

The Orange County Airport is about 18 miles from the Hampton Inn.

Your transportation options-
SuperShuttle is $25 each way. It is available at the airport, but you (or the hotel) must arrange for pick up for the return trip to the airport.
A cab ride is about $60 each way.
Rental car rates vary.

Please let me know if you have any questions or concerns.

Thank you!!

Deidra J. Miltimore
Marketing Administrator, Nihon Kohden America
Ph: (949) 580-1555 ext. 3330
Fax: (949) 580-1550

-----Original Message-----

**Kevin & Jen Plant**

**From:** "Deidra Miltimore" <Deidra_Miltimore@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Wednesday, August 16, 2006 7:23 PM
**Subject:** RE: visit to Nihon Kohden

Hi again

Gary has suggested that you rent a car if you'd like, since it is economical and you will have a little more flexibility. Do you mind renting it and then having us reimburse you? If not, please let me know and we can work something else out.

The address to the office is:
Nihon Kohden America
90 Icon St.
Foothill Ranch, CA 92610

I can send you directions from the airport to the hotel and to the office if you need them

Thanks!!

Deidra J. Miltimore
Marketing Administrator, Nihon Kohden America
Ph: (949) 580-1555 ext. 3330
Fax: (949) 580-1550

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, August 15, 2006 5:49 PM
**To:** Deidra Miltimore
**Subject:** Re: visit to Nihon Kohden

Deidra-

Please see below. It looks like these may be the best two flights to take.
Option 2 for the outbound and return Option 2 as well.

Can you also fill me in on the hotels in the area and either a rental car or taxi service.

Thank you for your assistance.

Kevin

> ----- Original Message -----
> **From:** Deidra Miltimore
> **To:** plant0656@bellsouth.net
> **Cc:** Gary Reasoner

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Monday, August 21, 2006 4:00 PM
**Subject:** RE: availability

Kevin

Let's do lunch. call me when you arrive at the airport we can figure a schedule out from that point going forward. I look forward to meeting you.

Gary

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, August 21, 2006 12:16 PM
**To:** Gary Reasoner
**Subject:** Re: availability

Gary-

I look forward to meeting with you tomorrow. thank you again for taking time out of your schedule.
I land at 12:15 tomorrow afternoon. Is there a specific time you would like me to arrive at the headquarters to meet with you?

Kevin

----- Original Message -----

> **From:** Gary Reasoner
> **To:** Kevin & Jen Plant
> **Sent:** Tuesday, August 15, 2006 4:55 PM
> **Subject:** RE: availability
>
> OK how about out on tuesday return on wednesday?
>
> -----Original Message-----
> **From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
> **Sent:** Tuesday, August 15, 2006 1:53 PM
> **To:** Gary Reasoner
> **Subject:** Re: availability
>
> Gary-
>
> Next week may be better.
> I would say either Tuesday or Wednesday.
> Right now this week is filling up quickly. If your assistant would like to make the travel arrangements, it will be easier than having to get reimbursed for the cost.
>
> Kevin
>
> > ----- Original Message -----
> > **From:** Gary Reasoner

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Tuesday, August 29, 2006 7:58 PM
**Subject:** RE: checking in

Hey Kevin

Sorry for late reply, I have been off for a few days. Michael Ohsawa was having our attorney do a run by on the non-compete. I expect something back maybe as
early as tomorrow. I will be back with you this week and hope to have a positive reply for you at that time.

Best Regards

Gary

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, August 29, 2006 4:06 PM
**To:** Gary Reasoner
**Subject:** checking in

Gary-

I wanted to take a moment tonight and check in with you to see if any decisions have been made regarding the Florida position.
At your convenience, please feel free to give me a call or send me an email.

Thanks again,
Kevin

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Tuesday, August 29, 2006 9:36 PM
**Subject:** RE: Thank You

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Friday, August 25, 2006 8:46 AM
**To:** Gary Reasoner
**Subject:** Thank You

Gary-

I wanted to extend my gratitude for having me out to California on Tuesday and Wednesday. I enjoyed discussing the opportunity you presently have in Florida and look forward to discussing further with you the possibilities of employment with Nihon Kohden.

I do have two questions:

1- In terms of commission, does the sales representative receive commission once the account has paid or once the sale has been made? Also it is it monthly or quarterly/[Gary Reasoner] Monthly shipment, quarterly for bonus

2- I realize you offer a company vehicle, do you offer a car allowance instead?[Gary Reasoner] We might be able to do a allowance if the vehicle meet guidelines.

Thanks again for your time.
Please fell free to contact me with any questions or concerns you may have.
[Gary Reasoner]
Thanks for makeing the long and painful trip. I think you would be a great fit.

Gary

Kevin

**Kevin & Jen Plant**

**From:** "Michael Ohsawa" <Michael_Ohsawa@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Friday, September 01, 2006 5:17 PM
**Subject:** RE: Please reply to this address with your employment agreement.

Jennifer,

No need for Kevin to send the electronic document. The fax copy is just fine.

Michael

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Friday, September 01, 2006 1:52 PM
**To:** Michael Ohsawa
**Subject:** Re: Please reply to this address with your employment agreement.

Michael-I just faxed over the employee agreement for Kevin Plant. Kevin will send you an email with an electronic copy tonight when he gets in and can scan it. Thanks!

Jennifer Plant

> ----- Original Message -----
> **From:** Michael Ohsawa
> **To:** plant0656@bellsouth.net
> **Sent:** Friday, September 01, 2006 4:42 PM
> **Subject:** Please reply to this address with your employment agreement.

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Thursday, September 07, 2006 2:04 PM
**Subject:** RE: hello

Kevin

Good news, our attourney has looked things over and thinks that there is minimum risk. He will put together a document for you to sign on behalf of NK. I will get this to you as soon as possible. If you look it over and will be comfortable I think we are ready to take this to the point of an offer letter.

I will talk with you soon.

Best Regards

Gary

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Wednesday, September 06, 2006 1:24 PM
**To:** Gary Reasoner
**Subject:** hello

Gary-

Just wanted to drop you a line to see if there have been any developments in the position here in Florida. Please keep me posted.

Thanks,
Kevin

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Friday, September 08, 2006 8:50 PM
**Attach:** Nihon_ltr_potential_employee_090806.doc
**Subject:** FW: Addendum to Kevin Plant offer letter

Hey Kevin

Here is the language that will part of the offer letter we will provide to you next week, as long as you are comfortable with the statements.

I will be out on Monday but would hope by Thursday if you agree to be able to send a formal offer.

I'm very excited to be able to add you to the quality personnel NK already has in place and have a positive outlook for your long term success in this company.

Have a great weekend

Gary

-----Original Message-----
From: Michael Ohsawa
Sent: Friday, September 08, 2006 5:38 PM
To: Gary Reasoner
Subject: Addendum to Kevin Plant offer letter
Importance: High

<<Nihon_ltr_potential_employee_090806.doc>>

[DATE]

Employee
[address]

**Re Issues related to Potential Employment With Nihon Kohden America, Inc.**

Dear ___________:

Thank you for providing us with copies of any documents that might affect your future employment with Nihon Kohden America, Inc. Out of an abundance of caution, you provided us with a document you signed at the beginning of your employment with Astro-Med, Inc. (Although you believe it would not apply to your eligibility for employment with Nihon Kohden).

We have reviewed the agreement, and agree that the document should be irrelevant to you, as a former sales person. It seems applicable only to employees involved in research and development, or similar engineering activities. The Agreement itself states that it applies only to Employees who are hired or "may, or will be engaged in work relating to the Company's business, involving design, development or manufacture of products for the Company."

You have indicated that you have held only sales positions with your former employer and that, in your experience, your former employer does not contend that such agreements are applicable to sales persons (particularly with regard to blocking future employment). Thus, we are relieved to conclude with you that your employment with Nihon Kohden would not violate this Agreement or Nihon Kohden's strict policy against hiring employees, if that would cause an employee to violate contractual obligations they may have elsewhere.

Nonetheless, we note the "trade secret" language in this agreement and, as we have discussed, must emphasize that particular provision, regardless of the status of your contract with Astro-Med. Nihon Kohden's policies, and many state laws, prohibit our employees from using another employer's trade secrets and proprietary information, in any way. Accordingly, we just want to remind you that our policies, the law, and proper business etiquette, forbid you from taking any confidential or trade secret documents, or

information, from any other employer, including any such information that could benefit Nihon Kohden.

Your future employment duties will relate solely to our products and Company information, and just as we would not approve of the unauthorized taking or use of our information by any employee (leaving Nihon Kohden to join a competitor), we likewise forbid the unauthorized possession or use of our competitors' trade secret information, (no matter how the information is stored), or any employee engaging in any other activity that might improperly derive an unfair advantage from information or materials that are trade secrets or proprietary to your former employer. (Obviously, you cannot "wash" your brain of everything you have learned in your prior employment, and much of your industry-related learning, sales materials, etc., would not constitute trade secret or proprietary information, in any event). We rely on you to use good judgment and common sense in this matter, and to apprise your supervisor, or another member of management of any concern that another company's trade secret or proprietary information may be at risk.

If you are uncertain, or have any questions regarding any aspect of our policy respecting our competitors' proprietary and trade secret information, please feel free to contact me.

By signing our offer of employment as an account executive for Nihon Kohden America, Inc., you acknowledge the points outlined above and agree not to violate the provisions for confidentiality in the Astro-Med employment agreement.

Sincerely yours,

Michael Ohsawa.
Nihon Kohden America, Inc.

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Wednesday, September 13, 2006 4:14 PM
**Subject:** RE: Addendum to Kevin Plant offer letter

Kevin

No Michael is on vacation until tomorrow. I will have something to you by Friday.

Best Regards

Gary

-----Original Message-----
From: Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
Sent: Wednesday, September 13, 2006 12:43 PM
To: Gary Reasoner
Subject: Re: Addendum to Kevin Plant offer letter

Gary-

I was not sure if there was anything on here I had to sign?

Kevin
----- Original Message -----
From: "Gary Reasoner" <Gary_Reasoner@nkusa.com>
To: "Kevin & Jen Plant" <plant0656@bellsouth.net>
Sent: Friday, September 08, 2006 8:50 PM
Subject: FW: Addendum to Kevin Plant offer letter

Hey Kevin

Here is the language that will part of the offer letter we will provide to you next week, as long as you are comfortable with the statements.

I will be out on Monday but would hope by Thursday if you agree to be able to send a formal offer.

I'm very excited to be able to add you to the quality personnel NK already has in place and have a positive outlook for your long term success in this company.

Have a great weekend

Gary

-----Original Message-----

From: Michael Ohsawa
Sent: Friday, September 08, 2006 5:38 PM
To: Gary Reasoner
Subject: Addendum to Kevin Plant offer letter
Importance: High

<<Nihon_ltr_potential_employee_090806.doc>>

**Kevin & Jen Plant**

**From:** "Michael Ohsawa" <Michael_Ohsawa@nkusa.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Thursday, September 14, 2006 5:59 PM
**Subject:** Offer Letter

Kevin,

I just got back in the office today and am dealing with a couple of crises. Also, our HR administrator is having a surgical procedure performed today. So I won't be able to get the offer letter out today.

I can prepare the letter tomorrow for delivery on Monday. There will be a separate statement regarding the attorney's addendum in the offer letter, so you don't need to send a separate acknowledgement.

Sorry for the delay.

Michael Ohsawa
Director of Operations
Nihon Kohden America, Inc.
(800) 325-0283, ext 3309

**Kevin & Jen Plant**

**From:** "Michael Ohsawa" <Michael_Ohsawa@nkusa.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Friday, September 15, 2006 9:20 PM
**Attach:** PLANT.doc
**Subject:** Draft of offer letter

Kevin,

I really apologize, but I was busier that the proverbial one armed paper hanger today. My HR administrator has been out on sick leave for the last two days and I missed the cutoff time for Fedex pickup.

I'm sending you an electronic copy for your review with hard copy schedled for delivery on Tuesday along with other employment forms. If you have any questions, please call me first thing Monday morning so that we can discuss and I can make the appropriate changes to the final copy before sending to you.

Michael Ohsawa
Director of Operations
Nihon Kohden America, Inc.
(800) 325-0283, ext 3309

<<PLANT.doc>>

**Kevin & Jen Plant**

**From:** "kevin plant" <kplant@astromed.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Thursday, September 21, 2006 9:33 PM
**Attach:** Resignation Letter- KMP.doc
**Subject:** FW: Resignation Letter

---

**From:** kevin plant [mailto:kplant@astromed.com]
**Sent:** Tuesday, September 19, 2006 3:00 PM
**To:** 'Mancini, Marco'
**Subject:** Resignation Letter
**Importance:** High

Marco-

Please read the enclosed and call me to discuss.

Kevin

Kevin M. Plant
Southeast District Sales Manager
Grass-Telefactor
Office phone/fax 407-324-0656
Cell- 321-439-9052

Marco Mancini
Grass Technologies
600 East Greenwich Ave
West Warwick, RI 02893

September 19, 2006

Dear Marco-

I Kevin Plant herby resign from my position as Southeast Regional Manager with Grass Technologies/Astro-Med, Inc. effective September 19, 2006. I will gladly continue with necessary duties until the end of the month to help in any transition needed. All properties including demo equipment, IT laptops, databases etc, of Grass Technologies/Astro-Med, Inc will be returned within the next two weeks to the headquarters in Warwick, RI. Any additional materials that are in my possession can be sent to other regional managers per your request.

Enclosed with this letter will be a list of current opportunities within the region that can be assigned accordingly.

Thank you for the opportunity to have worked for grass Technologies and I wish you success in the future.

Sincerely,
Kevin M. Plant

**Kevin & Jen Plant**

**From:** "kevin plant" <kplant@astromed.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Thursday, September 21, 2006 8:50 PM
**Subject:** FW: Your resignation

---

**From:** Pizzuti, Everett V. (Pres.) [mailto:EVPizzuti@ASTROMED.com]
**Sent:** Thursday, September 21, 2006 3:59 PM
**To:** Plant, Kevin
**Cc:** Mancini, Marco
**Subject:** Your resignation

AV
Grass
Correspondence

Dear Kevin:

I am very disappointed to have received your notice of resignation. We considered you an important member of our team and are sorry to lose you.

Although it is unusual for an employee to resign and not announce where and why he is leaving, this is your decision and we will not press you further.

But I do want to remind you that you signed a no-compete agreement with us. If you are indeed going to a competitor, I want you to know that we will prosecute under this agreement vigorously and speedily.

I wish you the best.

Everett V. Pizzuti

President

Astro-Med, Inc.

**Kevin & Jen Plant**

**From:** "kevin plant" <kplant@astromed.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Thursday, September 21, 2006 8:51 PM
**Subject:** FW: CONFIDENTIAL

---

**From:** kevin plant [mailto:kplant@astromed.com]
**Sent:** Thursday, September 21, 2006 8:28 AM
**To:** 'Ondis, Albert W. (CEO)'
**Subject:** RE: CONFIDENTIAL

Good morning Mr. Ondis, I apologize for the delay in getting this reply back to you.
I have been traveling with Marc Paliotta this week.

I would like to thank you for your kind words and regards to my career. Unfortunately, after 4 years with Grass I will be leaving and pursuing my future career elsewhere.
The time I have spent with Grass has certainly been educational and challenging. I would like to thank Astro-Med for taking the chance and hiring me and hope that I have proven myself to all parties.
I will be concluding my business within the next week and will provide Marco Mancini with all the necessary follow up for the territory.

You have a prosperous company and I wish you and yours all the best for the future.
Thank you again for all you have done.

Sincerely,
Kevin M. Plant

---

**From:** Ondis, Albert W. (CEO) [mailto:AOndis@ASTROMED.com]
**Sent:** Tuesday, September 19, 2006 4:07 PM
**To:** Plant, Kevin
**Subject:** CONFIDENTIAL

Dear Kevin:

I just read, with sadness, your letter of resignation and I am hopeful that whatever has gone wrong can be righted.

Although I have never worked closely with you I can tell you that you are held in very high regard by everybody

Please email me, in complete confidence, and let me know what can be done to put your career with Grass Technologies, and Astro-Med back on track.

Most sincerely,

Albert Ondis

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Monday, September 25, 2006 1:48 PM
**Subject:**

Hey Kevin

Just got back from my trip and wanted to check to see where we are at with you coming on board?

Best Regards

Gary

**Kevin & Jen Plant**

**From:** "Beverly Tate-Sosa" <Beverly_Tate-Sosa@nkusa.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Monday, September 25, 2006 4:50 PM
**Subject:** Nihon Kohden

Hello Kevin,

I received your paperwork. However, I did not get a copy of a drivers license or a social security card. Please fax or e-mail to the information below so your personnel file is in order.

Thank you.

Beverly Tate-Sosa
Nihon Kohden America, Inc.
Office Manager/H.R. Representative
O=949-580-1555 ext 3390.
F=949-271-4198
www.nkusa.com

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Monday, September 25, 2006 2:55 PM
**Subject:** RE:

Great!

You get paid on shipment at the rate of commission level you are at. Bonus money is paid out quarterly.

I'll get voice to voice with you as soon as I settle back in.

I know Bryan will be very happy to hear you are on board.

Gary

-----Original Message-----
From: Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
Sent: Monday, September 25, 2006 11:01 AM
To: Gary Reasoner
Subject: Re:

Gary-

It looks as if we are on target for me to start next week.
I sent all paperwork back to Beverly in HR and I believe they will be working on getting items to me. Grass is aware of my departure, just not where I am going. I have been collecting my items to send back to them and closing all loose ends this week.

I do have a request. Can you send me the breakdown of how the commission plan works in terms of sales per month.
I do have some other questions regarding my home office, but we can discuss once things are moving.

Kevin

----- Original Message -----
From: "Gary Reasoner" <Gary_Reasoner@nkusa.com>
To: "Kevin & Jen Plant" <plant0656@bellsouth.net>
Sent: Monday, September 25, 2006 1:48 PM
Subject:

Hey Kevin

Just got back from my trip and wanted to check to see where we are at with you coming on board?

Best Regards

Gary

## Kevin & Jen Plant

**From:** "kevin plant" <kplant@astromed.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Wednesday, September 27, 2006 9:34 AM
**Attach:** Inventory.xls
**Subject:** FW: Your Inventory

---

**From:** Mancini, Marco [mailto:MMancini@ASTROMED.com]
**Sent:** Tuesday, September 26, 2006 10:04 AM
**To:** Plant, Kevin; Parent, Rick
**Subject:** RE: Your Inventory

---

**From:** Plant, Kevin
**Sent:** Tuesday, September 26, 2006 10:03 AM
**To:** Mancini, Marco
**Subject:** RE: Your Inventory

There is nothing attached.

KP

---

**From:** Mancini, Marco [mailto:MMancini@ASTROMED.com]
**Sent:** Tuesday, September 26, 2006 9:57 AM
**To:** Plant, Kevin; Parent, Rick
**Subject:** Your Inventory

Kevin,

Here is an updated list of Inventory that we will be expecting back. We can review during our call.

MAM

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Thursday, September 28, 2006 11:19 PM
**Subject:** Re: message to Gary

Kevin,

Congratulations and welcome to NK!! I forwarded your e-mail to Gary. I am flying from Arizona to Florida tomorrow morning. I will try to call you before I get on the plane.

I am looking forward to working with you. I have a pretty good pipeline for you. I will be interested to see what you have in the works with Grass. I will be happy to "start" communication from NK if it will help you on some Grass accounts.

BK

***Kevin & Jen Plant <plant0656@bellsouth.net>*** wrote:

> Brian-
>
> For some reason I am trying to get this message to Gary it cannot be delivered.
>
> FYI-
>
> Gary-
>
> I have returned all my Grass possessions to Astro Med including the cell number that you and Brian have.
> Enclosed is my personal cell which I will be using going forward with NK.
>
> 407-562-7655
>
> Feel free to contact me on this at any time.
>
> Kevin

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Friday, September 29, 2006 8:49 AM
**To:** Bryan Kehoe
**Subject:** Re: message to Gary

Sounds good Brian.
Today is officially my last day with Grass. I start with you guys next week and looking forward to getting back on track here in Florida.

I am not sure what you guys have in store for me at the start, but feel free to call me at any time.

Kevin

> ----- Original Message -----
> **From:** Bryan Kehoe
> **To:** Kevin & Jen Plant
> **Sent:** Thursday, September 28, 2006 11:19 PM
> **Subject:** Re: message to Gary
>
> Kevin,
>
> Congratulations and welcome to NK!! I forwarded your e-mail to Gary. I am flying from Arizona to Florida tomorrow morning. I will try to call you before I get on the plane.
>
> I am looking forward to working with you. I have a pretty good pipeline for you. I will be interested to see what you have in the works with Grass. I will be happy to "start" communication from NK if it will help you on some Grass accounts.
>
> BK
>
> ***Kevin & Jen Plant <plant0656@bellsouth.net>*** wrote:
>
> > Brian-
> >
> > For some reason I am trying to get this message to Gary it cannot be delivered.
> >
> > FYI-
> >
> > Gary-
> >
> > I have returned all my Grass possessions to Astro Med including the cell number that you and Brian have.
> > Enclosed is my personal cell which I will be using going forward with NK.
> >
> > 407-562-7655
> >
> > Feel free to contact me on this at any time.
> >
> > Kevin

## Kevin & Jen Plant

**From:** "Deidra Miltimore" <Deidra_Miltimore@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Monday, October 02, 2006 6:46 PM
**Subject:** RE: marketing materials

Is delivery late this week or early next week OK?

-Deidra

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, October 02, 2006 3:44 PM
**To:** Deidra Miltimore
**Subject:** Re: marketing materials

Thanks Deidra, it will definitely help out.
Please send me anything you can think of that will help, or what the other reps are utilizing.

Thanks again,
Kevin

----- Original Message -----
**From:** Deidra Miltimore
**To:** Kevin & Jen Plant
**Sent:** Monday, October 02, 2006 5:57 PM
**Subject:** RE: marketing materials

Hi Kevin

Welcome to Nihon Kohden!

I will send as much literature as I can to your home address. Our warehouse is under construction right now and my marketing materials have been scattered. I know I have at least 20-30 of each that I can send you for now though.

Let me know if I can help you with anything else.

**Deidra J. Miltimore**
**Marketing Administrator, Nihon Kohden America, Inc.**
**ph: (949) 580-1555 ext. 3330**
**fax: (949) 580-1550**

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, October 02, 2006 2:21 PM
**To:** Deidra Miltimore
**Subject:** marketing materials

Deidra-

Good afternoon, I was wondering if you could send me some marketing materials I can use for either hand outs or for mailings.
I can keep a quantity on hand in my office for use while on the road. Say 50 of each.

Thank you,

Kevin Plant

402 Randon Terrace
Lake Mary, FL 32746

**Kevin & Jen Plant**

**From:** "Deidra Miltimore" <Deidra_Miltimore@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Monday, October 02, 2006 5:57 PM
**Subject:** RE: marketing materials

Hi Kevin

Welcome to Nihon Kohden!

I will send as much literature as I can to your home address. Our warehouse is under construction right now and my marketing materials have been scattered. I know I have at least 20-30 of each that I can send you for now though.

Let me know if I can help you with anything else.

**Deidra J. Miltimore**
**Marketing Administrator, Nihon Kohden America, Inc.**
**ph: (949) 580-1555 ext. 3330**
**fax: (949) 580-1550**

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, October 02, 2006 2:21 PM
**To:** Deidra Miltimore
**Subject:** marketing materials

Deidra-

Good afternoon, I was wondering if you could send me some marketing materials I can use for either hand outs or for mailings.
I can keep a quantity on hand in my office for use while on the road. Say 50 of each.

Thank you,

Kevin Plant

402 Randon Terrace
Lake Mary, FL 32746

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Monday, October 02, 2006 11:36 AM
**Subject:** RE: message to Gary

Kevin,

I think you should discuss this with Gary.

Here are my thoughts,

Office Phone: Yes
DSL: Yes
Cell: Yes (I use my cell as my office phone so I do not have both. I think most reps have an office phone.)
Fax: No, you will be set up with a company EFAX. You receive your faxes in your e-mail. You also send faxes from your PC with attachments. This really cuts down on the "junk faxes". (If you think you need a fax/scanner/copier, ask Gary about reimbursement for it.)

Regarding your cell phone; I do not think anyone carries a separate "personal" cell. I have a high minute plan, and I make sure I do not go over.

If you plan to purchase a new phone, consider the Motorola Q from Verizon. I have used this for about 4 months and love it. I get my e-mail on it. I can also store and read word, excel, and PDF files on it.

BK

---

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, October 02, 2006 10:34 AM
**To:** Bryan Kehoe
**Subject:** Re: message to Gary

Great, I look forward to hearing from you.

One question concerning your home office.

I have a phone line here from Grass and a DSL. Will NK reimburse me for using both for work out of my home office. Also what about a fax/copier/scanner? Should I buy one and have NK reimburse for it?

KP

> ----- Original Message -----
> **From:** Bryan Kehoe
> **To:** 'Kevin & Jen Plant'
> **Sent:** Monday, October 02, 2006 10:21 AM
> **Subject:** RE: message to Gary
>
> Good Morning Kevin,
>
> I will be in touch later today. Please call me if you have any questions.
>
> Thanks,
> BK

## Kevin & Jen Plant

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Monday, October 02, 2006 11:36 AM
**Subject:** RE: message to Gary

Kevin,

I think you should discuss this with Gary.

Here are my thoughts,

Office Phone: Yes
DSL: Yes
Cell: Yes (I use my cell as my office phone so I do not have both. I think most reps have an office phone.)
Fax: No, you will be set up with a company EFAX. You receive your faxes in your e-mail. You also send faxes from your PC with attachments. This really cuts down on the "junk faxes". (If you think you need a fax/scanner/copier, ask Gary about reimbursement for it.)

Regarding your cell phone; I do not think anyone carries a separate "personal" cell. I have a high minute plan, and I make sure I do not go over.

If you plan to purchase a new phone, consider the Motorola Q from Verizon. I have used this for about 4 months and love it. I get my e-mail on it. I can also store and read word, excel, and PDF files on it.

BK

---

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, October 02, 2006 10:34 AM
**To:** Bryan Kehoe
**Subject:** Re: message to Gary

Great, I look forward to hearing from you.

One question concerning your home office.

I have a phone line here from Grass and a DSL. Will NK reimburse me for using both for work out of my home office. Also what about a fax/copier/scanner? Should I buy one and have NK reimburse for it?

KP

> ----- Original Message -----
> **From:** Bryan Kehoe
> **To:** 'Kevin & Jen Plant'
> **Sent:** Monday, October 02, 2006 10:21 AM
> **Subject:** RE: message to Gary
>
> Good Morning Kevin,
>
> I will be in touch later today. Please call me if you have any questions.
>
> Thanks,
> BK

Gary-

I have returned all my Grass possessions to Astro Med including the cell number that you and Brian have.
Enclosed is my personal cell which I will be using going forward with NK.

407-562-7655

Feel free to contact me on this at any time.

Kevin

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Monday, October 02, 2006 10:21 AM
**Subject:** RE: message to Gary

Good Morning Kevin,

I will be in touch later today. Please call me if you have any questions.

Thanks,
BK

---

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Friday, September 29, 2006 8:49 AM
**To:** Bryan Kehoe
**Subject:** Re: message to Gary

Sounds good Brian.
Today is officially my last day with Grass. I start with you guys next week and looking forward to getting back on track here in Florida.

I am not sure what you guys have in store for me at the start, but feel free to call me at any time.

Kevin

> ----- Original Message -----
> **From:** Bryan Kehoe
> **To:** Kevin & Jen Plant
> **Sent:** Thursday, September 28, 2006 11:19 PM
> **Subject:** Re: message to Gary
>
> Kevin,
>
> Congratulations and welcome to NK!! I forwarded your e-mail to Gary. I am flying from Arizona to Florida tomorrow morning. I will try to call you before I get on the plane.
>
> I am looking forward to working with you. I have a pretty good pipeline for you. I will be interested to see what you have in the works with Grass. I will be happy to "start" communication from NK if it will help you on some Grass accounts.
>
> BK
>
> ***Kevin & Jen Plant <plant0656@bellsouth.net>*** wrote:
>
> > Brian-
> >
> > For some reason I am trying to get this message to Gary it cannot be delivered.
> >
> > FYI-

**Kevin & Jen Plant**

**From:** "Deidra Miltimore" <Deidra_Miltimore@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Monday, October 02, 2006 5:57 PM
**Subject:** RE: marketing materials

Hi Kevin

Welcome to Nihon Kohden!

I will send as much literature as I can to your home address. Our warehouse is under construction right now and my marketing materials have been scattered. I know I have at least 20-30 of each that I can send you for now though.

Let me know if I can help you with anything else.

**Deidra J. Miltimore**
**Marketing Administrator, Nihon Kohden America, Inc.**
**ph: (949) 580-1555 ext. 3330**
**fax: (949) 580-1550**

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Monday, October 02, 2006 2:21 PM
**To:** Deidra Miltimore
**Subject:** marketing materials

Deidra-

Good afternoon, I was wondering if you could send me some marketing materials I can use for either hand outs or for mailings.
I can keep a quantity on hand in my office for use while on the road. Say 50 of each.

Thank you,

~~Kevin Plant~~

402 Randon Terrace
Lake Mary, FL 32746

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** <plant0656@bellsouth.net>
**Cc:** "'Beverly Tate-Sosa'" <Beverly_Tate-Sosa@nkusa.com>; <David_Hopkins@nkusa.com>; "'Gary Reasoner'" <Gary_Reasoner@nkusa.com>; "Mark Rizk" <rizk21@verizon.net>; "'Randy Cook'" <Randy_Cook@nkusa.com>; "'Borden Jarosz'" <Borden_Jarosz@nkusa.com>; "'Alan Trimner'" <alan_trimner@nkusa.com>; <BBRICKELL@AOL.COM>; <bob_faircloth@nkusa.com>; "'Bryan Kehoe'" <bryan_kehoe@nkusa.com>; <cbosw29750@aol.com>; "'Dan Mills'" <dan_mills@nkusa.com>; <domc@prodigy.net>; "'Jeff Howard'" <jeff_howard@nkusa.com>; "'Joe Shields'" <joe_shields@nkusa.com>; "'Steve Teggart'" <steve_teggart@nkusa.com>; <tim_fields@nkusa.com>; "'Tom Valliere'" <tom_valliere@nkusa.com>
**Sent:** Tuesday, October 03, 2006 8:26 AM
**Attach:** PHONE DIRECTORY October 2006.doc
**Subject:** stuff

Good Morning Kevin,

I am not sure if you have this information or not. But just in case I thought I would pass along.

NKA VM: (800) 325-0283 or (949) 580-1555; Your mail box is #8145. To retrieve VM dial either number and press the * key and follow the promps. The default PW is #. (You will need to set up your own PW)

E-mail is kevin_plant@nkusa.com

efax # is 1-407-641-9322

You can contact David Hopkins at ext. 3334 to link your e-mail to your nkusa.com e-mail.

Contact Beverly Tate-Sosa at ext.3390 for questions regarding setting up efax. You can also go to www.efax.com and find information on the service. "once you go paperless you will never go back!"

I have also attached a phone directory that will be helpful. Print it out and bring with you today so we can go over key contacts.

See you this afternoon,
BK

## Kevin & Jen Plant

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Tuesday, October 03, 2006 8:50 AM
**Subject:** RE: stuff

I will call you after I drop off the van to get cleaned up. I would assume we would still meet around 2PM in the Lakeland area.

BK

---

**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, October 03, 2006 8:31 AM
**To:** Bryan Kehoe
**Subject:** Re: stuff

Thanks for the information.
Just let me know a time and place to meet up with you.

Kevin

> ----- Original Message -----
> **From:** Bryan Kehoe
> **To:** plant0656@bellsouth.net
> **Cc:** 'Beverly Tate-Sosa' ; David_Hopkins@nkusa.com ; 'Gary Reasoner' ; Mark Rizk ; 'Randy Cook' ; 'Borden Jarosz' ; 'Alan Trimner' ; BBRICKELL@AOL.COM ; bob_faircloth@nkusa.com ; 'Bryan Kehoe' ; cbosw29750@aol.com ; 'Dan Mills' ; domc@prodigy.net ; 'Jeff Howard' ; 'Joe Shields' ; 'Steve Teggart' ; tim_fields@nkusa.com ; 'Tom Valliere'
> **Sent:** Tuesday, October 03, 2006 8:26 AM
> **Subject:** stuff
>
> Good Morning Kevin,
>
> I am not sure if you have this information or not. But just in case I thought I would pass along.
>
> NKA VM: (800) 325-0283 or (949) 580-1555; Your mail box is #8145. To retrieve VM dial either number and press the * key and follow the promps. The default PW is #. (You will need to set up your own PW)
>
> E-mail is kevin_plant@nkusa.com
>
> efax # is 1-407-641-9322
>
> You can contact David Hopkins at ext. 3334 to link your e-mail to your nkusa.com e-mail.
>
> Contact Beverly Tate-Sosa at ext.3390 for questions regarding setting up efax. You can also go to www.efax.com and find information on the service. "once you go paperless you will never go back!"
>
> I have also attached a phone directory that will be helpful. Print it out and bring with you today so we can go over key contacts.
>
> See you this afternoon,
> BK

**Kevin & Jen Plant**

**From:** "Bob Faircloth" <Bob_Faircloth@nkusa.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Tuesday, October 03, 2006 11:10 AM
**Subject:** Welcome to NKA

Laurie is anxious to hear about your final days' experience, but wasn't sure how to reach you. She is traveling in Arizona this week, so please give her a call on her cell when you get a chance (310-528-0729).

If I can be of help in your transition period, please let me know. Now that you've taken the New Guy title from me, I'm sure that there are a few tidbits that I can share as the prior incumbent. I've collected a lot of digital documentation that I had to pull from a variety of sources that I'd be happy to send to you. Call me when you get a breather; my cell is always best.

Good Luck!

*Bob*

Bob Faircloth
Senior Account Executive
**Nihon Kohden America**
Voice Mail: 800-325-0283 x8251
Mobile: 310-892-8683
bob_faircloth@nkusa.com

## Kevin & Jen Plant

**From:** "Thomas W Valliere" <twvalliere@ntin.net>
**To:** <plant0656@bellsouth.net>
**Sent:** Tuesday, October 03, 2006 8:49 PM
**Subject:** Welcome aboad

Howdy Kevin!

Just wanted say welcome to the best corporation in the industry and to offer my help at any time. I have been with NK for 20 years and it's been a great ride - hang in there till it happens - I wish the same for you.

Call me anytime (stats below) and here's to good selling!

Tom Valliere
Senior Accounts Executive, Dallas Texas
Neurology & Sleep Diagnostic Products
NIHON KOHDEN AMERICA, INC.
800-325-0283 -9- ext 8137 voice mail
949-580-1550 orders fax
940-727-2704 cellular

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin & Jen Plant'" <plant0656@bellsouth.net>; "'Kevin Plant'" <Kevin_Plant@nkusa.com>
**Sent:** Monday, October 09, 2006 4:18 PM
**Subject:** FW: POLYSMITH

Kevin,

Here is a lead from Mark Rizk. Call me before you call her. I will give you some info on hospitals in her area using our system including a lab with wireless.

Mark,

Please contact Kevin regarding some training. When is your next visit to Florida? Kevin is very strong in Sleep. He will be an asset to your team.

BK

p.s. Kevin's NK VM is ext. 8145

---

**From:** Mark Rizk [mailto:Mark_Rizk@nkusa.com]
**Sent:** Monday, October 09, 2006 4:12 PM
**To:** Bryan Kehoe
**Subject:** FW: POLYSMITH

Bryan,
Can you forward this to the new guy. I need to get his information.

---

**From:** Jake B. Johnson [mailto:jake@neurotronics.com]
**Sent:** Mon 10/9/2006 12:56 PM
**To:** Mark Rizk
**Subject:** FW: POLYSMITH

---

**From:** Ericca Thomas [mailto:lah_la@yahoo.com]
**Sent:** Monday, October 09, 2006 3:49 PM
**To:** sales@neurotronics.com
**Subject:** POLYSMITH

Hello:

Can you please mail me any information you have on Sleep Diagnostic Systems - systems specifications, cost, etc. I am especially interested in wireless systems. I was told about your new PolySmith system from a fellow technician that is currently using it in her lab. I am looking for something lightweight and transportable for studies to be done outside of the lab setting.

Thank you in advance,

Ericca Thomas, RPSGT
4802 51st St. W. #1918
Bradenton, FL 34210

Yahoo! Messenger with Voice. Make PC-to-Phone Calls to the US (and 30+ countries) for 2¢/min or less.

## Kevin & Jen Plant

**From:** "Michael Ohsawa" <Michael_Ohsawa@nkusa.com>
**To:** <plant0656@bellsouth.net>
**Sent:** Tuesday, October 10, 2006 7:35 PM
**Subject:** RE: questions

Kevin,

Sorry for the delayed response to your questions regarding phone expenses and the wireless card.

NKA reimburses 100% of business cell phones and choice of one of the following: 100% of DSL monthly line charges for your home office, or wireless Internet access if you have good coverage in your territory. If you opt for the wireless access, just include the cost of the wireless card on your expense report.

The system should have been configured to give you VPN access to our email server. If you have any technical questions regarding how to pick up email, please contact David Hopkins at ext 3334.

Hope you are enjoying a smooth transition to NKA.

Michael Ohsawa

-----Original Message-----
**From:** Gary Reasoner
**Sent:** Thursday, October 05, 2006 12:17 PM
**To:** Michael Ohsawa
**Subject:** FW: questions

Michael

Please answer me back on these questions, I'm not sure what we are doing for DSL, I believe we were paying 3/4 of the cost?

Yes to the wireless card, makes everyone more efficient.

Gary
-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Thursday, October 05, 2006 8:21 AM
**To:** Gary Reasoner
**Subject:** questions

Good morning Gary-

I have a few quick questions.

I currently have a phone line and DSL line in my home office that I can use for NK. I was wondering if NK provides reimbursement for those?

Also, when I receive my laptop, I was going to look into a wireless card fro downloading efaxes and emails while I am on the road. Does NK also reimburse for this as well?
Who should I contact back at NK to help me with setup of the laptop to receive emails etc.

I have Bryan's van and was not sure if you needed me to fill out any paperwork for change of information.

Speak to you soon,
Kevin

**Kevin & Jen Plant**

**From:** "Bryan Kehoe" <bryankehoe@yahoo.com>
**To:** "'Kevin Plant'" <Kevin_Plant@nkusa.com>; "'Kevin & Jen Plant'" <plant0656@bellsouth.net>
**Sent:** Wednesday, October 11, 2006 7:42 AM
**Subject:** Today's plan

Good Morning Kevin,

Slight change in plans for today.

Let's meet at Shands-Jacksonville around 1-1:30PM. I will call while I am on the road.

Please reply to this e-mail so I know you received it.

Thanks,
BK

October 15, 2006

Kevin Plant
402 Randon Terrace
Lake Mary, FL 32746

Dear Kevin,

It is with pleasure that we extend an offer of employment to you with Nihon Kohden America, Inc. as a Neurology Account Executive. You will be expected to build market share and increase sales for neurology and sleep products throughout Florida. Your first day of employment is scheduled for October 1, 2006.

Your compensation and benefits package for this position will be effective as indicated below.

- Your annual base salary will be $52,000 paid bi-weekly in the amount of $2,000.00. Your first paycheck is scheduled for October 13, 2006
- You will receive a company leased Kia Sedona minivan for transporting equipment to your sales demonstrations.
- You will be paid a guaranteed commission of $2,000 per month for the first 6 months of employment. The first commission payment will be paid with your October 27th payroll.
- With the exception of the 401k plan, you will be eligible for Company paid benefits on the first of the month following 30 days of continuous employment. The premium for your benefits, should one apply, will be deducted from your paycheck each pay period.

Deleted: 75,

Kevin, we look forward to your contribution and sharing the success of Nihon Kohden America, Inc. These are very exiting times within the industry and Nihon Kohden. We believe that our new line of products coupled with your sales management and clinical skills will allow Nihon Kohden to significantly grow our business.

If the terms of employment are in agreement with you, please sign and return this letter indicating your acceptance and understanding. **Your signature will also confirm that you have received and agree with my letter dated October 9, 2006 whereby you have agree not to violate the provisions for confidentiality in your Astro-Med employment agreement.** A copy will be provided for your records. If you have questions, please do not hesitate to contact our HR Administrator, Beverly Tate-Sosa at extension 3390.

The Federal Immigration Law of 1986 requires employers to verify the identity and eligibility for employment in the United States of all employers hired on or after November 1986. In compliance with this law, we would appreciate your cooperation in completing the enclosed Employment Eligibility Form along with copies of the required documentation. Also, you will find other forms necessary for your employment that must be returned prior to your hire date. Your offer letter should be signed, dated and returned to the Human Resources office immediately.

Sincerely,

Michael Ohsawa
Director of Operations

____________________________ ________________

Signature of Acceptance Date

**Kevin & Jen Plant**

**From:** "Gary Reasoner" <Gary_Reasoner@nkusa.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Tuesday, October 24, 2006 12:58 PM
**Subject:** RE: questions

Kevin

Hope you are doing well. I haven't forgotten about you, just busy. Did you get answers to these questions?

Gary

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Thursday, October 05, 2006 8:21 AM
**To:** Gary Reasoner
**Subject:** questions

Good morning Gary-

I have a few quick questions.

I currently have a phone line and DSL line in my home office that I can use for NK. I was wondering if NK provides reimbursement for those?

Also, when I receive my laptop, I was going to look into a wireless card fro downloading efaxes and emails while I am on the road. Does NK also reimburse for this as well?
Who should I contact back at NK to help me with setup of the laptop to receive emails etc.

I have Bryan's van and was not sure if you needed me to fill out any paperwork for change of information.

Speak to you soon,
Kevin

**Kevin & Jen Plant**

**From:** "Barlow, Cathy" <CBarlow@ASTROMED.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Tuesday, February 13, 2007 12:32 PM
**Subject:** RE: Rollover of 401K

Kevin,
The check will be made payable to Fidelity. Citistreet will only mail distributions to the participant. You are responsible for sending it to Fidelity.
Cathy

cbarlow@astromed.com
401-828-4000 Ext 271
401-822-0139 Fax

6e<sup></sup>

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, February 13, 2007 11:29 AM
**To:** Barlow, Cathy
**Subject:** Re: Rollover of 401K

Cathy-

I am assuming this is tax deferred and not part of income for FY07.
Is it in my name?
Once received, I just send it over to my new account at Fidelity.

Kevin

----- Original Message -----
**From:** Barlow, Cathy
**To:** Kevin & Jen Plant
**Sent:** Tuesday, February 13, 2007 10:54 AM
**Subject:** RE: Rollover of 401K

Kevin,
Your distribution has been sent to Citistreet. Citistreet will send the check for Fidelity to your home address, you will be responsible for sending the check to Fidelity.
Cathy Barlow

cbarlow@astromed.com
401-828-4000 Ext 271
401-822-0139 Fax

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, February 13, 2007 8:14 AM
**To:** Barlow, Cathy
**Subject:** Rollover of 401K
**Importance:** High

Cathy-

I Forwarded to you last week all the forms for my 401K rollover into my new Fidelity account. Enclosed are the specifics from Fidelity, when the distribution check is ready.

Please make the check payable to the following:

Fidelity management Trust Company
Attn: Corporate Rollover Department
FBO Kevin M. Plant
File# W034940-30JAN07
PO Box 770001
Cincinnati, OH 45277-0037

Thank you again,
Kevin Plant

**Kevin & Jen Plant**

**From:** "Barlow, Cathy" <CBarlow@ASTROMED.com>
**To:** "Kevin & Jen Plant" <plant0656@bellsouth.net>
**Sent:** Tuesday, February 13, 2007 11:54 AM
**Subject:** RE: Rollover of 401K

Kevin,
Your distriibution has been sent to Citistreet. Citistreet will send the check for Fidelity to your home address, you will be responsible for sending the check to Fidelity.
Cathy Barlow

cbarlow@astromed.com
401-828-4000 Ext 271
401-822-0139 Fax

-----Original Message-----
**From:** Kevin & Jen Plant [mailto:plant0656@bellsouth.net]
**Sent:** Tuesday, February 13, 2007 8:14 AM
**To:** Barlow, Cathy
**Subject:** Rollover of 401K
**Importance:** High

Cathy-

I Forwarded to you last week all the forms for my 401K rollover into my new Fidelity account.
Enclosed are the specifics from Fidelity, when the distribution check is ready.

Please make the check payable to the following:

Fidelity management Trust Company
Attn: Corporate Rollover Department
FBO Kevin M. Plant
File# W034940-30JAN07
PO Box 770001
Cincinnati, OH 45277-0037

Thank you again,
Kevin Plant

# EXHIBIT 'B'

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

**AFFIDAVIT OF KEVIN PLANT SUBMITTED IN COMPLIANCE WITH FEBRUARY 16, 2007 MODIFIED PRELIMINARY INJUNCTION ORDER**

I, Kevin Plant, declare as follows:

1. I am a citizen of the State of Florida over the age of eighteen. The matters set forth herein are based upon my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. Even though I have objected to the extent of Plaintiff's Customer List (which Plaintiff served on or about February 23, 2007), I have not contacted any individual or entity listed on Plaintiff's Customer List.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of August, 2007 in Lake Mary, Florida.

Ken M[signature]
Kevin Plant, Affiant

NOTARY:
Subscribed and sworn to before me this 6th day of August, 2007 in the State of Florida.

S Lockhart[signature]

My Commission Expires: ________

NOTARY PUBLIC - STATE OF FLORIDA
S. Lockhart
Commission #DD652485
Expires: MAR. 19, 2011
BONDED THRU ATLANTIC BONDING CO., INC.