UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.

v. CA 06-533 ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Emergency Motion to Extend the Motion Cut-off (sic) Date. Plaintiff objects.

Defendants seek an extension of time within which to file a motion for summary judgment. The motion filing deadline, previously extended by the Court at Defendants' request, was set at October 19, 2007. Defendants waited until December 5, 2007 to file the instant request. Defendants claim that they "recently learned that there is evidence (or lack of evidence) that strongly supports summary judgment being entered in their favor". . . (Defendant's Motion, p.1)

Plaintiff counters that the "evidence" Defendants reference would not, as Defendants contend, result in a home-run for summary judgment in Defendants' favor. It appears to this Court that the "evidence" relied upon by Defendants, when subjected to Rule 56 scrutiny, would, at best, result in a draw. This Court, therefore, sees no

reason to grant Defendants' request to file a motion for summary judgment out of time.

Accordingly, Defendants' Motion is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 4 , 2008