UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| v. | : | CA 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**NOTICE OF ERRATA**
**RE MEMORANDUM AND ORDER**

The Memorandum and Order Granting Plaintiff's Motion for Sanctions (Document #130) erroneously stated on page 30 that the date of issuance was "January 3, 2007." The date should have read: "January 3, 2008." This Notice of Errata corrects that error.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 7, 2008