UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**SUPPLEMENTAL AFFIDAVIT OF CRAIG M. SCOTT, ESQ.**

CRAIG M. SCOTT, pursuant to the January 3, 2008 Memorandum and Order Granting Plaintiff's Motion for Sanctions (the "Order"), declares as follows:

1. I am a member of the firm of Duffy, Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, and am admitted to practice before this Court. I offer this Supplemental Affidavit[1] in support of plaintiff, Astro-Med, Inc.'s ("Astro-Med") Motion for Sanctions Against Defendant, Nihon Kohden America, Inc. and E.P. Michael Karcis, Esq.

2. I have reviewed the invoices issued to Astro-Med by this firm for the period of June 10, 2007 (the date of my travel to Santa Monica, California) through August 6, 2007 (the date of the oral argument on the fully briefed Motion for Sanctions). Attached hereto as Exhibit A is a statement, as directed by the Order, of all time billed by each Duffy, Sweeney & Scott, LTD. professional during that period for work described in paragraphs 1 and 2 of the Sanction section of the Order.

[1] This Affidavit supplements my Affidavit of June 18, 2007, Exhibit B to Plaintiff's Motion for Sanctions that details my time of 27.3 hours associated with the travel to and from Santa Monica, California and the non-appearance of the witnesses at the Court-ordered depositions.

3. The services reflected in Exhibit A were reasonably necessary and include services required to: (a) travel to and from Santa Monica, California; (b) appear at the depositions in Santa Monica, California and make a record of the witnesses' non-appearances; (c) present an oral motion for sanctions; (d) research and draft the Motion for Sanctions; (e) review Nihon Kohden's opposition memorandum and affidavits; (f) research and draft a Reply Memorandum in support of the Motion for Sanctions; and (g) prepare for and argue the Motion for Sanctions.

4. Attorney Robert Duffy, also a member of the Firm, performed services for Astro-Med in connection with Nihon Kohden and Mr. Karcis' disregard of this Court's rulings that ordered the depositions to take place on June 11, 2007 in Santa Monica, California. Attorney Byron McMasters, an associate of the Firm, and Crystal Dartt, a paralegal, assisted Mr. Duffy.

5. Duffy, Sweeney & Scott, LTD charged Astro-Med the following hourly rates, which were customarily charged by counsel in like cases in 2007: Craig M. Scott, Partner ($365); Robert M. Duffy, Partner ($365); Byron McMasters, Associate ($235); and Crystal Dartt, Paralegal ($155). The firm charged Astro-Med for the actual hours worked multiplied by the applicable rate.

6. In addition to the attorneys' fee award, the Court ordered Nihon Kohden and Mr. Karcis to reimburse Astro-Med for its expenses "incurred as a result of its counsel flying to Santa Monica, California, and appearing at the deposition on June 11, 2007." (Order, p. 29 at ¶ 1.) Those travel expenses amount to $1,249.11 and include airfare, hotel, meals and ground transportation. Astro-Med also incurred stenographic fees of $234.69. Charges of this nature are not included in firm overhead and are customarily billed to clients at cost.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on January 14th, 2008.

Craig M. Scott

STATE OF RHODE ISLAND
CITY OF PROVIDENCE

Subscribed and sworn to before me this 14th day of January, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Supplemental Affidavit of Craig M. Scott, Esq.*** was filed through the ECF system on the 14th day of January, 2008, and will be sent electronically to the counsel-named below, who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig M. Scott
Craig M. Scott, Esq.