# EXHIBIT A

# EXHIBIT A

## PLAINTIFF'S STATEMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE COURT'S JANUARY 3, 2008 MEMORANDUM AND ORDER

| Duffy Sweeney & Scott | | | |
|---|---|---|---|
| | | | |
| **Attorney/Paralegal** | **Hourly Rate** | **Total Hours Billed** | **Fees** |
| | | | |
| Craig M. Scott | 365.00 | 30.20 | 11,023.00 |
| Robert M. Duffy | 365.00 | 20.50 | 7,482.50 |
| Byron L. McMasters | 235.00 | 6.40 | 1,504.00 |
| Crystal Dartt | 155.00 | 4.60 | 713.00 |
| | | | |
| | | **SUBTOTAL:** | **20,722.50** |
| | | | |
| | | | |
| | | | |
| | | | |
| **Expenses** | | | |
| | | | |
| **Item** | **Amount** | | |
| | | | |
| Travel Expenses | 1,249.11 | | |
| Depositions Fees | 234.69 | | |
| | | **SUBTOTAL:** | **1,483.80** |
| | | | |
| | | **TOTAL:** | **22,206.30** |