**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

**AFFIDAVIT OF BRUCE W. GLADSTONE, ESQ. IN SUPPORT OF OBJECTION TO PLAINTIFF'S REQUEST FOR AN AWARD OF ATTOREYS' FEES AND COSTS**

I, Bruce W. Gladstone, declare as follows:

1. I am an attorney at law, licensed to practice before all Courts in the State of Rhode Island. I am an attorney with the firm of Cameron & Mittleman LLP and am one of the attorneys of record for Defendants, Nihon Kohden America, Inc. ("Nihon Kohden") and Kevin Plant. The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. Before an April 16, 2007 hearing on Nihon Kohden's Motion for Protective Order, Plaintiff served written discovery and a Notice for the deposition of an unspecified Nihon Kohden representative -- a person most knowledgeable -- without a statement or list of the categories of examination. While Nihon Kohden did not seek a protective order regarding these discovery documents, it has been claimed that Nihon Kohden's objections (such as a request for documents being "vague") should have been raised at the April 16th hearing. However, Nihon Kohden did not desire to seek a protective order regarding the Nihon Kohden deposition or the written discovery. Instead, at that time, Nihon Kohden intended to assert and did assert the valid objections it had to that discovery, especially the clearly defective notice of deposition.

3. At the conclusion of the April 16th hearing and just before counsel left the courtroom, Plaintiff's counsel, Robert Duffy, approached my co-counsel, E.P. Michael Karcis, and me. At that time, we discussed only the issue of written discovery responses, not depositions or

objections thereto. Confirming this fact, as stated in the letter of E.P. Michael Karcis dated April 20, 2007 (see Nihon Kohden Mem., Ex. C (Letter from Karcis to Duffy of 4/20/07) at p. 1), the discussions between counsel regarding the deposition took place April 17, the day after the April 16 hearing.

4. Even though Plaintiff's notice of deposition was defective, Nihon Kohden agreed to proceed with the deposition (see Nihon Kohden Mem., Ex. C (Letter from Karcis to Duffy of 4/20/07) at p. 1). However, Plaintiff's counsel unilaterally and without notice cancelled the deposition.

5. Plaintiff's counsel re-noticed and (again) unilaterally canceled the deposition. This second unilateral cancellation led to Plaintiff's counsel again re-noticing the deposition for June 11, 2007. Disputes concerning the June 11th depositions gave rise to this Court's January 3, 2008 ruling.

6. As previously stated, on June 11th, Nihon Kohden's witnesses were in attendance at the 21st Annual Meeting of the Associated Professional Sleep Societies in Minnesota – a fact known to Plaintiff, due to Plaintiff's own attendance at the Conference.

7. Over Nihon Kohden's objection, and notwithstanding the fact that Nihon Kohden did, in fact, produce those witnesses in Rhode Island on June 19th at its own expense and did, in fact, make reasonable efforts to advise Plaintiff's counsel of the witnesses' unavailability for the June 11th date on June 8, 2007, before Attorney Scott began traveling to California, this Honorable Court's January 3, 2008 ruling imposing sanctions, allowed Plaintiff to request attorneys' fees and costs.

8. In its fee request, although Plaintiff's counsel does not provide this Honorable Court or Nihon Kohden with the specific fees and expenses incurred in connection with travel to Santa Monica, California, the Supplemental Affidavit of Craig M. Scott, Esq. (Docket Entry No. 134) states that the fees and costs Plaintiff is claiming include those items. However, Mr. Scott neglected to inform this Court that he appears to have also traveled to California that weekend, on business separate from this action. In this regard, based on a **"Pacer"** search, Mr. Scott and his firm represent parties in the United States District Court for the Central District of California cases: (i) Ronald A. Katz Technology Licensing LP v. Citizens Financial Group, Inc., Case No. 2:07-cv-04964-RGK-FFM; and (ii) In re Katz Interactive Call Processing Patent Litigation, Case No. 2:07-ml-01816-RGK-FFM. See **Exhibit A** containing applicable sections of the docket

sheet from matter # 2:07-ml-01816, which docket identifies Attorney Scott and the firm of Duffy Sweeney & Scott as a lead counsel, and states that there was, in fact, a hearing in that matter in the Federal District Court for the Central District of California on June 12, 2007, one day after the June 11, 2007 scheduled deposition date. In fact, it was my understanding, from my conversations with Mr. Scott, late afternoon on June 8, 2007, that he was traveling to California for both the scheduled depositions and for other business in California unrelated to this matter, *i.e.,* it was a dual-purpose trip.

9. Upon information and belief, the hourly rates of $365 for Mr. Scott and his partner, Robert M. Duffy, are excessive. In my experience, the customary non-trial rate for Rhode Island based litigation counsel is approximately $225 to $325, and oftentimes a reduced rate is agreed upon for time taken in travel.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Providence, Rhode Island, on January 22, 2008.

Bruce W. Gladstone

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 22nd day of January, 2008.

Notary Public – LISA J. GIACCHI
My Commission Expires: 6/27/09

**EXHIBIT A**

(FFMx), DISCOVERY, LEADPT, MDL, PROTORD

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**(Western Division - Los Angeles)**
**CIVIL DOCKET FOR CASE #: 2:07-ml-01816-RGK-FFM**

In re Katz Interactive Call Processing Patent Litigation
Assigned to: Judge R. Gary Klausner
Referred to: Magistrate Judge Frederick F. Mumm
Member case: (View Member Case)
Cause: 28:1331 Fed. Question

Date Filed: 03/30/2007
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**In Re:**

**Katz Interactive Call Processing Patent Litigation** represented by **Anthony M Stiegler**
Cooley Godward
4401 Eastgate Mall
San Diego, CA 9212
858-550-6000
Email: tstiegler@coo
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Kent M Walker**
Cooley Godward
4401 Eastgate Mall
San Diego, CA 9212
858-550-6000
Email: walkerkm@cc
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Patrick J Flinn**
Alston & Bird
One Atlantic Ctr
1201 W Peachtree St
Atlanta, GA 30309-3
404-881-7000
Email: patrick.flinn@
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Plaintiff**

**Ronald A Katz Technology Licensing LP** represented by **Aaron F Olsen**
Cooley Godward
4401 Eastgate Mall
San Diego, CA 9212
858-550-6000

Cross and Simon
913 North Market Str
Wilmington, DE 198
302-777-4200
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Movant**

**Citizens Financial Group Inc** represented by **Christine Bush**
Duffy & Sweeney
One Turks Head Plac
Providence, RI 0290
401-455-0700
Email: cbush@duffy
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Craig M Scott**
Duffy & Sweeney
One Turks Head Plac
Providence, RI 0290
401-455-0700
Email: cscott@duffy
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Grant E Kinsel**
Foley and Lardner
2029 Century Park E
Los Angeles, CA 90
310-277-2223
Email: gkinsel@foley
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Robert M Duffy**
Duffy Sweeney & Sc
One Turks Head Plac
Providence, RI 0290
401-455-0700
Email: rduffy@duffy
*LEAD ATTORNEY*
*ATTORNEY TO BE N*

**Movant**

**Experian Information Solutions Inc.** represented by **Kenneth R Adamo**
Jones Day
North Point
901 Lakeside Ave
Cleveland, OH 4411

(FFMx), DISCOVERY, LEADPT, MDL, PROTORD

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles) CIVIL DOCKET FOR CASE #: 2:07-ml-01816-RGK-FFM

In re Katz Interactive Call Processing Patent Litigation
Assigned to: Judge R. Gary Klausner
Referred to: Magistrate Judge Frederick F. Mumm
Member case: (View Member Case)
Cause: 28:1331 Fed. Question

Date Filed: 03/30/2007
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2007 | | CERTIFIED COPY OF TRANSFER ORDER from Judicial Panel on Multidistrict Litigation received creating Master Docket MDL 1816 In Re: Katz Interactive Call Processing Patent Litigation. Case assigned to Judge R. Gary Klausner for the purpose of pretrial proceedings.(rrey, ) (Entered: 04/05/2007) |
| 03/30/2007 | 1 | MDL ORDER: IT IS THEREFORE ORDERED that pursuant to 28 USC Section 1407, the actions listed on Schedule A are transferred to the Central District of California and with the consent of that court, assigned to the Honorable R. Gary Klausner for coordinated or consolidated pretrial proceedings. (rrey, ) (Entered: 04/05/2007) |
| 04/10/2007 | 3 | STIPULATION on Dismissal of Marriot Defendants Lodged Proposed Order. (jp) (Entered: 04/30/2007) |
| 04/11/2007 | 2 | ORDER ON DISMISSAL OF MARRIOTT DEFENDATS: The Court is of the opinion that the Stipulation should be granted and therefore, it is hereby: 1) ORDERED, ADJUDGED AND DECREED that all claims asserted by RAKTL against Marriott and all counterclaims asserted by Marriott against RAKTL are dismissed with prejudice; 2) ORDERED, ADJUDGED AND DECREED that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of the Action; 3) ORDERED, ADJUDGED AND DECREED that the Court that presided over the Action before the MDL Order was entered shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and 4) ORDERED, ADJUDGED AND DECREED that all unresolved pending motions in the Action between these settling parties shall be denies as moot. So ORDERED and SIGNED by Judge R. Gary Klausner. (jp) (Entered: 04/12/2007) |
| 05/01/2007 | 4 | ORDER ON APPLICATION of Non-Resident Attorney F. Michael Speed, Jr on behalf of defendant Humana Inc to Appear in a Specific Case designating Gregory M. Salvato as local counsel is Approved by Judge R. Gary Klausner.(jp) (Entered: 05/08/2007) |

| | | |
|---|---|---|
| 05/04/2007 | 5 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge R. Gary Klausner. ORDERING Answer Affirmative Defenses and Counterclaims of the Chevron Defendants received on 4/30/2007 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (jp) (Entered: 05/09/2007) |
| 05/08/2007 | 11 | REPORTER'S TRANSCRIPT OF CASE MANAGEMENT CONFERENCE Held in Beaumont, Texas at 10:00 AM., on January 25, 2007, Volume: 1 of 1, Page 1 through 95. (jp) (Entered: 06/06/2007) |
| 05/15/2007 | 6 | ORDER SETTING INITIAL CONFERENCE by Judge R. Gary Klausner: Status Conference set for 6/12/2007 09:30 AM before Judge R. Gary Klausner. (see order for further details)(shb, ) (Entered: 05/15/2007) |
| 05/18/2007 | 7 | MINUTES before Judge R. Gary Klausner: (IN CHAMBERS) AMENDMENT TO ORDER SETTING INITIAL STATUS CONFERENCE 6. On March 14, 2007, the Court issued an Order Setting Initial Status Conference. That order shall be amended as follows: 2) Preparations for Conference. (a) Counsel should be prepared at the conference to suggest procedures that will facilitate the just, speedy, and inexpensive resolution of this litigation. Counsel are also required to review the Local Rules for the Central District of California, this Court general procedures and this Court Standing Order, all of which may be found on the Central District of California website at www.cacd.uscourts.gov. IT IS SO ORDERED. Court Reporter: Not Reported. (jp) (Entered: 05/23/2007) |
| 05/18/2007 | 10 | AMERICAN AIRLINES SUBMISSION REGARDING LIAISON COUNSEL. (jp) (Entered: 06/05/2007) |
| 05/18/2007 | 12 | APPLICATION to Appoint Matthew J. Moore of Howrey LLP as Defendants Liaison Counsel. (jp) (Entered: 06/06/2007) |
| 05/18/2007 | 13 | JOINT REQUEST AND MEMORANDUM for Inclusion in Electronic Filing Pilot Project by All Parties. (jp) (Entered: 06/06/2007) |
| 05/24/2007 | 23 | PRELIMINARY REPORT of Target Corporatin, Target Bank, Target National Bank. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 8 | NOTICE of Association of Counsel Adding Gary A Clark, Darren M Franklin and Daniel Muniz of Sheppard Mullin Richter and Hampton. Filed by defendants Fedex Corporation, Federal Express Corporation, Fedex Corporate Services, Inc and Fedex Customer Information Services (bb, ) (Entered: 05/29/2007) |
| 05/25/2007 | 9 | NOTICE of Appearance of Michael R Heimbold of the law firm of Steptoe & Johnson LLP for defendant National Railroad Passenger Corporation (AMTRAK) (ir) (Entered: 06/04/2007) |
| 05/25/2007 | 14 | PRELIMINARY REPORT of Qwest Defendants. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 15 | CERTIFICATE OF SERVICE of Preliminary Report [14] served on 5/25/2007 by Defendants. (jp) (Entered: 06/12/2007) |

| | | |
|---|---|---|
| 05/25/2007 | 16 | Wilmington Trust Company and Wilmington Brokerage Services Company Preliminary Report. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 17 | PRELIMINARY Report of TD Banknorth Inc. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 18 | NATIONAL RAILROAD PASSENGER CORPORATION PRELIMINARY REPORT. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 19 | DEFENDANT AQUILA INC PRELIMINARY REPORT. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 20 | PRELIMINARY REPORT of Reliant Energy Inc and Reliant Energy Retail Services LLC. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 21 | PRELIMINARY REPORT of Aetna Inc and Aetna Rx Home Delivery LLC for Initial Conference. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 22 | PRELIMINARY REPORT of The CIGNA Defendants. (jp) (Entered: 06/12/2007) |
| 05/25/2007 | 24 | PRELIMINARY REPORT of Defendants American Airlines Inc and American Beacon Advisors Inc. (ir) (Entered: 06/13/2007) |
| 05/25/2007 | 29 | Preliminary Report of Wellpoint, Inc.;Professional Claim Services, Inc. D/B/A Wellpoint Pharmacy Management, Inc; Anthem Prescription Management, LLC; and Precision RX, Inc. pursuant to order setting initial conference. (tyw) (Entered: 06/20/2007) |
| 05/25/2007 | 30 | Preliminary Report of Safeway Inc., Randall's Food Markets, Inc. and Randall's Food & Drug, L.P. pursuant to order setting initial conference. (tyw) (Entered: 06/20/2007) |
| 06/08/2007 | 32 | SUPPLEMENTAL PRELIMINARY Report of Plaintiff and Defendant Ronald A Katz Technology Licensing LP with regard to Newly filed cases and actions Transferred from the District of Delaware (Case Numbers CV07-2096, CV07-2099, CV07-2101, CV07-2134, CV07-2192 and CV07-3002 RGK (FFMx) (ir) Modified on 6/28/2007 (ir, ). (Entered: 06/28/2007) |
| 06/12/2007 | 27 | MINUTES OF Initial Conference held before Judge R. Gary Klausner: INITIAL CONFERENCE. Case called. Court and counsel confer. Lead counsel for each defendant identify themselves. Matthew Moore of the Howrey firm is ordered as liaison counsel. The Court informs counsel that is must recuse itself on the Chevron matter, CV 07-2295 RGK (FFMx). The parties are ordered to file a report regarding the status of their contact with the settlement judge, no later than 6/19/2007. All stays are lifted; all previous orders are reinstated; and all pending motions shall be refilled in this Court within 20 days. Discovery cut-off is 4/14/2008; the last day to file any Motions for summary judgment is 5/14/2008., Any issue of conflict of attorneys shall be briefed and filed no later than 6/19/2007 and oppositions filed not later than 6/25/2007. Not later than 6/25/2007, the parties shall file a report informing the Court of any issues that may be consociated or streamlined; and identify 15 claims and 10 patents to be decided by way of Markman hearing. The Court sets a |

| | | |
|---|---|---|
| | | further Status Conference for 8/14/2007 at 09:30 AM. Court Reporter: Lynne Smith. (jp) (Entered: 06/15/2007) |
| 06/14/2007 | 25 | ORDER TO REASSIGN CASE due to self-recusal pursuant to Section 3.2 of General Order 224 by Judge R. Gary Klausner. Case transferred to the calendar of Judge A. Howard Matz for all further proceedings. Case number now reads as 2:07-ml-01816 AHM (FFMx).(rn) (Entered: 06/14/2007) |
| 06/14/2007 | 26 | NOTICE OF CLERICAL ERROR: Judge Klausner was recused from the above MDL case in error: Judge Klausner is only recusing himself from CV 07-2295 RGK (FFMx), which is part of this MDL group of cases. Re: 224 Reassign Case - Self-Recusal - pursuant to GO 224, 3.2 (CV-52) 25 the Case has been returned from Judge A. Howard Matz to Judge R. Gary Klausner for all further proceedings. The case will now reflect the initials of the transferee Judge 2:07-ml-01816 RGK (FFMx). (rn) (Entered: 06/14/2007) |
| 06/14/2007 | 28 | MINUTES IN CHAMBERS before Judge R. Gary Klausner: ORDER RE CONSENT AND RECOMMENDATION FOR COURT-APPOINTED SPECIAL MASTER OR TECHNICAL ADVISOR. On 6/12/2007, the parties appeared for an Initial Status Conference. At the status conference, the parties agreed on the record to the appointment of a special master to perform technical assistance and law clerk functions in this case. The parties are hereby ordered to file a written consent to the Court appointment of a special master, consistent with their agreement, as stated at the status conference (see document for further details). The Consent to the Court Appointment of a Special Master and Technical Advisor, any Objection to the Appointment of Technical Advisor, and Recommendations for Special Master and Technical Advisor shall be filed no later than 6/25/2007. In the interest of reducing the volume of documents filed and maintained by the Court, and to the extent reasonably practicable, all defendants shall jointly file the above-referenced document. IT IS SO ORDERED. Court Reporter: Not Reported. (jp) (Entered: 06/15/2007) |
| 06/19/2007 | 35 | NOTICE of Extension of Date for Filing Motion to Disqualify filed by General Electric defendants. (ad) (Entered: 07/06/2007) |
| 06/20/2007 | 31 | MINUTES OF IN CHAMBERS ORDER held before Judge Frederick F. Mumm : Discovery Conference set for 7/6/2007 09:30 AM before Magistrate Judge Frederick F. Mumm. See minute order for details. (jm) (Entered: 06/21/2007) |
| 06/25/2007 | 41 | PROPOSED PLAN to Streamline and Coordinate the Case and Recommendation for Court-Appointed Special Master or Technical Advisor filed by In Re: Katz Interactive Call Processing Patent Litigation. (ad) (Entered: 07/10/2007) |
| 06/25/2007 | 43 | PLAINTIFF'S CONSENT TO APPOINTMENT OF TECHNICAL ADVISOR AND RECOMMENDATION FOR COURT-APPOINTED SPECIAL MASTER OR TECHNICAL ADVISOR re 28 filed by Ronald |