# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-533 ML |

**SECOND SUPPLEMENTAL AFFIDAVIT OF CRAIG M. SCOTT, ESQ.**

I, Craig M. Scott, Esq., under oath, depose and state as follows:

1. I am a partner in the law firm of Duffy, Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, and am admitted to practice before this Court. I offer this Second Supplemental Affidavit in support of plaintiff, Astro-Med, Inc.'s ("Astro-Med"), Reply Memorandum in Support of a Fee Award.

2. On January 23, 2008, at 9:46 a.m., I contacted Bruce Gladstone, Esq. and requested that he withdraw his affidavit filed in support of Nihon Kohden's Objection to Plaintiff's Request for an Award of Attorneys' Fees, as it contains erroneous information. (A true copy of the email correspondence to Mr. Gladstone is attached hereto as Exh. A). Shortly thereafter, I received an ECF transmission from the Court rejecting Mr. Gladstone's affidavit because it lacked original notary and affiant signatures. Mr. Gladstone re-filed his affidavit. At no time before the initial filing or later re-filing did Mr. Gladstone contact Astro-Med's counsel to inquire as to the accuracy of his position.

3. Multi-district litigation involving telephony patents is pending in the United States District Court for the Central District of California, in a case styled as *In Re Katz Interactive Call Processing Patent Litigation*, 07-ML-01816 RGK. My clients, Citizens Financial Group and affiliated entities, were not parties to this case in June, 2007.

4. Accordingly, I did not attend the conference held in the Central District of California before U.S. District Judge R. Gary Klausner on June 12, 2007. This fact is clear from the Civil Minutes of the conference which are publicly available on PACER. (A true copy of the Civil Minutes identifying lead counsel present is attached hereto as Exh. B.)

5. On June 8, 2007 a Complaint was filed against the Citizens defendants in the District of Rhode Island. I entered my appearance in the District of Rhode Island on June 27, 2007. (A true copy of my Entry of Appearance is attached hereto as Exh. C.)

6. The Rhode Island case was transferred to the Central District of California on July 31, 2007. (A true of the Conditional Order of Transfer is attached hereto as Exh. D.)

7. On June 11, 2007, the Nihon Kohden witnesses failed to appear for deposition. I created a record of the non-appearance. I could not make a flight home to Rhode Island on June 11. I worked on two other matters on June 11 for other clients with cases pending in Rhode Island. Astro-Med was not billed for that time. I billed Astro-Med a total of three hours. None of my time that is the subject of my firm's fee application concerns deposition preparation.

8. On June 12, 2007 at 9:45 a.m. P.T., I flew from Los Angeles to Rhode Island. My flight was re-routed to another city because of inclement weather and I experienced significant delay.

9. Astro-Med pays my full hourly rate for travel and did so in this case before any fee shifting award.

10. I did not tell Mr. Gladstone on June 8, 2007 that my trip involved "other business to California unrelated to this matter …," as he avers in his affidavit. During a May 24, 2007 deposition scheduling conversation I told Mr. Gladstone that if the depositions could coincide with other business I had on the West Coast that would keep the costs down. (See June 18, 2007 Aff. of Craig M. Scott, at ¶ 2.) The other West Coast business could not be coordinated with the depositions in this case.

11. Attached hereto as Exh. E is the First Circuit sanctions order against Nihon Kohden America, Inc. and its counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on January 29, 2008.

Craig M. Scott

STATE OF RHODE ISLAND
CITY OF PROVIDENCE

Subscribed and sworn to before me this 29th day of January, 2008.

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Second Supplemental Affidavit of Craig M. Scott, Esq*** was filed through the ECF system on the 25th day of January, 2008, and will be sent electronically to the counsel-named below as registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and served, via First Class Mail, to the counsel named below who are not registered ECF participants:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Affidavit - Craig Scott (Second Suppl.) 01-25-08