# EXHIBIT A

**Elvira Hanson**

---

**From:** Craig Scott
**Sent:** Wednesday, January 23, 2008 9:46 AM
**To:** Bruce Gladstone
**Subject:** Plant/NK

Bruce,

Your affidavit is inaccurate on several points, most notably that I traveled to California for other work and my affidavit is inaccurate in this regard. This is a serious charge. It is also false.

In the past, I have given you the benefit of the doubt as I considered your role to be that of local counsel and Mr. Karcis as being largely responsible for the myriad misconduct of counsel as determined by the First Circuit and the District of Rhode Island. Now, I have my doubts.

Please let me know by the end of the day if you will withdraw your affidavit and memo.

If not, I will proceed accordingly.

Craig.

Craig M. Scott, Esq.

DUFFY SWEENEY & SCOTT, LTD.

One Turks Head Place, Suite 1200

Providence, Rhode Island 02903

(401) 455-0700 x233

(401) 455-0701 (*Facsimile*)

cscott@duffysweeney.com (*E-mail*)

http://www.duffysweeney.com (*Web*)

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@duffysweeney.com.*