# EXHIBIT B

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ✓
Send ✓
Enter

**CIVIL MINUTES - GENERAL**

Case No. 07-ML-01816-RGK (FFMx) Date June 12, 2007

Title IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

This document relates to:
CV 07-2096-RGK (FFMx); CV 07-2099-RGK (FFMx); CV 07-2101-RGK (FFMx); CV 07-2134 -RGK (FFMx); CV 07-2192-RGK (FFMx); CV 07-2196-RGK (FFMx); CV 07-2213-RGK (FFMx); CV 07-2220-RGK (FFMx); CV 07-2250-RGK (FFMx); CV 07-2254-RGK (FFMx); CV 07-2257-RGK (FFMx); CV 07-2295-RGK (FFMx); CV 07-2299-RGK (FFMx); CV 07-2322-RGK (FFMx); CV 07-2325-RGK (FFMx); CV 07-2326-RGK (FFMx); CV 07-2327-RGK (FFMx); CV 07-2328-RGK (FFMx); CV 07-2336-RGK (FFMx); CV 07-2339-RGK (FFMx); CV 07-2340-RGK (FFMx); CV 07-2356-RGK (FFMx); CV 07-2358- RGK (FFMx); CV 07-2360-RGK (FFMx); and CV 07-3002-RGK (FFMx)

Present: The Honorable R. GARY KLAUNSER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Lynne Smith | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Lead Attorneys Present for Plaintiffs: | Lead Attorneys Present for Defendants: |
|---|---|
| Stephen Neal | Patrick Flynn, Mitchell Lukin, John Amberg, Matt Moore, David Segal, David Callahan Sam Najim, Jeff Standley, Charles Barquist Nada Shamonki, Jason Mirabito, Mike McKool Alfred Fabricant, Steven Anderson, Sharon Isreal, Greg Norrod, Steven Peterson, Curtis Wood, Valerie Wagner, Marti Johnson, Bill Milinski, Tom Kenworthy, Steven Purdy, Holmes Hawkins, Wab Kadaba, Brian Ferguson, Michael Partos |

DOCKETED ON CM
JUN 15 2007
BY 002

**Proceedings:** **INITIAL CONFERENCE**

Case called. Court and counsel confer. Lead counsel for each defendant identify themselves. Matthew Moore of the Howrey firm is ordered as liasion counsel.

The Court informs counsel that it must recuse itself on the *Chevron* matter, CV 07-2295-RGK (FFMx).

27

Court and counsel confer re the concept of the appointment of a special master, settlement procedures, and a settlement officer. A brief recess is taken so that the parties could confer. The parties inform the Court that they agreed to have Retired Judge Tevrizian assigned as the settlement officer. The parties are ordered to file a report regarding the status of their contact with the settlement judge, no later than June 19, 2007.

Counsel for plaintiff shall submit a document within 10 days, identifying which claims of what patents are at issue.

All stays are lifted; all previous orders are reinstated; and all pending motions shall be refiled in this Court within 20 days.

The Court sets the following dates:

Discovery cut-off is April 14, 2008; the last day to file any motion for summary judgment is May 14, 2008. All claim construction matters shall be filed as part of the summary judgment motion.

Any issue of conflict of attorneys shall be briefed and filed no later than June 19, 2007 and oppositions filed not later than June 25, 2007.

The parties shall contact Magistrate Judge Mumm and schedule an initial Rule 16 hearing and discovery plan hearing.

Not later than June 25, 2007, the parties shall file a report informing the Court of any issues that may be consolidated or streamlined; and identify 15 claims and 10 patents to be decided by way of Markman hearing.

The parties request permission to file documents by electronic filing.

The Court sets a further status conference for August 14, 2007 at 9:30 a.m. The preliminary agenda for the status conference shall be status of settlement conferences; status of cases; and any suggestions how to consolidate and simplify proceedings. The parties may give authority to liasion counsel and waive their appearances.

cc: Magistrate Judge Mumm

1 : 20

Initials of Preparer slw

# NOTICE PARTY SERVICE LIST

Case No. 07ML1816-RGK (FFMx) **Case Title** In re Katz Interactive Call Processing Patent Litigation

**Title of Document** INITIAL CONFERENCE MINUTE ORDER

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| ✓ | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| | ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)** |
| Name: | |
| Firm: | |
| Address *(include suite or floor)*: | |
| | |
| | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| | |
|---|---|
| | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
| | |
| | |
| | |
| | |

**Initials of Deputy Clerk** ______