# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

## DEFENDANT NIHON KOHDEN AMERICA, INC.'S MEMORANDUM IN SUPPORT OF ITS RESPONSE TO PLAINTIFF'S REPLY ON PLAINTIFF'S REQUEST FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff's vitriolic reply on its request for attorneys' fees and sanctions ignores the fact that Plaintiff's counsel still has not provided this Court with detailed time records to support their excessive claim for fees and costs. Plaintiff's counsel engages in semantic gamesmanship by limiting his affidavit to a statement that he was not "required" to be in California on other business. What Plaintiff's counsel failed to confirm is that he never had a dual purpose for his travel to California, and that he never billed another client for all or part of his travel expenses incurred in his trip to California. Given the fact that his other client had an active litigation matter in California[1] at the time of Attorney Scott's trip to California on June 10-12, 2007, with an Initial Status Conference in In re Katz Interactive Call Processing Patent Litigation, Case No. 2:07-ml-01816-RGK-FFM (*see* **Exhibit A** to Nihon Kohden's Opposition to Plaintiff's Request for Fees) held on June 12th, Attorney Scott skirted the issue, never addressing the facts head on. Additionally, Plaintiff's counsel failed to explain how his claimed travel time, twice the ten hour time for round trip air travel to and from California, is reasonable and not excessive.

With regard to the hourly rates Plaintiff has submitted, Plaintiff's counsel failed to provide any independent support as to their reasonableness. Moreover, Plaintiff's counsel did not respond to the Defendant's questions regarding the excessive and extraordinary amount of

[1] Ronald A. Katz Technology Licensing LP v. Citizens Financial Group, Inc., Case No. 2:07-cv-04964-RGK-FFM and In re Katz Interactive Call Processing Patent Litigation, Case No. 2:07-ml-01816-RGK-FFM. Affidavit of Bruce W. Gladstone, ¶ 9 and **Exhibit A** filed with Nihon Kohden's Opposition to Plaintiff's request for fees.

fees purportedly "incurred in preparing and arguing the Motion, including time spent preparing Plaintiff's Reply and reading and preparing to respond at the August 6, 2007, hearing to Nihon Kohden's reply memorandum.". Plaintiff's counsel is claiming that they charged over $10,000.00 in connection the Plaintiff's motion for sanctions without providing this Court with detailed billing or payment records.

Plaintiff's claim for attorneys' fees and costs pursuant to this Court's January 3, 2008 ruling is unsupported, highly unreasonable, and questionable based on the unrefuted facts. Therefore, Nihon Kohden respectfully requests that this Court deny Plaintiff's request for further sanctions. In the alternative, it is respectfully requested that this Court conduct an *in camera* review of the billing records upon which Plaintiff is relying in its request for attorneys' fees and costs.

NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: February 5, 2008

G:\pec\PLANT, KEVIN\NK's Reply to Request fees.doc

CERTIFICATION

The undersigned hereby certifies that on the 5th day of February, 2008, a copy of the foregoing **Memorandum in Support of its Response to Plaintiff's Reply on Plaintiff's Request for an Award of Attorneys' Fees and Costs** was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone