UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| v. | : | CA 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**NOTICE AND ORDER**

The Court will conduct a hearing on Defendant Nihon Kohden America, Inc.'s Objection to Plaintiff's Request for an Award of Attorney's Fees and Costs (Doc. #135) at 10:00 a.m. on March 7, 2008. Plaintiff is directed to file by February 22, 2008, an itemized statement of the fees and expenses sought pursuant to the Memorandum and Order Granting Plaintiff's Motion for Sanctions (Doc. #130). The itemized statement shall contain in the case of attorneys' fees: the date the charge was incurred, the reason for the charge,[1] the amount of time billed (expressed to the tenth of an hour), the hourly rated charged, and the name of the attorney. In the case of expenses, the statement shall contain the date the expense was incurred, the nature of the expense, and the amount.[2]

Nihon Kohden and/or Attorney Karcis shall file any response

---

[1] Although the Court considers it to be an unlikely possibility, if Plaintiff believes that disclosing the reason for the charge will somehow prejudice it in this action, Plaintiff may redact the reason (indicating the redaction in the document filed with the Clerk) and submit an unredacted itemized statement directly to this Magistrate Judge for in camera review.

[2] If the billing system of Plaintiff's counsel is capable of producing this information in equivalent form (e.g., the name of the attorney is indicated by initials or some other identifiable code), Plaintiff may submit such billing statement in lieu of preparing a new document. The Court wishes to limit the expenditure of additional time by all parties in bringing this matter to a conclusion.

regarding Plaintiff's itemized statement of fees and expenses by March 3, 2008.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
February 8, 2008