UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF'S ITEMIZED STATEMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE COURT'S FEBRUARY 8, 2008 NOTICE AND ORDER**

Pursuant to the Court's February 8, 2008 Notice and Order, Plaintiff Astro-Med, Inc. ("Astro-Med") hereby submits its Itemized Statement of Attorneys' Fees and Expenses, attached hereto as Exhibit A.

Respectfully submitted,
ASTRO-MED, INC.

/s/ Craig M. Scott

Craig M. Scott, Esq. (# 4237)
cscott@duffysweeney.com
Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: February 22, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Itemized Statement of Attorneys' Fees and Expenses Pursuant to the Court's February 8, 2008 Notice and Order*** was filed through the ECF system on the 22nd day of February, 2008, and will be sent electronically to the counsel-named below as registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and served, via First Class Mail, to the counsel named below who are not registered ECF participants:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Craig M. Scott