UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**PLAINTIFF ASTRO-MED, INC.'S**
**DEPOSITION DESIGNATIONS**

Pursuant to the Court's Pretrial Scheduling Order dated February 4, 2008, Plaintiff Astro-Med, Inc. designates the following deposition testimony in the event the out-of-state witnesses do not appear for the trial of this matter. Plaintiff reserves the right to designate additional testimony in rebuttal to Defendants' evidence.

**I. Michael Oshwa – June 19, 2007:**

| Page/Line | Through | Page/Line |
|---|---|---|
| 7/14 | through | 8/10 |
| 10/19 | through | 14/5 |
| 18/5 | through | 20/11 |
| 40/25 | through | 41/11 |
| 64/6 | through | 69/1 |
| 70/6 | through | 70/12 |
| 73/16 | through | 73/22 |
| 74/5 | through | 74/10 |
| 83/11 | through | 84/4 |

| | | |
|---|---|---|
| 92/1 | through | 92/24 |
| 98/15 | through | 99/14 |
| 100/3 | through | 104/12 |
| 108/24 | through | 109/25 |
| 111/7 | through | 111/22 |
| 111/25 | through | 112/6 |
| 113/16 | through | 114/3 |
| 114/15 | through | 114/18 |
| 116/4 | through | 116/12 |
| 122/23 | through | 123/2 |

II. **Gary Reasoner - June 19, 2007:**

| | | |
|---|---|---|
| 6/4 | through | 6/5 |
| 8/9 | through | 8/23 |
| 9/23 | through | 10/17 |
| 11/17 | through | 11/24 |
| 15/19 | through | 15/22 |
| 17/13 | through | 19/2 |
| 25/23 | through | 27/19 |
| 32/18 | through | 32/20 |
| 33/5 | through | 33/8 |
| 37/9 | through | 38/1 |
| 38/9 | through | 38/22 |

| | | |
|---|---|---|
| 39/5 | through | 39/8 |
| 40/17 | through | 41/3 |
| 41/22 | through | 46/24 |
| 47/9 | through | 47/14 |
| 94/20 | through | 96/21 |
| 97/22 | through | 98/7 |
| 122/15 | through | 123/5 |
| 130/1 | through | 130/19 |
| 134/22 | through | 135/5 |
| 138/13 | through | 139/6 |
| 140/1 | through | 142/17 |
| 143/10 | through | 145/25 |
| 147/9 | through | 148/1 |
| 149/10 | through | 152/12 |
| 153/22 | through | 155/8 |
| 156/20 | through | 158/24 |
| 166/9 | through | 166/12 |
| 168/14 | through | 169/9 |
| 169/23 | through | 170/5 |
| 170/24 | through | 171/18 |

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Stacey P. Nakasian, Esq. (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: February 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff Astro-Med's Deposition Designations*** was filed through the ECF system on the 26th day of February, 2008, and will be sent electronically to the counsel named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Deposition Designations 02-26-08