# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT,<br>Defendant. | : | |

**INTERIM INJUCTION ORDER**

This matter came before the Court, Chief Judge Lisi presiding, on Plaintiff, Astro-Med, Inc.'s, Motion for a Preliminary Injunction. After an evidentiary hearing thereon conducted on December 27 and 28, 2006, it is hereby **ORDERED:**

1. Defendant, Kevin Plant, is enjoined and restrained from engaging in any sales activity on behalf of Nihon Kohden America, Inc., and all its affiliates and those in concert with it, with respect to the offering for sale or selling electroencephalograph (EEG), polysomnograph (PSG), or long-term monitoring for epilepsy (LTM) equipment, and related products, within the State of Florida.

2. Pursuant to his Employment Agreement dated October 16, 2002, defendant may not disclose any proprietary or confidential information acquired during his employment at Astro-Med, Inc., including research and development information, customer and prospect lists and pricing strategies.

3. This Order shall be in effect for a period of sixty (60) days from the date of entry.

ENTERED as an Order of this Court this 28th day of December, 2006.

ENTERED:

Mary M. Lisi
C.J.

PER ORDER:

J. Duhand
Deputy Clerk

PRESENTED BY:

Plaintiff,
ASTRO-MED, INC.

By its attorneys,

Craig M. Scott, Esq. (# 4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

*H:\Clients\Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Interim Order 12-28-06.doc*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 28th day of December, 2006, a true and accurate copy of the within *Interim Injunction Order* was forwarded via Facsimile and First Class Mail to:

Michael A. Gamboli, Esq.
Lisa M. Martinelli
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

*H:\Clients\Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Interim Order 12-28-06.doc*