**EXHIBIT H**

A. I recall her asking, well, who's going to take care of us locally? Who's the new person in the meantime? Those sort of questions.
Q. And how did you respond?
A. I said that we would take care of the site directly from corporate for the time being in the interim.
Q. Any other complaints by customers made directly to you regarding Mr. Plant leaving Astro-Med's employment?
MS. NAKASIAN: Objection.
A. Not that I recall.
Q. Do you recall who from Shands Gainesville complained?
MS. NAKASIAN: Objection.
A. Not exactly.
Q. What's your best estimate?
A. Our main contact there is a physician. It possibly could have been the physician there.
Q. And who is that?
A. Dr. Berry.
Q. Do you recall how you learned about that complaint?
A. Not exactly.
Q. Now, you made, would you say -- maybe you can't





say. Would you say that you made at least one

visit to Florida during the time between Mr. Plant
leaving Astro-Med's employment and the hiring of
Mr. Wise?

A. Yes.

Q. Do you recall what customer or customers you
visited during that trip?

MS. NAKASIAN: I'm sorry. Could I have
that question read back?

(Page 74, Line 25, through Page 75,
Line 7, read.)

A. I do recall visiting Central Florida Sleep
Disorders, Florida Pulmonary. I can't recall who
else I visited.

Q. And Florida Pulmonary was an existing customer;
correct?

A. Yes.

Q. And was Central Florida Sleep Disorders an
existing customer?

A. Yes.

Q. Do you recall any trips during the time between
Mr. Plant leaving Astro-Med's employment and
Mr. Wise being hired where you visited potential
customers as opposed to existing customers?

A. I don't recall.





Q. Do you know if during that time period anyone from
Astro-Med went to a potential customer in Florida
to demonstrate a piece of Astro-Med equipment?

A. I don't recall.

Q. Now, part of your success as a company, is it tied to the amount of sales made in each territory?
A. Yes.
Q. Do you do any sort of analysis as to the percentage of sales made by Astro-Med in each territory versus the entire amount of sales made in that territory?
MS. NAKASIAN: Objection.
Q. For example, that Astro-Med has a 30 percent market share?
A. Yes. We would make that analysis.
Q. Do you do that analysis by territory, by the entire United States, or both?
A. Generally by the entire U.S.
Q. How long after Mr. Casler left did it take for Astro-Med to hire his replacement in the Northwest territory?
A. I don't recall.
Q. Do you know who covered the Northwest territory in the interim?
A. I believe it was covered by Laurie Paine who's the



closest salesperson to that territory.
Q. Now, how do you determine the overall -- when you're determining the market share of Astro-Med, how do you determine the overall amount, volume of sales, the whole pie, versus Astro-Med's slice?
A. We'll look at a few different reports there. There are different marketing reports.