**EXHIBIT I**

A. I don't know.





Q. Sir, go to the next page, please, Paragraph 16.
When you say in that paragraph that Astro-Med has
an advantage over Nihon Kohden, what is that
advantage, sir?
A. That we have an advantage with respect to our
knowledge of the EEG and PSG marketplace, and it's
that expertise knowledge that we have that enables
us to win over competition such as Nihon Kohden.
Q. Let me ask you this then. To your knowledge, has
Mr. Plant used any trade secrets of Astro-Med in
connection with his employment at Nihon Kohden?
A. I don't know.
Q. To your knowledge, has he used any of Astro-Med's
confidential information in connection with his
employment at Nihon Kohden?
A. I don't know directly.
Q. What about indirectly?
A. No. Indirectly, as I said before, in order to
fulfill his job as an effective salesperson for
Nihon Kohden, he would have to use the knowledge
that we instilled in him.
Q. When you talk about the knowledge that Astro-Med
instilled in him, you're talking about the
marketing strategy?
A. Everything. Marketing strategy, what an EEG