# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

## DEFENDANTS, NIHON KOHDEN AND KEVIN PLANT'S JOINT LIST OF SUPPLEMENTAL VOIR DIRE QUESTIONS

Defendants, Nihon Kohden America, Inc., ("Nihon Kohden") and Kevin Plant (collectively, "Defendants") will and hereby do, submit the following supplemental voir dire:

Have you or your significant other ever been involved in a lawsuit?

If so, what was the lawsuit about?

If so, what were your feelings about the legal system?

Do you have any other type of familiarity with the legal system, such as employment at a law office, a family member or close friend who is an attorney, a family member or close friend who was involved in a lawsuit?

Have you ever been an employer?

If so, did you find that legal obligations of employers were excessive or fair?

If so, in what state were you an employer?

If so, did you provide training to your employees?

Have you or a significant other held a job where there was (in your opinion) substantial training provided by the employer to you?

If so, what position?

What type of training was provided?

Did the employer tell you that the training was confidential?

Did the employer tell you not to disclose the type of training you received?

Did the training assist you in the performance of your job or take away time from working?

During later employment, did you come to realize that the training you were told was confidential was something that most other employers in the industry provided or that was information that others in the industry knew about?

Have you or your significant other worked with anyone who has been subject to a non-competition agreement with an employer?

If so, have you (or your significant other) taken another position that violates that non-competition agreement?

Have you been involved in or known someone involved in a dispute over a non-competition agreement?

If so, what happened?

Do you know that some states do not allow non-competition agreements?

Do you believe that it is fair to have employees sign a non-competition agreement?

If so, do you believe that there should be limits, such as geographic limits on where competition is prohibited?

What is your understanding of what a "trade secret" is?

Have you ever learned trade secrets of one of your employers?

If so, did you sign an agreement not to disclose the trade secret?

If so, did you later change employers and perform your new job without using the trade secret?

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.
By Its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: March 5, 2008

G:\pec\PLANT, KEVIN\Voir Dire List.doc

## CERTIFICATION

The undersigned hereby certifies that on the 5th day of March, 2008, a copy of the foregoing **Defendants' Joint List of Supplemental Voir Dire Questions** was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone