UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT, Defendant. | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION IN LIMINE**

Plaintiff Astro-Med, Inc. ("Astro-Med") seeks leave to file a Motion in Limine to address an important evidentiary issue created by statements made in Defendants' Motion in Limine and Third Pretrial Memorandum, which were filed February 26, 2008 – the deadline for filing Motions in Limine in this case.[1] The issue did not exist prior to those filings and, therefore, Astro-Med could not have presented it to the Court before the deadline for filing Motions in Limine.

In their recent papers, the Defendants consistently and materially misstate the nature of the restrictions imposed on them by the Court's Modified and Amended Modified Injunction Orders. They are attempting to blur the clear lines established by the Court's Orders because documents they recently were compelled to produce reveal that they have serially violated the Court's mandates throughout the course of this litigation. Plaintiff's proposed Motion in Limine seeks to preclude the Defendants from misstating to the jury the terms of the Court's Orders. The relief sought is essential to avoid the

[1] Although both Defendants filed Pretrial Memorandum in November, pursuant to the Court's February 5, 2007 Pretrial Order, they filed another Pretrial Memorandum on February 26, 2008. The issue Plaintiff seeks to address in its Motion in Limine arises from statements contained in the recent Pretrial Memorandum, which were not contained in Defendants' original Pretrial Memorandum.

substantial potential for prejudice and jury confusion that will arise if the Defendants are permitted to repeat their misstatements to the jury.

For these reasons, Astro-Med requests the Court to permit it to file the attached Motion in Limine.

ASTRO-MED, INC.

By Its Attorneys,

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Stacey P. Nakasian, Esq. (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com

Dated: March 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff's Motion for Leave to File Motion in Limine*** was filed through the ECF system on the 5th day of March, 2008, and will be sent electronically to the counsel-named below as registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and served, via First Class Mail, to the counsel named below who are not registered ECF participants:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.