UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**TRIAL EXHIBITS THAT CAN BE ADMITTED WITHOUT OBJECTION**

In compliance with the Court's February 4, 2008 Pretrial Scheduling Order, trial counsel in this matter have conferred and provide the following list of exhibits that may be admitted at trial without objection:

Exhibit No. 3: Employee Agreement between Kevin Plant and Astro-Med dated October 16, 2002

Exhibit No. 25: Astro-Med Customer List transmitted to defense counsel under cover letter dated February 23, 2007

Exhibit No. 28: Astro-Med Customer List transmitted to defense counsel under cover letter dated May 11, 2007

ASTRO-MED, INC.

/s/ Stacey P. Nakasian
Craig M. Scott, Esq. (# 4237)
Stacey P. Nakasian (#5690)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

/s/ Bruce Gladstone
Bruce Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700-telephone
(401) 331-5787-facsimile

/s/ E. P. Michael Karcis
E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Dated: March 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Trial Exhibits That Can be Admitted Without Objection*** was filed through the ECF system on the 5th day of March, 2008, and will be sent electronically to the counsel-named below as registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and served, via First Class Mail, to the counsel named below who are not registered ECF participants:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.