**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,

Plaintiff,

v.

C.A. No. 06-533-ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.

Defendants.

**DEFENDANTS, NIHON KOHDEN AND KEVIN PLANT'S MOTION FOR LEAVE TO DESIGNATE ADDITIONAL EXHIBITS AND DEPOSITION TESTIMONY**

Defendants, Nihon Kohden America, Inc., ("Nihon Kohden") and Kevin Plant (collectively, "Defendants") will and hereby do, request leave of this Honorable Court to allow Defendants to include as exhibits letters from Michael Ohsawa (Nihon Kohden's Vice President) to Kevin Plant dated September 10, 2006 and September 18, 2006 **Exhibit A**. These letters relate to Nihon Kohden's demand that Mr. Plant not use any of Plaintiff's trade secret or confidential information as a Nihon Kohden employee, as well as Mr. Plant's agreement not to use any of Plaintiff's trade secret or confidential information as a Nihon Kohden employee. Defendants intended to introduce these letters into evidence through the testimony of Mr. Ohsawa, but inadvertently did not designate the letters on their exhibit list.

Defendants also request leave to allow them to submit limited deposition testimony of Gary Reasoner, who may be unavailable for trial. As of the March 5, 2008 Pre-Trial Conference, as the Defendants did not yet know whether Mr. Reasoner would be available for trial, the Defendants had not designated any portions of his deposition to be read into the record at trial. It now appears that Mr. Reasoner will not be available in Rhode Island for trial and therefore, the Defendants now require leave to designate portions of his deposition transcript to be read at trial.

On March 10th, Defendants' counsel requested that Plaintiff's counsel stipulate to the addition of the September 10th and September 18th letters (**Exhibit A**) and designation of Mr. Reasoner's deposition testimony. On March 10th, Plaintiff's counsel, by email reply, refused to stipulate to the request. A copy of these communications are attached hereto as **Exhibit B**.

Allowing Defendants leave to include as exhibits the September 10th and September 18th letters (**Exhibit A**) and designation of Mr. Reasoner's deposition testimony will not prejudice Plaintiff, or delay or lengthen trial in this case. Moreover, granted leave as requested is necessary to ensure a fair trial of this case. Thus, Defendants request that this Court allow the leave requested.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: March 13, 2008

G:\pec\PLANT, KEVIN\Mtn Designate More Exhibits.doc

## CERTIFICATION

The undersigned hereby certifies that on the 13th day of March, 2008, a copy of the foregoing Defendants' Motion for Leave to Designate Additional Exhibits and Deposition Testimony was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone