**EXHIBIT A**

NIHON KOHDEN

September 10, 2006

Kevin Plant
402 Randon Terrace
Lake Mary, FL 32746

**Re: Issues related to Potential Employment With Nihon Kohden America, Inc.**

Dear Kevin:

Thank you for providing us with copies of any documents that might affect your future employment with Nihon Kohden America, Inc. Out of an abundance of caution, you provided us with a document you signed at the beginning of your employment with Astro-Med, Inc. (Although you believe it would not apply to your eligibility for employment with Nihon Kohden).

We have reviewed the agreement, and agree that the document should be irrelevant to you, as a former sales person. It seems applicable only to employees involved in research and development, or similar engineering activities. The Agreement itself states that it applies only to Employees who are hired or "may, or will be engaged in work relating to the Company's business, involving design, development or manufacture of products for the Company."

You have indicated that you have held only sales positions with your former employer and that, in your experience, your former employer does not contend that such agreements are applicable to sales persons (particularly with regard to blocking future employment). Thus, we are relieved to conclude with you that your employment with Nihon Kohden would not violate this Agreement or Nihon Kohden's strict policy against hiring employees, if that would cause an employee to violate contractual obligations they may have elsewhere.

Nonetheless, we note the "trade secret" language in this agreement and, as we have discussed, must emphasize that particular provision, regardless of the status of your contract with Astro-Med. Nihon Kohden's policies, and many state laws, prohibit our employees from using another employer's trade secrets and proprietary information, in any way. Accordingly, we just want to remind you that our policies, the law, and proper business etiquette, forbid you from taking any confidential or trade secret documents, or information, from any other employer, including any such information that could benefit Nihon Kohden.

Your future employment duties will relate solely to our products and Company information, and just as we would not approve of the unauthorized taking or use of our information by any employee (leaving Nihon Kohden to join a competitor), we likewise forbid the unauthorized possession or use of our competitors' trade secret information,

NIHON KOHDEN AMERICA, INC.
90 Icon Street • Foothill Ranch, California 92610
Telephone: (949) 580-1555 • Fax: (949) 580-1550

(no matter how the information is stored), or any employee engaging in any other activity that might improperly derive an unfair advantage from information or materials that are trade secrets or proprietary to your former employer. (Obviously, you cannot "wash" your brain of everything you have learned in your prior employment, and much of your industry-related learning, sales materials, etc., would not constitute trade secret or proprietary information, in any event). We rely on you to use good judgment and common sense in this matter, and to apprise your supervisor, or another member of management of any concern that another company's trade secret or proprietary information may be at risk.

If you are uncertain, or have any questions regarding any aspect of our policy respecting our competitors' proprietary and trade secret information, please feel free to contact me.

By signing our offer of employment as an neurology account executive for Nihon Kohden America, Inc., you acknowledge the points outlined above and agree not to violate the provisions for confidentiality in the Astro-Med employment agreement.

Sincerely yours,

Michael Ohsawa
Nihon Kohden America, Inc.

NIHON KOHDEN

September 18, 2006

Kevin Plant
402 Randon Terrace
Lake Mary, FL 32746

Dear Kevin,

It is with pleasure that we extend an offer of employment to you with Nihon Kohden America, Inc. as a Neurology Account Executive. You will be expected to build market share and increase sales for neurology and sleep products throughout Florida. Your first day of employment is scheduled for October 1, 2006.

Your compensation and benefits package for this position will be effective as indicated below.

- Your annual base salary will be $52,000 paid bi-weekly in the amount of $2,000.00. Your first paycheck is scheduled for October 13, 2006
- You will receive a company leased Kia Sedona minivan for transporting equipment to your sales demonstrations.
- You will be paid a guaranteed commission of $2,000 per month for the first 6 months of employment. The first commission payment will be paid with your October 27th payroll.
- With the exception of the 401k plan, you will be eligible for Company paid benefits on the first of the month following 30 days of continuous employment. The premium for your benefits, should one apply, will be deducted from your paycheck each pay period.

Kevin, we look forward to your contribution and sharing the success of Nihon Kohden America, Inc. These are very exiting times within the industry and Nihon Kohden. We believe that our new line of products coupled with your sales management and clinical skills will allow Nihon Kohden to significantly grow our business.

If the terms of employment are in agreement with you, please sign and return this letter indicating your acceptance and understanding. **Your signature will also confirm that you have received and agree with my letter dated September 10, 2006 whereby you have agree not to violate the provisions for confidentiality in your Astro-Med employment agreement.** A copy will be provided for your records. If you have questions, please do not hesitate to contact our HR Administrator, Beverly Tate-Sosa at extension 3390.

NIHON KOHDEN AMERICA, INC.
90 Icon Street • Foothill Ranch, California 92610
Telephone: (949) 580-1555 • Fax: (949) 580-1550

The Federal Immigration Law of 1986 requires employers to verify the identity and eligibility for employment in the United States of all employers hired on or after November 1986. In compliance with this law, we would appreciate your cooperation in completing the enclosed Employment Eligibility Form along with copies of the required documentation. Also, you will find other forms necessary for your employment that must be returned prior to your hire date. Your offer letter should be signed, dated and returned to the Human Resources office immediately.

Sincerely,

Michael Ohsawa
Director of Operations

Signature of Acceptance

9/21/06
Date