# EXHIBIT 'B'

**Bruce W. Gladstone**

**From:** Bruce W. Gladstone
**Sent:** Monday, March 10, 2008 1:16 PM
**To:** Stacey Nakasian
**Cc:** Michael Karcis
**Subject:** FW: Nihon Kohden
**Attachments:** NK 9-10 letter.pdf; NK 9-18 letter.pdf

Stacey: Attached are two letters which were not included in our exhibit list ,which Defendants intend to introduce as exhibits. Would you agree to stipulate to these as uncontested exhibits. Defendants also want to designate certain parts of the Reasoner depo. to be read into the record. Would you consent to our designating same subject to you being given an opportunity to object. Please let me know this afternoon. Thanks

-----Original Message-----
From: Patricia Carrier
Sent: Monday, March 10, 2008 1:02 PM
To: Bruce W. Gladstone
Subject: Nihon Kohden

## Bruce W. Gladstone

**From:** Stacey Nakasian [snakasian@duffysweeney.com]
**Sent:** Monday, March 10, 2008 4:22 PM
**To:** Bruce W. Gladstone
**Subject:** RE: Nihon Kohden

I object to the late designations. If the Court gives you leave to designate exhibits at this point, I further object to both letters unless Mr. Ohsawa is present to testify regarding them. If he is present, I do not object to the 9/18/06 letter, but do object to the
9/10/06 letter.

-----Original Message-----
From: Bruce W. Gladstone [mailto:bgladstone@cm-law.com]
Sent: Monday, March 10, 2008 2:16 PM
To: Stacey Nakasian
Cc: Michael Karcis
Subject: FW: Nihon Kohden

<<NK 9-10 letter.pdf>> St <<NK 9-18 letter.pdf>> acey: Attached are two letters which were not included in our exhibit list ,which Defendants intend to introduce as exhibits. Would you agree to stipulate to these as uncontested exhibits. Defendants also want to designate certain parts of the Reasoner depo. to be read into the record. Would you consent to our designating same subject to you being given an opportunity to object. Please let me know this afternoon. Thanks

-----Original Message-----
From: Patricia Carrier
Sent: Monday, March 10, 2008 1:02 PM
To: Bruce W. Gladstone
Subject: Nihon Kohden