UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.

v. CA 06-533 ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

## ORDER

This matter is before the Court on Defendants' Motion for Leave to Designate Additional Exhibits and Deposition Testimony. The Court makes the following orders:

1. Defendants' request to submit designations of testimony from the deposition of Gary Reasoner is granted. Defendants shall submit to the Court and counsel for Plaintiff the designations by Noon on March 26, 2008. Plaintiff shall submit cross-designations and any objections by Noon on March 31, 2008. Defendants shall submit the entire deposition transcript to the Court by Noon on March 26, 2008

2. Defendants' request to "include as exhibits" two letters from Michael Osawa is granted in part. The proffered exhibits may be added to Defendants' list of proposed exhibits, however, the Court makes no ruling on their admissibility at this time.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 24 , 2008