**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

## DEFENDANTS' DEPOSITION DESIGNATIONS

The Defendants, Kevin Plant and Nihon Kohden America, Inc., pursuant to the Court's Order dated March 24, 2008, hereby designate the following testimony of Gary Reasoner, which was taken on June 19, 2007, as follows:

**Group 1:**

| Page(s) | Line(s) |
|---|---|
| 25 | 23-24 |
| 26 | 1-2, 4-5, 7-11, 13-15, 17 |
| 33 | 5-6, 8-9, 11 |
| 38 | 9-10, 12-20, 22-24 |
| 39 | 1, 5-6, 8-10, 12-13, 15-18, 20-25 |
| 40 | 3 |

**Group 2:**

| Page(s) | Line(s) |
|---|---|
| 41 | 22-23, 25 |
| 42 | 1-2, 4-6, 8-10, 12-13, 15-25 |
| 43 | 1-5 |
| 47 | 9-12, 13-14 |
| 54 | 14-15, 17 |
| 79 | 5-6, 8-12, 14-15, 17-21, 23-24 |
| 80 | 11, 13-14, 16-19, 21-22, 24-25 |
| 81 | 1, 3-4, 6-9, 21-24 |
| 82 | 1 |

**Group 3:**

| Page(s) | Line(s) |
|---|---|
| 96 | 22-23, 25 |
| 97 | 1-2, 5-6, 9, 13-17 |

**Group 4:**

| Page(s) | Line(s) |
|---|---|
| 102 | 13-15, 17-18 |
| 103 | 6-9, 11-13, 16 |

**Group 5:**

| Page(s) | Line(s) |
|---|---|
| 107 | 2-3, 5-6 |

**Group 6:**

| Page(s) | Line(s) |
|---|---|
| 108 | 2-3, 6-9, 11-16 |

**Group 7:**

| Page(s) | Line(s) |
|---|---|
| 111 | 12-15, 18-20, 22-24 |
| 112 | 1-5, 7-8, 10-16, 18-20, 22-25 |
| 113 | 1-4, 6-9, 11-16, 19-23 |
| 114 | 1-17, 19-22, 25 |
| 115 | 1-6, 8-12, 14-18, 20-22, 24-25 |
| 116 | 1, 3-4, 6-8, 10-11, 13, 15 |

**Group 8:**

| Page(s) | Line(s) |
|---|---|
| 133 | 8-10, 16-19, 21, 22-23 |
| 134 | 3-16, 18-20 |

**Group 9:**

| Page(s) | Line(s) |
|---|---|
| 134 | 22-23 |
| 135 | 1-2, 4-6, 8-9, 11-13, 15-16, 18-21, 23-24 |
| 136 | 1-2, 4-5, 7 |
| 138 | 13-14, 16-19, 21-23, 25 |
| 139 | 1, 3-4, 6-9, 11 |
| 146 | 1-2, 4-6, 8-12, 14-19, 21-22, 24-25 |
| 147 | 2-4, 6-8 |

**Group 10:**

| Page(s) | Line(s) |
|---|---|
| 168 | 1-3 |

Respectfully Submitted,

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: March 26, 2008

CERTIFICATION

The undersigned hereby certifies that on the 26th day of March, 2008, a copy of the foregoing **Defendants' Deposition Designations** was filed and hand-delivered to the Clerk's Office and delivered electronically to Plaintiff's Counsel:

Stacey P. Nakasian, Esquire
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\Reasoner Designation.doc