# EXHIBIT 2

NIHON KOH

September 18, 2006

Kevin Plant
402 Randon Terrace
Lake Mary, FL 32746

Dear Kevin,

It is with pleasure that we extend an offer of employment to you with Nihon Kohden America, Inc. as a Neurology Account Executive. You will be expected to build market share and increase sales for neurology and sleep products throughout Florida. Your first day of employment is scheduled for October 1, 2006.

Your compensation and benefits package for this position will be effective as indicated below.

- Your annual base salary will be $52,000 paid bi-weekly in the amount of $2,000.00. Your first paycheck is scheduled for October 13, 2006
- You will receive a company leased Kia Sedona minivan for transporting equipment to your sales demonstrations.
- You will be paid a guaranteed commission of $2,000 per month for the first 6 months of employment. The first commission payment will be paid with your October 27th payroll.
- With the exception of the 401k plan, you will be eligible for Company paid benefits on the first of the month following 30 days of continuous employment. The premium for your benefits, should one apply, will be deducted from your paycheck each pay period.

Kevin, we look forward to your contribution and sharing the success of Nihon Kohden America, Inc. These are very exiting times within the industry and Nihon Kohden. We believe that our new line of products coupled with your sales management and clinical skills will allow Nihon Kohden to significantly grow our business.

If the terms of employment are in agreement with you, please sign and return this letter indicating your acceptance and understanding. **Your signature will also confirm that you have received and agree with my letter dated September 10, 2006 whereby you have agree not to violate the provisions for confidentiality in your Astro-Med employment agreement.** A copy will be provided for your records. If you have questions, please do not hesitate to contact our HR Administrator, Beverly Tate-Sosa at extension 3390.

NIHON KOHDEN AMERICA, INC.
90 Icon Street • Foothill Ranch, California 92610
Telephone: (949) 580-1555 • Fax: (949) 580-1550

The Federal Immigration Law of 1986 requires employers to verify the identity and eligibility for employment in the United States of all employers hired on or after November 1986. In compliance with this law, we would appreciate your cooperation in completing the enclosed Employment Eligibility Form along with copies of the required documentation. Also, you will find other forms necessary for your employment that must be returned prior to your hire date. Your offer letter should be signed, dated and returned to the Human Resources office immediately.

Sincerely,

Michael Ohsawa
Director of Operations

Signature of Acceptance

9/21/06
Date