# EXHIBIT A

## Fees

| Date | Billing Attorney/Paralegal | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|
| **Fees Related to Santa Monica, California Trip** | | | | | |
| 6/10/07 | Craig M. Scott | Travel to Santa Monica, California to take depositions of N. Kohden America, G. Reasoner and M. Oshawa. | 10.50 | 365.00 | $3,832.50 |
| 6/11/07 | Craig M. Scott | Attention to N. Kohden, G. Reasoner and M. Osawa's non-appearance at depositions and violation of Court orders; create stenographic record of same; telephone call from R. Duffy regarding oral motion for sanctions and hearing on motions to compel; review Court orders granting motion to compel compliance and denying motions for protective order; client correspondence. | 3.00 | 365.00 | 1,095.00 |
| 6/12/07 | Craig M. Scott | Travel from Los Angeles, California to Providence, RI (including extended travel delays). | 13.80 | 365.00 | 5,037.00 |
| | **Sub-Total Fees and Hours Related to the California Trip** | | **27.30** | | **$9,964.50** |
| **Fees Related to Astro-Med's Motion for Sanctions** | | | | | |
| 6/11/07 | Robert M. Duffy | Prepare for Rule 37(b) Motions; argue Rule 37(b) Motions before Magistrate Judge Martin; prepare Rule 37 Orders; conference with C. Scott regarding Orders and Los Angeles depositions; dictate memorandum regarding rulings. | 1.00 | 365.00 | $365.00 |

| Date | Billing Attorney/Paralegal | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|
| 6/12/07 | Robert M. Duffy | Outline research needed for Motion for Sanctions; telephone conference with B. Gladstone; review B. Gladstone letter. | 0.70 | 365.00 | 255.50 |
| 6/12/07 | Byron L. McMasters | Research available sanctions. | 3.50 | 235.00 | 822.50 |
| 6/13/07 | Byron L. McMasters | Research case law on sanctions available for failure to obey court order to appear for deposition. | 2.90 | 235.00 | 681.50 |
| 6/13/07 | Robert M. Duffy | Draft Motion for Sanctions. | 2.10 | 365.00 | 766.50 |
| 6/14/07 | Robert M. Duffy | Prepare Motion for Sanctions. | 2.30 | 365.00 | 839.50 |
| 6/14/07 | Craig M. Scott | Follow-up on deposition scheduling and contempt motions. | 0.20 | 365.00 | 73.00 |
| 6/15/07 | Robert M. Duffy | Continue drafting Motion for Sanctions with Affidavits of R. Duffy and C. Scott; review exhibits. | 3.70 | 365.00 | 1,350.50 |
| 6/15/07 | Craig M. Scott | Review motion for sanctions and affidavits; revise same. | 0.40 | 365.00 | 146.00 |
| 6/18/07 | Crystal J. Dartt | Cite check and edit memorandum in support of motion for sanctions and supporting documents. | 4.60 | 155.00 | 713.00 |
| 6/18/07 | Robert M. Duffy | Revise Memorandum of Law and Affidavits in connection with Motion for Sanctions. | 0.70 | 365.00 | 255.50 |
| 6/18/07 | Craig M. Scott | Review and revise motion for sanctions and affidavits. | 0.40 | 365.00 | 146.00 |
| 6/19/07 | Robert M. Duffy | Finalize and file Motion for Sanctions. | 1.30 | 365.00 | 474.50 |
| 7/9/07 | Robert M. Duffy | Prepare Reply to Objection to Motion for Sanctions; review Objection to Motion for Sanctions. | 1.40 | 365.00 | 511.00 |
| 7/9/07 | Craig M. Scott | Review Nihon Kohden's Objection to Motion for Sanctions. | 0.50 | 365.00 | 182.50 |
| 7/10/07 | Robert M. Duffy | Finalize Reply to Motion for Sanctions. | 2.60 | 365.00 | 949.00 |

| Date | Billing Attorney/Paralegal | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|
| 7/31/07 | Robert M. Duffy | Prepare for August 6 court argument on Motion for Sanctions. | 1.20 | 365.00 | 438.00 |
| 8/5/07 | Craig M. Scott | Prepare for hearing on Motion for Sanctions. | 0.40 | 365.00 | 146.00 |
| 8/6/07 | Robert M. Duffy | Prepare for and argue Motion for Sanctions. | 3.50 | 365.00 | 1,277.50 |
| 8/6/07 | Craig M. Scott | Prepare for and attend hearing at Federal Court. | 1.00 | 365.00 | 365.00 |
| | **Sub-Total Fees and Hours Related to Astro-Med's Motion for Sanctions** | | **34.40** | | **$10,758.00** |
| | **Total Fees Pursuant to the Court's February 8, 2008 Notice and Order** | | | | **$20,722.50** |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 6/10/07-6/12/07 | Airfare to and from Rhode Island/California | $681.60 |
| 6/10/07-6/12/07 | Parking at T.G. Green Airport | 45.00 |
| 6/10/07-6/11/07 | Marriott Hotel, Santa Monica, CA (two nights) | 410.63 |
| 6/10/07-6/12/07 | Meals; cab fares to/from hotel, Greenberg Traurig and airport | 165.51 |
| 6/11/2007 | Legalink, Inc. (court reporter) | 234.69 |
| | **Total Expenses** | **$1,537.43** |