UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

Plaintiff Astro-Med, Inc. respectfully requests that the Court instruct the jury according to the supplemental instruction set forth herein.

Respectfully Submitted,

ASTRO-MED, INC.
By Its Attorneys,

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: April 4, 2008

## SUPPLEMENTAL INSTRUCTIONS

### Supplemental Jury Instruction No. 1
### Permissible Inference from Party's Failure to Provide Discovery

In this action, Plaintiff issued an interrogatory, or written question, to the Defendant Kevin Plant asking him to identify all sales he made on behalf of Nihon Kohden in Florida. The Court also ordered Mr. Plant to produce documents to the Plaintiff regarding his consummated sales for Nihon Kohden in Florida. Mr. Plant responded to the interrogatory by referring to the documents he produced, which consisted of sales quotations.

Plaintiff asserts that Mr. Plant had in his possession documents and information from which he could have identified his actual sales, but which he did not produce. If you find that Plant failed to produce documents or information concerning the actual sales that he made on behalf of Nihon Kohden in the State of Florida, you may infer from Mr. Plant's non-production that the documents and information are unfavorable to the defense.[1]

[1] *Knightsbridge Marketing Services, Inc. v. Promociones Y Proyectos, S.A.*, 728 F.2d 572 (1st Cir. 1984).

**CERTIFICATION**

The undersigned hereby certifies that on the 4th day of April, 2008, a copy of the foregoing was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian