UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

vs.

KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,

Defendants.

C.A. No. 06-533 ML

**PLAINTIFF ASTRO-MED, INC.'S**
**COUNTER-DESIGNATIONS OF DEPOSITION TESTIMONY**

Plaintiff Astro-Med, Inc. hereby counter-designates the following deposition testimony of Gary Reasoner in the event the Court determines that the defendants may present Mr. Reasoner's testimony through admission of his deposition. Plaintiff reserves the right to designate additional testimony in rebuttal to evidence presented by the Defendants in their case.

**I. Gary Reasoner - June 19, 2007:**

| Page | Lines |
|---|---|
| 94 | 20-24 |
| 95 | 1-4, 6-8, 13-15, 17-20, 22-24 |
| 96 | 1-5, 7-14, 16-19, 21 |
| 107 | 11, 13 |
| 122 | 15-21 |
| 123 | 2-5, 19-20, 22 |
| 129 | 2-3, 5-6, 8-9, 11-13, 15-16, 18 |

| Page | Lines |
| --- | --- |
| 157 | 8-11, 13-14, 16-18, 20-21, 25 |
| 158 | 1, 3-9, 11, 13-16, 18, 20, 21-22, 24 |
| 166 | 9-10, 12 |

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq. (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: April 4, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff Astro-Med's Counter-Designations of Deposition Testimony*** was filed through the ECF system on the 4th day of April, 2008, and will be sent electronically to the counsel named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Deposition Designations 02-26-08