AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

**FOR COURT USE ONLY**

**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME<br>Bruce W. Gladstone | 2. PHONE NUMBER<br>(401) 331-5700 | 3. DATE<br>4/7/2008 |
| 4. MAILING ADDRESS<br>56 Exchange Terrace | 5. CITY<br>Providence | 6. STATE<br>RI / 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>06-533 / 9. JUDGE<br>M. Lisi | DATES OF PROCEEDINGS<br>10. FROM 4/1/2008 | 11. 4/4/2008 |
| 12. CASE NAME<br>Astro-Med, Inc. v. Kevin Plant & Nihon Kohden America | LOCATION OF PROCEEDINGS<br>13. Providence | 14. |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | 4/1/2008 | Pizzuti, Paliotta, Mancini, Ob | 4/1/2008 - 4/4/2008 |
| ☒ OPENING STATEMENT | 4/1/2008 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 4/4/2008 | ☐ PRE-TRIAL PROCEEDING | |
| ☒ CLOSING ARGUMENT (Defendant) | 4/4/2008 | | |
| ☒ OPINION OF COURT | 4/1/2008 - 4/7/2008 | | |
| ☒ JURY INSTRUCTIONS | 4/4/2008 | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | All Conferences and hearings | 4-1-2008 - 4-4-2008 |
| ☐ BAIL HEARING | | Verdict of Jury | 4/7/2008 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE /s/ Bruce W. Gladstone, Esq.

PROCESSED BY

19. DATE 4/7/2008

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY