AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

Astro Med, Inc.
V.
Kevin Plant, et al.

## EXHIBIT AND WITNESS LIST

Case Number: CA 06-533ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | Stacy P. Nakasian | E.P.Michael Karcis; Bruce Gladstone |
| **TRIAL DATE (S)** Jury Trial: April 1-4, 7, 2008 | **COURT REPORTER** Karen Wischnowsky | **COURTROOM DEPUTY** John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | 4/1/08 *W#1: Everett Pizzuti* |
| 16 | | 4/1/08 | | x | Astro-Med training documents |
| 1 | | " | | x | Astro-Med job posting |
| 3 | | " | | x | Employee Agreement |
| 19 | | " | | x | e-mails -- Pizutti/Plant 2/17-19/06 |
| 20 | | " | | x | Payment Analysis - K. Plant |
| 21 | | " | | x | e-mail – Pizutti/Plant 9/21/06 |
| 24 | | " | | x | Modified Injunction Order 2/16/07 |
| 25 | | " | | x | Astro-Med customer list |
| 27 | | " | | x | Amended Injunction Order 5/8/07 |
| 28 | | " | | x | Astro-Med customer list |
| 23 | | " | | x | summary of Astro-Med orders - Florida |
| | | | | | 4/1/08 *W#2: Mark Paliotta* |
| 2 | | 4/1/08 | | x | Astro-Med job description |
| 4 | | " | | x | Grass-Telefactor training schedule |
| 5 | | " | | x | TWin training schedule |
| 6 | | " | | x | Astro-Med training documentation |
| 7 | | " | | x | Performance Evaluation - K. Plant |
| 8 | | " | | x | Performance Evaluation - K. Plant |
| | | | | | 4/1/08 *W#3: Marco Mancini* |
| 17 | | 4/1/08 | | x | e-mails – Plant/Mancini 5/25/06 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Astro-Med, Inc. | vs. | Kevin Plant, et al. | CASE NO. CA 06-533ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 4/1/08 | | x | e-mail Plant/Mancini 1/13/00 |
| 9 | | " | | x | Astro-Med compensation plan |
| 10 | | " | | x | Astro-Med lead sheet - Florida |
| 11 | | " | | x | Astro-Med lead sheet - South Carolina |
| 12 | | " | | x | Astro-Med lead sheet - Georgia |
| 13 | | " | | x | Grass-Telefactor schedule 2006 |
| 14 | | " | | x | Notes re: Grass-Telefactor sales meeting |
| | | | | | 4/2/08 Examination of W-3 (Mancini) cont'd. |
| | | | | | 4/2/08 W#4: Michael Ohsawa |
| | A | 4/2/08 | | x | Letter dated 9/10/06 Plant/Ohsawa |
| | B | " | | x | Letter dated 9/18/06 Plant/Ohsawa |
| | | | | | 4/2/08 *W#5: Kevin Plant* |
| 31 | | 4/2/08 | | x | e-mail – Plant/Reasoner/Kehoe -- 7/21/06 |
| 30 | | " | | x | Employment Application – K. Plant |
| 32 | | " | | x | e-mail – Reasoner/Plant -- 9/7/07 |
| 33 | | " | | x | e-mails – Kehoe/Plant – 9/28-29/06 |
| 34 | | " | | x | e-mail – Kehoe, etc. – 10/9/06 |
| | | | | | 4/3/08 Examination of W-5 (Plant) cont'd. |
| 36 | | 4/3/08 | x | | Set of Quotations |
| 37 | | " | | x | Interim Injunction Order 12/28/06 |
| 38 | | " | | x | Quotation |
| 39 | | " | | x | Quotation |
| 40 | | " | | x | Quotation |
| 41 | | " | | x | Quotation |
| 42 | | " | | x | Quotation |
| 43 | | " | | x | Quotation |
| 44 | | " | | x | Quotation |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Astro-Med, Inc. | vs. | Kevin Plant, et al. | CASE NO. CA 06-533ML |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 45 | | 4/3/08 | | x | Quotation |
| 46 | | " | | x | Quotation |
| 29 | | " | x | | Letter dated 5/18/07 (McLean & McLean LLP) |
| 47 | | " | | x | Quotation |
| | D1 | " | x | | Set of Quotations |
| | D2 | " | | x | Quotation |
| | D3 | " | | x | Quotation |
| | D8 | " | | x | Quotation |
| | D14 | " | | x | Quotation |
| | D15 | " | | x | Quotation |
| | D18 | " | | x | Quotation |
| 63 | | " | | x | Commission Statement - K. Plant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |