UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff,

v. C.A. No. 06-533 ML

KEVIN PLANT, NIHON KOHDEN AMERICA, INC.,
Defendants.

# VERDICT FORM

1. Do you find by a preponderance of the evidence that defendant Kevin Plant breached either or both the noncompete provision or the nondisclosure provision of the Employee Agreement with plaintiff Astro-Med?

   Yes ✓ No ____

2. If your answer to the previous question was 'yes,' what amount of damages do you award Astro-Med on this claim?

   Amount of damages: $ 41,900

3. Do you find by a preponderance of the evidence that defendant Nihon Kohden tortiously interfered with the Employee Agreement between Kevin Plant and Astro-Med?

   Yes ✓ No ____

4. If your answer to the previous question was 'yes,' what amount of damages do you award Astro-Med on this claim?

   Amount of damages: $ 41,900

5. Do you find by a preponderance of the evidence that either or both defendant Kevin Plant or defendant Nihon Kohden misappropriated trade secrets from plaintiff Astro-Med?

   Kevin Plant: Yes ✓ No ______

   Nihon Kohden: Yes ✓ No ______

6. If your answer to any part of the previous question was 'yes,' what amount of damages do you award Astro-Med on this claim?

   Amount of damages: $ 280,000

7. Answer the following only if you responded 'yes' for either or both defendants on question 5. Do you find by a preponderance of the evidence that either or both defendant Kevin Plant or defendant Nihon Kohden willfully and maliciously misappropriated trade secrets from plaintiff Astro-Med?

   Kevin Plant: Yes ✓ No ______

   Nihon Kohden: Yes ✓ No ______

8. Do you find by a preponderance of the evidence that defendant Kevin Plant engaged in unfair competition with plaintiff Astro-Med?

   Yes ✓ No ______

9. If your answer to the previous question was 'yes,' what amount of damages do you award Astro-Med on this claim?

   Amount of damages: $ 12,000

10. If you find that plaintiff Astro-Med failed to prove any claim against the defendants, then signify entry of judgment for the defendants by checking here:

    ______

[signature]

Foreperson's Signature

4/7/08

Date