UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br><br>Defendants. | : | C.A. No. 06-533 ML |

**DECLARATION OF STACEY P. NAKASIAN, ESQ.**

Stacey P. Nakasian, pursuant to the ruling issued during trial by the Court on Plaintiff Astro-Med Inc.'s ("Astro-Med") oral Rule 37 Motion, and having been duly sworn, declares as follows:

1. I am a partner in the firm of Duffy, Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, and am admitted to practice before this Court. I offer this Declaration in support of Astro-Med, Inc.'s Request for Attorneys Fees Pursuant to Court's Ruling at Trial on Astro-Med's Rule 37 Motion.

2. I have reviewed my firm's time records to identify work performed that falls within the scope of the attorneys' fee award issued by the Court at trial. Attached hereto as Exhibit A is a statement, as directed by the ruling, of all time recorded by each Duffy, Sweeney & Scott, LTD professional for work within the scope of the Court's ruling.

3. The services reflected in Exhibit A include the following work:

- attempting through a letter, telephone call and follow-up email to obtain defense counsel's compliance with applicable discovery rules;

- reviewing the extensive set of quotations produced (marked for identification at trial as Exhibit 36) to identify sales in violation of the Court's injunction orders, and preparing damages charts for use at trial;

- preparing and presenting the oral Rule 37 Motion;
- reanalyzing the documents in Exhibit 36 and defendants' proposed Exhibit D based on defense counsel's representations at trial;
- substantially revising plaintiff's cross-examination outline for Mr. Plant based on Court's ruling on plaintiff's Rule 37 motion;
- researching and drafting a supplemental proposed jury instruction to address the discovery issue created by the defendants; and
- compiling relevant time entries and preparing this submission to the Court.

4. Attorney Byron McMasters, an associate of the Firm, and Crystal Dartt, a paralegal, assisted me in the work described above.

5. Duffy, Sweeney & Scott, LTD charge Astro-Med the following hourly rates for the work identified in the attached statement, which rates are customarily charged by counsel in like cases in 2008: Stacey P. Nakasian, Partner ($340); Byron McMasters, Associate ($250); and Crystal Dartt, Paralegal ($155). The firm charged Astro-Med for the actual hours worked multiplied by the applicable rate.

/s/ Stacey P. Nakasian
Stacey P. Nakasian

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Declaration of Stacey P. Nakasian, Esq.*** was filed through the ECF system on the 14th day of April, 2008, and will be sent electronically to the counsel-named below, who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian