# EXHIBIT A

# Attorneys' Fees Related to Defendants' Failure to Comply with the Court's Ruling on Discovery

| Date | Billing Attorney/Paralegal | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|
| 2/11/08 | Crystal J. Dartt | Review Plant's document production and compare with Astro-Med's customer list; prepare summary chart. | 4.70 | $155.00 | 728.50 |
| 2/11/08 | Stacey P. Nakasian | Discussion with C. Dartt regarding project; finalize and send letters to defense counsel. | 0.40 | $340.00 | 136.00 |
| 2/14/08 | Crystal J. Dartt | Edit and revise summary charts. | 0.60 | $155.00 | 93.00 |
| 2/14/08 | Stacey P. Nakasian | Telephone call and email with M. Karcis. | 0.20 | $340.00 | 68.00 |
| 3/5/08 | Crystal J. Dartt | Analyze Plant's sales data in preparation for trial. | 1.00 | $155.00 | 155.00 |
| 3/27/08 | Crystal J. Dartt | Discuss trial issues with S. Nakasian. | 0.30 | $155.00 | 46.50 |
| 3/27/08 | Stacey P. Nakasian | Review invoices; instruct C. Dartt regarding charts needed. | 0.60 | $340.00 | 204.00 |
| 3/28/08 | Crystal J. Dartt | Assist with trial preparation; analyze and review damages calculations. | 1.00 | $155.00 | 155.00 |
| 4/1/08 | Stacey P. Nakasian | Outline Rule 37 motion; gather documents on same. | 1.00 | $340.00 | 340.00 |
| 4/2/08 | Stacey P. Nakasian | Present Rule 37 motion in morning session; respond to Court's questions in afternoon session re same; await defendant's identification of claimed sales; rewrite Plant cross-examination. | 4.50 | $340.00 | 1,530.00 |
| 4/2/08 | Crystal J. Dartt | Await defendant's identification of claimed sales; review Plant's sales documentation in court with Atty. Karcis; discuss damages issue with S. Nakasian; analyze and prepare summary chart of Plant's purported sales. | 2.50 | $155.00 | 387.50 |

| Date | Billing Attorney/Paralegal | Description | Hours | Hourly Rate | Fee |
|---|---|---|---|---|---|
| 4/2/08 | Byron McMasters | Research available sanctions under Civil Procedure Rule 37; discuss Rule 37 motion argument with S. Nakasian. | 1.40 | $250.00 | 350.00 |
| 4/3/08 | Crystal J. Dartt | Review "new exhibit" presented by defense counsel at trial (parts of which became Exhibit D); discuss same with S. Nakasian. | 0.40 | $155.00 | 62.00 |
| 4/3/08 | Byron McMasters | Research and draft supplemental proposed jury instruction. | 1.00 | $250.00 | 250.00 |
| 4/3/08 | Stacey P. Nakasian | Discussion in chamber conference re intention to provide supplemental jury instruction. | 0.10 | $340.00 | 34.00 |
| 4/4/08 | Stacey P. Nakasian | Revise proposed supplemental jury instruction; present argument re same. | 0.50 | $340.00 | 170.00 |
| 4/8/08 | Stacey P. Nakasian | Review time records to identify time subject to court's ruling. | 0.25 | $340.00 | 85.00 |
| 4/8/08 | Crystal J. Dartt | Review time records to identify time related to defendants' failure to comply with court's ruling; prepare itemized summary of fees. | 1.00 | $155.00 | 155.00 |
| 4/10/08 | Stacey P. Nakasian | Prepare submission to Court regarding attorneys fees, including affidavit | 2.00 | $340.00 | 680.00 |
| | | | **23.45** | | **5,629.50** |