UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S**
**MOTION TO COMPEL PAYMENT REQUIRED BY APRIL 3, 2008 ORDER**

Plaintiff Astro-Med, Inc. ("Astro-Med") files this motion seeking an Order compelling immediate payment by Defendant Nihon Kohden America, Inc. ("Nihon Kohden") and Attorney E. P. Michael Karcis ("Karcis") of the amounts awarded in the Memorandum and Order entered by Magistrate Judge Martin on April 3, 2008. Nihon Kohden and Karcis have not complied with the Magistrate's award because they intend to appeal his Order. However, as set forth in the accompanying memorandum, those parties waived their right to appeal by failing to object to the Order within the time prescribed by this Court's rules. Because no justification exists for their failure to comply with the Order, Astro-Med requests the Court to enter an Order compelling Nihon Kohden and Attorney Karcis to pay immediately the full amount awarded in the April 3,

2008 Order and to pay Astro-Med its attorneys fees and costs associated with bringing this Motion.

RESPECTFULLY SUBMITTED,

ASTRO-MED, INC.
By Its Attorneys

/s/ Stacey P. Nakasian, Esq.

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

April 23, 2008

**CERTIFICATION**

The undersigned hereby certifies that on the 23rd day of April, 2007, a copy of the foregoing ***Plaintiff Astro-Med, Inc.'s Motion to Compel Payment Required by April 3, 2008 Order*** was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\ Motion to Compel Payment re 04-03-08 Order 04-22-08.doc