UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-533 ML |

**PLAINTIFF ASTRO-MED, INC.'S MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL PAYMENT REQUIRED BY APRIL 3, 2008 ORDER**

Plaintiff Astro-Med, Inc. ("Astro-Med") submits this Memorandum in Support of its Motion to Compel Payment by Defendant Nihon Kohden America, Inc. ("Nihon Kohden") and Attorney E. P. Michael Karcis ("Karcis") of the amounts awarded in the Memorandum and Order entered by Magistrate Judge Martin on April 3, 2008. That Order directed Nihon Kohden and Karcis to jointly and severally pay to Plaintiff's law firm the amount of $20,881.93 within ten days of the date of the Order. According to the Federal Rules regarding the computation of time, the payment was due on April 17, 2008. That deadline passed with no payment having been made.

On April 21, 2008, Plaintiff's counsel sent a letter to defense counsel requesting prompt payment and informing them that unless payment was made, an appropriate Motion would be filed with the Court. A copy of that letter is attached hereto as Exhibit A. In response to the letter, Attorney Gladstone called Plaintiff's counsel on April 22, 2008 and informed her that the required payment had not been made because Karcis and Nihon Kohden intended to appeal the Magistrate's Order.

The Local Rules of this Court require that "any appeal from an order or other ruling by a magistrate judge in a non-dispositive matter shall be filed and served within ten (10) days after such order or ruling is served on the appellant." *See* Local Rule 72(c). No appeal was filed in that timeframe by either Nihon Kohden or Attorney Karcis to Magistrate Judge Martin's Memorandum and Order. Rather, according to Mr. Gladstone, his clients intend to file an appeal directly with the First Circuit. However, the law in this Circuit is clear that a party who does not object to a magistrate's decision before the District Court waives its right to seek review of that decision by the Appeals Court. *See, e.g., FDIC v. LeBlanc,* 93 F.3d 815, 820 (1st Cir. 1996); *see also Hightower v. Vose,* 1996 WL 516123, n.1 (1st Cir. 1996) (noting "general rule" that a litigant in the First Circuit waives the right to appellate review by failing to object to a magistrate's decision before the District Court). Based on this clear and controlling authority, Nihon Kohden and Attorney Karcis have waived any right to appellate review of Magistrate Judge Martin's Order, and no legitimate basis exists for their failure to comply with that Order.

For the foregoing reasons, Astro-Med requests the Court to enter an Order compelling Nihon Kohden and Attorney Karcis immediately to pay Astro-Med's law firm the full amount awarded in the April 3, 2008 Order and to pay Astro-Med its attorneys fees and costs associated with bringing this Motion.

RESPECTFULLY SUBMITTED,

ASTRO-MED, INC.
By Its Attorneys

/s/ Stacey P. Nakasian, Esq.

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

April 23, 2008

**CERTIFICATION**

The undersigned hereby certifies that on the 23rd day of April, 2007, a copy of the foregoing ***Plaintiff Astro-Med, Inc.'s Memorandum In Support of Motion to Compel Payment Required by April 3, 2008 Order*** was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Memo Motion to Compel Payment re 04-03-08 Order 04-22-08.doc