# EXHIBIT A

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Stacey P. Nakasian, Esq.*
snakasian@duffysweeney.com

April 21, 2008

***Via Facsimile and First Class Mail***
E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Bruce W. Gladstone, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Re: Astro-Med, Inc. v. Kevin Plant and Nihon Kohden America
C.A. No. 06-533-ML

Gentlemen:

In a Memorandum and Order issued April 3, 2008, Magistrate Judge Martin ordered Nihon Kohden and Michael Karcis to pay to my firm the sum of $20,881.93 within ten days of the date of the Order. According to Federal Rule 6 regarding computing time, that payment was due April 17, 2008, yet we have received no payment to date as required by the Order. If we do not receive payment in full by the close of business tomorrow, I will proceed to file an appropriate motion with the Court.

Sincerely,

Stacey P. Nakasian

SPN/emh
cc: Craig M. Scott, Esq.

:Astro-Med\Plant, Kevin\Letters\Karcis-Gladstone 04-21-08 SPN