**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff-Appellee

v. C.A. No. 06-533ML

NIHON KOHDEN AMERICA, INC.,
Defendant-Appellant

IN RE: NIHON KOHDEN AMERICA, INC.
Petition for Issuance of a Writ of Certiorari
And/or Writ of Mandamus

**Notice of Appeal**

Notice is hereby given that Nihon Kohden America, Inc., Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from an oral order of Honorable Mary M. Lisi on April 2, 2008 on Page 137 of the Transcript of the Jury Trial in the above-captioned matter.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: May 2, 2008

G:\pec\PLANT, KEVIN\Pleadings\NOTICE OF APPEAL.doc

CERTIFICATION

The undersigned hereby certifies that on the 2nd day of May, 2008, a copy of the foregoing Notice of Appeal was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone