UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MOTION TO EXTEND DEADLINE FOR FILING POST-VERDICT MOTIONS**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby requests a short extension (to May 6, 2008) of the deadline to file its post-verdict motions for attorneys fees and exemplary damages. Defendants' counsel has informed Astro-Med's counsel that the Defendants consent to this request. Astro-Med respectfully refers the Court to the accompanying Memorandum in support of this motion.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian
Craig M. Scott, Esq. (# 4237)
cscott@duffysweeney.com
Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: May 2, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff Astro-Med, Inc.'s Motion to Extend Deadline for Filing Post-Verdict Motions*** was filed through the ECF system on the 2d day of May, 2008, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via facsimile and First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.