UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**MEMORANDUM IN SUPPORT OF PLAINTIFF ASTRO-MED, INC.'S MOTION TO EXTEND DEADLINE FOR FILING POST-VERDICT MOTIONS**

Plaintiff Astro-Med, Inc. ("Astro-Med") requests a short extension (to May 2, 2008) of the deadline to file its post-verdict motions for attorneys' fees and exemplary damages. In support of its motion, Astro-Med states that its counsel's original estimate of the time needed after trial to prepare and file the motions in question proved insufficient in light of other work demands that arose. Plaintiff seeks only a four-day extension, which will allow Plaintiff the extra time it needs without significantly delaying the progress of this case. Plaintiff's counsel

informed Defendants' counsel of this request. Defendants' counsel represents that his clients consent to the extension sought.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (# 4237)
cscott@duffysweeney.com
Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: May 2, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Memorandum in Support of Astro-Med, Inc's Motion to Extend Deadline for Filing Post-Verdict Motions*** was filed through the ECF system on the 2d day of May, 2008, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via facsimile and First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.