UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

May 5, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

RE: CA 06-533ML
Astro-Med, Inc. V. Nihon Kohden America, Inc.

**CCA#** ____________________

Dear Clerk of Court:

Enclosed herewith you will find the NOTICE OF APPEAL (INTERLOCUTORY) as to the above-referenced case.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

____________________
DEPUTY CLERK

Encl:
**Doc #188 Notice of Appeal (Interlocutory)**
**Doc# 182 (Vol. 2 of 5): Transcript of Jury Trial for date of April 2, 2008**
**Certified docket**