UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT and NIHON KOHDEN AMERICA, INC.,<br><br>Defendants. | : | C.A. No. 06-533 ML |

**PLAINTIFF ASTRO-MED, INC.'S OBJECTION TO**
**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Plaintiff, Astro-Med, Inc., ("Astro-Med") by and through its counsel, hereby objects to the Defendant's Motion for Judgment as a Matter of Law. For the reasons stated in the accompanying Memorandum, none of the myriad of arguments thrown out by the Defendants warrants Judgment as a matter of law in favor of the Defendants. Accordingly, Plaintiff respectfully submits that the Defendants' Motion should be denied.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Stacey P. Nakasian (#5069)
Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: May 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Plaintiff Astro-Med, Inc.'s Objection to Defendants' Motion for Judgment as a Matter of Law*** was filed through the ECF system on the 6th day of May, 2008, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Obj Defs M Judgment as Matter of Law 05-02-08