UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MOTION FOR ATTORNEYS' FEES AND EXEMPLARY DAMAGES**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby moves for an award of attorneys' fees in the amount of $212,179.35 and non-taxable costs in the amount of $11,844.37 pursuant to its contract with Kevin Plant and the Rhode Island Uniform Trade Secrets Act, R.I. Gen. Laws §6-41-4. Astro-Med also seeks an award of exemplary damages in the amount of $560,000, as authorized by the Rhode Island Uniform Trade Secrets Act, R.I. Gen. Laws §6-41-3(b). In support of this motion, Astro-Med refers to the accompanying memorandum of law.

RESPECTFULLY SUBMITTED,

ASTRO-MED, INC.
By Its Attorneys

/s/ Stacey P. Nakasian, Esq.

Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

May 6 2008

**CERTIFICATION**

The undersigned hereby certifies that on the 6th day of May, 2007, a copy of the foregoing ***Plaintiff Astro-Med, Inc.'s Motion For Attorneys' Fees and Exemplary Damages*** was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\ Motion Atty Fees re Exemplary Damages 05-01-08.doc