UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| Defendants. | : | |

**AFFIDAVIT OF STACEY P. NAKASIAN IN SUPPORT OF PLAINTIFF ASTRO-MED INC.'S MOTION FOR AWARD OF ATTORNEYS' FEES**

STACEY P. NAKASIAN, pursuant to Rhode Island General Laws §6-41-4 and LR Cv 54.1, declares as follows:

1. I am a partner in the firm of Duffy, Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, and I am admitted to practice before this Court. I offer this Affidavit in support of Plaintiff Astro-Med, Inc.'s Motion for Award of Attorneys' Fees.

2. Attached hereto as Exhibit A are itemized statements of all time expended by each Duffy Sweeney & Scott, Ltd. attorney and paralegal in connection with this action through April 30, 2008, together with a brief description of the services performed during each period of time itemized.

3. The services reflected in Exhibit A were reasonably necessary to prosecute Plaintiff's claims of breach of contract, unfair competition, tortious interference with contractual relations, and misappropriation of trade secrets. The services include services required to (a) obtain emergency injunctive relief through a day-long evidentiary hearing and substantial

post-hearing briefing; (b) defend against Nihon Kohden's challenge to personal jurisdiction, including the taking of out-of-state depositions and briefing to the Court in opposition to Nihon Kohden's Motion to Dismiss; (c) participating in discovery, including having to file Motions to Compel to obtain documents improperly withheld from production by the Defendants; (d) briefing and responding to Defendants' Motions for Reconsideration and Clarification of the Court's Injunction Orders; (e) preparing for and participating in the trial of this matter; and (f) preparing post-trial Motions and responding to Defendants' Rule 50 Motion.[1]

4. This case has been pending since 2006. Duffy Sweeney & Scott, LTD charged Astro-Med the following hourly rates, which were customarily charged by counsel in like cases, while the case was pending:

| | | |
|---|---|---|
| 2006: | Partners: | Craig M. Scott ($345); Christine K. Bush ($310); Roger W. Hood ($275). |
| | Associates: | Robert O'Keefe ($225). |
| | Paralegals: | Crystal Dartt ($140); and Karen Bradbury ($140). |
| 2007: | Partners: | Craig M. Scott ($365); Robert M. Duffy ($365). Christine K. Bush ($325); Stacey P. Nakasian ($325). |
| | Associates: | Ralph Gaboury ($295); Byron McMasters ($235); Robert O'Keefe ($235). |
| | Paralegals: | Crystal Dartt ($155). |
| 2008: | Partners: | Craig M. Scott ($395); Robert M. Duffy ($395); Stacey P. Nakasian ($340). |
| | Associates: | Byron McMasters ($250); Chad Henderson ($250). |
| | Paralegals: | Crystal Dartt ($155). |

5. Pursuant to its fee agreement in this matter, the firm charged Astro-Med for the actual hours worked multiplied by the applicable billing rate.

[1] In addition to these services, the attached time records also reflect work performed by Astro-Med's attorneys in responding to Nihon Kohden's frivolous appeal and traveling to California for depositions that were frustrated by Nihon Kohden's failure to produce witnesses as ordered by the Court. As the Court is aware, Astro-Med was awarded its attorneys fees for those services. Those fees have been paid by the Defendants. Although those services are reflected in the attached statements, the attorneys' fees sought in Astro-Med's Motion have been reduced by the amount of the fees already paid by the Defendants pursuant to the Court's prior attorneys' fee awards.

6. Duffy Sweeney & Scott's professional fees from the inception of this case through April 30, 2008 total $235,061.28.

7. In or about October 2007, Astro-Med received a $2,000 payment from the Defendants in compliance with a First Circuit fee award. A copy of that judgment containing that award is attached as Exhibit B. On or about May 1, 2008, Defendants paid the fee award issued by the Court's April 3, 2008 Order in the amount of $20,881.93.

8. Accordingly, the fees sought in Astro-Med's Motion are $212,179.35.

9. In addition to the attorneys' fees identified above, Astro-Med also seeks to recover $11,844.37 in non-taxable costs for disbursements Astro-Med made for: (1) on-line research ($3,634.64); (2) courier fees ($82.70); (3) postage and copying costs ($3,746.50); and (4) certain deposition-related costs ($4,380.53). The charges in question were incurred in connection with this case, and charges of this nature are not included in firm overhead but rather customarily are billed to clients.

______________________________
Stacey P. Nakasian

STATE OF RHODE ISLAND
CITY OF PROVIDENCE

Subscribed and sworn to before me this 6th day of May, 2008.

______________________________
Notary Public

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Affidavit of Stacey P. Nakasian in Support of Plaintiff Astro-Med Inc.'s Motion for Award of Attorneys' Fees*** was filed through the ECF system on the 6th day of May, 2008, and will be sent electronically to the counsel-named below as registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and served, via First Class Mail, to the counsel named below who are not registered ECF participants:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Affidavit - Stacey Nakasian - Support M Award of Fees 05-01-08