UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**AFFIDAVIT OF R. DANIEL PRENTISS IN SUPPORT OF PLAINTIFF ASTRO-MED INC.'S MOTION FOR ATTORNEY'S FEES**

R. DANIEL PRENTISS, pursuant to LR Cv 54.1(b)(2), declares as follows:

1. Neither I nor my law firm, R. Daniel Prentiss, P.C., has any interest in the above-captioned case.

2. I am the principal of my firm, R. Daniel Prentiss, P.C., located in Providence, Rhode Island.

3. I am an attorney in good standing, licensed to practice in the jurisdictions of Rhode Island and Massachusetts. I was admitted to practice in Rhode Island in 1975, and was admitted to the bar of the United States District Court for the District of Rhode Island in 1976. I have been practicing law actively since my admission to the bar. I was a partner in the Rhode Island firm McGovern, Noel & Benik for five years, and for five years an equity partner in the national law firm of Holland & Knight, LLP. I have practiced law in my own firm since 2006.

4. In my practice of law I have become familiar with the hourly rates charged by lawyers in different fields of law in Rhode Island. I understand that the above-captioned case

involves claims for breach of contract, tortious interference with contractual relations, unfair competition and misappropriation of trade secrets.

5. I am aware that Duffy Sweeney & Scott, LTD charged the following rates during the following periods:

| | | |
|---|---|---|
| 2006: | Partners: | Craig M. Scott ($345); Christine K. Bush ($310); Roger W. Hood ($275) |
| | Associates: | Robert O'Keefe ($225) |
| | Paralegals: | Crystal Dartt ($140); and Karen Bradbury ($140) |
| 2007: | Partners: | Craig M. Scott ($365); Robert M. Duffy ($365); Christine K. Bush ($325); Stacey P. Nakasian ($325) |
| | Associates: | Rachelle Green ($295); Byron McMasters ($235); Robert O'Keefe ($235) |
| | Paralegals: | Crystal Dartt ($155) |
| 2008: | Partners: | Craig M. Scott ($395); Robert M. Duffy ($395); Stacey P. Nakasian ($340) |
| | Associates: | Byron McMasters ($250); Chad Henderson ($250) |
| | Paralegals: | Crystal Dartt ($155). |

6. I am personally familiar with Mr. Scott, Mr. Duffy and Ms. Nakasian of the law firm of Duffy, Sweeney & Scott, and am aware of their experience and reputation in the Rhode Island legal community.

7. Based on my experience with commercial litigation, and my general familiarity with the usual and customary rates charged by attorneys in the community who have comparable experience in similar cases, it is my opinion that the rates identified in paragraph 5

are reasonable and within the range of fees charged by Rhode Island lawyers with comparable experience and qualifications, for complex litigation in an area such as trade secret litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on this 5th day of May, 2008.

R. Daniel Prentiss

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 5th day of May, 2008.

Notary Public

My commission expires on 2/27/2012