UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,
Plaintiff
v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM TO PLAINTIFF, ASTRO-MED, INC.'S OBJECTION TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Now come the Defendants, Kevin Plant and Nihon Kohden America, Inc. and hereby request Leave to File, on or before May 30, 2008, a Reply Memorandum to Plaintiff's Memorandum filed in Support of Plaintiff's Objection to Defendants' Motion for Judgment as a Matter of Law, and In support of this Motion for Leave, Defendants submit the accompanying Memorandum.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: May 22, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM TO PLAINTIFF, ASTRO-MED, INC.'S OBJECTION TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Now come the Defendants, Kevin Plant and Nihon Kohden America, Inc. and hereby file this Memorandum in Support of their Motion for Leave to File a Reply Memorandum to Plaintiff's Opposition to Plaintiff, Astro-Med, Inc.'s Objection to Defendants' Motion for Judgment as a Matter of Law.

Under Local Rule 7(b), any reply memorandum to an objection to a motion is to be filed within five (5) business days after an objection accompanied by a memorandum in support is filed with this Honorable Court. The Plaintiff's Objection with accompanying Memorandum was filed on May 6, 2008. Under the five business day rule, a reply memorandum, if any, was to have been filed by the Defendants by May 14, 2008. Commencing on May 9, 2008, Defendants' Rhode Island counsel, Bruce W. Gladstone, was unable to confer with pro hac vice co-counsel in order to prepare a Reply Memorandum, as Attorney Gladstone was away from the office and not able to attend to business during a family emergency involving the illness and death of the mother of his children, who died from the effects of brain cancer on May 19, 2008, with the family at her bedside from that May 9, 2008 date. Attorney Gladstone did return to the office on Monday May 19, 2008. Based on the foregoing, leave to file a Reply Memorandum on or before Friday May 30, 2008 to Plaintiff's Objection to Defendants' Motion for Judgment as a Matter of Law is hereby respectfully requested.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: May 22, 2008

# CERTIFICATION

The undersigned hereby certifies that on the 22nd day of May, 2008, a copy of the foregoing **Defendant's Motion for Leave to File a Reply Memorandum to Plaintiff, Astro-Med, Inc.'s Objection to Defendants' Motion for Judgment as a Matter of Law and Memorandum in Support** was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\Moiton to Extend Deadline.doc