**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

**DEFENDANTS, KEVIN PLANT AND NIHON KOHDEN AMERICA, INC.'S MOTION TO EXTEND DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXEMPLARY DAMAGES**

Defendants, Kevin Plant and Nihon Kohden America, Inc. hereby request a short extension through and including May 30, 2008 of the deadline to file their opposition to Plaintiff's Motion for Attorneys' Fees and Exemplary Damages. Plaintiff's counsel has advised Defendants' counsel that Plaintiff has no objection to this request for an extension through and including May 30, 2008. In support of this Motion, the Defendants do submit the accompanying Memorandum.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: May 22, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

**MEMORANDUM IN SUPPORT OF DEFENDANTS, KEVIN PLANT AND NIHON KOHDEN AMERICA, INC.'S MOTION TO EXTEND DEADLINE TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXEMPLARY DAMAGES**

Defendants, Kevin Plant and Nihon Kohden America, Inc. request a short extension through and including May 30, 2008 of the deadline to file their opposition to Plaintiff's Motion for Attorneys' Fees and Exemplary Damages. In support of its Motion, the Defendants state that Defendant's Rhode Island counsel, Bruce W. Gladstone, was unable to confer with pro hac vice co-counsel in order to prepare the Opposition and to review the grounds therefore, which include issues of state law under the laws of the State of Rhode Island, as Bruce W. Gladstone was away from the office and not able to attend to business during a family emergency involving the illness and death of the mother of his children, who died from the effects of brain cancer on May 14, 2008 with the family at her bedside from Friday, May 9, 2008. Attorney Gladstone did return to the office on Monday, May 19th and has been working to catch up on several pending matters.

Defendants seek a one-week extension, which will allow the Defendants the extra time to properly confer and to respond to Plaintiff's Motion without significantly delaying the progress of this case. Defendants' counsel informed Plaintiff's counsel of this request on May 21, 2008. Plaintiff's counsel did reply immediately and did represent to Defendants' counsel that Plaintiff has no objection to this extension.

KEVIN PLANT
NIHON KOHDEN AMERICA, INC.
By their Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
PHONE: (401) 331-5700
FAX: (401) 331-5787

/s/ E.P. Michael Karcis

E.P. Michael Karcis, Esq.
michael@mcleanfirm.com
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
PHONE: (310) 450-9353
FAX: (310) 581-8006

Date: May 22, 2008

## CERTIFICATION

The undersigned hereby certifies that on the 22nd day of May, 2008, a copy of the foregoing **Defendants' Motion to Extend Deadline to Oppose Motion for Attorneys' Fees and Exemplary Damages and Memorandum in Support** was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone

G:\pec\PLANT, KEVIN\Pleadings\Moiton to Extend Deadline.doc