# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PLANT; NIHON KOHDEN AMERICA, INC.<br><br>Defendants. | C.A. No. 06-533-ML |

## AFFIDAVIT OF E.P. MICHAEL KARCIS IN SUPPORT OF OBJECTION BY DEFENDANTS NIHON KOHDEN AND KEVIN PLANT TO PLAINTIFF ASTRO-MED'S MOTION FOR ATTORNEYS' FEES AND EXEMPLARY DAMAGES

I, E.P. Michael Karcis, declare as follows:

1. I am an attorney at law, licensed to practice before all courts in Massachusetts and California, and am admitted Pro Hoc Vice in this matter. I am an attorney with the firm of McLean & McLean LLP, counsel of record for Defendants Kevin Plant and Nihon Kohden America, Inc. The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. On December 19, 2006 (less than three weeks after Astro-Med filed its original complaint), counsel for Defendants, Mark A. McLean of McLean & McLean LLP, responded to a letter from Craig M. Scott of Duffy, Sweeney, & Scott Ltd., counsel for Astro-Med, addressed to Nihon Kohden's President. See **Exhibit A.**

In his December 19, 2006 letter, Mr. McLean proposed a settlement that provided Astro-Med with all, if not more, of the protections it sought by filing this lawsuit (*i.e.*, the restrictions imposed by the Court's February 16, 2007 Interim Injunction Order. See **Exhibit B**.

3. As I recall (which I confirmed with co-counsel Bruce Gladstone), Everett Pizzuti, Astro-Med's Chief Operating Officer, stated during his October 18, 2007 deposition (off the record) that Duffy, Sweeney & Scott Ltd., did not inform him of the settlement offer.

4. I have reviewed Exhibit A to Attorney Nakassian's Affidavit in Support of Astro-Med's Motion for Attorneys' Fees and Exemplary Damages. Nowhere in the billing entries included in Exhibit A to Attorney Nakassian's Affidavit does it indicate that attorneys from Duffy, Sweeney & Scott Ltd. ever discussed the December 19, 2006 settlement offer made by Nihon Kohden and Mr. Plant. Moreover, neither Astro-Med or its attorneys ever responded to Defendants' settlement offer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of May, 2008, in Providence, Rhode Island

E.P. Michael Karcis, Affiant

NOTARY:
Subscribed and sworn to before me this 30th day of May, 2008 in Providence, Rhode Island.

Bruce W. Gladstone

My Commission Expires: 4/16/2011