# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.,

Plaintiff,

v. C.A. No. 06-533ML

KEVIN PLANT; NIHON KOHDEN AMERICA, INC.,

Defendants

**AFFIDAVIT OF J. RONALD FISHBEIN, ESQ. IN SUPPORT OF DEFENDANTS NIHON KOHDEN AMERICA, INC. AND KEVIN PLANT'S OBJECTION TO PLAINTIFF ASTRO-MED, INC.'S MOTION FOR ATTORNEYS' FEES**

I, J. Ronald Fishbein, declare as follows:

1. I am an attorney at law, licensed to practice before all courts in Rhode Island. The following statements are made of my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. I have no interest in the above-captioned case.

3. I am an attorney in good standing, licensed to practice in the jurisdiction of Rhode Island. I was admitted to practice in Rhode Island in 1963. I have been practicing law actively since my admission to the bar.

4. In my practice of law I have become familiar with the hourly rates charged by lawyers in different fields of law in Rhode Island. I understand that the above-captioned case involves claims for breach of contract, tortious

interference with contractual relations, unfair competition and misappropriation of trade secrets.

5. I have reviewed the billing statements submitted by the law firm Duffy, Sweeney & Scott Ltd. in support of plaintiff Astro-Med, Inc.'s Motion for Attorneys' Fees, including the amounts billed for each attorney's work on the above-captioned matter.

6. Based on my experience with commercial litigation, noting that I have in excess of two hundred fifty (250) jury trials taken to a verdict, and my general familiarity with the usual and customary rates charged by attorneys in the community who have comparable experience in similar cases, it is my opinion that the rates identified as reasonable by Attorney Prentiss are outside the range of fees charged by Rhode Island lawyers with comparable experience and qualifications for the above-captioned matter. Reasonable rates for legal services performed by Rhode Island attorneys with comparable experience and qualification as of the date of this affidavit are as follows:

a. Partners:

2006: Two Hundred and Seventy-Five Dollars Per Hour ($275.00)

2007: Three Hundred Dollars Per Hour ($300.00)

2008: Three Hundred and Twenty-Five Dollars per hour ($325.00)

b. Associates:

2006: Two Hundred Dollars Per Hour ($200.00)

2007: Two Hundred Fifteen Dollars Per Hour ($215.00)

2008: Two Hundred and Thirty-Five Dollars Per Hour ($235.00)

c. Paralegals:

2006: One Hundred Dollars Per Hour ($100.00)

2007: One Hundred Ten Dollars Per Hour ($110.00)

2008: One Hundred Twenty-Five Dollars Per Hour ($125.00)

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of May, 2008 in Providence, Rhode Island.

J. Ronald Fishbein, Affiant

NOTARY:

Subscribed and sworn to before me this 30th day of May, 2008 in the State of Rhode Island.

Donna F. Bathgate
Notary Public
My Commission Expires: 7/10/09

G:\pec\PLANT, KEVIN\APPEAL 5-08\Affidavit - Fishbein.doc