# EXHIBIT B

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Craig M. Scott*
*cscott@duffysweeney.com*

December 22, 2006

**FOR SETTLEMENT PURPOSES ONLY**

***Via Facsimile***

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Re: Astro-Med, Inc. v. Kevin Plant, D.R.I. C.A. No. 06-533

Dear Michael:

I am in receipt of your letter dated December 21, 2006. As you might expect, I dispute many of your characterizations and conclusions, which are self-serving and intended for an audience other than Astro-Med.

We were hopeful that, as a result of our discussion at my office after the conference, your clients would moderate their views and respect the integrity of the Employee Agreement. In any event, I plan on discussing your proposal with my client this afternoon.

Sincerely,

Craig M. Scott

CMS/sr

cc: Michael A. Gamboli (*via facsimile)*
Astro-Med, Inc. (*via facsimile)*

*H:\Clients\Astro-Med\Plant, Kevin\Letters\Karcis 12-22-06 CMS.doc*