# EXHIBIT D

RECEIVED
MAY 2 7 2008
By________

McLEAN & McLEAN LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

3001 2ND STREET, SUITE E
SANTA MONICA, CALIFORNIA 90405

TELEPHONE 310.450.9353
FACSIMILE 310.581.8006

May 21, 2008

**VIA FACSIMILE TO 401-455-0701**
**& U.S. MAIL**

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903

**Re** **Astro-Med, Inc. v. Kevin Plant, *et al.***
**U. S. District Court, R.I. Case No. 06-CV-00533-ML**

Dear Attorney Nakasian:

We are in receipt of Astro-Med's Motion for Attorneys' Fees and Exemplary Damages, filed by your office on May 6, 2008. Astro-Med's filed its motion prematurely by filing before the entry of judgment in the above-referenced case. Accordingly, the motion should be withdrawn and filed within the appropriate timeframe *after* entry of judgment.

A motion for attorneys' fees is timely filed if filed within fourteen days of the final judgment.[1] Under the Federal Rules of Civil Procedure, a motion for attorneys' fees must be filed *after* entry of judgment.[2] Failure to file a motion for attorney fees within the prescribed time period waives a party's right to request fees.[3] Here, the Court has not issued a final judgment and Astro-Med's motion for attorneys fees and exemplary damages is premature.

Accordingly, we request that you withdraw Astro-Med's Motion for Attorneys' Fees and Exemplary Damages immediately and re-file the motion at the appropriate time -- within 14 days after the Court's entry of judgment. Otherwise, we must oppose the motion and seek the appropriate sanctions for having to respond to an untimely motion.

---

[1] *See* Fed. R. Civ. Proc. 54(d)(2)(B); Rhode Island Local Rule Cv 54.1(a); Miltimore Sales, Inc. v. International Rectifier, Inc. (2005) 412 F. 3d 685, 690-691 (a motion for attorneys fees is timely if filed within fourteen days of the final judgment).
[2] *See* 1993 Advisory Committee Notes to Fed. R. Civ. Proc. 54.
[3] *See* Romaguera v. Gegenheimer (5th Cir. 1998) 162 F. 3d 893, 895 (claim for fees waived by failing to file motion within time limit).

Please advise our office and Mr. Gladstone of your decision in writing by **tomorrow, May 22, 2008 at 10:00 a.m. EST**.

Thank you for your anticipated cooperation. If you have any questions, please contact me directly at (508) 212-2142.

Sincerely yours,

E.P. Michael Karcis
McLean & McLean LLP

EPMK/jh
cc: Bruce P. Gladstone, Esq.