# EXHIBIT F

# Select A Case

**This person is a party in 78 cases.**

| | | | |
|---|---|---|---|
| 1:00-cv-00530-T | Technic, Inc. v. Travelers Property, et al | filed 10/17/00 | closed 08/14/01 |
| 1:00-cv-00609-T | Bond Opportunity, et al v. Heffernan, et al | filed 12/15/00 | closed 12/06/04 |
| 1:01-cv-00107-T | Aurex (Pvt.) Ltd. v. Iacono, et al | filed 03/07/01 | closed 10/01/02 |
| 1:01-cv-00324-L | Obert v. Republic Western, et al | filed 07/03/01 | closed 04/07/05 |
| 1:02-cv-00379-L | Republic Western Ins, et al v. Joseph J. Fratus, et al | filed 08/27/02 | closed 09/11/03 |
| 1:02-cv-00380-L | Republic Western v. Obert | filed 08/27/02 | closed 09/11/03 |
| 1:02-cv-00460-L | Van Rensselaer v. Citibank., et al | filed 10/22/02 | closed 11/17/04 |
| 1:03-cv-00138-T | Petrarca v. A B Marine, Inc., et al | filed 04/14/03 | closed 01/23/04 |
| 1:03-cv-00484-S | Distinctive Brands v. Newell Rubbermaid | filed 10/22/03 | closed 04/02/04 |
| 1:03-cv-00518-ML | Morin, et al v. First Horizon | filed 11/12/03 | closed 06/17/04 |
| 1:03-cv-00524-T | USA, et al v. Slater Health Center | filed 11/18/03 | closed 02/19/04 |
| 1:04-cv-00163-S-LDA | RI Carpenter Annuity, et al v. Trevi Icos Corp. | filed 05/05/04 | closed 09/05/07 |
| 1:04-cv-00329-L | ProvPort, Inc. v. Metals Recycling | filed 08/02/04 | closed 04/05/06 |
| 1:05-cv-00035-S | Webb v. Rose | filed 01/28/05 | closed 11/10/05 |

| | | | |
|---|---|---|---|
| 1:05-cv-00171-T-DLM | CVS, Inc. v. Beneficial Holdings, et al | filed 04/25/05 | closed 09/05/07 |
| 1:06-cv-00075-ML-DLM | Chao v. Kilberg et al | filed 02/17/06 | closed 11/13/06 |
| 1:06-cv-00299-T-DLM | Haffenreffer v. Coleman et al | filed 06/28/06 | closed 01/09/08 |
| 1:06-cv-00335-T-DLM | Meyersiek v. Richard et al | filed 07/21/06 | |
| 1:06-cv-00518-T-DLM | Edgar, Inc. v. The Bombay Company, Inc | filed 11/28/06 | closed 03/18/08 |
| 1:07-cv-00462-S-LDA | Robert Potter League for Animals v. A.J. Martini, Inc. | filed 12/13/07 | |
| 1:08-cv-00035-T-DLM | Thompson v. Logel | filed 01/25/08 | |
| 1:88-cv-00373-L | Bogosian, et al v. Woloohojian, et al | filed 06/23/88 | closed 10/26/01 |
| 1:89-cv-00533-L | RIHTNB v. Bogosian | filed 09/27/89 | closed 11/23/92 |
| 1:90-cv-00160-B-TMB | Am. Title Ins. Co. v. Marderosian, et al | filed 03/28/90 | closed 07/10/91 |
| 1:90-cv-00396-T-JH | Blackstone Subaru v. Subuaru of NE Inc. | filed 08/10/90 | closed 06/20/92 |
| 1:90-cv-00424-L | Crest Truck v. Lumex, Inc. | filed 08/22/90 | closed 10/14/92 |
| 1:90-cv-00485-P-TMB | Sweet v. Randall | filed 09/27/90 | closed 10/30/91 |
| 1:90-cv-00506-P-JH | Fobert v. Colombo, Inc., et al | filed 10/17/90 | closed 11/08/91 |

| | | | |
|---|---|---|---|
| 1:90-cv-00566-P-JH | Crafford Precision v. Schenkers Int'l | filed 11/14/90 | closed 02/18/92 |
| 1:91-cv-00012-B-TMB | NOS Limited, et al v. Old Colony Bank, et al | filed 01/10/91 | closed 06/17/92 |
| 1:91-cv-00073-T-TMB | Doolittle v. F.S.H. Incorporated, et al | filed 02/08/91 | closed 11/27/91 |
| 1:91-cv-00080-T-JH | Dziuba v. Brown University | filed 02/14/91 | closed 01/23/92 |
| 1:91-cv-00119-P | Kissell v. Dunn, et al | filed 03/08/91 | closed 04/01/93 |
| 1:91-cv-00227-B | American Title Ins. v. Marderosian, et al | filed 05/02/91 | closed 05/15/92 |
| 1:91-cv-00307-T-JH | DeVito v. RI Solid Waste Manag, et al | filed 06/13/91 | closed 06/30/92 |
| 1:91-cv-00449-P | Harritos, et al v. Central Credit Union, et al | filed 08/27/91 | closed 01/13/92 |
| 1:91-cv-00558-T | Marks v. Five Seas, Inc. | filed 10/24/91 | closed 12/30/93 |
| 1:91-cv-00687-B-JH | Harritos, et al v. Central Credit Union, et al | filed 12/27/91 | closed 04/23/92 |
| 1:92-cv-00195-L | Woodside v. Aldo's Mopeds, Inc., et al | filed 04/08/92 | closed 02/24/93 |
| 1:92-cv-00232-T | Colantuoni, et al v. Alfred Calcagni, et al | filed 04/23/92 | closed 11/16/93 |
| 1:92-cv-00293-T | The Conn. Nat. Bank v. Kline, et al | filed 05/27/92 | closed 03/01/94 |
| 1:92-cv-00610-B | Reliance Insurance v. Markell, et al | filed 11/10/92 | closed 04/19/94 |
| 1:93-cv-00215-T | Kline, et al v. Schult | filed 04/26/93 | closed 11/30/93 |
| 1:93-cv-00249-B | Rao, et al v. Clayton | filed 05/06/93 | closed 06/16/94 |
| 1:93-cv-00320-B | Atlantic States v. Josef Creations | filed 06/15/93 | closed 06/29/93 |

| | | | |
|---|---|---|---|
| 1:93-cv-00322-B | R. Daniel Prentiss & v. Bogosian | filed 06/16/93 | closed 03/24/94 |
| 1:93-cv-00348-L | Woloohojian Realty v. Bogosian, et al | filed 06/25/93 | closed 09/05/03 |
| 1:93-cv-00438-T | Dias, et al v. Dow Corning Corp., et al | filed 08/17/93 | closed 11/15/93 |
| 1:93-cv-00474-L | URI Cogeneration, et al v. Board of Governors, et al | filed 08/31/93 | closed 07/08/96 |
| 1:93-cv-00506-T | Atlantic States v. Dunc's Plating Co. | filed 09/13/93 | closed 05/05/94 |
| 1:93-cv-00560-B-RWL | Eckman, et al v. University of Rhode, et al | filed 10/08/93 | closed 06/16/95 |
| 1:93-cv-00602-L | Dupere v. Providence Steel Inc | filed 10/27/93 | closed 03/01/95 |
| 1:93-cv-00615-T | Smith, et al v. O'Connell, et al | filed 11/03/93 | closed 08/17/98 |
| 1:94-cv-00012-T | Atlantic States v. RI Textile, Inc. | filed 01/10/94 | closed 08/02/94 |
| 1:94-cv-00210-L | Ed Peters Jewelry co v. C&J Jewelry co, et al | filed 04/20/94 | closed 06/02/99 |
| 1:94-cv-00285-T | Aetna Casualty v. Kelly, et al | filed 05/24/94 | closed 10/25/05 |
| 1:94-cv-00423-L | Brooks, et al v. American Canadian | filed 08/11/94 | closed 06/30/95 |
| 1:94-cv-00495-P | BHG, Inc. v. Newpro Designs, Inc. | filed 09/19/94 | closed 09/15/95 |
| 1:94-cv-00584-L | Labinger v. Harriet, et al | filed 11/02/94 | closed 03/24/95 |
| 1:94-cv-00698-ML | Ricci v. Allstate Insurance | filed 12/30/94 | closed 05/16/96 |
| 1:94-cv-00699-ML | Ricci v. General Accident | filed 12/30/94 | closed 05/13/96 |

| | | | |
|---|---|---|---|
| 1:94-mc-00048-TMB | DCN Industries v. Warner Brothers Inc | filed 06/29/94 | closed 07/15/94 |
| 1:95-cv-00007-L | Theriot v. Panteleakis, et al | filed 01/04/95 | closed 03/04/97 |
| 1:95-cv-00362-T | Arcus Media Group v. Innovative Data, et al | filed 07/11/95 | closed 06/25/96 |
| 1:95-cv-00570-L | Sepanik v. ITT Sheraton Corp, et al | filed 10/27/95 | closed 06/30/97 |
| 1:95-cv-00641-L | Perry v. Bechtel Leasing | filed 12/08/95 | closed 02/25/97 |
| 1:96-cv-00142-P | Panichas v. Hughes, et al | filed 03/12/96 | closed 10/16/96 |
| 1:96-cv-00493-T | MCI v. Exalon Industries | filed 08/28/96 | closed 04/09/97 |
| 1:96-cv-00525-L | Eckman v. Alpha Rho | filed 09/13/96 | closed 11/25/97 |
| 1:96-cv-00600-T | Carlson v. Beary, et al | filed 10/18/96 | closed 04/08/97 |
| 1:96-cv-00665-L | Moody v. RI Hospital Trust, et al | filed 11/20/96 | closed 09/28/98 |
| 1:96-cv-00688-L | Panteleakis v. Canada Crown LLC, et al | filed 12/04/96 | closed 03/04/97 |
| 1:97-cv-00679-L | Flink v. Bogosian, et al | filed 12/03/97 | closed 10/26/98 |
| 1:98-cv-00127-T | Citizens Bank of RI v. Coldata, Inc. | filed 03/12/98 | closed 03/26/99 |
| 1:98-cv-00142-ML | Kinne, et al v. Micallef, et al | filed 03/19/98 | closed 07/30/98 |
| 1:98-cv-00273-ML | McGlynn, et al v. The Credit Store, et al | filed 05/14/98 | closed 08/17/00 |
| 1:98-cv-00402-T | Merck-Medco, et al v. Merck-Medco Rx, et al | filed 08/07/98 | closed 10/28/98 |
| 1:99-cv-00591-ML | Gentile v. Opteamasoft, Inc., et al | filed 12/07/99 | closed 11/27/01 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/11/2008 10:40:15 | | | |
| **PACER Login:** | ds0404 | **Client Code:** | Astro-Med/Plant |
| **Description:** | Search | **Search Criteria:** | Last Name: prentiss |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |