# EXHIBIT G

# Select A Case

**This person is a party in 13 cases.**

| | | | |
|---|---|---|---|
| 1:00-cv-00016-L | Ringgold v. Laboratory Corp, et al | filed 01/12/00 | closed 07/28/03 |
| 1:01-cv-00156-L | Norton v. Hoyt | filed 04/02/01 | closed 08/14/03 |
| 1:01-cv-00232-S | Mulrey v. Jarret, et al | filed 05/04/01 | closed 12/26/02 |
| 1:02-cv-00440-ML | Natalizia, et al v. OSI Collection, et al | filed 10/08/02 | closed 04/22/04 |
| 1:02-cv-00470-T | Szymanski v. American Tele. | filed 10/30/02 | closed 05/14/03 |
| 1:91-cv-00333-L | Fusco, et al v. City of Warwick, et al | filed 07/01/91 | closed 11/30/94 |
| 1:92-cv-00703-B | Russo v. John Hancock Mutual, et al | filed 12/30/92 | closed 02/23/93 |
| 1:93-cv-00221-P | Oak Hill Investments v. Oak Hill Stables, et al | filed 04/22/93 | closed 05/09/94 |
| 1:93-cv-00608-B | Aube v. Aube | filed 10/28/93 | closed 04/06/94 |
| 1:94-cv-00700-P | Connell v. USA | filed 12/30/94 | closed 08/18/95 |
| 1:95-cv-00245-B | Van Cala v. Mulcahey, et al | filed 05/02/95 | closed 02/13/96 |
| 1:95-cv-00460-L | Thompson Consultants v. Garofalo & Assoc. | filed 08/29/95 | closed 10/28/98 |
| 1:97-cv-00508-ML | Upper v. Fleet National Bank | filed 09/04/97 | closed 12/04/98 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/11/2008 10:56:04 | | | |
| **PACER Login:** | ds0404 | **Client Code:** | Astro-Med/Plant |
| | | | |

| | | | |
|---|---|---|---|
| **Description:** | Search | **Search Criteria:** | Last Name: fishbein |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |