# EXHIBIT H

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ASTRO-MED, INC., Plaintiff | : |
| | : |
| VS. | : C.A. NO. 06-533 ML |
| | : |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants | : |

Deposition of **MICHAEL OHSAWA**, a 30(b)(6) witness designated by Nihon Kohden America, Inc., taken on behalf of the Plaintiff, on TUESDAY, JUNE 19, 2007, 3:12 P.M., at the offices of DUFFY SWEENEY & SCOTT, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island, before Vivian S. Dafoulas, Registered Merit Reporter/Certified Realtime Reporter.

ORIGINAL

Vivian S. Dafoulas, RMR-CRR
50 Fieldstone Drive
East Greenwich, RI 02818-2064
(401) 885-0992

MR. KARCIS: Same objection, and incomplete hypothetical. Calls for speculation.

A. I think it depends on the dollar amount of the transaction and whether or not -- how long the relationship has been with the potential customer and the salesman.

Q. Are you aware of any other salespeople that Nihon Kohden has hired who are also subject to or who at the time were subject to a non-compete with a competitor of Nihon Kohden?

MR. KARCIS: Same objection. Also overly broad as to time.

A. So this is --

MR. KARCIS: Also calls for speculation.

A. -- so am I aware of any specific cases where we have hired an employee who has a non-compete agreement?

Q. Correct.

A. Is that really relevant here? We did have one employee but I'm not sure exactly what -- I don't recall what type of agreement he signed with his former employer.

Q. And how long ago was that?

A. Somewhere from eight to ten years ago.

Q. Is that salesperson still with you?

MR. KARCIS: Objection. Misstates the witness's testimony. Also prior objection regarding jurisdictional discovery cutoff.

A. Yes.

Q. And what's his or her name?

A. Mark Rizk.

Q. And what product group does he work for?

MR. KARCIS: Same objections.

A. He sells sleep products. Excuse me. Let me correct myself. He's -- he's the product manager for sleep.

Q. Was he a salesperson before he became product manager?

A. No. He came on strictly as a product manager.

Q. And where did he work prior to accepting employment at Nihon Kohden?

A. I can't remember the name of the company right now.

Q. Was it Sandman?

MR. KARCIS: Same objection.

A. No.

Q. Medcare?

MR. KARCIS: Same objection.

A. No.

Q. Viasys?
MR. KARCIS: Same objection.
A. I don't think.
Q. Xltek?
MR. KARCIS: Same objection.
A. I don't think so.
Q. Respironics?
MR. KARCIS: Same objection.
A. Possibly.
Q. Sensormedics?
MR. KARCIS: Same objection.
A. Possibly.
Q. Biologic?
MR. KARCIS: Same objection.
A. Again, I can't recall.
Q. Did the hiring of Mr. Rizk involve any dispute with his former employer?
A. Yes.
Q. And what was the nature of that dispute?
A. What was what?
Q. What was the nature of that dispute?
A. They -- they didn't want Mark Rizk to work for our company.
Q. And did they file suit against Nihon Kohden?

A. Yes.
Q. And where was that suit filed?
A. Pennsylvania.
Q. Do you recall whether it was filed in state or federal court?
A. I don't recall.
Q. How long ago was this?
A. Excuse me?
Q. How long ago was this suit filed?
A. As I said before, eight to ten years ago.
Q. So it was shortly after he was hired by Nihon Kohden?
MR. KARCIS: Same objections.
A. I can't recall if it was before or after.
Q. And did that lawsuit mature to either a settlement or a judgment?
MR. KARCIS: Same objections.
A. I think there was a settlement.
Q. And were you involved in that litigation?
A. No.
Q. Did you make a decision to hire Mr. Rizk?
MR. KARCIS: Same objection.
A. I am not sure if I was involved in that particular decision.
Q. And what was the result of that

settlement?
MR. KARCIS: Objection insofar as whether you know or don't know if there was a confidentiality provision regarding that settlement.
If there is a confidentiality provision in that settlement agreement, assuming there is a settlement agreement, then I instruct you not to disclose anything about the terms of that settlement agreement other than the fact that one existed.
A. I don't recall.
Q. You don't recall the terms of the settlement agreement?
A. It's eight to ten years ago.
Q. Do you recall whether there was a written settlement agreement?
A. I assumed there was.
Q. Do you know whether Nihon Kohden paid Mr. Rizk any -- I'm sorry -- whether Nihon Kohden paid any money to Mr. Rizk's former employer?
A. I'm not certain.
Q. Was Mr. Rizk a defendant in that lawsuit as well as Nihon Kohden?
MR. KARCIS: Same objection.
A. I am not sure but I assume he was.
Q. Did Nihon Kohden pay for Mr. Rizk's