DC/RI
DiMARZIO
Judge Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

DC#: 06-00533

No. 08-1566

ASTRO-MED, INC.

Plaintiff - Appellee

v.

NIHON KOHDEN AMERICA INC.
Defendant - Appellant

KEVIN PLANT

Defendant

---

**JUDGMENT**

Entered: June 24, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Robert M. Duffy
Bruce W. Gladstone
E.P. Michael Karcis
Stacey P. Nakasian
Craig M. Scott

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 6/24/08