UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**ASTRO-MED, INC.**

**Vs.** **C.A. NO. 06-533ML**

**KEVIN PLANT and NIHON KOHDEN AMERICA, INC.**

# JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the plaintiff, Astro-Med, Inc., against the defendants, Kevin Plant and Nihon Kohden America, Inc. In the amount of $375,800.00 pursuant to the jury verdict rendered on April 7, 2008.**

**The Court awards plaintiff $2,267.50 in attorney's fees to be paid by Defendants' counsel pursuant to Fed.R.Civ.P. 37.**

**The Court awards exemplary damages to Astro-Med, Inc. in the amount of $560,000.00 against both Kevin Plant and Nihon Kohden America, Inc. jointly and severally.**

**The Court grants plaintiff's request for attorney's fees in part, in the amount of $209,911.85 and grants the plaintiff's entire request for costs in the amount of $11,844.37 against Kevin Plant in his individual capacity for the breach of contract. The attorney's fees are granted against Kevin Plant in his individual capacity for his breach of contract and against both Kevin Plant and Nihon Kohden America, Inc. Jointly and severally for misappropriation of trade secrets.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: July 25, 2008