**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | C.A. NO. 06-533ML |
| ASTRO-MED, INC. * | |
| VS. * | APRIL 1, 2008<br>10:00 A.M. |
| KEVIN PLANT, et al * | |
| * * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE MARY M. LISI,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE PLAINTIFF: STACEY P. NAKASIAN, ESQ.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

FOR THE DEFENDANTS: BRUCE W. GLADSTONE, ESQ.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

E.P. MICHAEL KARCIS, ESQ.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Court Reporter: Karen M. Wischnowsky, RPR-RMR-CRR
One Exchange Terrace
Providence, RI 02903

Q. And then we're talking two years later it happened?
A. Correct.
Q. And that was a decision that -- a potential that you conveyed to Mr. Plant back in 2004 based upon whose decision?
A. My own and those of my managers.
Q. Was it Mr. Ondis' decision?
A. Yes.
Q. But that possibility didn't occur for two more years; correct?
A. Correct.
Q. And you're familiar with -- at that time right before that break-up of that territory, where was Mr. Plant's biggest client?
A. I couldn't say at this point.
Q. You don't recall it being in Georgia?
A. I recall him having a large client in Georgia, yes.
Q. What client was that?
A. Georgia Center for Sleep Disorders. They have a few different names. That was one of them.
Q. And that was -- where would that be on the scale of clients for him?
A. It would be in the top two or three.

Q. And so sometime in mid 2006, that client was taken away from Mr. Plant; correct?
A. Correct.
Q. And about how much business a year was that client, do you know?
A. I don't recall.
Q. Well, top two or three, so just an estimate?
MS. NAKASIAN: Objection.
THE COURT: Basis?
MS. NAKASIAN: Foundation, your Honor, that these are static sales each year.
THE COURT: Overruled.
A. I still couldn't guess at it. Our sales, they're capital sales, and they range anywhere from $15,000 to $500,000.
Q. And they fluctuate, don't they?
A. They do.
Q. Isn't there a real cycle up and down in the sales industry or in the sales of this type of product?
A. Yes, there is.
Q. So not only is there just a natural cycle of up and down for this product, maybe I'm incorrect, correct me if I'm wrong, it's impacted by the economy as well; correct?
A. It can be, yes.

by quarter. During that year, our sales were some $602,680. The next year, which was the first full year that Kevin worked for us there, you can see the sales went up to $799,000.

The following year, which includes the time that Kevin had left, you can see the sales dropped down to $357,000. And then fiscal '08, which ended January 31st, you can see our sales were only $231,000 because the new salesman hasn't come up to speed yet. It takes a long time to get a salesman up and running.

MR. KARCIS: Excuse me. Based on the testimony, your Honor, I renew the objection.

THE COURT: Overruled.

MS. NAKASIAN: Thank you, your Honor.

Q. I'm a little confused about your fiscal year because it's not quite a calendar year. Can you tell the jury in which quarter of fiscal year -- of which fiscal year was it that Mr. Plant left?

A. Okay. He left in 2006, September of 2006, calendar year 2006. That would have been our fiscal year 2007.

Q. And which quarter of fiscal year 2007, sir?

A. Okay. He left in quarter three of 2007.

Q. Thank you. Now, these numbers, do they represent gross sales numbers?