# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | C.A. NO. 06-533ML |
| ASTRO-MED, INC. * | |
| VS. * | MARCH 31, 2008<br>11:00 A.M. |
| KEVIN PLANT, et al * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE MARY M. LISI,
CHIEF JUDGE

(Motions in Limine)

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFF: | STACEY P. NAKASIAN, ESQ.<br>Duffy Sweeney & Scott, Ltd.<br>One Turks Head Place, Suite 1200<br>Providence, RI 02903 |
| FOR THE DEFENDANTS: | BRUCE W. GLADSTONE, ESQ.<br>Cameron & Mittleman<br>56 Exchange Terrace<br>Providence, RI 02903 |
| | E.P. MICHAEL KARCIS, ESQ.<br>McLean & McLean LLP<br>3001 2nd Street, Suite E<br>Santa Monica, CA 90405 |
| Court Reporter: | Karen M. Wischnowsky, RPR-RMR-CRR<br>One Exchange Terrace<br>Providence, RI 02903 |

this Court's injunctive order that caused us concern, me concern, that they were going to try and put a spin on the effect of the Court's injunctions that was inconsistent with the injunctions.

And it's clear to me, it was clear to me they were trying to do that because recently or after the close of discovery, actually, we finally received in discovery compelled by the magistrate judge documents regarding consummated sales that Mr. Plant made for Nihon Kohden in Florida.

And those documents contradict interrogatory answers, the affidavits Mr. Plant periodically submitted to us in compliance with the Court's order. Those documents showed there have been substantial sales by Mr. Plant on behalf of Nihon Kohden in Florida, including sales to customers that were on the Astro-Med customer list submitted to the Defendants in compliance with the Court's order.

I can only presume that defense counsel is trying to change the contours of the order to put a different spin on it to get around the very clear effect of this new evidence, and I was concerned that the jury not be confused by that spin in the course of an opening statement.

The Court's order says what it says. It was