UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, vs. KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | C.A. No. 06-533 ML |

**PLAINTIFF ASTRO-MED, INC.'S OBJECTION TO DEFENDANTS' MOTION FOR STAY**

Plaintiff, Astro-Med, Inc., ("Astro-Med") hereby objects to Defendants' Motion for Stay, in which defendants seek a stay under Fed. R. Civ. P. 62(b) without having to post security. For the reasons set forth in the accompanying Memorandum of Law, no basis exists for the Court to grant an unsecured stay under Rule 62.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (#5069)
snakasian@duffysweeney.com
Craig M. Scott, Esq. (# 4237)
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

Dated: August 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the within ***Plaintiff Astro-Med, Inc.'s Objection to Defendants' Motion for Stay*** was filed through the ECF system on the 8th day of August, 2008, and will be sent electronically to counsel named below who are registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC\Obj Motion for Stay 08-07-08.doc