UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., Plaintiff, | : | |
| vs. | : | C.A. No. 06-533 ML |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S MOTION FOR EXTENSION TIME**

Plaintiff Astro-Med, Inc. ("Astro-Med") hereby requests a brief extension to Tuesday, August 26, 2008 to respond to the Defendants' Motion for New Trial or, In the Alternative, Remittitur. The extra time is required as Plaintiff's counsel's vacation fell in the middle of the response period for this motion, and counsel needs the additional three days to complete Plaintiff's response.

Respectfully submitted;

ASTRO-MED, INC.
By Its Attorneys

/s/ Stacey P. Nakasian, Esq.
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

August 21, 2008

# CERTIFICATION

The undersigned hereby certifies that on the 21st day of August, 2008, a copy of the foregoing ***PLAINTIFF ASTRO-MED, INC.'S MOTION FOR EXTENSION OF TIME*** was filed through the ECF system, and was served electronically to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian, Esq.
Stacey P. Nakasian, Esq.

Motion Ext Time 08-21-08 (SPN).DOC