UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC.,<br>Plaintiff,<br><br>vs.<br><br>KEVIN PLANT, NIHON KOHDEN AMERICA, INC.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-533 ML |

**STIPULATION**

Plaintiff, Astro-Med, Inc. ("Astro-Med"), and Defendants, Kevin Plant and Nihon Kohden America, Inc. ('Nihon Kohden"), through their respective counsel, stipulate and agree that Astro-Med shall have an enlargement of time of up to and including August 27, 2008, to file its Reply to Defendants' Motion for New Trial or, in the Alternative, Remittitur.

ASTRO-MED, INC.

/s/ Stacey P. Nakasian
Craig M. Scott, Esq. (# 4237)
Stacey P. Nakasian (#5690)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.

/s/ Bruce Gladstone
Bruce Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
(401) 331-5700-telephone
(401) 331-5787-facsimile

/s/ E. P. Michael Karcis
E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Stipulation*** was filed through the ECF system on the 26th day of August, 2008, and will be sent electronically to the counsel-named below as registered participants identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and served, via First Class Mail, to the counsel named below who are not registered ECF participants:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian