UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ASTRO-MED, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 06-533 ML |
| | : | |
| KEVIN PLANT and NIHON KOHDEN AMERICA, INC., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF ASTRO-MED, INC.'S**
**OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL**
**OR, IN THE ALTERNATIVE, REMITTITUR**

Plaintiff Astro-Med, Inc. hereby opposes Defendants' Motion for New Trial or, in the Alternative, Remittitur. As set forth in the accompanying memorandum, the Defendants have failed to identify any basis for ordering a new trial and have not met their heavy burden to establish a need for remittitur. Accordingly, Astro-Med respectfully requests that the Defendants' Motion be denied.

Respectfully submitted,

ASTRO-MED, INC.

/s/ Stacey P. Nakasian

Craig M. Scott, Esq. (#4237)
cscott@duffysweeney.com
Stacey P. Nakasian, Esq. (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-telephone
(401) 455-0701-facsimile
rduffy@duffysweeney.com

Dated: August 27, 2008

# CERTIFICATE OF SERVICE

I hereby certify that the within ***Plaintiff Astro-Med, Inc.'s Opposition to Defendants' Motion for New Trial or in the Alternative, Remittitur*** was filed through the ECF system on the 27th day of August, 2008, and will be sent electronically to the counsel-named below who is a registered participant identified on the Notice of Electronic Filing:

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

and was served, via First Class Mail, to the counsel named below who is not a registered ECF participant:

E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

/s/ Stacey P. Nakasian
Stacey P. Nakasian, Esq.

Astro-Med\Plant, Kevin\Pleadings\06-0533 USDC/ Opp Motion New Trial 08-27-08