**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASTRO-MED, INC.,
Plaintiff

v. C.A. No. 06-533ML

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.,
Defendants

**STIPULATION**

Defendants, Kevin Plant and Nihon Kohden America, Inc. (collectively "Nihon Kohden") and Plaintiff, Astro-Med, Inc. ("Astro-Med"), through their respective counsel, stipulate and agree that Nihon Kohden shall have an enlargement of time of up to and including **September 9, 2008** to file a reply to Plaintiff's Opposition to Defendants' Motion for New Trial or in the Alternative, Remittitur.

ASTRO-MED, INC.
By their Attorneys,

/s/ Stacey P. Nakasian
Craig M. Scott, Esq. (#4237)
Robert J. O'Keefe, Esq. (#6750)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903
455-0700
Fax 455-0701

KEVIN PLANT and
NIHON KOHDEN AMERICA, INC.
By Their Attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787

/s/ E.P. Michael Karcis
E.P. Michael Karcis, Esq.
McLean & McLean LLP
3001 2nd St., Suite E
Santa Monica, CA 90405
310-450-9353
Fax 310-581-8006

G:\psc\PLANT, KEVIN\Pleadings\Stip to Enlarge.doc

CERTIFICATION

The undersigned hereby certifies that on the 29th day of August, 2008, a copy of the foregoing Stipulation was filed through the ECF system, and was served **electronically** to the following recipients identified as registered participants on the Notice of Electronic Filing (NEF):

Stacey P. Nakasian, Esquire
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Building, Suite 1200
Providence, RI 02903

Craig M. Scott, Esquire
cscott@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert M. Duffy, Esquire
rduffy@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

/s/ Bruce W. Gladstone