# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * C.A. NO. 06-533ML

ASTRO-MED, INC. *

VS. * APRIL 3, 2008 9:30 A.M.

KEVIN PLANT, et al *

* * * * * * * * * * * * * * * * PROVIDENCE, RI

BEFORE THE HONORABLE MARY M. LISI,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE PLAINTIFF: STACEY P. NAKASIAN, ESQ.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

FOR THE DEFENDANTS: BRUCE W. GLADSTONE, ESQ.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

E.P. MICHAEL KARCIS, ESQ.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Court Reporter: Karen M. Wischnowsky, RPR-RMR-CRR
One Exchange Terrace
Providence, RI 02903

A. I believe for that one I did.

MR. KARCIS: Move D-18 into evidence, your Honor.

MS. NAKASIAN: No objection.

THE COURT: D-18 is full.

(Defendants' Exhibit D-18 was admitted in full)

Q. Mr. Plant, since you've been employed by Nihon Kohden, have you solicited business from or initiated solicitation of business from Mr. Crawford?

A. No.

Q. After receiving the February 2007 customer list, Astro-Med customer list, did you contact any of the entities listed on that list?

A. No.

Q. After receiving the May 2007 Astro-Med customer list, did you contact any of the entities on that list through 2007, the end of 2007?

A. No.

MR. KARCIS: Nothing further at this time, your Honor.

THE COURT: Redirect.

MS. NAKASIAN: Thank you, your Honor.

**REDIRECT EXAMINATION**

**BY MS. NAKASIAN:**

Q. Mr. Plant, you testified that you met Mr. Crawford

through your predecessor sales rep at Astro-Med; is that correct?

A. Correct.

Q. And Mr. Crawford was someone that you called periodically while you were a sales representative at Astro-Med?

A. Correct.

Q. You were hoping to get some business from him, weren't you?

A. I'd also used him for his other business.

Q. You also used him for what?

A. He had a separate business.

Q. What was that?

A. He would teach technicians the fundamentals of sleep or EEG.

Q. And he was a customer to whom you sold product while you were at Astro-Med; isn't that true?

A. Correct.

MS. NAKASIAN: In fact -- well, actually, I'd like to mark this. Your Honor, I have insufficient copies. May I mark one -- I have three. I could give one to the Court, the witness and Mr. Karcis, and then I will bring in additional copies at the next break. I apologize.

THE COURT: Sure. What number are we up to?

customers for the purpose of diverting their business to Nihon Kohden or for any other purpose." Do you recall stating that?
A. Yes.
Q. Was that a true statement as of December 19, 2006?
A. Yes, it is.
Q. You hadn't contacted anyone you'd contacted for Astro-Med?
A. No.
Q. And you also said, I don't intend to solicit Astro-Med customers for a period of at least one year from the date of any departure from Astro-Med -- I'm sorry, from the date of my departure at Astro-Med. You stated that as well; correct?
A. Yes.
Q. And you wanted the Court to rely on these statements. That's why you filed the affidavit; correct?
A. Correct.
Q. Now, you've already talked about Mr. Crawford as someone you dealt with while at Astro-Med; correct?
A. Uh-huh.
Q. Isn't it a fact, sir, that you e-mailed Mr. Crawford just 16 days before signing that affidavit and in your e-mail you asked him for the opportunity to

show him some Nihon Kohden software? Isn't that true?
A. I believe so, yes.
Q. So your statement to the Court that you had not directly or indirectly contacted or solicited any Astro-Med customers was false?
A. I -- I guess so. I'm not sure.
Q. And that statement on December 19 was made in close proximity to your e-mail of December 3rd to Mr. Crawford?
A. I would have to see the e-mail. I believe so.
Q. Do you need to see the e-mail?
A. Yes.
MS. NAKASIAN: Okay.
THE COURT: Is it in the binder?
MS. NAKASIAN: It is not, your Honor. I'm just using it to refresh.
THE COURT: That's okay.
Q. I'll read it to you, Mr. Plant. From Kevin Plant sent December 3, 2006, to John Crawford. "John, let me know if you have time on Tuesday to meet up, and I can show you the Polysmith software and even meet with the guys at Neurotronics. Kevin Plant, senior sales associate, Nihon Kohden America."
Does that refresh your recollection of your contact with Mr. Crawford just weeks before you