# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

```
* * * * * * * * * * * * * * * * *    C.A. NO. 06-533ML
                                *
ASTRO-MED, INC.                 *
                                *
    VS.                         *    APRIL 2, 2008
                                *    9:30 A.M.
KEVIN PLANT, et al              *
                                *
* * * * * * * * * * * * * * * * *    PROVIDENCE, RI
```

BEFORE THE HONORABLE MARY M. LISI,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE PLAINTIFF: STACEY P. NAKASIAN, ESQ.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

FOR THE DEFENDANTS: BRUCE W. GLADSTONE, ESQ.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

E.P. MICHAEL KARCIS, ESQ.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Court Reporter: Karen M. Wischnowsky, RPR-RMR-CRR
One Exchange Terrace
Providence, RI 02903

Q. You talked about affidavits regarding your compliance with the injunction order. Do you recall that, sir?
A. Yes.
Q. And in those affidavits, do you recall them stating that, to the date at the time you signed the affidavits, you've not contacted any customers listed on the Astro-Med customer list?
A. Yes.
Q. Were those affidavits accurate when you executed them?
A. Yes.
Q. As of today's date, do they remain accurate?
A. Yes.
MR. KARCIS: May I approach the witness with Exhibit D, proposed Exhibit D?
THE COURT: Does counsel have Exhibit D?
MR. KARCIS: Yes, your Honor.
MS. NAKASIAN: Are we saying D?
THE COURT: D.
MS. NAKASIAN: I have D, what we received today. Yes. Thank you.
Q. The documents I've handed you, sir, have been marked as Exhibit D. Generally, sir, do you recognize the documents that are marked as Exhibit D?