**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * * * * * | C.A. NO. 06-533ML |
| ASTRO-MED, INC. * | |
| VS. * | APRIL 2, 2008<br>9:30 A.M. |
| KEVIN PLANT, et al * | |
| * * * * * * * * * * * * * * * * | PROVIDENCE, RI |

BEFORE THE HONORABLE MARY M. LISI,

CHIEF JUDGE

(Jury Trial)

APPEARANCES:

FOR THE PLAINTIFF: STACEY P. NAKASIAN, ESQ.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

FOR THE DEFENDANTS: BRUCE W. GLADSTONE, ESQ.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

E.P. MICHAEL KARCIS, ESQ.
McLean & McLean LLP
3001 2nd Street, Suite E
Santa Monica, CA 90405

Court Reporter: Karen M. Wischnowsky, RPR-RMR-CRR
One Exchange Terrace
Providence, RI 02903

Q. You mentioned, sir, I believe on direct that you signed a noncompetition agreement when you started working with Astro-Med?
A. Yes, I did.
Q. Could you tell me, sir, who Guy Casler is.
MS. NAKASIAN: Objection. May I approach?
THE COURT: Approach.
(Bench conference held on the record)
MS. NAKASIAN: Mr. Casler is the former employee that Mr. Karcis has been trying to make a case that there was some selective enforcement of this agreement.
THE COURT: What's the purpose of asking this question?
MR. KARCIS: That the -- that he knows that Mr. Casler's working for a competitor and that he's bid against him on products.
THE COURT: Sustained.
(End of bench conference)
MR. KARCIS: Thank you.
Q. To your knowledge, sir, has Mr. Plant used any confidential information belonging to Astro-Med?
MS. NAKASIAN: Objection. Time frame?
THE COURT: Overruled.
A. To my knowledge, I can't recall a specific occasion.

Q. You can recall a general occasion?
A. I cannot.
Q. Has Mr. Plant used any trade secrets belonging to Astro-Med since he's left Astro-Med's employment?
A. Not to my knowledge.
Q. Has, to your knowledge, Astro-Med lost the sale of any product to Mr. Plant selling Nihon Kohden equipment since he left Astro-Med?
A. I would be unaware of that.
Q. You would be unaware of a sale that Astro-Med lost to Nihon Kohden?
A. I cover the entire country, so I wouldn't -- I couldn't recall a specific or a generality in Florida.
Q. So you don't know?
A. No.

MR. KARCIS: Nothing further, your Honor.

THE COURT: You may step down unless you have redirect. Do you have any redirect?

MS. NAKASIAN: No, your Honor.

THE COURT: You may step down.

MS. NAKASIAN: Your Honor, Astro-Med calls Mr. Michael Ohsawa.

**MICHAEL OHSAWA, PLAINTIFF'S WITNESS, SWORN**

THE CLERK: Would you please state your name and spell your last name for the record.