UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ASTRO-MED, INC.

    v.                                                                                                     CA 06-533 ML

KEVIN PLANT and NIHON KOHDEN
AMERICA, INC.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Martin issued on January 28, 2010. Magistrate Judge Martin recommends that Plaintiff's Motion to Amend Judgment be granted and that Plaintiff's Motion to Enforce Surety's Liability be granted. No objections have been filed and the time for doing so has passed.

Accordingly, the Court adopts the Report and Recommendation in its entirety. Plaintiff's Motion to Amend Judgment is GRANTED. The Clerk is directed to enter an Amended Judgment in favor of Plaintiff in the amount of $1,230,287.55 plus interest. Plaintiff's Motion to Enforce is also GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
February  12 , 2010